**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Paradigm Property Solutions, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3608669** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **429 SW 5th Ave. Ste. 110 Meridian, ID 83646** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ada** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Paradigm Property Solutions, LLC**                                        Case number (*if known*) _____
         Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5313__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

Debtor   **Paradigm Property Solutions, LLC**                    Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Paradigm Property Solutions, LLC**    Case number (*if known*) _____
    Name

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 29, 2018**
    MM / DD / YYYY

**X /s/ Ronald W. Jaques**                    **Ronald W. Jaques**
Signature of authorized representative of debtor        Printed name

Title    **Manager/Sole Member**

---

**18. Signature of attorney**

**X /s/ Matthew T. Christensen**            Date    **June 29, 2018**
Signature of attorney for debtor                    MM / DD / YYYY

**Matthew T. Christensen 7213**
Printed name

**ANGSTMAN JOHNSON**
Firm name

**3649 N. Lakeharbor Lane**
**Boise, ID 83703**
Number, Street, City, State & ZIP Code

Contact phone    **208-384-8588**        Email address    **info@angstman.com**

**7213 ID**
Bar number and State

**Paradigm Property Solutions, LLC**

June 29, 2018

*Resolution authorizing filing of Chapter 7 Bankruptcy*

WHEREAS, the undersigned, being the sole member of Paradigm Property Solutions, LLC (the "Company"), and being the current Manager of the Company, and having complied with all operable provisions of the Company operating documents; and

WHEREAS, the member having received and reviewed reports furnished to them concerning the financial condition of the Company; and

WHEREAS, it appearing in the business judgment of the member that the Company should be liquidated under the supervision of the U.S. Bankruptcy Court, it is hereby

RESOLVED, that the Company initiate a case under Chapter 7 of the Bankruptcy Code; and it is further

RESOLVED, that Ronald Wade Jaques is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Ronald Wade Jaques appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

RESOLVED, that Ronald Wade Jaques is authorized and directed to employ and retain Matthew T. Christensen, attorney at law, of ANGSTMAN JOHNSON, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of Ronald Wade Jaques to be appropriate.

DATED this 29th day of June, 2018.


Ronald Wade Jaques
Manager
Member

---

**Fill in this information to identify the case:**

Debtor name      **Paradigm Property Solutions, LLC**

United States Bankruptcy Court for the:      DISTRICT OF IDAHO

Case number (if known)      _____

☐ Check if this is an
   amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration      _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 29, 2018**                  *X* **/s/ Ronald W. Jaques**
                                                          Signature of individual signing on behalf of debtor

                                                          **Ronald W. Jaques**
                                                          Printed name

                                                          **Manager/Sole Member**
                                                          Position or relationship to debtor

---

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Paradigm Property Solutions, LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..............................................................................................     $     **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................................     $     **15,000.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................................................     $     **15,000.00**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................     $     **235,787.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................     $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................     +$     **1,127,659.23**

4.   Total liabilities ..................................................................................................
   Lines 2 + 3a + 3b        $     **1,363,446.23**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Paradigm Property Solutions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. **Mountain America Credit Union** | **Checking** | 3452 | **Unknown** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                          **$0.00**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | |
|---|---|
| 7.1. **Security Deposit with Paradigm landlord (MLM Investments)** | **$2,000.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                          **$2,000.00**
      Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Misc office furniture (desks, tables, computers, file cabinets, printers, decorations)** | **$0.00** | Liquidation | **$6,000.00** |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$6,000.00** |
|---|---|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**                                    Case number *(If known)* _____
                     Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2006 Toyota Scion** | $0.00 | Liquidation | $5,000.00 |
| 47.2.    **1998 Ford F150** | $0.00 | Liquidation | $2,000.00 |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
         floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm
         machinery and equipment)**

**51.**    **Total of Part 8.**                                                    | $7,000.00 |

         Add lines 47 through 50.  Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
         ■ No
         ☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.**    **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**    **Internet domain names and websites** | | | |
| **62.**    **Licenses, franchises, and royalties** | | | |
| **63.**    **Customer lists, mailing lists, or other compilations** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**                                    Case number *(If known)*
                    Name

        **Customer list (owners and tenants)**                    **$0.00**                                        **Unknown**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                                    **$0.00**

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ■ No.  Go to Part 12.
        ☐ Yes Fill in the information below.

Debtor   **Paradigm Property Solutions, LLC**                          Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

**Fill in this information to identify the case:**

Debtor name  **Paradigm Property Solutions, LLC**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1    1st Global Capital LLC**
Creditor's Name

**1250 E Hallandale Beach Blvd**
**Hallandale, FL 33009**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**August 2017**
**Last 4 digits of account number**
**3960**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor, now existing and hereafter airsing, wherever located.**

**Describe the lien**
**UCC security interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim:** $71,000.00    **Value of collateral:** Unknown

---

**2.2    Ace Funding Source LLC**
Creditor's Name

**366 North Broadway**
**Jericho, NY 11753**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**October 2017**
**Last 4 digits of account number**
**4311**

**Describe debtor's property that is subject to a lien**
**Assets including proceeds and products; Account(s) including proceeds and products; Chattel Paper including proceeds and products; Inventory including proceeds and products; Equipment including proceeds and products; Negotiable instruments**

**Describe the lien**
**UCC security interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Amount of claim:** $18,700.00    **Value of collateral:** Unknown

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

Debtor  **Paradigm Property Solutions, LLC**                                                    Case number (if know) _____
          Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Yellowstone Capital** | Describe debtor's property that is subject to a lien | $146,087.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**All assets that Borrower now owns or hereafter acquires and wherever located, including without limitation: (i) any and all amounts owing to Borrower now or in the future from any merchant processor(s) processing charges made by customers**

**160 Pearl Street
New York, NY 10005**

Creditor's mailing address

Describe the lien

**UCC security interest**

**uccsprep@cscinfo.com**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

**August 2017**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3506**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $235,787.00 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Paradigm Property Solutions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ada County Assessor
190 E. Front St., Suite 107
Boise, ID 83702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential property taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Idaho State Tax Commission
P.O. Box 36
Boise, ID 83722-0410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes - notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                26391                Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**550 W. Fort St., MSC041**
**Boise, ID 83724-0041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes - notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**2309 Sonoma, LLC**
**2074 W. Pacific Ridge St**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   Landlord claims

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**2309 Sonoma, LLC**
**2074 W. Pacific Ridge St**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:   landlord claims

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**2753 Eveningside Way**
**2074 W Pacific Ridge Street**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:   landlord claims

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3019 Astaire, LLC**
**2074 W Pacific Ridge Street**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   landlord claims

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3019 Astaire, LLC**
**2074 W Pacific Ridge Street**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:   landlord claims

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**                                    Case number *(if known)*
_____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**4J Auto**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  vendors

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**6B Properties, LLC**
**2734 E Windsong Drive**
**Boise, ID 83712**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  landlord claims

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A & R Properties, LLC**
**PO Box 1553**
**Boise, ID 83701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

Last 4 digits of account number _

**Basis for the claim:**  landlord claims

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A and S Siding & Gutter LLC**
**11436 Iowa Avenue**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  vendors

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A Lawn Pro**
**PO Box 140584**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  vendors

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A Tree Company**
**3527 S Federal Way**
**STE103 #12**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  vendors

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A+ Drain Cleaning & Plumbing**
**1313 W Aberdeen Avenue**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  vendors

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**A+ Energy Management LLC**
**11403 Highlander Road**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**A-R Management**
**650 Waltman Lane**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __unknown__

Basis for the claim: __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**A-Z Lumber and Rental Center**
**999 Air Base Road**
**Mountain Home, ID 83647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**A1 Heating &Air Conditioning**
**327 Linder Road**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**A1 Rental - Rexburg**
**920 University Blvd**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**AAA Property Management**
**6901 W Emerald Street**
**Suite 204**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**AAA1 Lock & Key**
**1507 N Midland Blvd**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaron Baker**
**2325 S Five Mile Road**
**1/2**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2009

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaron Bennion**
**1011 N 25th**
**2501**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2012

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Aaron Dillon**
**2132 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2012

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaron Harloe**
**925 N 9th Street**
**22**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2007

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Abby Gerke**
**1123 Leadville Avenue**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2009

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ABC Seamless Gutters**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abdi & Mina Kolahi**
**1232 Norman Place**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

**Basis for the claim:**  landlord claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **AC & Heat Service INC**<br>**PO Box 698**<br>**Meridian, ID 83680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **AC & Heating Service INC**<br>**PO Box 698**<br>**Meridian, ID 83680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Ace Glass**<br>**1250 American Legion Blvd**<br>**Mountain Home, ID 83647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Action Garage Door INC**<br>**11697 W President Drive**<br>**Boise, ID 83713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Ada County Billing Services**<br>**PO Box 2868**<br>**Boise, ID 83701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Ada County Sheriff's Office**<br>**7200 Barrister Drive**<br>**Boise, ID 83704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Ada County Treasurer**<br>**200 W Front Street**<br>**Boise, ID 83701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ada Tree & Shrub**
**PO Box 190915**
**Boise, ID 83719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **vendors**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Adam & Dorothy Borup**
**2141 Stephen Avenue**
**101**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00** |

**Adam Davies**
**1438 N West 14th Street**
**BST143b-L**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |

**Adam Ivey**
**505 E Florida Avenue**
**16-104**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Adam Norris**
**31226 Via san Vincent**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |

**Adam Shepard**
**165 N Plummer Road**
**145**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Adele Nyquist**
**323 E Bannock Street**
**323A**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adeline Rand**
**3719 NE 5th Street**
**Renton, WA 98056**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred  unknown**

**Basis for the claim:  landlord claims**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ADK Investment Trust**
**2431 Rosser Drive**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred  unknown**

**Basis for the claim:  landlord claims**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$945.00** |
|---|---|---|---|

**Adnana & Selvedin Mustafic**
**980 W Parkstone Street**
**E104-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  06/2017**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrea Young**
**3056 W Acarrera Lane**
**23**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  07/2011**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Zavala**
**7180 BUnch Court**
**7180-202**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  07/2007**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Adriana Barker**
**803 NW 2nd Street**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/2016**

**Basis for the claim:  lease deposits**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Adrianna Zimmerman**
**3606 W Rose Hill Street**
**3640-105**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  06/2017**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Advanced Heating & Cooling**
721 N Ralstin Street
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Advanced Maintenance Service**
PO Box 1117
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Affordable Chimney Service**
1604 S Phillipi Street
D
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Affordable Pest Control**
874 S Otter Avenue
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
| --- | --- | --- | --- |

**Aimee Hoerth**
401 Holly Street
04
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
| --- | --- | --- | --- |

**Aimee Hoerth**
401 Holly Street
17
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Airielle Pendleton**
925 N 9th Street
17
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2008

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alan & Kay Dash**
**463 W Groveview Lane**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **unknown**

Basis for the claim: **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Alan Bell**
**4148 Nez Perce**
**101**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/2012**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Alana Fletcher**
**5290 N Joe Robbie**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/2012**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Alana Souppa**
**2025 E White Oak Court**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/2012**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Albert & Leslie Foster**
**32 White Oak Lane**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2009**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alegra Galle**
**20 Cataldo Drive**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **unknown**

Basis for the claim: **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
|---|---|---|---|

**Alejandra Galvan**
**401 Holly Street**
**03**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2017**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |

Alejandro Flores
401 Holly Street
02
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Aletha Wood
1901 S Vista Avenue
1919
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |

Alex & Monica Giles
3148 N Esquire Drive
201
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Alex & Sandra Sanchez
3056 W Acarrera lane
23
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Alex Huwer

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |

Alexai Loepp
980 W Parkstone Street
C106-1
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |

Alexander Broderick
2801 N Ash Park Lane
BBA280b-L
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$845.00**

**Alexander Gribas**
**980 W Parkstone Street**
**C205-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Alexander Pedersen**
**1011 25th Street**
**1011.5**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,045.00**

**Alexandra & Preston Hair**
**14190 Yucaipa Street**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2014

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexandra & Robert Lawler**
**2025 E White Oak Court**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2010

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,295.00**

**Alexandra deAnda**
**1011 25th Street**
**2501.5**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexandra Sanchez**
**2025 E White Oak Court**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2010

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexandria & Edward Garcia**
**910 4th Street**
**912**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2009

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandria Ellis**
**2107 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2009

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis & Jose Cardenas**
**39 White Oak Lane**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2009

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|

**Alexis Holway**
**401 Holly Street**
**07**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Horneman**
**2325 S Five Mile Road**
**1/2**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2009

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,015.00 |
|---|---|---|---|

**Alexis Viehweg**
**165 N Plummer Road**
**131**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice McMurrian**
**39 White Oak Lane**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2009

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alisha Miller**
**437 W Idaho**
**A**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2010

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alison Brenenstall**
**925 N 9th Street**
**24**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/2009__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**All Aces Appliance Repair**
**216 E Beech Street**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**All Around Boise Maintenance**
**801 W Pine Avenue**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**All in a Days Work Handyman**
**4265  Marylebone Way #20**
**Suite 103**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**All Pro Plumbing**
**3527 S Federal Way #20**
**Suite 103**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**All That's Left LLC**
**18690 Lancashire Way**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allen Silverthorne**
**PO Box 385**
**2015**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2010__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alloway Electric Co INC**
502 E 45th Street
Boise, ID 83714-4846

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alpha Roofing & Construction**
PO Box 1625
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Altisource Solutions SARL**
PO BOx
105091
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Alyshia George**
2638 Bedford Lane
2885
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2012__

Basis for the claim: __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Alyssa & Walter Skowron**
9315 Thor Drive
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2017__

Basis for the claim: __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Alyssa Norton**
2141 Stephen Avenue
201
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2015__

Basis for the claim: __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Alyssa Watkins**
1123 Leadville Avenue
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2009__

Basis for the claim: __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Dudley**
**2116 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/2010__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Garbutt**
**2216 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/2010__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.00 |
|---|---|---|---|

**Amanda Harmon**
**226 N Latah Street**
**#201**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2017__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amanda Mueller**
**1881 Crystal View Circle**
**Thousand Oaks, CA 91320**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __unknown__

Basis for the claim: __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Steele**
**2638 Bedford Lane**
**2837**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/2012__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Young**
**32 White Oak Lane**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/2009__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amandalynn Wagoner**
**3056 W Acarrera Lane**
**12**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2011__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Amber & James Nau**
**1761 S Barlow Lane**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Amber & Michael Miethe**
**165 N Plummer Road**
**149**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Amber & Tyler May**
**165 N Plummer Road**
**189**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2013__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00**

**Amber Robertson**
**519 E Florida**
**33**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Fire Protection**
**4017 E Summit Lane**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Leak Detection**
**PO Box 44677**
**Boise, ID 83711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Patriot Constructio**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

Amy & Micheal Cupples
165 N Plummer Road
165
Star, ID 83669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

Amy Christian
980 W Parkstone Street
E205-1
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2018__

Basis for the claim:  __lease deposits__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Amy Fox
2112 White Oak Lane
101
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2009__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Amy Hall
505 E Florida Avenue
16-103
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2013__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Amy Sever
2115 E Whispering Willow Ln
202
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2009__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00**

Anastasia Wunderlich-Givens
510 Lynhurst Drive
BST510b-L
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

Andrea & Michael Whitlock
2098 Grassy Creek Drive
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2013__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrea & Nick Kinslow**
**3056 W Acarrera Lane**
**24**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2011__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrea Anderson**
**934 E Covey Run Court**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**Andrea Junier**
**5367 Cortona Way**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2014__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew & Jessie Sinsel**
**9738 W Cory Lane**
**2586**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2012__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew & Trudy Newey**
**35 White Oak Lane**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2011__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Creech**
**2025 E WHite Oak Court**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2011__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Crowell**
**2116 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2012__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.125** | Nonpriority creditor's name and mailing address

**Andrew Davis**
**2025 E White Oak Court**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  06/2012

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126** | Nonpriority creditor's name and mailing address

**Andrew Harney**
**2115 Whispering Willow Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  01/2011

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127** | Nonpriority creditor's name and mailing address

**Andrew Kubalick**
**2008 White Oak Lane**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  05/2010

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.128** | Nonpriority creditor's name and mailing address

**Andrew Walker**
**505 E Florida Avenue**
**28-102**
**Nampa, ID 83686**

Date(s) debt was incurred  06/2015

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.129** | Nonpriority creditor's name and mailing address

**Andy's 2nd Hand Appliance**
**6513 Clevelnad Blvd**
**Caldwell, ID 83607**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130** | Nonpriority creditor's name and mailing address

**Angel & Samatha D'az**
**1605 Ressiguie**
**1**
**Boise, ID 83702**

Date(s) debt was incurred  05/2014

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.131** | Nonpriority creditor's name and mailing address

**Angel Lindsay**
**1228 S Juniper Street**
**#104**
**Nampa, ID 83686**

Date(s) debt was incurred  04/2018

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,375.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Angela Lyons**
**980 W Parkstone Street**
**B101-1**
**Meridian, ID 83646**

Date(s) debt was incurred  03/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Angela Phillips**
**644 E Pennsylvania**
**Boise, ID 83706**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Angelica Paredes**
**511 W Pine**
**Unit B**
**Meridian, ID 83642**

Date(s) debt was incurred  11/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Angie Clovis**
**2325 S Five Mile Road**
**2325**
**Boise, ID 83709**

Date(s) debt was incurred  12/2009

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ann-Jean Pillers**
**2115 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred  04/2009

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Anna & Mosiah Rodriguez**
**38 White Oak Lane**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  08/2009

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Anna Levdanskiy**
**980 W Parkstone Street**
**B205-1**
**Meridian, ID 83646**

Date(s) debt was incurred  04/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$950.00** |
|---|---|---|---|

Anna Linares
519 E Florida
48
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

Anna Shambaugh
165 N Plummer Road
135
Star, ID 83669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2016

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

Anna-Marie Rhodes
2638 Bedford Lane
2835
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2012

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

Annette Tafte
10712 W Halstead Lane
102
Boise, ID 83713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2011

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

Annie Bradshaw
519 E Florida
35
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

Anselmo & Maria Medina
2105 White Oak Lane
102
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2010

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,025.00** |
|---|---|---|---|

Anthony Lord
519 E Florida
30
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2018

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Marsh**
**922 & 926 Meridian Road**
**926**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2009**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Mewes**
**35th & Good Street**
**2118**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2009**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Antionette & Estella Brown**
**11939 Cloverbrook**
**#102**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2010**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |
|---|---|---|---|

**Antonia Amaro**
**543 W Idaho**
**Unit 547**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

**Basis for the claim:**  **lease deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Antonio Camacho**
**2638 Bedford Lane**
**2649**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2010**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Appliance Pros**
**367 N Lost Canyon way**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Appliance Recyclers of Idaho**
**1637 Garrity Blvd**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**April Waltemate**
**1224 S Juniper Street**
**#101**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AR Management**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aradin & Khavakhan Umarov**
**1433 N Hartman Street**
**33-201**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Arcarius, LLC**
**714 S. Wolfe Street**
**#38178**
**Baltimore, MD 21231**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Sept 2017**

Basis for the claim:  **Loan funds for Rentmaster of Rexburg**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ari's Carpet Cleaning**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Ariel Cooper**
**401 Holly Street**
**16**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00**

**Ariel Joseph**
**519 E Florida**
**25**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.00 |
|---|---|---|---|

**Ariel Towns**
**980 W Parkstone Street**
**A103-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,145.00 |
|---|---|---|---|

**Arline Finger**
**980 W Parkstone Street**
**A107-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**Arrieena AndersonHendrickson**
**401 Holly Street**
**01**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arrow Real Estate Services**
**664 Nugget Court**
**Middleton, ID 83644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Artem Antoshkin**
**1626 S Colorado Avenue**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2016

Basis for the claim:  **lease deposits**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Asbury Properties**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Ashely Ling**
**315 13th Avenue S**
**06**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2013

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|--------|--------------------------------------|--------------------------|--|
| | Name | | |

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ashely Mallett**
**1901 S Vista Avenue**
**1933**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$975.00**

**Ashlee Atkins**
**401 Holly Street**
**15**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Ashley & Alex Davidsen**
**3606 W Rose Hill Street**
**#101**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ashley & Wesley Morris**
**1120 Connecticut Avenue**
**1122**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Ashley Carter**
**1763 S Barlow Lane**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2017**

Basis for the claim:  **lease deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ashley Glass Company**
**208 W 34th Street**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**Ashley Hett**
**165 N Plummer Road**
**153**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Ashley Roberts**
**980 W Parkstone Street**
**B104-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ashley Smith**
**4148 Nez Perce**
**101**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Aspen Endeavors, LLC**
**1161 W Riverst Street**
**ste160**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Aspen Palacio/Makennzi Paoli**
**2141 Stephen Avenue**
**201**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Aspen Savings**
**4822 N Rosepoint Drive**
**STE-A**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Asqueta Glass LLC**
**1408 2nd St So**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,145.00** |
|---|---|---|---|

**Atanacio Ciluaga**
**10396 W Irving Court**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

Basis for the claim:  **lease deposits**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audrey Cooley**
2107 E Whispering Willow Ln
201
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2010__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**Audrey Kujawa**
8727 Hackamore Drive
102
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2018__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Austin & Joelle Holden**
4148 Nez Perce
201
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2011__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Austin Ames**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2014__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Austin Dewey**
2139 Stephen Avenue
202
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2014__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Austin Drehmel**
9738 W Cory Lane
2574
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Austin Hagen**
980 W Parkstone Street
D103-1
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Autumn Vega-Honores**
**8739 W Hackamore**
**104**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2017__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BA Harris LLP**
**960 Broadway Avenue**
**Suite 314**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Baldwin Law PLLC**
**PO Box 240**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ballantyne-Stiburek**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ballantyne-Stiburek, LLC**
**7824 W Thunder Mountain Dr**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:** __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bank of Ameirca**
**PO Box 650070**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bank of the Cascades**
**PO Box 970**
**Bend, OR 97709-0970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bank Owned**
**PO Box 385**
**2116**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2014__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,150.00**

**Barbara Boardman**
**551 & 639 N Moffat Avenue**
**551-4**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2017__

Basis for the claim:  __lease deposits__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Barbara Borkowitz**
**6303 S Tay**
**Spokane, WA 99224**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __unknown__

Basis for the claim:  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**Barbara Combes**
**315 13th Avenue S**
**205**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2013__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Barbara Cooper**
**1901 S Vista Avenue**
**1901**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2008__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Barbara Espinoza**
**1023 S Locust Street**
**103**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2011__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Barbara Loepp**
**980 W Parkstone Street**
**C106-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bark Blowers INC**
396 E Linden Street
Boise, ID 83716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Barry & LaPreal Goold**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2010

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bart Ballantyne**
7824 W Thunder Mountain Driv
Boise, ID 83709

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

Basis for the claim:  landlord claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Baugh Sprinklers&Landscaping**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BC Maintenance & Remodeling**
1813 Woodland
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Beatriz & Jose Jasso**
10712 W Halstead Ln
201
Boise, ID 83713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2010

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Becci Arrington**
E 39th Street
317
Garden City, ID 83714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2010

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.209**

Nonpriority creditor's name and mailing address

**Bedford Place Owners Associa**
**4418 N Price Avenue**
**Meridian, ID 83646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.210**

Nonpriority creditor's name and mailing address

**Ben & Kelsey Nelson**
**2007 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  **04/2010**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.211**

Nonpriority creditor's name and mailing address

**Ben Hatch**
**2056 W Acarrera Lane**
**23**
**Meridian, ID 83642**

Date(s) debt was incurred  **06/2010**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.212**

Nonpriority creditor's name and mailing address

**Ben Jeske**
**1605 Ressiguie**
**827**
**Boise, ID 83702**

Date(s) debt was incurred  **09/2014**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.213**

Nonpriority creditor's name and mailing address

**Bench Sewer District**
**4828 Emerald Street**
**Boise, ID 83706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.214**

Nonpriority creditor's name and mailing address

**Benjamin & Lorissa Pratt**
**2008 White Oak Lane**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  **12/2010**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.215**

Nonpriority creditor's name and mailing address

**Benjamin Biddulph**
**5927 Flamingo Drive**
**BST592b-L**
**Boise, ID 83704**

Date(s) debt was incurred  **09/2013**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Paradigm Property Solutions, LLC**
_____
Name

Case number (if known) _____

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Drury**
**204 Turtle Dove**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Puckett**
**35th & Good Street**
**3423**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Rodwell**
**1210 Manitou Avenue**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bernita Otto**
**2007 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2008**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bertoni's Home Improvement**
**202 Pietra Way**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **vendors**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Bethany & Maren Erikson**
**980 W Parkstone Street**
**B203-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Betty Vivian**
**35th & Good Street**
**2122**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2008**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00**

**Beverly Dahl**
**717 11th Avenue S**
**205**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2006**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00**

**Beverly Daniels**
**505 E Florida Avenue**
**#103**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bharat Rudrapati**
**2638 Bedford lane**
**2871**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bill & Gina Werhane**
**16250 Plum Road**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bill & Sheri Robinson**
**2165 Springwood Drive**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bill Brandenberg**
**PO Box 385**
**2026 or 2018**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BIllie Laming**
**2216 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
| | Name | | |

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Biltmore Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05/2011**

Last 4 digits of account number **_**

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**BK & NB Terry Family Trust**
**1699 E Seaport Court**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **unknown**

Last 4 digits of account number **_**

Basis for the claim: **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Blackhawk HOA**
**PO Box 592**
**Caldwell, ID 83606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim: **vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Blake Bradshaw**
**2208 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2013**

Last 4 digits of account number **_**

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$825.00**

**Blake Hess**
**9042 W Java Lane**
**#202**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2017**

Last 4 digits of account number **_**

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Blanca & Carlos Roque**
**45 Camarin Street**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **unknown**

Last 4 digits of account number **_**

Basis for the claim: **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Blanca & Oliva Duran**
**165 N Plummer Road**
**141**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/2017**

Last 4 digits of account number **_**

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.237**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Bob & Sheri Thurston**<br>**3510 W Tupelo Court**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred **unknown** | Basis for the claim: **landlord claims** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.238**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|
| **Bob Atkinson**<br>**315 13th Avenue S**<br>**04**<br>**Nampa, ID 83651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/2013** | Basis for the claim: **lease deposit** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.239**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Bob Christensen**<br>**252 E Woodlander Drive**<br>**Eagle, ID 83616** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred **unknown** | Basis for the claim: **landlord claims** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.240**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **BOb Gayhart Heating LLC**<br>**PO Box 1467**<br>**Mountain Home, ID 83647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **vendors** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.241**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Bobby Payvandi**<br>**7840 Madison Avenue**<br>**Suite 154**<br>**Fair Oaks, CA 95628** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred **unknown** | Basis for the claim: **landlord claims** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.242**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Boise City Property Manageme**<br>**5513 N Glenwood**<br>**Boise, ID 83714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **vendors** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.243**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Boise City Utility Billing**<br>**PO Box 2600**<br>**Boise, ID 83701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **vendors** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boise Dryer Vent Cleaning**
305 N 17th
Suite 105
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boise Home Network**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boise Home Networks**
6933 W Emerald Street
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:** __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boise Office Equipment**
PO Box 398160
San Francisco, CA 94139-8160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boise Office Moving & Storag**
300 N Steelhead Way
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boise Plumbing & Drain**
9658 W Hearthside Drive
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bowman's Inc of Mountain Hom**
PO Box 850
Mountain Home, ID 83647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
Name

| | |
|---|---|
| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |

**3.251**

Nonpriority creditor's name and mailing address
**Bradley Tannehill**
**8721 Hackamore**
**101**
**Boise, ID 83709**

Date(s) debt was incurred  __03/2015__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ☑ No ☐ Yes

**$500.00**

---

**3.252**

Nonpriority creditor's name and mailing address
**Bradley Roby**
**717 11th Avenue S**
**210**
**Nampa, ID 83651**

Date(s) debt was incurred  __06/2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ☑ No ☐ Yes

**$400.00**

---

**3.253**

Nonpriority creditor's name and mailing address
**Bradley Wendle**
**980 W Parkstone Street**
**A205-1**
**Meridian, ID 83646**

Date(s) debt was incurred  __03/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ☑ No ☐ Yes

**$700.00**

---

**3.254**

Nonpriority creditor's name and mailing address
**Brady Henderson**
**893 N Bonsai**
**12**
**Meridian, ID 83642**

Date(s) debt was incurred  __05/2009__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.255**

Nonpriority creditor's name and mailing address
**Brandi Hill**
**519 E Florida**
**26**
**Nampa, ID 83686**

Date(s) debt was incurred  __04/2015__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ☑ No ☐ Yes

**$300.00**

---

**3.256**

Nonpriority creditor's name and mailing address
**Brandon & Elyse DeMarco**
**18168 Harvestor Avenue**
**Nampa, ID 83687**

Date(s) debt was incurred  __07/2011__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.257**

Nonpriority creditor's name and mailing address
**Brandon Collins**
**2015 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  __02/2009__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|--------|--------------------------------------|------------------------|--|
| | Name | | |

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brandon Logan**
**1023 S Locust Street**
**101**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2010

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$610.00**

**Brandon Mcgowan**
**1670 Checola Street**
**Unit D**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brandon Puzan**
**2111 E White Oak Court**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2010

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$945.00**

**Brandy & Colby Landauer**
**980 W Parkstone Street**
**D203-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Brenda "Chyrell" Debenham**
**2392 N Maxie Way**
**BOR239b-L**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brenda Alexander**
**2116 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2009

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Brenda Garringer**
**551 & 639 N Moffat Avenue**
**551-2**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
| | Name | | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brendon McGill**
**925 N 9th Street**
**24**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2008**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |

**Brenna Stryker**
**1228 S Juniper Street**
**#101**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brent Roberts**
**3724 Plantation River Drive**
**Suite 101**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brent Roberts**
**PO Box 385**
**2123**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bret Snyder**
**PO Box 6554**
**Bozeman, MT**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brett & Trisha Stanger**
**996 W Cagney**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brett Booth**
**2638 Bedford Lane**
**2833**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Brett Rypien**
**2141 Stephen Avenue**
**102**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian & Kimberly Salzman**
**930 N Highland Avenue**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Brian Bohner**
**7270 W. Ustick**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Previous purchase of Legacy management contracts**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Brian Gray**
**2132 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Hone**
**893 N Bonsai**
**12**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,075.00** |
|---|---|---|---|

**Brian Tepfer**
**3606 W Rose Hill Street**
**3660-106**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$725.00** |
|---|---|---|---|

**Brian Tiffany**
**165 N Plummer Road**
**191**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Ulrey**
**1433 N Hartman Street**
**33-202**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2008**

**Basis for the claim:** **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Briana Johnson**
**893 N Bonsai**
**12**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Brianna Bobcock**
**2008 White Oak Lane**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2009**

**Basis for the claim:** **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $735.00 |
|---|---|---|---|

**Brianna Dawson**
**165 N Plummer Road**
**183**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

**Basis for the claim:** **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bridger English**
**4148 Nez Perce**
**102**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2011**

**Basis for the claim:** **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bridget Bobinger**
**209 S Dewey Avenue**
**B**
**Middleton, ID 83644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2008**

**Basis for the claim:** **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bridget Duman/Nick Hallowell**
**105 Cedar way**
**#C**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:** **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paradigm Property Solutions, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Bridget Jennings**
**551 & 639 N Moffat Avenue**
**639-8**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Brina Henneman**
**1716 S Eagleson**
**202**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittany Brown**
**2638 Bedford Lane**
**2819**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittany Lindstrom**
**2141 Stephen Avenue**
**202**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**Brittany Meyer**
**12539 Abram**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Brittney Barr**
**2141 Stephen Avenue**
**201**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittney Profitt**
**1433 N hartman Street**
**43-206**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00**

Brittnie & James Clinton
551 & 639 N Moffat Avenue
639-4
Emmett, ID 83617

Date(s) debt was incurred  09/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00**

Brittnie Poston
980 W Parkstone Street
A207-1
Meridian, ID 83646

Date(s) debt was incurred  06/2015

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Brooke Baldwin
213 S Dewey Avenue
B
Middleton, ID 83644

Date(s) debt was incurred  02/2009

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00**

Brooke Evans
1228 S Juniper Street
#103
Nampa, ID 83686

Date(s) debt was incurred  10/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Brooke Hilt
1011 N 25th
2501 1/2
Boise, ID 83702

Date(s) debt was incurred  03/2012

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Bruce & Donna Kelley
7082 Little Harbar Drive
Huntington Beach, CA 92648

Date(s) debt was incurred  unknown

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Bruce & Katelynn Miller
213 S Dewey Avenuew
A
Middleton, ID 83644

Date(s) debt was incurred  12/2009

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
_____    Case number *(if known)* _____
Name

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryan Banta**
**1128 S Fleetwell Avenue**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryan Jentzsch**
**PO Box 385**
**2008 or 35**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2011**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Bryan O'Leary**
**980 W Parkstone Street**
**D106-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryan Retig**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  vendors**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$945.00** |
|---|---|---|---|

**Bryce & Jenah Hanson**
**1212 S Juniper Street**
**#103**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryon & Jamie Prather**
**2116 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2011**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Business As Usual, LLC**
**4951 Cherry Avenue**
**Apartment 24**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Paradigm Property Solutions, LLC**                                    Case number *(if known)* _____
_____
       Name

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Butte Fencing**
**2049 E Wilson Lane**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __vendors__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**c/o Brighton Corporation**
**12601 W Explorer Drive**
**Suite200**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __vendors__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cable One**
**PO Box 78000**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __vendors__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Cadie Meyers**
**1011 N 25th**
**2501**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __06/2012__

**Basis for the claim:**  __lease deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Caitlin Carlberg**
**505 E Florida Avenue**
**12-102**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __10/2013__

**Basis for the claim:**  __lease deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Caleb & Anna Simpson**
**9738 W Cory Lane**
**9738**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __04/2012__

**Basis for the claim:**  __lease deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Caleb Blair**
**38 White Oak Lane**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __03/2009__

**Basis for the claim:**  __lease deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Calvin Kamppi**
**139 N Davis Court**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|

**Camden Six**
**2209 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cameron Hooper**
**3056 W Avarrera Lane**
**24**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Cameron Rail**
**1658 W Bayeux Drive**
**RIC165b-L**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Camille & Felix Haro**
**1023 S Locust Street**
**102**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Candace Bellamy**
**401 Holly Street**
**06**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Candice Bell**
**662 W Idaho**
**Unit 664**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **lease deposits**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
Name

Case number (if known)

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Capell Flooring & Interiors**
**1763 W Marcon Lane**
**Suite 100**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Capital City Heating&Cooling**
**420 N Curtis Road**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Carissa Delsied**
**165 N Plummer Road**
**153**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2018__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,245.00** |
|---|---|---|---|

**Carlos Reyes**
**1224 S Juniper Street**
**#104**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2017__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Carly Gouge**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2009__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Carmen Cook**
**PO Box 285**
**2106-2**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2009__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Carol Ann Molln**
**PO Box 2275**
**Santa Rosa, CA 95405**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:** __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.328** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Carol Easter**
437 W Idaho
A
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2010

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Carol Feeney Vaughn**
2638 Bedford Lane
2812
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2009

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Carol Lively**
3148 N Esquire Drive
202
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2007

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Carol Moore**
7180 Bunch Court
7220-102
Boise, ID 83714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2011

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carol Stiburek**
PO Box 275
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**Carole Coker**
165 N Plummer Road
1159
Star, ID 83669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Carolyn & Daarren Moser**
624 Pennwood Street
BST624b-L
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2013

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.335** Nonpriority creditor's name and mailing address

**Carolyn Crooks**
3704 W Rose Hill Street
111
Boise, ID 83705

Date(s) debt was incurred  03/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ☒ No ☐ Yes

**$500.00**

---

**3.336** Nonpriority creditor's name and mailing address

**Carolyn Hawk**
1972 Rattlesnake Drive
BOR107b-L
Meridian, ID 83646

Date(s) debt was incurred  03/2014

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,550.00**

---

**3.337** Nonpriority creditor's name and mailing address

**Carpet 911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.338** Nonpriority creditor's name and mailing address

**Carrie Durant**
980 W Parkstone Street
E204-1
Meridian, ID 83646

Date(s) debt was incurred  07/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$945.00**

---

**3.339** Nonpriority creditor's name and mailing address

**Carrie Tvedt**
551 & 639 N Moffat Avenue
551-10
Emmett, ID 83617

Date(s) debt was incurred  04/2018

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$650.00**

---

**3.340** Nonpriority creditor's name and mailing address

**Carson Roofing LLC**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.341** Nonpriority creditor's name and mailing address

**Cartridge World**
1742 E Fairview Road
Meridian, ID 83642

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|--------|--------------------------------------|------------------------|--|
| | Name | | |

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|

**Caryn Henry**
**209 S Dewey Avenue**
**A**
**Middleton, ID 83644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|-------|--|--|--|

**Casey & Pada Eldredge**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|

**Casey Clark**
**4048 Garnet Street**
**4048**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|

**Casey Fite**
**2116 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|

**Cassandra & Nancy Kawaguchi**
**2638 Bedford Lane**
**2868**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|-------|--|--|--|

**Cassandra Callahan**
**807 NW 2nd Street**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

Basis for the claim:  **lease deposits**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|-------|--|--|--|

**Cassandra Hoffman**
**165 N Plummer Road**
**173**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
　　　　　Name　　　　　　　　　　　　　　　　　　　　　　　　Case number (if known)

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cassandra Orizaba**
2115 Whispering Willow Ln
102
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cassandra Zuber**
2116 E Whispering Willow Ln
202
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**Cassidy Holloway**
1011 25th Street
1011
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cassie McDermitt**
1023 S Locust Street
104
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Castle Lock & Key**
7154 W State Street
208
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catherin & Justin Morrison**
2638 Bedford Lane
2817
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Catherine Jarett**
2586 Oak Road
#130
Walnut Creek, CA 94597

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  __unknown__

Basis for the claim:  __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |

**Cathleen & Justyne Harbour**
**519 E Florida**
**38**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Cathy Herron**
**2638 Bedford Lane**
**2657**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2009

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Cathy Pape**
**5450 Larkwood**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2009

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CBH Homes**
**PO Box 369**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CBI Collections**
**PO Box 1219**
**Nampa, ID 83653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Cecilia Estes**
**2124 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2009

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Central Roofing Inc**
**950 N edgewood**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
| | Name | | |

---

**3.363**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |
| **Central Roofing inc**<br>**4890 S Wildbrook**<br>**Boise, ID 83709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  vendors | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.364**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |
| **Centruy 21 Golden W Realty**<br>**517 S 10th Avenue**<br>**Caldwell, ID 83605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  vendors | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.365**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |
| **Chad Clark**<br>**2003 N Golfview Way**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **unknown** | Basis for the claim:  landlord claims | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.366**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Chad Goldsmith**<br>**1035 20th Street S**<br>**Nampa, ID 83687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  05/2009 | Basis for the claim:  lease deposit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.367**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Charlee Norlin**<br>**2115 Whispering Willow Ln**<br>**201**<br>**Nampa, ID 83687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  09/2013 | Basis for the claim:  lease deposit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.368**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
| --- | --- | --- |
| **Charlene & Ken Fowers**<br>**8727 Hackamore Drive**<br>**103**<br>**Boise, ID 83709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  05/2017 | Basis for the claim:  lease deposit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.369**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Charlene Dodson**<br>**10790 W Halstead Lane**<br>**201**<br>**Boise, ID 83713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  02/2012 | Basis for the claim:  lease deposit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Paradigm Property Solutions, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.370**

**Nonpriority creditor's name and mailing address**

**Charlene Machado**
**3899 Alisos Road**
**Arroyo Grande, CA 93420**

**Date(s) debt was incurred  unknown**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.371**

**Nonpriority creditor's name and mailing address**

**Charles & Kelsey Forbes**
**35 White Oak Lane**
**102**
**Nampa, ID 83687**

**Date(s) debt was incurred  10/201**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.372**

**Nonpriority creditor's name and mailing address**

**Charles Aldridge**
**1901 S Vista Avenue**
**1917**
**Boise, ID 83705**

**Date(s) debt was incurred  05/2009**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.373**

**Nonpriority creditor's name and mailing address**

**Charles Coursey**
**2111 E White Oak COurt**
**102**
**Nampa, ID 83687**

**Date(s) debt was incurred  06/2011**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.374**

**Nonpriority creditor's name and mailing address**

**Charles Desilva**
**505 E Florida Avenue**
**16-103**
**Nampa, ID 83686**

**Date(s) debt was incurred  06/2013**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$500.00**

---

**3.375**

**Nonpriority creditor's name and mailing address**

**Charles Kelly**
**Residia #502 7-5-10 Akasaka**
**Minato-ku**
**Tokyo, Japan  107-0052**

**Date(s) debt was incurred  unknown**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.376**

**Nonpriority creditor's name and mailing address**

**Charles Kulas**
**2209 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

**Date(s) debt was incurred  03/2016**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$800.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Charles Ragsdale**
662 W Idaho
Unit 674
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Charles Reese**
717 11th Avenue S
203
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Charm Pierce**
980 W Parkstone Street
C202-1
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Chasity Sklavos**
980 W Parkstone Street
E108-1
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Chelene Glankler**
505 E Florida Avenue
28-102
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Chelsea Connolly**
1011 25th Street
2501
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chelsea Gallagher**
3056 W Acarrera Lane
24 or 12
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**Chelsea Simpson**
**437 W Idaho Street**
**B**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chelsea Stavart**
**2015 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2009__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cheryl & Suttesian Allen**
**339 W Horsechestnut**
**Kuna, ID**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2011__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Cheryl Eilers**
**165 N Plummer Road**
**193**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cheryl Gudmundson**
**7180 Bunch Court**
**7220-101**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2011__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cheryl Holland**
**2123 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2008__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Cheryl Holland**
**505 E Florida Avenue**
**505-102**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Orviatt**
1433 N Hartman Street
GAR-1
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2006__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Oviatt**
1433 N Hartman Street
33-102
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2007__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheyanna Philips**
2123 E Whispering Willow Ln
101
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2009__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CHF Home Furnishings Inc**
104 S Orchard Street
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Chistopher&Cristina Alkhafij**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chita Lacno**
7033 Red Cardinal Loop
Colorado Springs, CO 80908

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Chris Bensinger**
401 Holly Street
18
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Chris Castillo**
**2139 Stephen Avenue**
**202**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Coates**
**11 Dawnwood**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Moser**
**437 W Idaho**
**D**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Christian Turner**
**4048 Garnet**
**4048**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Christina Castillo**
**2008 WHite Oak Lane**
**103**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Christina Diaz**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,195.00** |
|---|---|---|---|

**Christina Myers**
**980 W Parkstone Street**
**A203-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.405**

**Nonpriority creditor's name and mailing address**
**Christine King**
**3660 W Rose Hill Street**
**107**
**Boise, ID 83705**

Date(s) debt was incurred **03/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.406**

**Nonpriority creditor's name and mailing address**
**Christopher Alkhafaji**
**1716 S Eagleson Road**
**201**
**Boise, ID 83704**

Date(s) debt was incurred **10/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.407**

**Nonpriority creditor's name and mailing address**
**Christopher Apodaca**
**1120 Connecticut Avenue**
**1120**
**Nampa, ID 83686**

Date(s) debt was incurred **04/2011**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408**

**Nonpriority creditor's name and mailing address**
**Christopher Dacolias**
**1710 Heron**
**1714**
**Boise, ID 83702**

Date(s) debt was incurred **05/2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.409**

**Nonpriority creditor's name and mailing address**
**Christopher Davis**
**1757 S Barlow Lane**
**Boise, ID 83709**

Date(s) debt was incurred **05/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.410**

**Nonpriority creditor's name and mailing address**
**Christopher Goltermann**
**10394 W Irving Court**
**Boise, ID 83704**

Date(s) debt was incurred **06/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

**3.411**

**Nonpriority creditor's name and mailing address**
**Christopher Kingston**
**2107 E Whispering WIllow Ln**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred **03/2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.412** | Nonpriority creditor's name and mailing address

**Christopher Ledo**
**6098 Plantation Lane**
**Boise, ID 83703**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.413** | Nonpriority creditor's name and mailing address

**Christopher Spieler**
**165 N Plummer Road**
**161**
**Star, ID 83669**

Date(s) debt was incurred  **03/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.414** | Nonpriority creditor's name and mailing address

**Christopher Williams**
**1757 S Barlow Lane**
**Boise, ID 83709**

Date(s) debt was incurred  **05/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.415** | Nonpriority creditor's name and mailing address

**Christy DeLeon**
**980 W Parkstone Street**
**D107-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **02/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.416** | Nonpriority creditor's name and mailing address

**Christy Smith**
**2638 Bedford Lane**
**2672**
**Boise, ID 83705**

Date(s) debt was incurred  **05/2011**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417** | Nonpriority creditor's name and mailing address

**Cincinnati Insurance Company**
**PO Box 145620**
**Cincinnati, OH 45250-5620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.418** | Nonpriority creditor's name and mailing address

**Circle C Lawncare**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.419** | Nonpriority creditor's name and mailing address

**City of Boise**
**PO Box 2760**
**Boise, ID 83701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendors/utility bills__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.420** | Nonpriority creditor's name and mailing address

**City of Caldwell**
**PO Box 1179**
**West Chicago Street**
**Caldwell, ID 83605-0570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendors/utility bills__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.421** | Nonpriority creditor's name and mailing address

**City of Emmett**
**501 E Main Street**
**Boise, ID 83716-3046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendors/utility bills__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.422** | Nonpriority creditor's name and mailing address

**City of Meridian**
**Po Box 670**
**Caldwell, ID 83606-0670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendors/utility bills__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.423** | Nonpriority creditor's name and mailing address

**City of Nampa**
**401 3rd St South**
**Nampa, ID 83651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendors/utility bills__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.424** | Nonpriority creditor's name and mailing address

**Clare Frost**

Date(s) debt was incurred __01/2015__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.425** | Nonpriority creditor's name and mailing address

**Claudette & Mitchell Bullard**
**2638 Bedford Lane**
**2839**
**Boise, ID 83705**

Date(s) debt was incurred __04/2006__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Claudia Castrejon**
**2008 White Oak Lane**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2010__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Claudia Pina**
**2209 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2009__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clay & Salina Anderson**
**650 E Lake Creek**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __unknown__

Basis for the claim:  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,015.00**

**Clayton Woolford**
**165 N Plummer Road**
**131**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2018__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clean as a Whistle Blind**
**PO Box 190066**
**Boise, ID 83717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clean Up Crew**
**601 E 44th**
**8**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.432** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cleanup & Total Restoration**
**158 E 52nd Street**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Clifford Hand
PO Box 385
2007
Meridian, ID 83680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Clint & Jayson Child
315 13th Avenue S
08
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Clinton & Leslie Crane

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Clinton Jones

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Clyde & Laura Lang Trustee
148 E Valley View Road
Ashland, OR 97520

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Codey Scheve
505 E Flordia Avenue
24-104
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Cody Beck

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**
_____
Name                                                                                Case number (if known) _____

| | | |
|---|---|---|
| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cody's Appliance Repair**
**1117 E Plaza Drive**
**STE C**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendors**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Colby Court, LLC**
**1428 Raymond Street**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$735.00** |

**Cole & Kristine Woolford**
**165 N Plummer Road**
**183**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2018**

Last 4 digits of account number _

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$925.00** |

**Cole Pape**
**5297 N Lawsonia Place**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Last 4 digits of account number _

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Colin Cornelison**
**159 N Olde Park Place**
**Apt A**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendors**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Colleen LaVine**
**1772 Charlemont Avenue**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Colonial Apartments, LLC**
**PO Box 6321**
**Boise, ID 83707**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Comfort Systems Heating&Cool**
613 W Logan Street
Caldwell, ID 83605

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendors_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Commercial Northwest Propert**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendors_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Complete Air Mechanical LLC**
1123 12th Avenue
224
Nampa, ID 83686

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendors_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Complete Home Remodel**
PO Box 1427 and 1429
Meridian, ID 83680

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendors_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Complete Maintenance Solutio**
3355 W Highway 52
Emmett, ID 83617

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendors_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Complete Restoration Service**
8590 W Chinden Blvd
Garden City, ID 83714

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendors_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Computer Doctor**
8026 S Diego Way
Boise, ID 83709

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendors_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* |
| | Name | |

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Comstock LLC**
**1302 Hays**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Comtek Computer Services**
**PO Box 842**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Concrete Resources LLC**
**PO Box 846**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |

**Connie Halby-Fry**

Date(s) debt was incurred  **05/2014**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |

**Connor Booth**
**226 N Latah Street**
**#202**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**
Last 4 digits of account number _

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Consider It Done**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |

**Cora Simpson**
**980 W Parkstone Street**
**D101-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2016**
Last 4 digits of account number _

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Core PC**
**2585 Caldwell Blvd**
**Suite 102**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  vendors

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Corey Barton**
**PO Box 369**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:**  landlord claims

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Corey Burgess**
**1433 N Hartman Street**
**39-104**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2009**

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Corey Covell**
**8721 Hackamore**
**102**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2015**

**Basis for the claim:**  lease deposits

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$995.00** |
|---|---|---|---|

**Corie and Casey Aubrey**
**612 Winter Place**
**WY 82686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

**Basis for the claim:**  lease deposits

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Corona HOA**
**9738 W Cory Lane**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:**  landlord claims

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Corwin Investment Group, INC**
**PO Box 6821**
**Folsom, CA 95763**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:**  landlord claims

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **Paradigm Property Solutions, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Cory Resing**
**2115 Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  **09/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | **$300.00** |

**Courtney Schroeder**
**505 E Florida Avenue**
**20-101**
**Nampa, ID 83686**

Date(s) debt was incurred  **04/2014**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | **$500.00** |

**Covis Gomez**
**505 E Florida Avenue**
**505-103**
**Nampa, ID 83686**

Date(s) debt was incurred  **10/2013**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**CR Lawn & Landscape**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**CR Management Company**
**3101 Ocean Park Blvd**
**STE 300**
**Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Crane Alarm Service**
**214 12th Ave S**
**Nampa, ID 83651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Crawford Door Sales**
**4951 Bradley St**
**Boise, ID 83714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Paradigm Property Solutions, LLC**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.475**

**Nonpriority creditor's name and mailing address**

**Crickett Krohn**
**2216 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred  09/2009

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.476**

**Nonpriority creditor's name and mailing address**

**Cris Vallard**
**618 Winter Place**
**Nampa, ID 83686**

Date(s) debt was incurred  04/2018

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No  ☐ Yes

$1,000.00

---

**3.477**

**Nonpriority creditor's name and mailing address**

**Cristina Alkhafaji**
**1716 S Eaagleson Road**
**201**
**Boise, ID 83704**

Date(s) debt was incurred  10/2012

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No  ☐ Yes

$500.00

---

**3.478**

**Nonpriority creditor's name and mailing address**

**Cruz CLeaning & Painting LLC**
**1205 W Overland Road**
**Meridian, ID 83642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendors

Is the claim subject to offset? ■ No  ☐ Yes

$9,300.00

---

**3.479**

**Nonpriority creditor's name and mailing address**

**CS Custom Painting**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendors

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.480**

**Nonpriority creditor's name and mailing address**

**CSA Enterprises**
**6705 Hummel Drive**
**Boise, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendors

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.481**

**Nonpriority creditor's name and mailing address**

**Curt Pentecost**
**1823 W Rock Creek Court**
**Nampa, ID 83686**

Date(s) debt was incurred  unknown

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  landlord claims

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor    **Paradigm Property Solutions, LLC**    Case number (if known)
_____
Name

| | |
|---|---|
| 3.482 | **Nonpriority creditor's name and mailing address** |

**Cushing Family Corporation**
**PO Box 687**
**Hampden, ME 04444**

**Date(s) debt was incurred  unknown**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  landlord claims**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.483 | **Nonpriority creditor's name and mailing address** |

**Cyber Wolf Technology**
**6213 N Colverdale Road**
**Suite 130**
**Boise, ID 83713**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendors**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.484 | **Nonpriority creditor's name and mailing address** |

**D&J Cleaning Service**
**2781 Lynx Avenue**
**Boise, ID 83705**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendors**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.485 | **Nonpriority creditor's name and mailing address** |

**Daine Smith**
**2139 Stephen Avenue**
**101**
**Boise, ID 83706**

**Date(s) debt was incurred  08/2009**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.486 | **Nonpriority creditor's name and mailing address** |

**Daivd & Elizabeth Van Zandt**
**980 W Parkstone Street**
**B202-1**
**Meridian, ID 83646**

**Date(s) debt was incurred  06/2015**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.    **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.487 | **Nonpriority creditor's name and mailing address** |

**Dakota Allen**
**551 & 639 N Moffat Avenue**
**551-4**
**Emmett, ID 83617**

**Date(s) debt was incurred  01/2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.    **$1,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposits**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.488 | **Nonpriority creditor's name and mailing address** |

**Dale Ownby**
**1824 S Sportsman Way**
**Meridian, ID 83642**

**Date(s) debt was incurred  unknown**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  landlord claims**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.489**

Nonpriority creditor's name and mailing address

**Dale's Floors & Granite**
**2436 W Hemingway Blvd**
**Nampa, ID 83651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendors

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.490**

Nonpriority creditor's name and mailing address

**Dallas Millington**
**5957 N Teekem Falls Way**
**Meridian, ID 83646**

Date(s) debt was incurred  unknown

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  landlord claims

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.491**

Nonpriority creditor's name and mailing address

**Damien Aikenzambe**
**2638 Bedford Lane**
**2881**
**Boise, ID 83705**

Date(s) debt was incurred  10/2011

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.492**

Nonpriority creditor's name and mailing address

**Dan Gale**
**38 White Oak Lane**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  03/2009

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.493**

Nonpriority creditor's name and mailing address

**Dan Kelleher's Floor Service**
**10556 W Poppy Street**
**Boise, ID 83704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendors

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.494**

Nonpriority creditor's name and mailing address

**Dan Patton**
**3655 Provincetown Avenue**
**Irvine, CA 92606**

Date(s) debt was incurred  unknown

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  landlord claims

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.495**

Nonpriority creditor's name and mailing address

**Dan Yeakley**
**2115 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  05/2008

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Danbury Fair Homeowners Asso**
**1310 N Main Street**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Dane Lipson (Owner)**
**4148 Nez Perce Street**
**102**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2012

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
| --- | --- | --- | --- |

**Daniel & Jessica Fite-Ibarra**
**980 W Parkstone Street**
**D208-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2017

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Daniel & Lynlee Richards**
**982 Grassland Drive**
**Idaho Falls, ID 83404-8350**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

Basis for the claim:  landlord claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
| --- | --- | --- | --- |

**Daniel & Shannon Bingham**
**551 & 639 N Moffat Avenue**
**639-5**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

Basis for the claim:  lease deposits

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Daniel Boone**
**35 White Oake Lane**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2009

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Daniel Hill**
**39 White Oak Lane**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2009

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Huerta**
**2116 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2012

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 |
|---|---|---|---|

**Daniel Mora**
**401 Holly Street**
**08**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2017

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Daniel Newman**
**401 Holly Street**
**04**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2016

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Potter**
**2111 White Oak Lane**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2008

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Valentini**
**9738 W Cory  Lane**
**2562**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2012

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $735.00 |
|---|---|---|---|

**Danielle & Ryan Dow**
**165 N Plummer Road**
**169**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Danielle & Ryan Schlader**
**1885 Overland Road**
**202**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2012

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**                                  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

| 3.510 | **Nonpriority creditor's name and mailing address**<br>**Danielle DeVries**<br><br>Date(s) debt was incurred  **03/2014**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **lease deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.511 | **Nonpriority creditor's name and mailing address**<br>**Danielle Hinjosa**<br>**2115 Whispering Willow Ln**<br>**102**<br>**Nampa, ID 83687**<br>Date(s) debt was incurred  **03/2012**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **lease deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.512 | **Nonpriority creditor's name and mailing address**<br>**Danny & Shanna Grim**<br>**2606 Sea Breeze Street**<br>**Caldwell, ID 83605**<br>Date(s) debt was incurred  **02/2007**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **lease deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.513 | **Nonpriority creditor's name and mailing address**<br>**Dara Cook**<br>**38 White Oak Ln**<br>**102**<br>**Nampa, ID 83687**<br>Date(s) debt was incurred  **06/2008**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **lease deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.514 | **Nonpriority creditor's name and mailing address**<br>**Dara Wells**<br>**2116 E Whispering Willow Ln**<br>**102**<br>**Nampa, ID 83687**<br>Date(s) debt was incurred  **03/2010**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **lease deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.515 | **Nonpriority creditor's name and mailing address**<br>**Daren Kennings**<br>**1123 Leadville Avenue**<br>**Boise, ID 83706**<br>Date(s) debt was incurred  **05/2010**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **lease deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.516 | **Nonpriority creditor's name and mailing address**<br>**Darice Jones**<br>**893 N Bonsai**<br>**24**<br>**Meridian, ID 83642**<br>Date(s) debt was incurred  **10/2011**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **lease deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.517**

Nonpriority creditor's name and mailing address

**Darlene & Margarito Sosa**
**2115 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  **08/2011**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.518**

Nonpriority creditor's name and mailing address

**Darlene Burke**
**401 Holly Street**
**14**
**Nampa, ID 83686**

Date(s) debt was incurred  **05/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$625.00**

---

**3.519**

Nonpriority creditor's name and mailing address

**Darlene Oliver**
**531 W 21st Street**
**Long Beach, CA 90806-4156**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.520**

Nonpriority creditor's name and mailing address

**Darren Carmouche**
**2107 E Whispering Willows Ln**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred  **07/2009**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.521**

Nonpriority creditor's name and mailing address

**Darrick Joiner**
**401 Holly Street**
**06**
**Nampa, ID 83686**

Date(s) debt was incurred  **03/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.522**

Nonpriority creditor's name and mailing address

**Darrin Cash**
**32 White Oaks Lane**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  **03/2009**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.523**

Nonpriority creditor's name and mailing address

**Darryl & Melissa McEwee**
**8481 W Casa Grande Court**
**Garden City, ID 83714**

Date(s) debt was incurred  **12/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.524** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**DATE Enterprises, LLC**
**4821 W Outlook Avenue**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.525** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,950.00**

**Dave & Michelle Seusy**
**2291 E Meadow Creek Drive**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.526** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dave & Rebecca Meekhof**
**5428 Hamover Drive**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.527** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dave Coats**
**615 E 300 N**
**Rupert, ID 83350**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.528** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**David & Kacey Cohen**
**5301 Grassy Run Road**
**Placerville, CA 95667**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.529** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**David & Kathy Sharp**
**1999 W Salerno Street**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.530** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**David & Leda Christian**
**4199 S Stargazer Place**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.531**

Nonpriority creditor's name and mailing address

**David & Machyla Matranga**
**551 & 639 N Moffat Avenue**
**551-9**
**Emmett, ID 83617**

Date(s) debt was incurred  **04/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.532**

Nonpriority creditor's name and mailing address

**David & Melynda Green**
**111 19th Avenue S**
**Nampa, ID 83651**

Date(s) debt was incurred  **05/2009**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.533**

Nonpriority creditor's name and mailing address

**David & Nadine Arnold**
**401 Holly Street**
**10**
**Nampa, ID 83686**

Date(s) debt was incurred  **01/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.534**

Nonpriority creditor's name and mailing address

**David & Sophie Ramirez**
**407 11th Avenue S**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  **12/2010**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535**

Nonpriority creditor's name and mailing address

**David Bell**
**2216 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  **09/2008**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.536**

Nonpriority creditor's name and mailing address

**David Brown**
**2638 Bedford Lane**
**2888**
**Boise, ID 83705**

Date(s) debt was incurred  **03/2012**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.537**

Nonpriority creditor's name and mailing address

**David Camacho**
**7604 Vanport Avenue**
**Whittier, CA 90606**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Paradigm Property Solutions, LLC**    Case number (if known)
_____
Name

| | |
|---|---|
| 3.538 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

3.538

**David Carroll**
**980 W Parkstone Avenue**
**C204-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **03/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            **$800.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**

3.539

**David Emmert**
**1901 S Vista Avenue**
**1935**
**Boise, ID 83705**

Date(s) debt was incurred  **09/2008**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**

3.540

**David Epperson**
**165 N Plummer Road**
**187**
**Star, ID 83669**

Date(s) debt was incurred  **07/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            **$700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**

3.541

**David Glazer**
**2208 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  **03/2013**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**

3.542

**David Green**
**3704 W Rose Hill Street**
**211**
**Boise, ID 83705**

Date(s) debt was incurred  **03/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**

3.543

**David McDonald**
**121 N 9th Street**
**Suite #402**
**Boise, ID 83702**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**

3.544

**David Mora**
**401 Holly Street**
**06**
**Nampa, ID 83686**

Date(s) debt was incurred  **06/2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            **$700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.545**

**Nonpriority creditor's name and mailing address**

**David Priest**

Date(s) debt was incurred **unknown**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.546**

**Nonpriority creditor's name and mailing address**

**David Sindler**
**2107 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred **07/2011**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.547**

**Nonpriority creditor's name and mailing address**

**David Tracy**
**18168 Harvestor Avenue**
**Nampa, ID 83687**

Date(s) debt was incurred **03/2013**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.548**

**Nonpriority creditor's name and mailing address**

**David Vasquez**
**1901 S Vista Avenue**
**1959**
**Boise, ID 83705**

Date(s) debt was incurred **11/2008**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.549**

**Nonpriority creditor's name and mailing address**

**David Wallin**
**315 13th Avenue S**
**12**
**Nampa, ID 83651**

Date(s) debt was incurred **10/2013**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.550**

**Nonpriority creditor's name and mailing address**

**Davis Radcliffe**
**9042 W Java Lane**
**#202**
**Boise, ID 83704**

Date(s) debt was incurred **11/2017**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$825.00**

---

**3.551**

**Nonpriority creditor's name and mailing address**

**Davison's Cleaning & Repair**
**7770 W Cummins Avenue**
**Boise, ID 83709**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|

**Dawn Cleaver-Bird**
2298 N Hampton
BBA229b-L
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140,000.00** |
|---|---|---|---|

**Dean Jaques**
2303 E. 3300 S.
Jerome, ID 83338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Business loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dean Marcic**
1879 Camino Estrada
Concord, CA 94521

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$945.00** |
|---|---|---|---|

**Deanna Board**
1216 S Juniper Street
#104
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

Basis for the claim:  **lease deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Deanna Klemach**
920 N 7th Street
4
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2006**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Debbi Judd**
1771 S Barlow Lane
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Debbie & Frank Burruel**
7 Cartagena
San Clemente, CA 92672

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Debbie Daniels**
**811 NW 2nd Street**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deborah & Kenneth Martin**
**7180 Bunch Court**
**7180-101**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2008**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deborah Hill**
**2025 E White Oak Court**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2007**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Deborah Ray**
**315 13th Avenue S**
**206**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.00 |
|---|---|---|---|

**Debra Rogers (Caciano)**
**519 E Florida**
**46**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delawar Shahwali**
**2638 Bedford Lane**
**2823**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Delmay Contrera**
**662 W Idaho**
**Unit 672**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **lease deposits**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.566**

**Nonpriority creditor's name and mailing address**

**Dena Carratu**
**1731 S Watersilk Place**
**Boise, ID 83709**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,435.00**

---

**3.567**

**Nonpriority creditor's name and mailing address**

**Dena McBride**
**4048 Garnet Street**
**4048**
**Boise, ID 83703**

Date(s) debt was incurred  **11/2008**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.568**

**Nonpriority creditor's name and mailing address**

**Dennae & Kevin Godderidge**
**1759 S Barlow Lane**
**Boise, ID 83709**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$975.00**

---

**3.569**

**Nonpriority creditor's name and mailing address**

**Dennis Mastin**
**2638 Bedford Lane**
**2873**
**Boise, ID 83705**

Date(s) debt was incurred  **10/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.570**

**Nonpriority creditor's name and mailing address**

**Denny Burpee**
**519 E Florida**
**27**
**Nampa, ID 83686**

Date(s) debt was incurred  **09/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.571**

**Nonpriority creditor's name and mailing address**

**Derek & Isaac Goss**
**315 13th Avenue S**
**02**
**Nampa, ID 83651**

Date(s) debt was incurred  **08/2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.572**

**Nonpriority creditor's name and mailing address**

**Derek & Meagan Wilkie**
**165 N Plummer Road**
**143**
**Star, ID 83669**

Date(s) debt was incurred  **07/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$985.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Derek Harris**
505 E Florida Avenue
28-102
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2013

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Derek Hawes**
2638 Bedford Lane
2825
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2012

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derrick Moore**
425 W Loma Alta Drive
Altadena, CA 91001

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

Basis for the claim:  landlord claims

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Destinee Crabtree**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2016

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Devin Johnston**
980 W Parkstone Street
C101-1
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Diamond Preston**
204 Turtle Dove
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2012

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Diana & Michael Herzog**
2638 Bedford Lane
2872
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2008

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.580** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00**

**Diana Contreras**
240E Colorado Avenue
947
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Diane Gilmore**
662 W Idaho
Unit 662
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Diane Porter**
165 N Plummer Road
181
Star, ID 83669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**Dianne Petty**
2209 E Whispering Willow Ln
101
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dish Network**
PO Box 94063
Palatine, IL 60094-4063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DK Buckley LLC**

Date(s) debt was incurred  **06/2012**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DL Evans Easement Payment**

Date(s) debt was incurred  **05/2011**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**DLJ, LLC**
**1008 N 6th Street**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Doheny LLC**
**5382 N Morningale Way**
**Boise, ID 83713**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Dohery Electric Inc**
**3005 W Overland Road**
**Boise, ID 83705**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | **$800.00** |

**Donald Fillman**
**1716 S Eagleson Road**
**101**
**Boise, ID 83704**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Done Rite Tree Co LLC**
**PO Box 190041**
**Boise, ID 83719**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Donell Kienholz**
**505 E Florida Avenue**
**12-104**
**Nampa, ID 83686**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2015**

**Basis for the claim:  lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Donna Donovan**
**7180 Bunch COurt**
**7220-102**
**Boise, ID 83714**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2011**

**Basis for the claim:  lease deposit**

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Donna Faircloth**
3724 Tamarack Drive
Boise, ID 83703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Donna Garcia**
1220 S Juniper Street
#101
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Donna Landregan**
PO Box 5253
Kaneohe, HI 94677

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Donna Ray**
315 13th Avenue S
210
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Dorothy Mulligan**
240 E Colorado Avenue
244
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Doug Holladay**
4909 Greenhurst Road
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|

**Doug Holladay**
4909 Greenhurst Road
 WY 83000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Loan for purchase of Legacy business and buyout of Mike Edgar ownership interest**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
　　　　　Name

Case number *(if known)*

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Douglas Keene**
**4616 S Van Marter Road**
**Spokane Valley, WA 99206**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  unknown**

**Basis for the claim:  landlord claims**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Douglas Manning**
**551 & 639 N Moffat Avenue**
**639-9**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  09/2017**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Downtown Properties, LLC**
**223 N 6th Street**
**#425**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  unknown**

**Basis for the claim:  landlord claims**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dr Soot Chimney Sweep**
**208 23rd Ave S**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Basis for the claim:  vendors**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Drew Bingham**
**38 White Oak Lane**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/2008**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Drew Kishpaugh**
**8020 Dorian Street**
**BST802b-L**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  05/2015**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dryer Vent Wizard**
**2885 N Rough Stone Way**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Basis for the claim:  vendors**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.608** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
--- | --- | --- | ---

**3.608**

**Nonpriority creditor's name and mailing address**

**Duane Taylor**
**112 W 39th Street**
**Boise, ID 83714**

**Date(s) debt was incurred** __unknown__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.609**

**Nonpriority creditor's name and mailing address**

**Dumitru & Mihaela Mateescu**
**9969 W Targee Street**
**Boise, ID 83709**

**Date(s) debt was incurred** __08/2010__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610**

**Nonpriority creditor's name and mailing address**

**Durann Parra**
**1887 Overland Road**
**101**
**Boise, ID 83705**

**Date(s) debt was incurred** __10/2009__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.611**

**Nonpriority creditor's name and mailing address**

**Dustin Smith**
**519 E Florida**
**39**
**Nampa, ID 83686**

**Date(s) debt was incurred** __02/2017__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.612**

**Nonpriority creditor's name and mailing address**

**Dustin Verbug**
**35th & Good Street**
**2126**
**Boise, ID 83703**

**Date(s) debt was incurred** __05/2008__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.613**

**Nonpriority creditor's name and mailing address**

**Dustin Violette**
**131 N Davis Court**
**#133**
**Nampa, ID 83651**

**Date(s) debt was incurred** __11/2010__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.614**

**Nonpriority creditor's name and mailing address**

**Dwayne Barnett**
**717 11th Avenue S**
**108**
**Nampa, ID 83651**

**Date(s) debt was incurred** __02/2016__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.615** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Dylan Cockrum**
**980 W Parkstone Street**
**D201-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2015**

Basis for the claim:  **lease deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Dylan Stamp**
**1011 25th Street**
**1011.5**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.617** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dylan Tracy**
**2115 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dyson Colton**
**2115 Whispering Willow Ln**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.619** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**E & A Properties, LLC**
**2422 12th Avenue**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eagle Sewer District**
**44 N. Palmetto Ave.**
**Eagle, ID 83616-5149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.621** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eagle Water Company, Inc.**
**Construction Division**
**P.O. Box 455**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.622**

**Nonpriority creditor's name and mailing address**

**Earl & Sharon Hain**
**26462 Via Lara**
**Mission Viejo, CA 92691**

**Date(s) debt was incurred  unknown**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.623**

**Nonpriority creditor's name and mailing address**

**ED3 Properties, LLC**
**1168 W Barrymore Drive**
**Meridian, ID 83646**

**Date(s) debt was incurred  unknown**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.624**

**Nonpriority creditor's name and mailing address**

**ED3 Properties, LLC**
**PO Box 385**
**2023**
**Meridian, ID 83680**

**Date(s) debt was incurred  06/2011**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease depositi**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.625**

**Nonpriority creditor's name and mailing address**

**Eddie & Tiffany Clemons**
**E Mason Creek Lane**
**23**
**Meridian, ID 83642**

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendors**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.626**

**Nonpriority creditor's name and mailing address**

**Eddie Oropeza**
**217 N Straughan**
**Boise, ID 83712**

**Date(s) debt was incurred  10/2017**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$775.00**

---

**3.627**

**Nonpriority creditor's name and mailing address**

**Eddy & Kaylee Lattimer**
**1224 S Juniper Street**
**#102**
**Nampa, ID 83686**

**Date(s) debt was incurred  08/2016**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$900.00**

---

**3.628**

**Nonpriority creditor's name and mailing address**

**Edie Blake**
**551 & 639 N Moffat Avenue**
**551-8**
**Emmett, ID 83617**

**Date(s) debt was incurred  11/2017**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposits**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,500.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Edie Coleman**
**519 E Florida**
**40**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edinburgh HOA**
**1500 W Bannock**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __ __

Basis for the claim:  __vendors__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edith Jones**
**323 E Bannock Street**
**323-C**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,445.00** |
|---|---|---|---|

**Edmund Ellis**
**8727 Hackamore Drive**
**104**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$945.00** |
|---|---|---|---|

**Edward Brent**
**519 E Florida**
**36**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Edward Hennigan**
**980 W Parkstone Street**
**D108-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2013__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$735.00** |
|---|---|---|---|

**Efain Jaurez**
**165 N Plummer Road**
**183**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Paradigm Property Solutions, LLC** |
| | Name |

Case number *(if known)* _____

---

| 3.636 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EJC, LLC**
**5382 N Morgingsgale Way**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elena & Jordan Cragun**
**2115 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2008**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Elise Lorcher**
**980 W Parkstone Street**
**E208-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Elisha Smith**
**854 White Cloud**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eliud Matagaro**
**2638 Bedford Lane**
**2875**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Durbin**
**2025 E White Oak Court**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Glenn**
**4048 Garnet Street**
**4046**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

Elizabeth Loya
8721 Hacckamore
101
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

Elizabeth Ortiz-Dominguez
1887 Overland Road
201
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Elizabeth Ridgeway/Linn Howe
9813 W Caraway Court
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

Elizabeth Sames
401 Holy Street
02
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Elwood Olenslager
2000 E Overland
Burley, ID 83318

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Emanuel Quiroz
1223 S Ivy Street
Apt 46
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,795.00** |
|---|---|---|---|

Emilee Fortin
1992 E Meadow Creek ADrive
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**
_____    Case number (if known) _____
          Name

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emily & Paul Brohman**
1023 S Locust Street
104
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**Emily Eveland**
8739 Hackamore
102
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emmett Sanitation**
PO Box 5498
Emmett, ID 83617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Enes Mehanovic**
1901 S Vista Avenue
1913
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2008**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Baggs**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Beherns**
PO Box 385
45
Meridian, ID 83680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Nakashima**
1901 S Vista Avenue
1909
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.657** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eric Stone**
**3860 N McKinley Park Avenue**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.658** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$985.00**

**Erica Fry**
**165 N Plummer Road**
**179**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.659** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Erica Prescott**
**2025 E White Oak Lane**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2008**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00**

**Erik & Ignacio Martinez**
**240 E Colorado Avenue**
**947**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Erik & Nicole Blake**
**980 W Parkstone Street**
**B206-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2016**

Basis for the claim:  **lease deposits**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.662** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Erik Hanaway**
**4751 N Zachary Way**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.663** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00**

**Erik Mortensen**
**8739 Hackamore**
**101**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|

**Erin Bowles**
**14792 Helen Lane**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/2016__

Basis for the claim: __lease deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Erin Tetreault**
**1011 N 25th**
**1011**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2012__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ernie Pennell**
**1433 N Hartman Street**
**GAR-5**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/2001__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Esmerelda Arteaga**
**2403 S Kimball Avenue**
**4**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2009__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Esther Lopez**
**717 11th Avenue S**
**102**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/2016__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Esther Mendoza**
**10769 W Halstead Lane**
**202**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2015__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ethan & Jordyn Kellogg**
**2111 E White Oak Court**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2010__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.671** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

EUDA, LLC
5382 N Morningsgale
Boise, ID 83713

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.672** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Euretta Kurtz
213 S Dewey Avenue
A
Middleton, ID 83644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.673** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

Eva Thomlison
717 11th Avenue S
209
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.674** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$945.00**

Evangelina Jones-Blanco
980 W Parkstone Street
B208-1
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.675** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Evangeline Donohue
2638 Bedford Lane
2659
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.676** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Express Appliance
607 N Orchard Street
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.677** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Exterior Elements
Po Box 1083
Meridian, ID 83680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Extreme Electric**
**1100 M 63rd Street**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Ezekeil Messenger(co-signer)**
**1887 Overland Road**
**202**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2013__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FA Lawn Care**
**2345 Elliot Street**
**8**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Falane & Michael Gerritsen**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2013__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Farwell Electric**
**3015 Colorado Avenue**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Faye Hinkley**
**1120 Connecticut Avenue**
**1122**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2010__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Felecia Holm**
**2638 Bedford Lane**
**2815**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.685** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$650.00**

**Felipe Llamas**
**401 Holly Street**
**03**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Fernando & Jennifer Barboza**
**9022 W Brookeview Court**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.687** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Fernando Calixto**
**505 E Florida Avenue**
**20-103**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Fikret & Zirafet Badzic**
**2638 Bedford Lane**
**2830**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.689** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Finishing Touches Home Servi**
**PO Box 6413**
**Boise, ID 83707-6413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.690** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**First Interstate Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.691** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**First Rate Property Manageme**
**7150 Potomac Drive**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|--------|--------------------------------------|------------------------|--|
| | Name | | |

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**First Sevice Group Property**
**4222 W Emerald Street**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Flat Fee Evictions**
**PO Box 9101**
**Nampa, ID 83652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Flying Heart Enterprises,LLC**
**4195 N Clearbrook Place**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**For Rent**
**PO Box 209066**
**Dallas, TX 75320-9066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,000.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Fora Financial Business Loan**
**242 W. 36th Street**
**14th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **August 2017**

Basis for the claim:  **Business loan for Rentmaster of Rexburg**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Fort Group, LLC**
**2244 Swallowtail Lane**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Frances Robinson**
**2638 Bedford Lane**
**2645**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.699** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Frances Shannon**
**2116 E Whispeirng Willow Ln**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2008

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Francis Longstaff**
**1212 S Juniper Street**
**#102**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.701** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00**

**Francis Trujillo**
**980 W Parkstone Street**
**B201-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$850.00**

**Francisco Segura**
**401 Holly Street**
**12**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.703** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Fred & Ronaele Mellow**
**5220 N Highway 95**
**Parker, AZ 85344-1587**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.704** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,300.00**

**Fred Parker**
**551 & 639 N Moffat Avenue**
**551-1**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Freddy Hernandez**
**2107 Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2011

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.706 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gablan Alomar**
**4400 W Pasadena**
**#38**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2012**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gabriela Zambrano**
**7180 Bunch Court**
**7220-202**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2008**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Galina Belyakova**
**11939 Cloverbrook**
**#201**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2010**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ganymede Investments, LLC**
**7818 Chaplin Court**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Garage Door Store**
**3130 N 24th Street**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Garden Grove, LLC**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Garnet Investments, LLC**
**3724 Plantation River Place**
**Suite 101**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Paradigm Property Solutions, LLC**
Name

Case number (if known) _____

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Garrity Appliance**
**1207 3rd Street South**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  __vendors__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Garth Stephan**
**315 13th Avenue S**
**211**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Gary & Heather Jensen**
**3019 N Astaire**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary & Laura Brennan**
**2124 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2010__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gary Davis**
**3905 W Taft**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  __vendors__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gary E Wimmer Survivor Trust**
**21888 Blue Oaks Place**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

Basis for the claim:  __landlord claims__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Ewing**
**PO Box 385**
**39**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2010__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Hill**

**Date(s) debt was incurred**  __03/2009__

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GAT Landscape Maintenance**
**302 Bacon Drive**
**Boise, ID 83712**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __vendors__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gaya Living Trust V/D/A**
**6491 N Hillsboro Place**
**Boise, ID 83701**

**Date(s) debt was incurred**  __unknown__

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  __landlord claims__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gaya Living Trust V/D/A**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __vendors__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gem State Doors & Millwork**
**PO Box 3311**
**Nampa, ID 83653**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __vendors__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gemtek Pest Control**
**4781 Goodall Street**
**Garden City, ID 83714**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __vendors__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gene Sanchez**
**5927 Flamingo Drive**
**BST592b-L**
**Boise, ID 83704**

**Date(s) debt was incurred**  __08/2013__

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
| | Name | | |

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Genniece Sledge**
**2325 S Five Mile Road**
**2325**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**George & Kathy Beard**
**506 Canyon Drive**
**#35**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**George (Chris) Lucas**
**2638 Bedford Lane**
**2655**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**George Scott Exell**
**7180 Bunch Court**
**7180-201**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2008**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |

**German Hernandez**

Date(s) debt was incurred  **10/2013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gessyka Jensen**
**2638 Bedford Lane**
**2870**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Get'er Done Russ**
**0001**
**Emmett, ID**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ghulam Omarzai**
**2638 Bedford Lane**
**2810**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Gina & Julia Adams**
**240 E Colorado Avenue**
**250**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gina & Wade McCarroll**
**3056 W Acarrera Lane**
**12**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Givens Pursley LLP**
**PO Box 2720**
**Boise, ID 83701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Glass Doctor**
**44 S Meridian Road**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Gloria Marang**
**717 11th Avenue S**
**204**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Golden Lotus, LLC**
**918 W Yogi Lane**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.741** | Nonpriority creditor's name and mailing address

**Golden Tiger Properties, LLC**
**73 Beaumont Avenue**
**San Francisco, CA 94118**

Date(s) debt was incurred **unknown**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.742** | Nonpriority creditor's name and mailing address

**Gon & Helen Lim**
**10857 Bridgetower Drive**
**Boise, ID 83709**

Date(s) debt was incurred **unknown**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.743** | Nonpriority creditor's name and mailing address

**Gordon Dale & Nancy Cummings**
**23860 Woodhaven Place**
**Auburn, CA 95602**

Date(s) debt was incurred **unknown**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.744** | Nonpriority creditor's name and mailing address

**Graham Slade LLC**
**2611 S Illinois Avenue**
**Caldwell, ID 83605**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendors**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.745** | Nonpriority creditor's name and mailing address

**Grantland Chew**

Date(s) debt was incurred **06/2012**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.746** | Nonpriority creditor's name and mailing address

**Great Floors LLC**
**2855 E Fairview Avenue**
**Meridian, ID 83642**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendors**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.747** | Nonpriority creditor's name and mailing address

**Great West Property LLC**
**PO Box 385**
**2115 or 2107**
**Meridian, ID 83680**

Date(s) debt was incurred **08/2011**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.748** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Great West Property, LLC**
946 S 50th W
Burley, ID 83318

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.749** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Green Acres Lawn Company**
159 N Olde Park Place
Apt A
Eagle, ID 83616

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.750** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Green Cut Sprinklers**
PO Box 2292
Twin Falls, ID 83303

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Greens Heating&Air Condition**
1016 4th Street N
Nampa, ID 83687

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.752** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00**

**Greg & Krisren Rockwood**
980 W Parkstone Street
B102-1
Meridian, ID 83646

Date(s) debt was incurred  **08/2014**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.753** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Greg's Plumbing**
2789 NW 78th Street
Meridian, ID 83646

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.754** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Gregory & Michelle Stanley**
2638 Bedford Lane
2806
Boise, ID 83705

Date(s) debt was incurred  **08/2007**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Grover's Electric&Plumbing**
**1900 NE 78th Street**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Guadalupe Arteaga**
**980 W Parkstone Street**
**D201-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2015

Basis for the claim: __lease deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guardian Alarms Inc**
**1003 Southside Blvd**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guerrero Electric**
**224 S Canyon Street**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guild Mortgage Company**
**PO Box 85046**
**San Diego, CA 92186-5046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Gustavo Nieves Saenz**
**32 S White Oak Lane**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017

Basis for the claim: __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gym Outfitters inc**
**1852 S Century Way**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**

Name                                                    Case number *(if known)* _____

| | | |
|---|---|---|

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**H&D Carpet Cleaning Services**
22505 Old Highway 30
Caldwell, ID 83607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __vendors__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**H&H Properties**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __vendors__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Hailey Norton**
2141 Stephen Avenue
201
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2015__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Haley Campbell**
662 W Idaho
Unit 674
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2017__

**Basis for the claim:** __lease deposits__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Halsted LLP**
3200 E Anemone Court
Boise, ID 83716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __vendors__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Hannah Burkhardt**
505 E Florida Avenue
28-104
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2015__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hannah Kertesz**
323 E Bannock Street
325D
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2012__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.769** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Hannah McCracken**
2208 E Whispering Willow Ln
202
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/2013__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Hannah Sydow**
401 Holly Street
17
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2016__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Happy Homeowners Handyman**
3381 Acarrera Court
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.772** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Harlie & James Coney**
1763 S Barlow Lane
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2017__

Basis for the claim: __lease deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.773** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Harris Lance**
59 N Liberty Drive
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __unknown__

Basis for the claim: __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.774** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hawa Diriye**
2638 Bedford Lane
2879
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2010__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.775** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HD Supply Facilities Mainten**
PO Box 509058
San Diego, CA 92150-9058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heather & Mike Hadley**
**2008 WHite Oak Lane**
**103**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2010__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,195.00 |
|---|---|---|---|

**Heather Byers**
**980 W Parkstone Street**
**D204-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2017__

Basis for the claim:  __lease deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heather Crabtree**
**2638 Bedford Lane**
**2647**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|

**Heather Fairchild**
**1438 N West 14th Street**
**BST143b-L**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**Heidi & Jeremiah Peters**
**805 NW 2nd Street**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heidi Hope**
**4148 Nez Perce Street**
**201**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Helen Percifield**
**315 13th Avenue S**
**205**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2013__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.783** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00**

Helenna Blake
1224 S Juniper Street
#103
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **lease deposits**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.784** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Henry & Cindy Fernandez
118 La Vista Drive
Los Alamos, NM 87544

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.785** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Henry Vilcapoma
165 N Plummer Road
129
Star, ID 83669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.786** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Henson's Heating & Cooling
11830 Florida Drive
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.787** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Heron Family Trust
3453 W Braveheart Drive
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.788** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Higgins&Rutledge Insurance
PO Box 8567
Boise, ID 83707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.789** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

HOA
4841 E Tanoak Drive
Boise, ID 83716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Holly Maxey**
**117 Hudson Avenue**
**B**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2008**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Home Depot**
**1100 S Progress**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $945.00 |
|---|---|---|---|

**Ian Lofgren**
**980 W Parkstone Street**
**B107-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**IBF A Safeguard Company**
**910 W Amity Road**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Idaho Backflow**
**7800 Candlewood Drive**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Idaho Central Credit Union**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Idaho Custom Rain Gutters**
**11770 W President Drive**
**Suite G**
**83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Idaho Energy Systems LLC**
2498 E Omera Street
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Idaho Hardwood Flooring**
6357 N Portsmouth Avenue
Boise, ID 83714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Idaho Housing & Finance**
P.O. Box 7899
Boise, ID 83707-1899

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.33 |
|---|---|---|---|

**Idaho Power**
P.O. Box 70
Boise, ID 83707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Utilities - Power

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Idaho Property LLC**
PO Box 513
Rupert, ID 83350

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

Basis for the claim:  landlord claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Idaho Web Printers Inc**
800 E Locust St
PO Box 65
Emmett, ID 83617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendors

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Idalia Alfaro**

Date(s) debt was incurred  10/2009

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.804**

**Nonpriority creditor's name and mailing address**

**Impact Pest Services**
**PO Box 1906**
**Eagle, ID 83616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.805**

**Nonpriority creditor's name and mailing address**

**Infinite Maintenance&Cleanin**
**PO Box 151**
**Eagle, ID 83616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.806**

**Nonpriority creditor's name and mailing address**

**Ingrid Audrulis**
**1710 Heron**
**1602 N 18th street**
**Boise, ID 83702**

Date(s) debt was incurred  **09/2010**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.807**

**Nonpriority creditor's name and mailing address**

**Integrity Heating&Air LLC**
**4028 E Summit Lane**
**Nampa, ID 83687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.808**

**Nonpriority creditor's name and mailing address**

**Intermountain Air**
**9658 W Hearthside Drive**
**Boise, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.809**

**Nonpriority creditor's name and mailing address**

**Intermountain Gas Co**
**PO Box 5600**
**Bismarck, ND 58506-5600**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.810**

**Nonpriority creditor's name and mailing address**

**Intermountain Gas Company**
**PO Box 64**
**Boise, ID 83732-0064**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utility services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isaac & Kristina Karrick**
**2025 E White Oak Court**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2008__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isaac Hall**
**1401 N Eldorado Street**
**1403-102**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2015__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isaaman Revocable Liv Trust**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2013__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isaaman Revocable Liv Trust**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2013__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isabel Mendoza**
**117 Hudson Avenue**
**D**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2008__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Iselda Gonzalez**
**3704 W Rose Hill Street**
**210**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Ivy King**
**803 NW 2nd Street**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2016__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
| | Name | | |

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,195.00** |
| | **Izaac Bartrop** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred **08/2017** | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: **lease deposit** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **J Dana Thorne** | ☐ Contingent | |
| | **PO Box 735** | ☐ Unliquidated | |
| | **Kuna, ID 83634** | ■ Disputed | |
| | Date(s) debt was incurred **unknown** | Basis for the claim: **landlord claims** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **J Wes Property Maintenance** | ☐ Contingent | |
| | **424 W Cherry Lane** | ☐ Unliquidated | |
| | **Suite 128** | ☐ Disputed | |
| | **Meridian, ID 83646** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **vendors** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Jabril Frazier** | ☐ Contingent | |
| | **2141 Stephen Avenue** | ☐ Unliquidated | |
| | **102** | ☐ Disputed | |
| | **Boise, ID 83706** | | |
| | Date(s) debt was incurred **05/2015** | Basis for the claim: **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| | **Jace Schrader** | ☐ Contingent | |
| | **2139 Stephen Avenue** | ☐ Unliquidated | |
| | **102** | ☐ Disputed | |
| | **Boise, ID 83706** | | |
| | Date(s) debt was incurred **06/2015** | Basis for the claim: **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Jack Taylor** | ☐ Contingent | |
| | **315 13th Avenue S** | ☐ Unliquidated | |
| | **05** | ☐ Disputed | |
| | **Nampa, ID 83651** | | |
| | Date(s) debt was incurred **04/2013** | Basis for the claim: **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
| | **Jackie Watson** | ☐ Contingent | |
| | **980 W Parkstone Street** | ☐ Unliquidated | |
| | **C105-1** | ☐ Disputed | |
| | **Meridian, ID 83646** | | |
| | Date(s) debt was incurred **07/2014** | Basis for the claim: **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
| | Name | | | |

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jackson Property Management**
**PO Box 385**
**Bld 2025**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2009__

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacob Borg**
**9760 N Love Court**
**Hauser, ID 83854**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __unknown__

**Basis for the claim:  landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Jacob Chism**
**8743 Hackamore**
**104**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2016__

**Basis for the claim:  lease deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**Jacob Dodge**
**4847 Talamore Drive**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __02/2018__

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**Jacob Gonzalez**
**14473 Gresham Drive**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __02/2018__

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacob Goyden**
**323 E Bannock Street**
**323-A**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/2012__

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Jacob Grant**
**505 E Florida Avenue**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/2016__

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.832** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Jacob Johnson
165 N Plummer Road
151
Star, ID 83669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2014__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.833** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jacob Laird
4148 Nez Perce
102
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2011__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.834** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Jacob Weihe
226 N Latah Street
#102
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.835** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

Jacqueline Alvarez-Lopez
315 13th Avenue S
01
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2013__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.836** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jacqueline Hester
832 Midwood Drive
Granada Hills, CA 91344-2828

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.837** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jacqueline Martin
9330 Konocti Street
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.838** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jacqueline McKinnis
7250 W poplar
#310
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$995.00**

Jadyn Sanchez
519 E Florida
44
Nampa, ID 83686

Date(s) debt was incurred  **08/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** |
|---|---|

**$0.00**

Jae Franks

Date(s) debt was incurred  **11/2010**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** |
|---|---|

**$0.00**

Jaime & Nora Perez Prado
2115 Whispering Willow Ln
102
Nampa, ID 83687

Date(s) debt was incurred  **03/2012**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** |
|---|---|

**$700.00**

Jaime Garcia
165 N Plummer Road
135
Star, ID 83669

Date(s) debt was incurred  **05/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** |
|---|---|

**$975.00**

Jaison Brooks
1555 W Biddick Street
BST155b-L
Meridian, ID 83642

Date(s) debt was incurred  **06/2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** |
|---|---|

**$0.00**

Jake Dejongh

Date(s) debt was incurred  **03/2009**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** |
|---|---|

**$0.00**

Jake Hill
2105 White Oak Lane
201
Nampa, ID 83687

Date(s) debt was incurred  **10/2009**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.846** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Jake Lee
505 E Florida Avenue
24-104
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.847** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

James & Cathy McMillian
2207 E Oak
Caldwell, ID 83605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.848** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00**

James & Felicia Thorusen
1228 S Juniper Street
#102
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

James Gaffrey
39 White Oak Lane
201
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

James Gosswiller
925 N 9th Street
20
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2008**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.851** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

James Harrison
800 Park Blvd
#720
Boise, ID 83712

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.852** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

James Lindsey
1310 Kimra Street
STI131b-L
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**James Manske**

Date(s) debt was incurred  **04/2017**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Pollard
2638 Bedford Lane
2866
Boise, ID 83705**

Date(s) debt was incurred  **11/2011**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Praegitzer
1901 S Vista Avenue
1929
Boise, ID 83705**

Date(s) debt was incurred  **03/2009**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Wardle
1120 Connecticut Avenue
1126
Nampa, ID 83686**

Date(s) debt was incurred  **02/2010**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James White
1901 S Vista Avenue
1951
Boise, ID 83705**

Date(s) debt was incurred  **06/2008**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jamie Reay
2208 E Whispering Willow Ln
101
Nampa, ID 83687**

Date(s) debt was incurred  **10/2013**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jamie Wright
5927 Flamingo Drive
Boise, ID 83704**

Date(s) debt was incurred  **03/2017**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
_____
Name

Case number (if known) _____

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jan Dike**
**2007 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **unknown**

Basis for the claim:   **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jan Dress**
**7180 Bunch Court**
**7220-101**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **07/2011**

Basis for the claim:   **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Jana & Ted Messenger**
**1887 Overland Road**
**202**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **11/2013**

Basis for the claim:   **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Janel Johnson**
**980 W Parkstone Street**
**E105-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **06/2016**

Basis for the claim:   **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Janell Austyn**
**511 W Pine**
**Unit C**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **11/2017**

Basis for the claim:   **lease deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Janet & Steven Robles**
**165 N Plummer Road**
**139**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **04/2009**

Basis for the claim:   **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janet Dennis**
**213 S Dewey Avenue**
**B**
**Middleton, ID 83644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **12/2009**

Basis for the claim:   **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**                                              Case number *(if known)*
                        Name

| 3.867 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Janna Neetz
1550 Michigan way
Nipomo, CA 93444

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __unknown__

**Basis for the claim:** __landlord claims__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Jannette & Lloyd Yorgensen
207 S Dewey Avenue
A
Middleton, ID 83644

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __07/2009__

**Basis for the claim:** __lease deposit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Jaques Handy Dandy Service
429 SW 5th Avenue
Ste 110
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __vendors__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Jaran & Megan Wagner
38 White Oak Lane
201
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __05/2010__

**Basis for the claim:** __lease deposit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Jared & Mackenzie Fillmore
2025 E White Oak Court
101
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __09/2011__

**Basis for the claim:** __lease deposit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Jared & Summer Bell
2111 White Oak Lane
101
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __07/2009__

**Basis for the claim:** __lease deposit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Jared Borg
103 S Akler Lane
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __unknown__

**Basis for the claim:** __landlord claims__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.874** | Nonpriority creditor's name and mailing address

**Jared Check**
**1011 25th Street**
**2501.5**
**Boise, ID 83702**

Date(s) debt was incurred  **04/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,295.00**

---

**3.875** | Nonpriority creditor's name and mailing address

**Jared Cozby**
**2113 W Trestle Drive**
**Meridian, ID 83646**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.876** | Nonpriority creditor's name and mailing address

**Jared Durbin**
**2638 Bedford Lane**
**2841**
**Boise, ID 83705**

Date(s) debt was incurred  **12/2011**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.877** | Nonpriority creditor's name and mailing address

**Jarod Barker**
**1901 S Vista Avenue**
**1941**
**Boise, ID 83705**

Date(s) debt was incurred  **02/2009**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.878** | Nonpriority creditor's name and mailing address

**Jasmine & Tobias Matus**
**4148 Nez Perce Street**
**202**
**Boise, ID 83705**

Date(s) debt was incurred  **10/2011**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879** | Nonpriority creditor's name and mailing address

**Jasmine Britton**
**551 & 639 N Moffat Avenue**
**639-3**
**Emmett, ID 83617**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.880** | Nonpriority creditor's name and mailing address

**Jasmine Torres**
**2638 Bedford Lane**
**2880**
**Boise, ID 83705**

Date(s) debt was incurred  **08/2011**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.881** | Nonpriority creditor's name and mailing address
**Jason Chipman**

Date(s) debt was incurred  **02/2012**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.882** | Nonpriority creditor's name and mailing address
**Jason Clover**
**519 E Florida**
**43**
**Nampa, ID 83686**

Date(s) debt was incurred  **10/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,195.00**

---

**3.883** | Nonpriority creditor's name and mailing address
**Jason Felsted**
**511 W Pine**
**Unit C**
**Meridian, ID 83642**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.884** | Nonpriority creditor's name and mailing address
**Jason Kotter**
**7320 N Meridian Road**
**Meridian, ID 83646**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.885** | Nonpriority creditor's name and mailing address
**Jason Redd**
**407 11th Avenue S**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  **05/2009**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.886** | Nonpriority creditor's name and mailing address
**Jay & Mary Vinson**
**1659 E Summerfalls Drive**
**Meridian, ID 83642**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.887** | Nonpriority creditor's name and mailing address
**Jay Patterson**
**1828 N Bing Avenue**
**Meridian, ID 83646**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.888** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jeanea Van Sickel
315 13th Avenue S
09
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2011__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.889** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jeanette & Nathan Pyles
19212 Goldfinch Way
Caldwell, ID 83605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2010__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.890** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jeanette Brown
1023 S Locust Street
101
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2010__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.891** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jeff & Linda Hale
907 8th Street
Brookings, SD 57006

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.892** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jeff Borup
2141 Stephen Avenue
101
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2013__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.893** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jeff Pruett
14518 W Barclay
Boise, ID 83713

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.894** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jeffery & Tammy Schiller
75 Ord Blvd
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jeffery Moore**<br>**2007 E Whispering Willow Ln**<br>**201**<br>**Nampa, ID 83687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __10/2008__ | Basis for the claim:  __lease deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jeffrey & Tammy Schiller**<br>**PO Box 385**<br>**32**<br>**Meridian, ID 83680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __04/2010__ | Basis for the claim:  __lease deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jeffrey Stanek**<br>**1023 S Locust Street**<br>**104**<br>**Nampa, ID 83686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __10/2012__ | Basis for the claim:  __lease deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Jen Morrison**<br>**404 McChesney Avenue**<br>**ext. 27-12**<br>**Troy, NY 12180** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  __unknown__ | Basis for the claim:  __landlord claims__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Jenica Papp**<br>**3508 Kootenai Street**<br>**Boise, ID 83706** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  __unknown__ | Basis for the claim:  __landlord claims__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jenna Mahoney**<br>**505 E Florida Avenue**<br>**28-103**<br>**Nampa, ID 83686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __07/2015__ | Basis for the claim:  __lease deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Jenna Shaffer**<br>**2116 E Whispering Willow Ln**<br>**202**<br>**Nampa, ID 83687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __01/2009__ | Basis for the claim:  __lease deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Jennie Williams**
**980 W Parkstone Street**
**A204-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2016

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jennifer Allen**
**2123 E Whispering Wollow Ln**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2009

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer Browning**
**2446 W Wolf Rapid Drive**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

Basis for the claim:  landlord claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jennifer Cole**
**1901 S Vista Avenue**
**1937**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2009

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$845.00** |
|---|---|---|---|

**Jennifer Hayes**
**980 W Parkstone Street**
**C208-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jennifer Keener**
**2111 E White Oak Court**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2010

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jennifer Noeldner**
**1901 S Vista Avenue**
**194**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2008

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Parker**
**920 N 7th Street**
**1**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2009__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $735.00 |
|---|---|---|---|

**Jennifer Phipps**
**165 N Plummer Road**
**195**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/2017__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Shaira**
**2105 White Oak Lane**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2009__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Jenny Whitehead**
**11933 W Dallan**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/2017__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jens Carlson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/2009__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremiah Baker**
**2124 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __01/2010__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremiah Big Springs**
**2638 Bedford Lane**
**2825**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2012__

Basis for the claim: __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.916**

**Nonpriority creditor's name and mailing address**
**Jeremiah Stuart**
**35th & Good Street**
**2118**
**Boise, ID 83703**

Date(s) debt was incurred __11/2008__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.917**

**Nonpriority creditor's name and mailing address**
**Jeremy McNichols**
**2141 Stephen Avenue**
**12**
**Boise, ID 83706**

Date(s) debt was incurred __05/2015__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$300.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.918**

**Nonpriority creditor's name and mailing address**
**Jeremy Reid**
**551 & 639 N Moffat Avenue**
**551-7**
**Emmett, ID 83617**

Date(s) debt was incurred __09/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                            **$1,150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.919**

**Nonpriority creditor's name and mailing address**
**Jeremy Steiding**

Date(s) debt was incurred __unknown__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                            **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __landlord claims__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.920**

**Nonpriority creditor's name and mailing address**
**Jerlin Cummings**
**1701 Edgemere Curroff Road**
**Priest River, ID 83856**

Date(s) debt was incurred __unknown__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                            **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __landlord claims__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.921**

**Nonpriority creditor's name and mailing address**
**Jerrico Jackson**
**5290 N Joe Robbie**
**Boise, ID 83713**

Date(s) debt was incurred __03/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                            **$1,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.922**

**Nonpriority creditor's name and mailing address**
**Jerry & Barbara Sourjohn**
**4188 Summer Gate Avenue**
**Vallejo, CA 94591**

Date(s) debt was incurred __unknown__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                            **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __landlord claims__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.923** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$945.00**

**Jerry Gonterman**
**980 W Parkstone Street**
**D202-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.924** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00**

**Jerry Martinez**
**240 E Colorado Avenue**
**941**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.925** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Jerry Naylor**
**893 N Bonsai**
**12**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.926** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JES Electric**
**1809 Regal Drive**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.927** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jesse & Cigdem Hyder**
**1900 Farwell Lane**
**#202**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __unknown__

Basis for the claim:  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,550.00**

**Jesse Cowan**
**304 E Ivy Glade Street**
**THU304b-L**
**Kuna, ID 83634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.929** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00**

**Jesse Cresap**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2014__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**                                    Case number *(if known)*
_____
          Name

| | | |
|---|---|---|
| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**3.930**

**Nonpriority creditor's name and mailing address**

**Jessica & Jose Ortiz**
**1887 Overland Road**
**201**
**Boise, ID 83705**

Date(s) debt was incurred  __07/2012__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.931**

**Nonpriority creditor's name and mailing address**

**Jessica & LaNita Vance**
**315 13th Avenue S**
**202**
**Nampa, ID 83651**

Date(s) debt was incurred  __04/2013__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.932**

**Nonpriority creditor's name and mailing address**

**Jessica & Nathan Lundt**
**1120 Connecticut Avenue**
**1122**
**Nampa, ID 83686**

Date(s) debt was incurred  __01/2012__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.933**

**Nonpriority creditor's name and mailing address**

**Jessica & Spencer Gibson**
**11143 Silver River Loop**
**Nampa, ID 83686**

Date(s) debt was incurred  __06/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$1,750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.934**

**Nonpriority creditor's name and mailing address**

**Jessica Clarke**
**519 E FLorida**
**31**
**Nampa, ID 83686**

Date(s) debt was incurred  __06/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$1,245.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.935**

**Nonpriority creditor's name and mailing address**

**Jessica Duran**
**165 N Plummer Road**
**187**
**Star, ID 83669**

Date(s) debt was incurred  __07/2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.936**

**Nonpriority creditor's name and mailing address**

**Jessica Ferbrache**
**2801 N Ash Park Lane**
**BBA280b-L**
**Boise, ID 83704**

Date(s) debt was incurred  __10/2013__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.937** | Nonpriority creditor's name and mailing address

Jessica Flores
8721 Hackamore
103
Boise, ID 83709

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,245.00**

---

**3.938** | Nonpriority creditor's name and mailing address

Jessica Fowler
8721 Hackamore
104
Boise, ID 83709

Date(s) debt was incurred  **01/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$500.00**

---

**3.939** | Nonpriority creditor's name and mailing address

Jessica Guy

Date(s) debt was incurred  **02/2014**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$750.00**

---

**3.940** | Nonpriority creditor's name and mailing address

Jessica Henrichs
505 E Florida Avenue
16-104
Nampa, ID 83686

Date(s) debt was incurred  **06/2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$500.00**

---

**3.941** | Nonpriority creditor's name and mailing address

Jessica Iser
3056 W Acarrera Lane
23
Meridian, ID 83642

Date(s) debt was incurred  **06/2010**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.942** | Nonpriority creditor's name and mailing address

Jessica Milanez
1011 25th Street
2501
Boise, ID 83702

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,000.00**

---

**3.943** | Nonpriority creditor's name and mailing address

Jessica Pantle
1023 S Locust Street
101
Nampa, ID 83686

Date(s) debt was incurred  **09/2010**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Paradigm Property Solutions, LLC**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| 3.944 | **Nonpriority creditor's name and mailing address** |

**Jessica Taylor**
**2132 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  02/2012

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.945 | **Nonpriority creditor's name and mailing address** |

**Jessica Welch**
**2107 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  05/2010

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.946 | **Nonpriority creditor's name and mailing address** |

**Jessika & Renee Tracy**
**18168 Harvestor Avenue**
**Nampa, ID 83687**

Date(s) debt was incurred  03/2013

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.947 | **Nonpriority creditor's name and mailing address** |

**Jesus Reyes**
**401 Holly Street**
**07**
**Nampa, ID 83686**

Date(s) debt was incurred  06/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,050.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.948 | **Nonpriority creditor's name and mailing address** |

**Jesus Tejeda**
**519 E Florida**
**47**
**Nampa, ID 83686**

Date(s) debt was incurred  10/2014

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.949 | **Nonpriority creditor's name and mailing address** |

**Jill Thornton**
**1216 S Juniper Street**
**#103**
**Nampa, ID 83686**

Date(s) debt was incurred  10/2017

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$975.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.950 | **Nonpriority creditor's name and mailing address** |

**Jillian Janson**
**13 & 17 E State Avenue**
**17**
**Meridian, ID 83642**

Date(s) debt was incurred  06/2010

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.951** | **Nonpriority creditor's name and mailing address**

**Jim & Laura Putnam**
**7840 Madison**
**Ste154**
**Fair Oaks, CA 95628**

Date(s) debt was incurred **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.952** | **Nonpriority creditor's name and mailing address**

**Jim's Heating&Cooling**
**5300 Fairview Avenue**
**Boise, ID 83706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendors**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.953** | **Nonpriority creditor's name and mailing address**

**Jim's Lumber&Building Sup**
**1390 W 6th S**
**Mountain Home, ID 83647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendors**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.954** | **Nonpriority creditor's name and mailing address**

**Jimmy Ramirez**
**32 S White Oak Lane**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred **08/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$500.00**

---

**3.955** | **Nonpriority creditor's name and mailing address**

**Joann Nancolas**
**717 11th Avenue S**
**101**
**Nampa, ID 83651**

Date(s) debt was incurred **12/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$400.00**

---

**3.956** | **Nonpriority creditor's name and mailing address**

**Joanna Morrow**
**315 13th Avenue S**
**204**
**Nampa, ID 83651**

Date(s) debt was incurred **10/2013**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$300.00**

---

**3.957** | **Nonpriority creditor's name and mailing address**

**Jodi Ellis**
**2403 S Kimball Avenue**
**5**
**Caldwell, ID 83605**

Date(s) debt was incurred **10/2006**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.958**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,195.00 |
|---|---|---|
| Jodi Paoli<br>980 W Parkstone Street<br>E102-1<br>Meridian, ID 83646 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  04/2018 | Basis for the claim:  lease deposit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.959**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Joe Fitzpatrick/Brain Anthon<br>1775 W State Street<br>340<br>Boise, ID 83702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  vendors | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.960**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Joel & Melanie Flake<br>3724 Plantation River Drive<br>Suite 101<br>Boise, ID 83703 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  unknown | Basis for the claim:  landlord claims | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.961**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Joel Gutierrez<br>407 11th Avenue<br>103<br>Nampa, ID 83687 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  06/2009 | Basis for the claim:  lease deposit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.962**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|
| Joel Myers<br>1011 25th Street<br>1011.5<br>Boise, ID 83702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  05/2016 | Basis for the claim:  lease deposit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.963**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| John & Marion Iles<br>33 Cormistas Court<br>Walnut Creek, CA 95498 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  unknown | Basis for the claim:  landlord claims | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.964**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| John & Megan Hutchins<br>4148 Nez Perce<br>101<br>Boise, ID 83705 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  06/2010 | Basis for the claim:  lease deposit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.965** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**John & Valerie Campbell**
**2107 E Whispering Willow Lan**
**202**
**Nampa, ID 83687**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **06/20163**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.966** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**John Asbury**
**PO Box 385**
**2112**
**Meridian, ID 83680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **05/2009**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.967** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**John Clark**
**PO Box 804**
**3010 S Whitepost Way**
**Eagle, ID 83616**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **unknown**

Basis for the claim: **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.968** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**John Dunn**
**1435 Essex Street**
**# 5**
**San Diego, CA 92103**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **unknown**

Basis for the claim: **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.969** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

**John Fowers**
**980 W Parkstone Street**
**A206-1**
**Meridian, ID 83646**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **04/2013**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.970** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00**

**John Hare**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **01/2009**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.971** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**John Kane**
**111 19th Avenue Street**
**studio**
**Nampa, ID 83651**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **05/2009**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.972 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**John Long**
**2575 NE 7th Lane**
**Redmond, OR 97756**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  unknown**

**Basis for the claim:  landlord claims**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |

**John Olsen**
**315 13th Avenue S**
**203**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  07/2011**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |

**John Rawson**
**315 13th Avenue S**
**212**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/2013**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**John Ray**
**7180 Bunch Court**
**7220-201**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/2011**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |

**John Schnee**
**511 W Pine**
**Unit D**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/2017**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$850.00** |

**John Stauffer**
**226 N Latah Street**
**#101**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/2018**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |

**John Sutherland**
**519 E Florida**
**29**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  02/2017**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.979** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**John Whalen**
**1326 N Main Street**
**Meridian, ID 83642**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.980** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**John's Home Services**
**455 W Arizona Lane**
**Boise, ID 83706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.981** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**John's Plumbing/Heating Serv**
**141 Enterprise Street**
**Emmett, ID 83617**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.982** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnny Parsons**
**2638 Bedford Lane**
**2670**
**Boise, ID 83705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **07/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.983** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Johnson Property Management**
**958 WE Oakhampton**
**Eagle, ID 83616**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.984** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Johnson Property Management**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.985** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Johnson Supply**
**10943 W Executive**
**Boise, ID 83713**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Jonathan Aguirre-Hobbs**
**401 Holly Street**
**17**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2018__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Jonathan Allen**
**8721 Hackmore**
**104**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2016__

Basis for the claim:  __lease deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Hartness**
**1023 S Locust Street**
**101**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2010__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Jonathan Valdovinos**
**2008 White Oak Lane**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2009__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Wilkes**
**925 N 9th Street**
**19**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2009__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathan Yost**
**2856 E Windsong**
**Boise, ID 83712**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

Basis for the claim:  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JonesGledhill FuhrmanGourley**
**PO Box 1097**
**Boise, ID 83701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __vendors__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.993**

**Nonpriority creditor's name and mailing address**

**Jordan Barrett**

Date(s) debt was incurred  **06/2014**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994**

**Nonpriority creditor's name and mailing address**

**Jordan Brinkerhoff**
**2132 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  **02/2012**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.995**

**Nonpriority creditor's name and mailing address**

**Jordanne Tengonciang**
**2208 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  **11/2012**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.996**

**Nonpriority creditor's name and mailing address**

**Jordyn & Cyndia Glorfield**
**610 W Ramsbrook**
**Meridian, ID 83646**

Date(s) debt was incurred  **07/2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$1,300.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.997**

**Nonpriority creditor's name and mailing address**

**Jordyn Glorfield**
**2025 E White Oak Court**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred  **08/2011**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.998**

**Nonpriority creditor's name and mailing address**

**Jorge Castenede**
**2015 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  **06/2008**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.999**

**Nonpriority creditor's name and mailing address**

**Jose Acosta**
**2638 Bedford Lane**
**2880**
**Boise, ID 83705**

Date(s) debt was incurred  **08/2011**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.100 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|
| **Jose Martinez**<br>**505 E Florida Avenue**<br>**Nampa, ID 83686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **08/2016** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jose Sanchez**<br>**1812 E Linden Street**<br>**1814**<br>**Caldwell, ID 83605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **05/2009** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00** |
|---|---|---|
| **Joseph & SueAnn Reese**<br>**1050 W Riodosa Drive**<br>**Meridian, ID 83642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **02/2018** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|
| **Joseph & Virginia Stephen**<br>**12539 Abram**<br>**Boise, ID 83713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/2016** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|
| **Joseph Daniel**<br>**5367 Cortona Way**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **07/2014** | **Basis for the claim:  lease deposits** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Joseph Everhart**<br>**1901 S Vista Avenue**<br>**1957**<br>**Boise, ID 83705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **05/2008** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Joseph Hall**<br>**13 & 17 E State Avenue**<br>**13**<br>**Meridian, ID 83642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **10/2009** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Paradigm Property Solutions, LLC**                                    Case number (if known)
                Name

| | |
|---|---|

**3.100 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
| **Joseph Huff** | ☐ Contingent | |
| **505 E Florida Avenue** | ☐ Unliquidated | |
| **24-103** | ☐ Disputed | |
| **Nampa, ID 83686** | | |
| Date(s) debt was incurred  01/2015 | **Basis for the claim:   lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.100 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joseph Jones** | ☐ Contingent | |
| **2638 Bedford Lane** | ☐ Unliquidated | |
| **2832** | ☐ Disputed | |
| **Boise, ID 83705** | | |
| Date(s) debt was incurred  03/2013 | **Basis for the claim:   lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.100 9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joseph Lovell** | ☐ Contingent | |
| **2105 White Oak Lane** | ☐ Unliquidated | |
| **202** | ☐ Disputed | |
| **Nampa, ID 83687** | | |
| Date(s) debt was incurred  05/2010 | **Basis for the claim:   lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.101 0**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joseph Luna** | ☐ Contingent | |
| **2116 E Whispering Willow Ln** | ☐ Unliquidated | |
| **102** | ☐ Disputed | |
| **Nampa, ID 83687** | | |
| Date(s) debt was incurred  03/2010 | **Basis for the claim:   lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.101 1**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| **Joseph Milender** | ☐ Contingent | |
| **519 E Florida** | ☐ Unliquidated | |
| **42** | ☐ Disputed | |
| **Nampa, ID 83686** | | |
| Date(s) debt was incurred  02/2015 | **Basis for the claim:   lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.101 2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
| **Joseph Niederriter** | ☐ Contingent | |
| **401 Holly Street** | ☐ Unliquidated | |
| **16** | ☐ Disputed | |
| **Nampa, ID 83686** | | |
| Date(s) debt was incurred  11/2017 | **Basis for the claim:   lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.101 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
| **Joseph Tway** | ☐ Contingent | |
| **9580 Hoff Drive** | ☐ Unliquidated | |
| **Boise, ID 83714** | ☐ Disputed | |
| Date(s) debt was incurred  05/2016 | **Basis for the claim:   lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| Debtor | **Paradigm Property Solutions, LLC** |
| | Name |

Case number *(if known)* _____

---

| 3.101 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Josephine Sanchez**
**2107 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2010

**Basis for the claim:** **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Josey Phillips**
**2638 Bedford Lane**
**2629**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2012

**Basis for the claim:** **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Josh & Mendi Murphy**
**2098 W Trestle Drive**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

**Basis for the claim:** **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Josh McLeod**
**1011 N 25th**
**2501**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2010

**Basis for the claim:** **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |

**Josh Porter**
**2208 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2012

**Basis for the claim:** **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Joshua & Rachael Peterson**
**2116 E Whispeirng WIllow Ln**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2011

**Basis for the claim:** **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Joshua Mair**
**209 S Dewey Avenue**
**A**
**Middleton, ID 83644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2009

**Basis for the claim:** **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.102**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joshua Peterson** | ☐ Contingent | |
| **1885 Overland Road** | ☐ Unliquidated | |
| **101** | ☐ Disputed | |
| **Boise, ID 83705** | | |
| Date(s) debt was incurred __04/2013__ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|
| **Joshua Rice** | ☐ Contingent | |
| **511 W Pine** | ☐ Unliquidated | |
| **Unit A** | ☐ Disputed | |
| **Meridian, ID 83642** | | |
| Date(s) debt was incurred __12/2017__ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Josilynn Cain** | ☐ Contingent | |
| **1885 Overland Road** | ☐ Unliquidated | |
| **101** | ☐ Disputed | |
| **Boise, ID 83705** | | |
| Date(s) debt was incurred __04/2013__ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **JOT Properties LLC** | ☐ Contingent | |
| **13880 Meeham Way** | ☐ Unliquidated | |
| **Moorpark, CA 93021** | ■ Disputed | |
| Date(s) debt was incurred __unknown__ | **Basis for the claim:  landlord claims** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **JP Investment Properties LLC** | ☐ Contingent | |
| **2873 S Bear Claw Way** | ☐ Unliquidated | |
| **Meridian, ID 83642** | ■ Disputed | |
| Date(s) debt was incurred __unknown__ | **Basis for the claim:  landlord claims** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **JP Realty Group** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Juan Guzmon** | ☐ Contingent | |
| **910 4th Street S** | ☐ Unliquidated | |
| **910** | ☐ Disputed | |
| **Nampa, ID 83651** | | |
| Date(s) debt was incurred __10/2008__ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | |
|---|---|
| Debtor | **Paradigm Property Solutions, LLC** |
| | Name |

Case number (if known) _____

---

**3.102**
**8**

**Nonpriority creditor's name and mailing address**
**Juan Heredia**

Date(s) debt was incurred  **09/2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,000.00**

---

**3.102**
**9**

**Nonpriority creditor's name and mailing address**
**Juan Jose Contreras**
**7136 Via Romera**
**San Jose, CA 95139**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.103**
**0**

**Nonpriority creditor's name and mailing address**
**Judy Juarez**
**2638 Bedford Lane**
**2655**
**Boise, ID 83705**

Date(s) debt was incurred  **06/2012**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.103**
**1**

**Nonpriority creditor's name and mailing address**
**Julia Parker**
**32 S White Oak Lane**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  **08/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,245.00**

---

**3.103**
**2**

**Nonpriority creditor's name and mailing address**
**Jung Chien Niu**
**PO Box 385**
**2124**
**Meridian, ID 83680**

Date(s) debt was incurred  **02/2010**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.103**
**3**

**Nonpriority creditor's name and mailing address**
**Justin & Brandy Elliott**
**11542 Peppermint**
**Boise, ID 83709**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.103**
**4**

**Nonpriority creditor's name and mailing address**
**Justin & Georgia Boyd**
**3660 E Zachary Drive**
**Phoenix, AZ 85050**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|--------|--------------------------------------|--------------------------|--|
| | Name | | |

---

| 3.103 5 | | | |
|---------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Justin Andrews**
**240 E Colorado Avenue**
**248**
**Nampa, ID 83686**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$550.00**

---

| 3.103 6 | | | |
|---------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Justin Arroues**

Date(s) debt was incurred  **03/2009**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.103 7 | | | |
|---------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Justin Gallinger**
**2111 White Oak Lane**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  **07/2009**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.103 8 | | | |
|---------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Justin Garcia**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.103 9 | | | |
|---------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Justin Kobbe**
**925 N 9th Street**
**21**
**Boise, ID 83702**

Date(s) debt was incurred  **12/2008**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.104 0 | | | |
|---------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Justin Muraira**
**165 N Plummer Road**
**147**
**Star, ID 83669**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$735.00**

---

| 3.104 1 | | | |
|---------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Justin Stephens**
**3056 W Acarrera Lane**
**24**
**Meridian, ID 83642**

Date(s) debt was incurred  **05/2010**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Justin Stephens**<br>**3056 W Acarrera Lane**<br>**12**<br>**Meridian, ID 83642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **05/2011** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Justin Ussing**<br>**13 E State Avenue**<br>**Meridian, ID 83642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **09/2007** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|
| **Kai Boschma**<br>**8743 Hackamore**<br>**101**<br>**Boise, ID 83709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **06/2016** | **Basis for the claim:  lease deposits** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kailey Lane**<br>**2116 E Whispering Willow Ln**<br>**202**<br>**Nampa, ID 83687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **02/2012** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|
| **Kaitlin Ro**<br>**980 W Parkstone Street**<br>**E106-1**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/2016** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|
| **Kaitlin Smith**<br>**1220 S Juniper Street**<br>**#103**<br>**Nampa, ID 83686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **04/2018** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kalea Porter**<br>**2105 White Oak Lane**<br>**201**<br>**Nampa, ID 83687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **08/2011** | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**
_____    Case number *(if known)* _____
Name

| 3.104 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,450.00 |

**Kalleee & Marcus Wilson**
**551 & 639 N Moffat Avenue**
**639-6**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kalvin & Kiri Bunn**
**2107 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $845.00 |

**Kameron Nauahi**
**980 W Parkstone Street**
**B204-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kandice Calkins**
**407 11th Avenue S**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |

**Kara Biggers-Allen**
**551 & 639 N Moffat Avenue**
**551-4**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

Basis for the claim:  **lease deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kara Wilkerson**
**117 Hudson Avenue**
**A**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2008**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |

**Kara Yelton**
**980 W Parkstone Street**
**A106-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**

Case number (if known) _____

Name

---

| 3.105 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen & Martha Gutierrez**
**2638 Bedford Lane**
**2808**
**Boise, ID 83705**

Date(s) debt was incurred  **01/2012**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.105 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen & Michael Beaudin**
**980 W Parkstone Street**
**E206-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **03/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,250.00

---

| 3.105 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen & Michael Buchmiller**
**1212 S Juniper Street**
**#102**
**Nampa, ID 83686**

Date(s) debt was incurred  **07/2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset?  ■ No  ☐ Yes

$500.00

---

| 3.105 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Meyer**
**35th & good Street**
**2128**
**Boise, ID 83703**

Date(s) debt was incurred  **04/2008**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.106 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kari & Ray Hammons**
**2124 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  **08/2009**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.106 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karl & Susan Allen**
**900 E 300 N**
**Declo, ID 83323**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

| 3.106 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karla Davis**
**9042 W Java Lane**
**#102**
**Boise, ID 83704**

Date(s) debt was incurred  **10/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$800.00

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karla Glauner (Vitley)**
**1887 Overland Road**
**102**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2013**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karlee Peek/April Pena**
**1120 Connecticut Avenue**
**1124**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2011**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Kasey Lebo**
**240 E Colorado Avenue**
**949**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2013**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kash Anderson**
**1023 S Locust Street**
**101**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2012**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Katelyn Derrick**
**1716 S Eagleson Road**
**102**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2018**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Katelyn Kelly**
**980 W Parkstone Street**
**C204-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paradigm Property Solutions, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

**Katelyn Riedinger**
**3606 W Rose Hill Street**
**200**
**Boise, ID 83705**

Date(s) debt was incurred  07/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.00**

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

**Katelynn Iglesias**
**165 N Plummer Road**
**175**
**Star, ID 83669**

Date(s) debt was incurred  09/2015

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

**Katerle Building**
**PO Box 1090**
**Meridian, ID 83680**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 2**

**Nonpriority creditor's name and mailing address**

**Katherine & Preston Gorley**
**2638 Bedford Lane**
**2831**
**Boise, ID 83705**

Date(s) debt was incurred  10/2012

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

**Kathryn & Wayne Gaddis**
**1023 S Locust Street**
**104**
**Nampa, ID 83686**

Date(s) debt was incurred  09/2010

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

**Kathryn Feeney**
**2638 Bedford Lane**
**2633**
**Boise, ID 83705**

Date(s) debt was incurred  03/2013

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

**Kati Walsh**
**505 E Florida Avenue**
**28-104**
**Nampa, ID 83686**

Date(s) debt was incurred  07/2015

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|--------|--------------------------------------|--------------------------|---|
| | Name | | |

---

| 3.107 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$725.00** |

**Katie & Patrick Vanderbeek**
**165 N Plummer Road**
**163**
**Star, ID 83669**

Date(s) debt was incurred  05/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Katie Clark**
**1023 S Locust Street**
**101**
**Nampa, ID 83686**

Date(s) debt was incurred  12/2012

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.00** |

**Kayla Curtiss**

Date(s) debt was incurred  09/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kayla Davis**
**2025 E White Oak Court**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  07/2012

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |

**Kayla Peterson**
**980 W Parkstone Street**
**D105-1**
**Meridian, ID 83646**

Date(s) debt was incurred  02/2013

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |

**Kayla Ross**
**1893 N Allumbaugh Street**
**Boise, ID 83704**

Date(s) debt was incurred  08/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kayleen Babbitt**
**3056 Acarrera Lane**
**24**
**Meridian, ID 83642**

Date(s) debt was incurred  10/2010

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108 3**

**Nonpriority creditor's name and mailing address** — **$0.00**

**Kelcy Diaz**
**2638 Bedford Lane**
**2871**
**Boise, ID 83705**

Date(s) debt was incurred  01/2012

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 4**

**Nonpriority creditor's name and mailing address** — **Unknown**

**Kelli Hall**
**1378 Gallant Street**
**Meridian, ID 83642**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 5**

**Nonpriority creditor's name and mailing address** — **$750.00**

**Kelly & Laura Adams**
**1310 Kimra Street**
**STI131b-L**
**Meridian, ID 83642**

Date(s) debt was incurred  04/2013

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 6**

**Nonpriority creditor's name and mailing address** — **Unknown**

**Kelly Creek**
**PO Box 1246**
**Meridian, ID 83680**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 7**

**Nonpriority creditor's name and mailing address** — **$0.00**

**Kelly Dick**
**2124 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  08/2009

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 8**

**Nonpriority creditor's name and mailing address** — **$300.00**

**Kelly Hodson**
**505 E Florida Avenue**
**505-104**
**Nampa, ID 83686**

Date(s) debt was incurred  10/2014

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 9**

**Nonpriority creditor's name and mailing address** — **$0.00**

**Kelly Marks**
**2115 Whispering Willow Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  10/2012

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.109 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,445.00 |
|---|---|---|
| **Kelly Morton** | ☐ Contingent | |
| **980 W Parkstone Street** | ☐ Unliquidated | |
| **D207-1** | ☐ Disputed | |
| **Meridian, ID 83646** | | |
| Date(s) debt was incurred  _10/2017_ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Kelly-Moore Paint Company** | ☐ Contingent | |
| **307 E Fairview Avenue** | ☐ Unliquidated | |
| **Meridian, ID 83642** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kelsey Raines** | ☐ Contingent | |
| **2638 Bedford Lane** | ☐ Unliquidated | |
| **2884** | ☐ Disputed | |
| **Boise, ID 83705** | | |
| Date(s) debt was incurred  _08/2012_ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,445.00 |
|---|---|---|
| **Kelsey Sandmann** | ☐ Contingent | |
| **8727 Hackamore Drive** | ☐ Unliquidated | |
| **104** | ☐ Disputed | |
| **Boise, ID 83709** | | |
| Date(s) debt was incurred  _11/2017_ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|
| **Kelsie Kezerle** | ☐ Contingent | |
| **32 S White Oak Lane** | ☐ Unliquidated | |
| **101** | ☐ Disputed | |
| **Nampa, ID 83687** | | |
| Date(s) debt was incurred  _10/2017_ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **KEM Restoration LLC** | ☐ Contingent | |
| **2525 Annett Street** | ☐ Unliquidated | |
| **Boise, ID 83705** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Ken Jercha** | ☐ Contingent | |
| **1498 Vale Avenue** | ☐ Unliquidated | |
| **Campbell, CA 95008** | ■ Disputed | |
| Date(s) debt was incurred  _unknown_ | **Basis for the claim:  landlord claims** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Paradigm Property Solutions, LLC**
　　　　Name

Case number *(if known)*

---

| 3.109 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kenneth Pattan**
**1901 S Vista Avenue**
**1963**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　02/2009

**Basis for the claim:**　**lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kent Hammond**
**2638 Bedford Lane**
**2833**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　12/2011

**Basis for the claim:**　**lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$625.00** |

**Kent Willford**
**401 Holly Street**
**14**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　05/2017

**Basis for the claim:**　**lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Keri Landry**
**1901 S Vista Avenue**
**1947**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　02/2009

**Basis for the claim:**　**lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00** |

**Keri Ro**
**980 W Parkstone Street**
**E106-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　08/2016

**Basis for the claim:**　**lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,250.00** |

**Kerri Sauers**
**5290 N Joe Robbie**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　03/2017

**Basis for the claim:**　**lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |

**Kerry Gurican**
**240 E Colorado Avenue**
**939**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　05/2013

**Basis for the claim:**　**lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**

Name                                                      Case number *(if known)*

---

| 3.110<br>4 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Kersteen Redmond
2107 E Whispering Willow Ln
202
Nampa, ID 83687

Date(s) debt was incurred  **07/2009**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110<br>5 | | | $1,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Keum Frazier
980 W Parkstone Street
D108-1
Meridian, ID 83646

Date(s) debt was incurred  **03/2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110<br>6 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Kevin & Kylie Beecher
4148 Nez Perce
102
Boise, ID 83705

Date(s) debt was incurred  **08/2010**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110<br>7 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Kevin Hunt
2025 E White Oak Court
202
Nampa, ID 83687

Date(s) debt was incurred  **06/2010**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110<br>8 | | | $500.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Kevin Massee
3148 N Esquire Drive
101
Boise, ID 83704

Date(s) debt was incurred  **11/2014**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110<br>9 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Kevin Smith

Date(s) debt was incurred  **11/2008**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease depsoit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111<br>0 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Kiel Moser
1901 S Vista Avenue
1923
Boise, ID 83705

Date(s) debt was incurred  **10/2008**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.111 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kim Boman**
**2123 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2010**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kim Conrad**
**3323 102nd Place**
**Everett, WA 98208**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:**  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kim Holcomb**
**205 S Dewey Avenue**
**B**
**Middleton, ID 83644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2009**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |

**Kim Phelps**
**401 Holly Street**
**13**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kim Pope**
**2789 N Kelsan Avenue**
**Kuna, ID 83634**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:**  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |

**Kim Yeaman**
**717 11th Avenue S**
**208**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2008**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**Kimberly & Scott Ellsworth**
**1011 25th Streeat**
**2501**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.111 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kimberly Alaniva**

Date(s) debt was incurred  **01/2010**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.111 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kimberly Hagobian**
**33146 Bluff Drive**
**Coarsegold, CA 93614**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **landlord claims**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.112 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kimberly Hough**
**1123 Leadville Avenue**
**Boise, ID 83706**

Date(s) debt was incurred  **05/2010**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.112 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kimberly Pyle**
**2107 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred  **09/2012**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.112 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kinetico**
**1976 E Franklin Road**
**Meridian, ID 83642**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.112 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kira & Nick Vansickle**
**35 White Oak Lane**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  **06/2011**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.112 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kirby Enterprises Inc**
**PO Box 604**
**Caldwell, ID 83606**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**

Name
                                              Case number (if known)

| 3.112 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Kirk Hanson** | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| Date(s) debt was incurred  **unknown** | | ☒ Disputed | |
| Last 4 digits of account number _ | | Basis for the claim:  **landlord claims** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.112 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$1,445.00** |
| **Kirk Long** | | ☐ Contingent | |
| **980 W Parkstone Street** | | ☐ Unliquidated | |
| **D207-1** | | ☐ Disputed | |
| **Meridian, ID 83646** | | | |
| Date(s) debt was incurred  **10/2017** | | Basis for the claim:  **lease deposit** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.112 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
| **Kirstie Sanborn** | | ☐ Contingent | |
| **717 11th Avenue S** | | ☐ Unliquidated | |
| **206** | | ☐ Disputed | |
| **Nampa, ID 83651** | | | |
| Date(s) debt was incurred  **01/2011** | | Basis for the claim:  **lease deposit** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.112 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Kiva Apartments, LLC** | | ☐ Contingent | |
| **237 Broadway Avenue** | | ☐ Unliquidated | |
| **Alamosa, CA 91101** | | ☒ Disputed | |
| Date(s) debt was incurred  **unknown** | | Basis for the claim:  **landlord claims** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.112 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **KMR Partnership** | | ☐ Contingent | |
| **314 Third Avenue** | | ☐ Unliquidated | |
| **Hailey, ID 83333** | | ☒ Disputed | |
| Date(s) debt was incurred  **unknown** | | Basis for the claim:  **landlord claims** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.113 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Kodie Pope** | | ☐ Contingent | |
| **2638 Bedford Lane** | | ☐ Unliquidated | |
| **2832** | | ☐ Disputed | |
| **Boise, ID 83705** | | | |
| Date(s) debt was incurred  **09/2012** | | Basis for the claim:  **lease deposit** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.113 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
| **Kody Young** | | ☐ Contingent | |
| **9042 W Java Lane** | | ☐ Unliquidated | |
| **#201** | | ☐ Disputed | |
| **Boise, ID 83704** | | | |
| Date(s) debt was incurred  **10/2017** | | Basis for the claim:  **lease deposit** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor    **Paradigm Property Solutions, LLC**                                     Case number *(if known)* _____
    Name

---

| 3.113<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,195.00** |

**Krin Lovell**
**519 E Florida**
**42**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$945.00** |

**Krislyn Doty**
**980 W Parkstone Street**
**A108**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Krista Phipps**
**2025 E White Oak Court**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2012__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kristen Grunewald**
**23559 Friar Street**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.113<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00** |

**Kristi & Leslie Maggard**
**1670 Checola Street**
**Unit A**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2018__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kristina Hernandez**
**131 N Davis Court**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2010__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,150.00** |

**Kristina Kocher**
**551 & 639 N Moffat Avenue**
**551-7**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**

Name                                                                    Case number (if known)

---

| 3.113 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Kristina Morris**
**505 E Florida Avenue**
**24-102**
**Nampa, ID 83686**

Date(s) debt was incurred  __11/2014__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristine Dukes**
**2638 Bedford Lane**
**2627**
**Boise, ID 83705**

Date(s) debt was incurred  __06/2012__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristine Oliver**
**1011 N 25th**
**2501 1/2**
**Boise, ID 83702**

Date(s) debt was incurred  __03/2012__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristopher Harris**
**2638 Bedford Lane**
**2881**
**Boise, ID 83705**

Date(s) debt was incurred  __10/2011__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristopher Housh**
**2107 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  __09/2009__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,195.00 |
|---|---|---|---|

**Kristy Hough**
**980 W Parkstone Street**
**C203-1**
**Meridian, ID 83646**

Date(s) debt was incurred  __07/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristy King**
**1011 N 25th**
**1011 1/2**
**Boise, ID 83702**

Date(s) debt was incurred  __05/2012__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

Kristy Lacer
1901 S Vista Avenue
1953
Boise, ID 83705

Date(s) debt was incurred  **08/2008**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

Krysta Virgen
1607 Checola Street
Unit C
Nampa, ID 83686

Date(s) debt was incurred  **04/2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.00**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

Krystal & Robert Waltman
1315 Hawk Place
Nampa, ID 83651

Date(s) debt was incurred  **01/2017**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

Kuna Lumber
175 South School Avenue
Kuna, ID 83634

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

KWAL Paint
423 E Karcher Road
Nampa, ID 83687

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

Kyle & Melanie Votroubek
148 Scops Owl
Kuna, ID

Date(s) debt was incurred  **07/2011**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

Kyle Anderson
13 & 17 E State Avenue
17
Meridian, ID 83642

Date(s) debt was incurred  **06/2010**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Paradigm Property Solutions, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.115<br>3 | |

**Nonpriority creditor's name and mailing address**                    **$1,800.00**

**Kyle Bates**
**1775 S Barlow Lane**
**Boise, ID 83709**

Date(s) debt was incurred  **05/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.115<br>4 | |

**Nonpriority creditor's name and mailing address**                    **$800.00**

**Kyle Stover**
**980 W Parkstone Street**
**E108-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **09/2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.115<br>5 | |

**Nonpriority creditor's name and mailing address**                    **Unknown**

**L&N Solutions**
**17704 Dark Zebra Way**
**Nampa, ID 83687**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.115<br>6 | |

**Nonpriority creditor's name and mailing address**                    **$0.00**

**Lacey Mendenhall**
**3441 N Bottlebrush**
**Boise, ID 83713**

Date(s) debt was incurred  **03/2007**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.115<br>7 | |

**Nonpriority creditor's name and mailing address**                    **$1,195.00**

**Lacy & Tess Thompson**
**3606 W Rose Hill Street**
**3660-206**
**Boise, ID 83705**

Date(s) debt was incurred  **03/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.115<br>8 | |

**Nonpriority creditor's name and mailing address**                    **$1,250.00**

**Lacy Schildhauer**
**4847 Talamore Drive**
**Meridian, ID 83646**

Date(s) debt was incurred  **02/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.115<br>9 | |

**Nonpriority creditor's name and mailing address**                    **Unknown**

**LaFever Roofing Inc**
**PO Box 127**
**Meridian, ID 83680**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**

Name

Case number *(if known)*

---

| 3.116 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lance Harris**
**1795 N White Oak way**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,250.00** |

**Lander Moody**
**10394 W Irving Court**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |

**Laren Dubkowski**
**1933 18th Street**
**1933 1/2**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |

**Larraine Neuman**
**803 NW 2nd Street**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |

**Larry & Penny Fisk**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Larry Dunn Law Office**
**619 Grove Street**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$550.00** |

**Larry Valentine**
**1670 Checola Street**
**Unit B**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**                          Case number *(if known)* _____
_____
Name

| | |
|---|---|

**3.116
7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

**Latasha Tyler**
**2025 E White Oak Court**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2009__              **Basis for the claim:  lease deposit**

Last 4 digits of account number __              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116
8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                          **$700.00**

**Laura & Weston McGhee**
**980 W Parkstone Street**
**B105-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2015__              **Basis for the claim:  lease deposit**

Last 4 digits of account number __              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116
9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

**Laura Shipley**
**2107 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2011__              **Basis for the claim:  lease deposit**

Last 4 digits of account number __              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117
0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

**Lauren Mendez**
**4148 Nez Perce Street**
**201**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2012__              **Basis for the claim:  lease deposit**

Last 4 digits of account number __              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117
1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

**Lawdawork Cleaning**
**4888 W Cherry Lane**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __              **Basis for the claim:  vendors**

Last 4 digits of account number __              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117
2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

**Lawdawork Maintenance**
**4888 W Cherry Lane**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __              **Basis for the claim:  vendors**

Last 4 digits of account number __              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117
3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

**Lawn Co**
**2581 Wildwood Street**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __              **Basis for the claim:  vendors**

Last 4 digits of account number __              Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**                Case number *(if known)* _____
_____
Name

| 3.117 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

**Lawrence Archuleta**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                **Basis for the claim:  vendors**

                Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$1,795.00**

**Lawrence Fortin**
**1992 E Meadow Creek Drive**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

Last 4 digits of account number _                **Basis for the claim:  lease deposit**

                Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$1,195.00**

**Layne & Alexandra Cornett**
**980 W Parkstone Street**
**B108-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2017**

Last 4 digits of account number _                **Basis for the claim:  lease deposits**

                Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$250.00**

**Lea Whiting**
**717 11th Avenue S**
**104**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2011**

Last 4 digits of account number _                **Basis for the claim:  lease deposit**

                Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Leaf Defehr**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2014**

Last 4 digits of account number _                **Basis for the claim:  lease deposit**

                Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$1,195.00**

**Leah Barlow**
**980 W Parkstone Street**
**A202-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2018**

Last 4 digits of account number _                **Basis for the claim:  lease deposits**

                Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Leah Hill**
**4148 Nez Perce**
**201**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2011**

Last 4 digits of account number _                **Basis for the claim:  lease deposit**

                Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.118**
**1**

**Nonpriority creditor's name and mailing address**
**Lee Aubel**
**165 N Plummer Road**
**157**
**Star, ID 83669**

Date(s) debt was incurred  12/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.118**
**2**

**Nonpriority creditor's name and mailing address**
**Lee Yargrough**
**10790 W Halstead Lane**
**202**
**Boise, ID 83713**

Date(s) debt was incurred  04/2006

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.118**
**3**

**Nonpriority creditor's name and mailing address**
**Legacy Management Group, LLC**
**PO Box 385**
**Meridian, ID 83680**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.118**
**4**

**Nonpriority creditor's name and mailing address**
**Legacy Management Group, LLC**
**PO Box 385**
**Meridian, ID 83680**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.118**
**5**

**Nonpriority creditor's name and mailing address**
**Legend Heating and Air**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.118**
**6**

**Nonpriority creditor's name and mailing address**
**Lehosits Heating and Air**
**1002 S Johns Avenue**
**Emmett, ID 83617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.118**
**7**

**Nonpriority creditor's name and mailing address**
**Leila Jones**
**519 E Florida**
**42**
**Nampa, ID 83686**

Date(s) debt was incurred  02/2015

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$600.00**

---

Debtor    **Paradigm Property Solutions, LLC**                                Case number *(if known)*
_____
Name

---

| 3.118<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Leland Hoyle**
**2403 S Kimball Avenue**
**2**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2007**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |

**Lenora Flowers**
**980 W Parkstone Street**
**C104-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2015**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Les Seidman**
**3246 Buckingham Road**
**Glendale, CA 91206**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leslie & Carol Stiburek**
**PO Box 275**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leslie & Carol Stiburek**
**PO Box 275**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |

**Leslie Alvarez**
**505 E Flordia Avenue**
**28-101**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2014**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |

**Leslie Jenkins**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2011**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

**Leslie Mauldin**
**721 S Chistopher Street**
**Meridian, ID 83642**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

**Lester 'Alan' Nettles**
**980 W Parkstone Street**
**B207-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **07/2013**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.119 7**

**Nonpriority creditor's name and mailing address**

**LGR of Idaho, LLC**
**180 N Riverview**
**#150**
**Anaheim, CA 92808**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

**Linda Claiborne**
**1433 N Hartman Street**
**GAR-4**
**Boise, ID 83704**

Date(s) debt was incurred  **10/2007**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

**Linda Hales**
**8530 Willowcourt Drive**
**Garden City, ID 83714**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

**Linda Rebischke**
**1555 W Biddick Street**
**BST15b-L**
**Meridian, ID 83642**

Date(s) debt was incurred  **06/2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$975.00**

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

**Linda Redtfeldt**
**717 11th Avenue S**
**110**
**Nampa, ID 83651**

Date(s) debt was incurred  **09/2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

Debtor    **Paradigm Property Solutions, LLC**
_____
Name    Case number *(if known)*  _____

---

| 3.120 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$700.00**

**Lindsay Gunter**
**980 W Parkstone Street**
**E101-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Lindsay Papke**
**323 E Bannock Street**
**323B**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2010**

**Basis for the claim:  lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Lindsey Eaton**
**3056 W Acarrera Lane**
**24**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2009**

**Basis for the claim:  lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Lindsey Harrie**
**1123 Leadville Avenue**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2009**

**Basis for the claim:  lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Lindsey Satellite**
**9444 W Wakefield Court**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:  vendors**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Lindsy Kritzer**
**2124 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2008**

**Basis for the claim:  lease depsoit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Lisa & Steve Troxel**
**8995 Finucane Drive**
**Hayden, ID 83835**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Paradigm Property Solutions, LLC**                                    Case number *(if known)* _____
Name

---

**3.120 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Lisa Hogarth**
**223 Camellia Avenue**
**Caldwell, ID 83605**

**Date(s) debt was incurred  04/2009**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Lisa Maxwell**
**2403 S Kimball Avenue**
**6**
**Caldwell, ID 83605**

**Date(s) debt was incurred  07/2009**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$1,095.00** |

**Lisa McNabb**

**Date(s) debt was incurred  08/2017**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Lisa McNeilly**
**19502 SE 16th Street**
**Sammamish, WA 98075**

**Date(s) debt was incurred  unknown**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.121 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Lisa St, Amedee**
**2638 Bedford Lane**
**2878**
**Boise, ID 83705**

**Date(s) debt was incurred  10/2011**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Liudmila Vikentyeva**
**9738 W Cory Lane**
**97140**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**LoanCare**
**PO Box 60509**
**City of Industry, CA 91716-0509**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.121 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|

**Locust Common Area**
**7280 Ustick Road**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|

**Logan Brewer**
**505 E Florida**
**20-101**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|

**Lois Morgan**
**219 N Straughan**
**Boise, ID 83712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|

**Loren Harper**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Lorena Munio-Gomez**
**10790 W Halstead Lane**
**102**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Lori Benton**
**1433 N Hartman Street**
**GAR-2**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|

**Lori Godfrey**
**980 W Parkstone Street**
**D102-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**                          Case number *(if known)* _____
Name

---

| 3.122 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

Lu Lu
1901 S Vista Avenue
1925
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2008        **Basis for the claim:  lease deposit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

Lucie Jencek
411 Walnut Street
#9001
Green Cove Springs, FL 32043

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown        **Basis for the claim:  landlord claims**

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

Lucille Kipping
2123 E Whispering Willow Ln
101
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2010        **Basis for the claim:  lease deposit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

Luke Coats
1015 Oakwood Street
Burley, ID 83318

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown        **Basis for the claim:  landlord claims**

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

Luke Ganschow

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2010        **Basis for the claim:  lease deposit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

Lynn Scott
2216 E Whispering Willow
101
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2009        **Basis for the claim:  lease deposit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

Lynn Ward
1901 S Vista Avenue
1945
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2008        **Basis for the claim:  lease deposit**

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**                                   Case number *(if known)* _____
_____
Name

| 3.123 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lynn Ward**
**925 N 9th Street**
**18**
**Boise, ID 83702**

Date(s) debt was incurred  _07/2009_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _lease deposit_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.123 1 |

**Nonpriority creditor's name and mailing address**

**M&T Patrol Services**
**PO Box 5185**
**Boise, ID 83705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _vendors_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.123 2 |

**Nonpriority creditor's name and mailing address**

**M2 Automation**
**5045 N Marsh Avenue**
**Boise, ID 83714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _vendors_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.123 3 |

**Nonpriority creditor's name and mailing address**

**Mac Transportation LLC**
**PO Box 187**
**Kuna, ID 83634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _vendors_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.123 4 |

**Nonpriority creditor's name and mailing address**

**Macquel Kuck**
**2116 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  _11/2012_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _lease deposit_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.123 5 |

**Nonpriority creditor's name and mailing address**

**Madelyne Davis**
**511 W Pine**
**Unit A**
**Meridian, ID 83642**

Date(s) debt was incurred  _12/2017_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _lease deposit_

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

| 3.123 6 |

**Nonpriority creditor's name and mailing address**

**Madilyn Wolfe**
**2209 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  _03/2016_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _lease deposit_

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

Debtor **Paradigm Property Solutions, LLC**
Name

Case number *(if known)*

| | |
|---|---|
| **3.1237** | |

Nonpriority creditor's name and mailing address
**Madina Khodjanyazova**
**8727 Hackamore Drive**
**102**
**Boise, ID 83709**

Date(s) debt was incurred  **04/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ■ No ☐ Yes

$1,250.00

---

| |
|---|
| **3.1238** |

Nonpriority creditor's name and mailing address
**Madisen Hardy**
**980 W Parkstone Street**
**C107-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$945.00

---

| |
|---|
| **3.1239** |

Nonpriority creditor's name and mailing address
**Major (Scott) Perkins**
**2116 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  **12/2011**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| |
|---|
| **3.1240** |

Nonpriority creditor's name and mailing address
**Mallo Family Revocable Trust**
**211 Lomond Court**
**Granite Bay, CA 95746**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| |
|---|
| **3.1241** |

Nonpriority creditor's name and mailing address
**Mallo Family Revocable Trust**
**211 Lomond Court**
**Granite Bay, CA 95746**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| |
|---|
| **3.1242** |

Nonpriority creditor's name and mailing address
**Mallory Aikele**
**4400 W Pasadena**
**#38**
**Boise, ID 83705**

Date(s) debt was incurred  **02/2012**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| |
|---|
| **3.1243** |

Nonpriority creditor's name and mailing address
**Management Company**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Paradigm Property Solutions, LLC**                                Case number *(if known)* _____
Name

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |

**Mandee Garcia**
**505 E Florida Avenue**
**24-101**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2014

**Basis for the claim:  lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Marcos Del Toro**
**1901 S Vista Avenue**
**1927**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2008

**Basis for the claim:  lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Marcus Arana**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2013

**Basis for the claim:  lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |

**Marcy Cliff**
**3148 N Esquire Drive**
**102**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2010

**Basis for the claim:  lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Margaret Ballard**
**PO Box 5085**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

**Basis for the claim:  landlord claims**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Margaret Brisson**
**2001 Cresent Oak**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

**Basis for the claim:  landlord claims**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.00** |

**Margaret Tuitama**
**980 W Parkstone Street**
**A208-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2016

**Basis for the claim:  lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**

Name

Case number *(if known)*

| | |
|---|---|
| **3.125** **1** | |

**Nonpriority creditor's name and mailing address**

**Maria Alvarez**
**315 13th Avenue S**
**07**
**Nampa, ID 83651**

Date(s) debt was incurred  **10/2004**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| | |
|---|---|
| **3.125** **2** | |

**Nonpriority creditor's name and mailing address**

**Maria Barraza**
**519 E Florida**
**47**
**Nampa, ID 83686**

Date(s) debt was incurred  **10/2014**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| | |
|---|---|
| **3.125** **3** | |

**Nonpriority creditor's name and mailing address**

**Maria Hesse**
**2025 E White Oak Court**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred  **04/2012**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.125** **4** | |

**Nonpriority creditor's name and mailing address**

**Maria Hinojosa**
**2105 White Oak Ln**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred  **09/2011**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.125** **5** | |

**Nonpriority creditor's name and mailing address**

**Maria Modero**
**39 White Oak Lane**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  **07/2009**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.125** **6** | |

**Nonpriority creditor's name and mailing address**

**Maria Silich**
**1901 S Vista Avenue**
**1931**
**Boise, ID 83705**

Date(s) debt was incurred  **08/2008**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.125** **7** | |

**Nonpriority creditor's name and mailing address**

**Marie Johnson**
**2105 White Oak Lane**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred  **11/2008**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

**Marilyn Anderson**
**437 W Idaho**
**C**
**Meridian, ID 83642**

Date(s) debt was incurred  **06/2010**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

**Marin Vasquez**
**7180 Bunch Court**
**7220-202**
**Boise, ID 83714**

Date(s) debt was incurred  **08/2008**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

**Marissa Groff**
**10769 W Halstead Lane**
**202**
**Boise, ID 83713**

Date(s) debt was incurred  **05/2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

**Mariya Prudnikova**
**11939 Colverbrook**
**#202**
**Boise, ID 83713**

Date(s) debt was incurred  **02/2012**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 2**

**Nonpriority creditor's name and mailing address**

**Mark & Elizabeth Miller**
**2978 W Sugarberry**
**Eagle, ID 83616**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

**Mark & Sheryl Speer**
**1879 Redwood Valley Street**
**Henderson, NV 89052**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

**Mark & Susan Villarreal**
**854 White Cloud**
**Boise, ID 83709**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

Debtor **Paradigm Property Solutions, LLC**
Name                                              Case number (if known)

---

| 3.126 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Mark Hudson**
**2638 Bedford Lane**
**2888**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2012**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |

**Mark Ireland**
**3606 W Rose Hill Street**
**#100**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Mark Rohrbach**
**920 N 7th Street**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2007**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |

**Mark Stumpo**
**543 W Idaho**
**Unit 543**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Mark Weir**
**7180 Bunch Court**
**7180-102**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2011**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |

**Marlene Beverlin**
**401 Holly Street**
**05**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Marlowe Brokate**
**2638 Bedford Lane**
**2643**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2010**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**
Name

Case number (if known)

---

| | |
|---|---|
| 3.127 2 | |

**Nonpriority creditor's name and mailing address**                                             **$0.00**

**Marnie Ellis**
**1901 S Vista Avenue**
**1955**
**Boise, ID 83705**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2008__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.127 3 | |

**Nonpriority creditor's name and mailing address**                                             **$0.00**

**Marshall Dobson**
**2107 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2010__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.127 4 | |

**Nonpriority creditor's name and mailing address**                                             **$1,450.00**

**Marshall Hardman**
**551 & 639 N Moffat Avenue**
**639-6**
**Emmett, ID 83617**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2018__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.127 5 | |

**Nonpriority creditor's name and mailing address**                                             **$0.00**

**Martin Management LLC**
**PO Box 385**
**2016**
**Meridian, ID 83680**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2011__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.127 6 | |

**Nonpriority creditor's name and mailing address**                                             **$0.00**

**Marty & Stacy Wells**
**4148 Nez Perce Street**
**202**
**Boise, ID 83705**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2012__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.127 7 | |

**Nonpriority creditor's name and mailing address**                                             **$1,300.00**

**Mary & Andrew Grove**
**643 Brownfield Way**
**Meridian, ID 83646**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.127 8 | |

**Nonpriority creditor's name and mailing address**                                             **$0.00**

**Mary & Ronald Muller**
**19212 Goldfinch Way**
**Caldwell, ID 83605**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2009__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**

Name

Case number *(if known)*

| | |
|---|---|
| **3.127** **9** | |

**Nonpriority creditor's name and mailing address**
**Mary Adamson**
**717 11th Avenue S**
**106**
**Nampa, ID 83651**

Date(s) debt was incurred  __03/2015__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

| | |
|---|---|
| **3.128** **0** | |

**Nonpriority creditor's name and mailing address**
**Mary Gaffney**
**893 N Bonsai**
**23**
**Meridian, ID 83642**

Date(s) debt was incurred  __05/2012__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.128** **1** | |

**Nonpriority creditor's name and mailing address**
**Mary Gilt**
**717 11th Avenue S**
**105**
**Nampa, ID 83651**

Date(s) debt was incurred  __01/2007__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

| | |
|---|---|
| **3.128** **2** | |

**Nonpriority creditor's name and mailing address**
**Mary Herndon**
**1011 N 25th**
**1011**
**Boise, ID 83702**

Date(s) debt was incurred  __05/2011__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.128** **3** | |

**Nonpriority creditor's name and mailing address**
**Mary Lara**
**811 NW 2nd Street**
**Meridian, ID 83642**

Date(s) debt was incurred  __11/2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

| | |
|---|---|
| **3.128** **4** | |

**Nonpriority creditor's name and mailing address**
**Mary Lewis**
**2638 Bedford Lane**
**2882**
**Boise, ID 83705**

Date(s) debt was incurred  __01/2013__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.128** **5** | |

**Nonpriority creditor's name and mailing address**
**Mary Slames**
**2116 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  __08/2009__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Paradigm Property Solutions, LLC | | Case number (if known) | |
| | Name | | | |

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

**Marylynn Martensen**
**240 E Colorado Avenue**
**945**
**Nampa, ID 83686**

Date(s) debt was incurred  **07/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.128 7**

**Nonpriority creditor's name and mailing address**

**Mason Hinchcliff**
**2638 Bedford Lane**
**2884**
**Boise, ID 83705**

Date(s) debt was incurred  **08/2012**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

**Massimo Spadazzi**
**980 W Parkstone Street**
**B107-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$945.00**

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

**Master Excavation Inc**
**PO Box 251**
**Meridian, ID 83680**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

**Master Rooter Plumbing**
**PO Box 208**
**Meridian, ID 83680**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 1**

**Nonpriority creditor's name and mailing address**

**Matt & Scott Roskens**
**1123 Leadville Avenue**
**Boise, ID 83706**

Date(s) debt was incurred  **09/2011**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 2**

**Nonpriority creditor's name and mailing address**

**Matt Stevens**
**PO Box 385**
**2111**
**Meridian, ID 83680**

Date(s) debt was incurred  **04/2012**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.129 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Matt Wood** | ☐ Contingent | |
| **1298 W Crest Wood Drive** | ☐ Unliquidated | |
| **Meridian, ID 83642** | ☑ Disputed | |
| Date(s) debt was incurred  **unknown** | Basis for the claim:  **landlord claims** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.129 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Matthew & Kimberly Stevens** | ☐ Contingent | |
| **2233 S Blackspur way** | ☐ Unliquidated | |
| **Meridian, ID 83642** | ☑ Disputed | |
| Date(s) debt was incurred  **unknown** | Basis for the claim:  **landlord claims** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.129 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Matthew Angell** | ☐ Contingent | |
| **2638 Bedford Lane** | ☐ Unliquidated | |
| **2633** | ☐ Disputed | |
| **Boise, ID 83705** | | |
| Date(s) debt was incurred  **03/2010** | Basis for the claim:  **lease deposit** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.129 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Matthew Buchach** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred  **06/2012** | Basis for the claim:  **lease deposit** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.129 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Matthew Curtis** | ☐ Contingent | |
| **925 N 9th Street** | ☐ Unliquidated | |
| **15** | ☐ Disputed | |
| **Boise, ID 83702** | | |
| Date(s) debt was incurred  **03/2009** | Basis for the claim:  **lease deposit** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.129 8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Matthew Gratalo** | ☐ Contingent | |
| **PO Box 385** | ☐ Unliquidated | |
| **2216 Whispering Willow Ln** | ☐ Disputed | |
| **Nampa, ID 83687** | | |
| Date(s) debt was incurred  **10/2014** | Basis for the claim:  **lease deposit** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.129 9**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|
| **Matthew Gregg** | ☐ Contingent | |
| **1773 S Barlow Lane** | ☐ Unliquidated | |
| **Boise, ID 83709** | ☐ Disputed | |
| Date(s) debt was incurred  **05/2018** | Basis for the claim:  **lease deposit** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor    **Paradigm Property Solutions, LLC**                                    Case number (if known) _____
                     Name

| 3.130 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Matthew Larsen
117 Hudson Avenue
F
Nampa, ID 83651

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2009

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
Matthew Larson
2015 E Whispering Willow Ln
102
Nampa, ID 83687

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2009

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
Matthew Macho
893 N Bonsai
23
Meridian, ID 83642

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2009

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
Matthew Ward
1901 S Vista Avenue
1943
Boise, ID 83705

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2008

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
Matthew Williston
543 W Idaho
Unit 545
Meridian, ID 83642

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$1,250.00

---

**Nonpriority creditor's name and mailing address**
Maureen Howe
432 E Tobago Court
Meridian, ID 83642

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

**Basis for the claim:**  landlord claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
Max Badesheim
980 W Parkstone Street
C103-1
Meridian, ID 83646

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2016

**Basis for the claim:**  lease deposits

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

Debtor  **Paradigm Property Solutions, LLC**                                  Case number *(if known)*
_____
Name

| 3.130 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**McKenna Wofford**
**315 13th Avenue S**
**212**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2013**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McKenzie Johnson**
**2115 Whispering Willow Ln**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/2012**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Meagan Swain**
**2638 Bedford Lane**
**2837**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04/2012**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Meagan Vargas**
**2116 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/2010**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|---|---|---|---|

**Means Law Office, PLLC**
**429 SW 5th Ave.**
**Ste 110**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $945.00 |
|---|---|---|---|

**Megan Farnsworth**
**980 W Parkstone Street**
**D202-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2017**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Perez**
**35 White Oak Lane**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05/2009**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.131 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Megan Shirley**
**1011 N 25th**
**1011**
**Boise, ID 83702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **08/2012**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Meghan Moore**
**2105 White Oak Lane**
**201**
**Nampa, ID 83687**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **08/2008**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.131 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Melissa & William Olson**
**3117 Hearth Avenue**
**Meridian, ID 83646**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **08/2009**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Melissa Davis**
**980 W Parkstone Street**
**B106-1**
**Meridian, ID 83646**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **05/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,195.00** |
|---|---|---|---|

**Melissa Gil**
**980 W Parkstone Street**
**E107-1**
**Meridian, ID 83646**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **05/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|

**Melissa Gluck**
**8739 Hackamore**
**101**
**Boise, ID 83709**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **01/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Melissa Hartman**
**3148 N Esquire Drive**
**101**
**Boise, ID 83704**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/2014**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.132 1**

**Nonpriority creditor's name and mailing address**

**Melissa MIchols**
**1716 S Eagleson Road**
**202**
**Boise, ID 83704**

Date(s) debt was incurred  **01/2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,350.00**

---

**3.132 2**

**Nonpriority creditor's name and mailing address**

**Melissa Silva**
**1224 S Juniper Street**
**#104**
**Nampa, ID 83686**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,245.00**

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

**Mercedes Amador**
**519 E Florida**
**45**
**Nampa, ID 83686**

Date(s) debt was incurred  **08/2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,195.00**

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

**Meridian Floorcovering**
**30 E Franklin**
**Suite 70**
**Meridian, ID 83642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

**Meridian Plumbing**
**480 E Franklin Road**
**Ste 100**
**Meridian, ID 83642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

**Meridian Storage**
**531 N Linder**
**Meridian, ID 83642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.132 7**

**Nonpriority creditor's name and mailing address**

**Merkley Trust**
**412 Bloomingdale Court**
**Las Vegas, NV 89144**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **landlord claims**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Paradigm Property Solutions, LLC**
Name

Case number *(if known)*

---

| 3.1328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Merrick Johnson**
**10790 W Halstead Ln**
**202**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2006**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Merrill Quality Landscapes**
**205 S 5th W**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Merry Poppins Cleaning**
**4641 W Quaker Ridge**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $600.00 |

**Michael & Tuesday Dyer**
**317 E 39th Streeat**
**317**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Michael Biel**
**136 MT Whitney Way**
**Clayton, CA 94517**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Michael Bogdanoff**
**116 Courgar Place**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,250.00 |

**Michael Bradford**
**8727 Hackamore Drive**
**102**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

Basis for the claim:  **lease deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.133 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Christensen**
**8725 Big Food Road**
**Melba, ID 83641**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Gagner**
**2025 E White Oak Court**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2007**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.00 |
|---|---|---|---|

**Michael Gehring**
**1212 S Juniper Street**
**#101**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Jones**
**2638 Bedford Lane**
**2874**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Michael Kidwell**
**717 11th Avenue S**
**207**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Larcade**
**205 S Dewey Avenue**
**A**
**Middleton, ID 83644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Michael Liebe**
**3640 W Rose Hill Street**
**205**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**                                 Case number *(if known)*
_____
Name

| 3.134 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Martinez**
**2638 Bedford Lane**
**2867**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __03/2010__

**Basis for the claim:** __lease deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Michael McGill**
**315 13th Avenue S**
**208**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __08/2013__

**Basis for the claim:** __lease deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael McGreer**
**1350 W Victory Road**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendors__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael McMullin**
**964 Aspenwood Lane**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __unknown__

**Basis for the claim:** __landlord claims__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Pickett**
**2638 Bedford Lane**
**2883**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __03/2011__

**Basis for the claim:** __lease deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Michael Rushton**
**505 E Florida Avenue**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __02/2018__

**Basis for the claim:** __lease deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Ryan Real Estate**
**4900 N Rosepoint Way**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendors__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Paradigm Property Solutions, LLC**
Name
Case number *(if known)*

---

| 3.134 9 | | | | $1,000.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Weigle**
**2392 N Maxie Way**
**BOR239b-L**
**Meridian, ID 83646**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 0 | | | | $500.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michaelle Deen**
**240 E Colorado Avenue**
**240**
**Nampa, ID 83686**

Date(s) debt was incurred  **06/2014**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 1 | | | | $0.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Micheal Libbee**
**180 Mclure Avenue**
**Nampa, ID 83651**

Date(s) debt was incurred  **07/2007**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | | | | $0.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michele Ryals**
**1120 Connecticut Avenue**
**1120**
**Nampa, ID 83686**

Date(s) debt was incurred  **04/2011**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | | | | $0.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michelle Sears**
**407 11th Avenue S**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  **03/2010**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 4 | | | | $1,000.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michelle Wassmuth**
**14352 W Redwick Drive**
**Boise, ID 83713**

Date(s) debt was incurred  **10/2017**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | | | | $750.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Miguel Licea Toledo**
**165 N Plummer Road**
**153**
**Star, ID 83669**

Date(s) debt was incurred  **04/2018**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
_____    Case number (if known) _____
Name

| 3.135 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike & Mary Jane Swope**
**223 N 6th Street**
**#425**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Alverson**
**7885 S Shoemaker**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Bowie**
**2074 W Pacific Ridge Street**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Brown**
**7180 Bunch Court**
**7180-202**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2007**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Edgar**
**3556 N Lefors Place**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **land lord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mike Parr Installations**
**452 E Wakely Street**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Privett**
**2105 White Oak Lane**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2007**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Paradigm Property Solutions, LLC**                          Case number *(if known)*
Name

---

| 3.136 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Shaw**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Swope**
**2244 S Swallowtail Lane**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**Millington Zwygart CPAs PLLC**
**1803 Ellis Avenue**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **accounting services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mindy Taylor-Wray**
**505 E Florida Avenue**
**28-103**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2015**

Last 4 digits of account number _

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $945.00 |
|---|---|---|---|

**Miranda Seibold**
**519 E Florida**
**32**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number _

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $945.00 |
|---|---|---|---|

**Misty Tran**
**32 S White Oak Lane**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2017**

Last 4 digits of account number _

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitchell & Rachel Tice**
**35 White Oak Lane**
**103**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2009**

Last 4 digits of account number _

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.137 0**

**Nonpriority creditor's name and mailing address**
**Mitchell Field**
**10394 W Irving Court**
**Boise, ID 83704**

Date(s) debt was incurred  **06/2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

**3.137 1**

**Nonpriority creditor's name and mailing address**
**MLM Investments, LLC**
**429 SW 5th Ave.**
**Ste 110**
**Meridian, ID 83642**

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid rent**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 2**

**Nonpriority creditor's name and mailing address**
**Mohammad Khazayee**
**2638 Bedford Lane**
**2810**
**Boise, ID 83705**

Date(s) debt was incurred  **06/2012**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 3**

**Nonpriority creditor's name and mailing address**
**Mohammed Norudin**
**2638 Bedford Lane**
**2823**
**Boise, ID 83705**

Date(s) debt was incurred  **08/2010**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 4**

**Nonpriority creditor's name and mailing address**
**Molly Love**
**2116 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  **01/2010**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 5**

**Nonpriority creditor's name and mailing address**
**Molly Maids**
**1519 N Main Street**
**100**
**Meridian, ID 83642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 6**

**Nonpriority creditor's name and mailing address**
**Molly McCullough**
**223 N Straughan**
**Boise, ID 83712**

Date(s) debt was incurred  **06/2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.137 7**

**Nonpriority creditor's name and mailing address**

**Morgen Oppe**
**505 E Florida Avenue**
**Nampa, ID 83686**

Date(s) debt was incurred  **11/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

**Mosher Contracting & Sevices**
**3885 Wood Way**
**New Plymouth, ID 83655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

**Mountain West IRa Inc**
**10096 W Fairview Avenue**
**Suite 160**
**Boise, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

**Mu Dah**
**1901 S Vista Avenue**
**1921**
**Boise, ID 83705**

Date(s) debt was incurred  **03/2009**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

**Muimuivale Puaali**
**317 E 39th Street**
**319**
**Garden City, ID 83714**

Date(s) debt was incurred  **04/2014**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.138 2**

**Nonpriority creditor's name and mailing address**

**My Four Sons, LLC**
**4431 NW 9th Court**
**Coconut Creek, FL 33066**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

**Myranda & Taylor Ward**
**8727 Hackamore Drive**
**101**
**Boise, ID 83709**

Date(s) debt was incurred  **01/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.138 4**

**Nonpriority creditor's name and mailing address**
**Nampa & Meridian Irrig Dist**
**1503 First St. South**
**Nampa, ID 83651-4395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendors__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138 5**

**Nonpriority creditor's name and mailing address**
**Nancy Gruning**
**16829 Meandro Drive**
**San Diego, CA 92128**

Date(s) debt was incurred __unknown__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 6**

**Nonpriority creditor's name and mailing address**
**Naomi Pratt**
**6251 N Oliver Avenue**
**Boise, ID 83714**

Date(s) debt was incurred __unknown__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 7**

**Nonpriority creditor's name and mailing address**
**Naomi Shaw**
**980 W Parkstone Street**
**B103-1**
**Meridian, ID 83646**

Date(s) debt was incurred __08/2017__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,195.00**

---

**3.138 8**

**Nonpriority creditor's name and mailing address**
**Napoleon Deleon**
**5542 Myra Avenue**
**Cypress, CA 90630**

Date(s) debt was incurred __unknown__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 9**

**Nonpriority creditor's name and mailing address**
**Nat Asso Resid Prop Managers**
**638 Independence Parkway**
**100**
**Chesapeake, VA 23320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendors__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 0**

**Nonpriority creditor's name and mailing address**
**Natalie Carl**
**2115 E Whispering Willows Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred __09/2009__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.139 1 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|---|

**Nataliya Olifiirovskaya**
**437 W Idaho**
**A**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  04/2010**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Nataliya Olifiirovskaya**
**437 W Idaho**
**C**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  07/2010**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Natasha Bortz**
**8743 Hackamore**
**101**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  06/2016**

**Basis for the claim:  lease deposits**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Natasha Tanner**
**2115 Whispering Willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  07/2011**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathan Jones**
**3056 W Acarrera Lane**
**24**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/2010**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathan Lundt**
**2111 White Oak lane**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  06/2007**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Nathan Martin**
**519 E Florida**
**28**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  04/2018**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**                                        Case number (if known) _____
_____
             Name

| 3.139 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.139 8**

Nonpriority creditor's name and mailing address
**Neal Colborn PLLC**
**2309 N Mountain View Drive**
**Ste 160**
**Boise, ID 83701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.139 9**

Nonpriority creditor's name and mailing address
**Need Some Help**
**2307 Main Street**
**Baker City, OR 97814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140 0**

Nonpriority creditor's name and mailing address
**Nella Britt**
**551 & 639 N Moffat Avenue**
**551-5**
**Emmett, ID 83617**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$625.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140 1**

Nonpriority creditor's name and mailing address
**Nelma Smith**
**980 W Parkstone Street**
**C102-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **07/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$945.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140 2**

Nonpriority creditor's name and mailing address
**Nerobie Mazile**
**2638 Bedford Lane**
**2629**
**Boise, ID 83705**

Date(s) debt was incurred  **08/2012**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140 3**

Nonpriority creditor's name and mailing address
**New Era Lending, LLC**
**762 North Orange Street**
**Wilmington, DE 19801**

Date(s) debt was incurred  **January 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$106,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.140 4**

Nonpriority creditor's name and mailing address
**Nichol & Jeffery Lapierre**
**110 Sandalwood**
**Glendora, CA 91741**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
_____          Case number *(if known)* _____
         Name

| 3.140 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Nicholas Armstrong** | ☐ Contingent | |
| | **35th & Good Street** | ☐ Unliquidated | |
| | **3421** | ☐ Disputed | |
| | **Boise, ID 83703** | | |
| | Date(s) debt was incurred  **11/2006** | **Basis for the claim:**  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| | **Nicholas Hill** | ☐ Contingent | |
| | **1011 25th Street** | ☐ Unliquidated | |
| | **2501** | ☐ Disputed | |
| | **Boise, ID 83702** | | |
| | Date(s) debt was incurred  **03/2017** | **Basis for the claim:**  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
| | **Nicholas So** | ☐ Contingent | |
| | **32 S White Oak Lane** | ☐ Unliquidated | |
| | **201** | ☐ Disputed | |
| | **Nampa, ID 83687** | | |
| | Date(s) debt was incurred  **10/2014** | **Basis for the claim:**  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$945.00** |
| | **Nicholas Wiechmann** | ☐ Contingent | |
| | **980 W Parkstone Street** | ☐ Unliquidated | |
| | **C207-1** | ☐ Disputed | |
| | **Meridian, ID 83646** | | |
| | Date(s) debt was incurred  **12/2017** | **Basis for the claim:**  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |
| | **Nichole & Robert Morgan** | ☐ Contingent | |
| | **2309 W Sonoma Court** | ☐ Unliquidated | |
| | **SON230b-L** | ☐ Disputed | |
| | **Meridian, ID 83642** | | |
| | Date(s) debt was incurred  **03/2016** | **Basis for the claim:**  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Nick Taylor** | ☐ Contingent | |
| | **2025 E White Oak Court** | ☐ Unliquidated | |
| | **201** | ☐ Disputed | |
| | **Nampa, ID 83687** | | |
| | Date(s) debt was incurred  **03/2012** | **Basis for the claim:**  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) |
|--------|--------------------------------------|------------------------|
|        | Name                                 |                        |

---

**3.141**
**1**

**Nonpriority creditor's name and mailing address**
**Nicole Franklin**
**2116 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  __02/2012__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141**
**2**

**Nonpriority creditor's name and mailing address**
**Nicole Rodriguez**
**2025 E White Oak Court**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  __02/2011__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141**
**3**

**Nonpriority creditor's name and mailing address**
**Nicole Schuenman**
**519 E Florida**
**30**
**Nampa, ID 83686**

Date(s) debt was incurred  __03/2018__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,025.00**

---

**3.141**
**4**

**Nonpriority creditor's name and mailing address**
**Nicole Smith**
**2638 Bedford Lane**
**2886**
**Boise, ID 83705**

Date(s) debt was incurred  __07/2011__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141**
**5**

**Nonpriority creditor's name and mailing address**
**Nikisha Chapman**
**1216 S Juniper Street**
**#101**
**Nampa, ID 83686**

Date(s) debt was incurred  __02/2018__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposits__

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

---

**3.141**
**6**

**Nonpriority creditor's name and mailing address**
**Nikolas Tuzzolino**
**1011 25th Street**
**1011**
**Boise, ID 83702**

Date(s) debt was incurred  __06/2017__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.141**
**7**

**Nonpriority creditor's name and mailing address**
**Nikole McMillon-Gribas**
**980 W Parkstone Street**
**C205-1**
**Meridian, ID 83646**

Date(s) debt was incurred  __08/2017__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$845.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.141 8**

Nonpriority creditor's name and mailing address
**Nita & Herb Farnes**

Date(s) debt was incurred __unknown__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 9**

Nonpriority creditor's name and mailing address
**Noe Garza**
**1228 S Juniper Street**
**#104**
**Nampa, ID 83686**

Date(s) debt was incurred __04/2018__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

$1,375.00

---

**3.142 0**

Nonpriority creditor's name and mailing address
**Nora Thornton**
**1775 S Barlow Lane**
**Boise, ID 83709**

Date(s) debt was incurred __01/2018__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

$1,800.00

---

**3.142 1**

Nonpriority creditor's name and mailing address
**Northender Condominiums, LLC**
**2609 N 36th Street**
**Boise, ID 83703**

Date(s) debt was incurred __unknown__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.142 2**

Nonpriority creditor's name and mailing address
**Northside LLC**
**1302 Hays**
**Boise, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendors__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.142 3**

Nonpriority creditor's name and mailing address
**Ntiruvahirya Aneziya**
**1901 S Vista Avenue**
**1905**
**Boise, ID 83705**

Date(s) debt was incurred __10/2008__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.142 4**

Nonpriority creditor's name and mailing address
**Nueno "jhun" Toliao**
**1357 Abbott Avenue**
**Campbell, CA 95008**

Date(s) debt was incurred __unknown__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Paradigm Property Solutions, LLC**

Name                                           Case number (if known)

---

| 3.142<br>5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **O'Neals Painting**<br>**377 N 2nd**<br>**Eagle, ID 83616** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142<br>6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Oaklands, LLC**<br>**5382 N Morningale way**<br>**Boise, ID 83713** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **unknown** | Basis for the claim: **landlord claims** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142<br>7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| **Oihana Andion Martinez**<br>**1933 18th Street**<br>**1933 1/2**<br>**Boise, ID 83702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **10/2014** | Basis for the claim: **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142<br>8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| **Olivia Kelly**<br>**551 & 639 N Moffat Avenue**<br>**551-6**<br>**Emmett, ID 83617** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **09/2017** | Basis for the claim: **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142<br>9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **On Point Management**<br>**1428 N Paymond Street**<br>**Boise, ID 83704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.143<br>0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Organic Solutions Inc**<br>**7755 Ustick Road**<br>**Nampa, ID 83687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.143<br>1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| **Oscar Ronquillo**<br>**511 W Pine**<br>**Unit B**<br>**Meridian, ID 83642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **11/2017** | Basis for the claim: **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Paradigm Property Solutions, LLC**
_____
Name

Case number (if known) _____

| 3.143 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Osmus Roofing**
**1736 Garrity Blvd**
**Nampa, ID 83686**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.143 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Osualdo Angulo**
**2025 E White Oak COurt**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  **03/2010**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.143 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Oun Ap**

Date(s) debt was incurred  **03/2011**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

| 3.143 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Overal Plumbing Inc**
**1505 Southside Blvd**
**Nampa, ID 83686**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.143 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Overhead Door Company**
**PO Box 38**
**New Plymouth, ID 83655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.143 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ozarc Inc**
**PO Box 2605**
**Spokane, WA 99220-2605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.143 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**P&C Plumbing & Electric**
**950 Sunset Strip**
**Mountain Home, ID 83647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
| | Name | | |

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

**Pablo Menaz**
**117 Hudson Avenue**
**E**
**Nampa, ID 83651**

Date(s) debt was incurred  11/2007

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.144 0**

**Nonpriority creditor's name and mailing address**

**Pacific Backflow**
**10400 W Overland Road**
**Boise, ID 83709**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  vendors

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.144 1**

**Nonpriority creditor's name and mailing address**

**Pacific Backflow**
**1735 N Franklin Road**
**145**
**Meridian, ID 83642**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  vendors

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.144 2**

**Nonpriority creditor's name and mailing address**

**Paige Berg**
**893 N Bonsai**
**12**
**Meridian, ID 83642**

Date(s) debt was incurred  07/2011

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.144 3**

**Nonpriority creditor's name and mailing address**

**Paladin Enterprises LLC**
**5363 N Stanley Creek Avenue**
**Meridian, ID 83646**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  vendors

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.144 4**

**Nonpriority creditor's name and mailing address**

**Pamela Layne**
**980 W Parkstone Street**
**D206-1**
**Meridian, ID 83646**

Date(s) debt was incurred  07/2017

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No  ☐ Yes

**$1,550.00**

---

**3.144 5**

**Nonpriority creditor's name and mailing address**

**Pamela Parker**
**3268 N Mitchell Street**
**Boise, ID 83704**

Date(s) debt was incurred  05/2011

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

Debtor    **Paradigm Property Solutions, LLC**
_____    Case number (if known) _____
         Name

| | |
|---|---|
| **3.144 6** | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Paradigm**<br>PO Box 385<br>Meridian, ID 83680 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **unknown** | Basis for the claim:  **landlord claims** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| **3.144 7** | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Paradigm Group LLC**<br>**11523 W Fairview Avenue**<br>**Boise, ID 83713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| **3.144 8** | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Paradigm Maintenance**<br>PO Box 385<br>Meridian, ID 83680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| **3.144 9** | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Paradigm Property Management**<br>**980 W Parkstone Street**<br>**Clubhouse**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **04/2016** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| **3.145 0** | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Paradigm Property Management**<br>PO Box 385<br>Meridian, ID 83680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| **3.145 1** | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $912.60 |
|---|---|---|
| **Paradigm Property Solutions**<br>PO Box 385<br>Meridian, ID 83680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Money Loaned** | |
| Last 4 digits of account number  **N/A** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| **3.145 2** | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Paradigm Roofing Solutions**<br>**380 S 4th Street**<br>**Suite 202**<br>**Boise, ID 83702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.145 3**

**Nonpriority creditor's name and mailing address**

**Paramount Owners Association**
**12601 W Explorer Drive**
**Ste 200**
**Meridian, ID 83680**

Date(s) debt was incurred _____

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145 4**

**Nonpriority creditor's name and mailing address**

**Park Place Property Mgmt.**
**280 E. Corporate Dr.**
**Ste 260**
**Meridian, ID 83642**

Date(s) debt was incurred _____

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145 5**

**Nonpriority creditor's name and mailing address**

**Park Pointe Mngmt Services**
**1500 W Bannock**
**Boise, ID 83702**

Date(s) debt was incurred _____

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145 6**

**Nonpriority creditor's name and mailing address**

**Pat Tobin**
**4 Aster Court**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 7**

**Nonpriority creditor's name and mailing address**

**Patches Moats**
**213 S Dewey Avenue**
**A**
**Middleton, ID 83644**

Date(s) debt was incurred  **07/2008**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 8**

**Nonpriority creditor's name and mailing address**

**Patricia Bonner**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 9**

**Nonpriority creditor's name and mailing address**

**Patrick Armstrong**
**399 Vista Road**
**Bishop, CA 93514**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1460**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Patrick Armstrong** | ☐ Contingent | |
| **399 Vista Road** | ☐ Unliquidated | |
| **Bishop, CA 93514** | ■ Disputed | |
| Date(s) debt was incurred __unknown__ | Basis for the claim: __landlord claims__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1461**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Patrick Battenfelder** | ☐ Contingent | |
| **2638 Bedford Lane** | ☐ Unliquidated | |
| **2877** | ☐ Disputed | |
| **Boise, ID 83705** | | |
| Date(s) debt was incurred __11/2010__ | Basis for the claim: __lease deposit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1462**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Patrick Bradley** | ☐ Contingent | |
| **437 W Idaho** | ☐ Unliquidated | |
| **A** | ☐ Disputed | |
| **Nampa, ID 83651** | | |
| Date(s) debt was incurred __09/2010__ | Basis for the claim: __lease deposit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1463**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Patrick Brunell** | ☐ Contingent | |
| **1023 S Locust Street** | ☐ Unliquidated | |
| **102** | ☐ Disputed | |
| **Nampa, ID 83686** | | |
| Date(s) debt was incurred __03/2009__ | Basis for the claim: __lease deposit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1464**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Patrick Flaherty** | ☐ Contingent | |
| **4097 E Raja Drive** | ☐ Unliquidated | |
| **Meridian, ID 83642** | ■ Disputed | |
| Date(s) debt was incurred __unknown__ | Basis for the claim: __landlord claims__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1465**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|
| **Patrick Haver** | ☐ Contingent | |
| **551 & 639 N Moffat Avenue** | ☐ Unliquidated | |
| **551-8** | ☐ Disputed | |
| **Emmett, ID 83617** | | |
| Date(s) debt was incurred __11/2017__ | Basis for the claim: __lease deposit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1466**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Patrick Hooper** | ☐ Contingent | |
| **2638 Bedford Lane** | ☐ Unliquidated | |
| **2828** | ☐ Disputed | |
| **Boise, ID 83705** | | |
| Date(s) debt was incurred __01/2011__ | Basis for the claim: __lease deposit__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Paradigm Property Solutions, LLC**

Name
Case number *(if known)*

| 3.146 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Roberts**
**2116 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  08/2008

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.146 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul & Beth Lewis**
**3087 S Fox Run Avenue**
**Eagle, ID 83616**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.146 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul & Sharon Parish**
**437 W Idaho Street**
**A**
**Meridian, ID 83642**

Date(s) debt was incurred  12/2015

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

| 3.147 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Anderson**

Date(s) debt was incurred  03/2009

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.147 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Christopherson**
**2638 Bedford Lane**
**2834**
**Boise, ID 83705**

Date(s) debt was incurred  12/2009

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.147 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Lopez**
**2638 Bedford Lane**
**2868**
**Boise, ID 83705**

Date(s) debt was incurred  06/2012

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.147 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul McEntee**
**3506 Tayten Drive**
**Nampa, ID 83686**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Paradigm Property Solutions, LLC**                                          Case number (if known)
_____
Name

---

| 3.147 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Paul Rojas**
**2638 Bedford Lane**
**2889**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2012__

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Paul Silva**
**1057 Sweetwood Circle**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:  landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Paul Vircsik**
**9585 Gregory Street**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:  landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Paul's Garage Doors**
**2723 N Blue Springs Avenue**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**PC Maintenance LLC**
**7280 W Ustick Road**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Pearl Cleaning & Maintenance**
**8532 W Evening Star Drive**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Pedro Garza**
**1901 S Vista Avenue**
**1915**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2008__

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**Penn Credit**
**PO Box 988**
**Harrisburg, PA 17108-0988**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __vendors__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 2**

**Nonpriority creditor's name and mailing address**

**Performance Plumbing**
**5776 W Durning drive**
**Eagle, ID 83616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __vendors__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

**Perma Green**
**208 W 40th Street**
**Garden City, ID 83714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __vendors__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

**Perry Alberry**
**2403 S Kimball Ave**
**1**
**Caldwell, ID 83605**

Date(s) debt was incurred __08/2008__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

**Personal Touch Plus Cleaning**
**2102 S Derring Place**
**Boise, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __vendors__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

**Pestcom Pest Management**
**6267 W Joplin Road**
**Nampa, ID 83687**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __vendors__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

**Phillip "Jonathan" Corral**
**519 e Florida**
**37**
**Nampa, ID 83686**

Date(s) debt was incurred __07/2016__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.148 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Phillip & Linda Field** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred **003/2012** | ☐ Disputed | |
| | Last 4 digits of account number __ | **Basis for the claim:** **lease deposit** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Phillips-Deonier PropertyLLC** | ☐ Contingent | |
| | **1709 Merill Street** | ☐ Unliquidated | |
| | **Boise, ID 83705** | ■ Disputed | |
| | Date(s) debt was incurred **unknown** | **Basis for the claim:** **landlord claims** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Pierre Bashale** | ☐ Contingent | |
| | **2638 Bedford Lane** | ☐ Unliquidated | |
| | **2881** | ☐ Disputed | |
| | **Boise, ID 83705** | | |
| | Date(s) debt was incurred **10/2011** | **Basis for the claim:** **lease deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Pinco Painting & Maintenance** | ☐ Contingent | |
| | **1322 W Flamingo** | ☐ Unliquidated | |
| | **Nampa, ID 83651** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **vendors** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Pioneer Pool & Spa** | ☐ Contingent | |
| | **6700 N Linder Road** | ☐ Unliquidated | |
| | **Ste 156 Box 137** | ☐ Disputed | |
| | **Meridian, ID 83646** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **vendors** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Pitney Bowes GFS** | ☐ Contingent | |
| | **PO Box 371887** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-7887** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **vendors** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **PLB Cedar Grover, LLC** | ☐ Contingent | |
| | **764 W Crosby Drive** | ☐ Unliquidated | |
| | **Meridian, ID 83646** | ■ Disputed | |
| | Date(s) debt was incurred **unknown** | **Basis for the claim:** **landlord claims** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.149 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **PLB Crosby, LLC**<br>**7364 W Crosby Drive**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **unknown** | | |
| Last 4 digits of account number  _ | Basis for the claim:  **landlord claims** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.149 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **PLB White Hawk, LLC**<br>**764 W Crosby Drive**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **unknown** | | |
| Last 4 digits of account number  _ | Basis for the claim:  **landlord claims** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.149 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- |
| **Plumbing SOlutions Inc**<br>**PO Box 1052**<br>**Meridian, ID 83680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | | |
| Last 4 digits of account number  _ | Basis for the claim:  **vendors** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.149 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- |
| **Plummer Properties Assoc** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | | |
| Last 4 digits of account number  _ | Basis for the claim:  **vendors** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.149 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Pohl Bladder Family Trust**<br>**2424 N 34th Street**<br>**Boise, ID 83703** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **unknown** | | |
| Last 4 digits of account number  _ | Basis for the claim:  **landlord claims** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.150 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- |
| **Pool Doctor & Spa**<br>**5209 Chinden Blvd**<br>**Garden City, ID 83714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | | |
| Last 4 digits of account number  _ | Basis for the claim:  **vendors** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.150 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- |
| **Pop-A-Lock of Boise**<br>**PO Box 45336**<br>**Boise, ID 83704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | | |
| Last 4 digits of account number  _ | Basis for the claim:  **vendors** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Paradigm Property Solutions, LLC**                                                    Case number *(if known)*
_____                                   _____
Name

| 3.150<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Post Register**
**333 Northgate Mile**
**Idaho Falls, ID 83401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __vendors__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Preece Heating & A/C**
**203 N Canyon Street**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __vendors__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Premier Power Washing LLC**
**5630 Elk Horn Avenue**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __vendors__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Prestige Property Management**
**1045 S Ancona Avnue**
**Ste 140**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __vendors__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Preston Gilbert**
**2925 W Charleston Avenue**
**Phoenix, AZ 85053**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __unknown__
Last 4 digits of account number __

**Basis for the claim:** __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Primo Properties, LLC**
**8197 E Shallon Drive**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __unknown__
Last 4 digits of account number __

**Basis for the claim:** __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Primo Properties, LLC**
**PO Box 385**
**2108**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2011__
Last 4 digits of account number __

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paradigm Property Solutions, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.150 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Pristine Back Yards Service**
3410 N Eagle Road
Ste 100
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  vendors

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Pristine Reflections**
3423 N Centrepoint Way
H102
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  vendors

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Pro Edge Lawn & Landscape**
1525 Lizaso
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  vendors

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  vendors

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Pure Results**
3869 S Naples Avenue
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  vendors

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Quality Appliance Service**
16077 N Franklin Blvd
1
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  vendors

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Quality Plus Lawn Care**
PO Box 758
3009 Mimosa Lane
Emmett, ID 83617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  vendors

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.151 6 | |

**Nonpriority creditor's name and mailing address**
**R Wade Curtis, Attorney**
**5324 Misty Ridge Way**
**Boise, ID 83713**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.151 7 | |

**Nonpriority creditor's name and mailing address**
**Rachael Rinch**
**1108 E 680 N**
**Orem, UT 84097**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.151 8 | |

**Nonpriority creditor's name and mailing address**
**Rachel Chipman**
**980 W Parkstone Street**
**E207-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **01/2013**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

| | |
|---|---|
| 3.151 9 | |

**Nonpriority creditor's name and mailing address**
**Rachel Fowler**
**35th & good Street**
**2124**
**Boise, ID 83703**

Date(s) debt was incurred  **11/2008**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.152 0 | |

**Nonpriority creditor's name and mailing address**
**Rachel Holman**
**505 E Florida Avenue**
**28-102**
**Nampa, ID 83686**

Date(s) debt was incurred  **06/2015**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| | |
|---|---|
| 3.152 1 | |

**Nonpriority creditor's name and mailing address**
**Rachel Lopez**
**207 S Dewey Avenue**
**B**
**Middleton, ID 83644**

Date(s) debt was incurred  **03/2010**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.152 2 | |

**Nonpriority creditor's name and mailing address**
**Rachelle Williams**
**2638 Bedford Lane**
**2874**
**Boise, ID 83705**

Date(s) debt was incurred  **07/2012**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Paradigm Property Solutions, LLC**                                    Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| 3.152 3 | **Nonpriority creditor's name and mailing address** | **$750.00** |

**Racquel Steele**
**505 E Florida Avenue**
**Nampa, ID 83686**

Date(s) debt was incurred  **08/2016**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 4 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Rain Control Cont Gutters**
**PO Box 175**
**Meridian, ID 83680**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 5 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ralph & Shannon Egusquiza**
**2008 White Oak Lane**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  **11/2010**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 6 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ralph Ball**
**4047 Saint James Loop**
**Nampa, ID 83687-9083**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  landlord claims**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.152 7 | **Nonpriority creditor's name and mailing address** | **$500.00** |

**Rami Haddadin**
**2139 Stephen Avenue**
**202**
**Boise, ID 83706**

Date(s) debt was incurred  **07/2014**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ramona Villarreal**
**2638 Bedford Lane**
**2869**
**Boise, ID 83705**

Date(s) debt was incurred  **04/2010**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 9 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Random Sales**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Paradigm Property Solutions, LLC**
_____      Case number (if known) _____
Name

| 3.153 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Randy Minor**
**117 Hudson Avenue**
**C**
**Nampa, ID 83651**

Date(s) debt was incurred  05/2006

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease depoist**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rapid Collections**
**3818 E Newby Street**
**Ste 101**
**Nampa, ID 83687**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ray & Venise Hansen**
**1573 Davis Court**
**Fairfield, CA 94533**

Date(s) debt was incurred  unknown

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raymond Boese**
**3056 W Acarrera Lane**
**24**
**Meridian, ID 83642**

Date(s) debt was incurred  08/2008

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease depoist**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raymond Cozby**
**357 Ironwood Drive**
**Newberg, OR 97132**

Date(s) debt was incurred  unknown

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raymond Cozby**

Date(s) debt was incurred  05/2011

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease depoist**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Rayne McDaid**
**505 E Florida Avenue**
**20-103**
**Nampa, ID 83686**

Date(s) debt was incurred  04/2013

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease depoist**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor      **Paradigm Property Solutions, LLC**                              Case number *(if known)*
_____
Name

| 3.153 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Rea Perez**
**1220 S Juniper Street**
**#101**
**Nampa, ID 83686**

Date(s) debt was incurred  __06/2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Realty Management Assoc Inc**
**4290 Chinden Blvd**
**Garden City, ID 83704**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rebecca Millard**
**2124 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  __08/2009__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Red Dog Seven**
**1523 W Bonneville Court**
**Nampa, ID 83686**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Redco Concrete Solutions LLC**
**8300 Highway 20/26**
**Nampa, ID 83687**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Refinish First**
**10 N Liberty Street**
**Suite 140**
**Boise, ID 83704**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Regina Jones**
**893 N Bonsai**
**23**
**Meridian, ID 83642**

Date(s) debt was incurred  __09/2010__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Paradigm Property Solutions, LLC**
    Name

Case number *(if known)*

---

| 3.154 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rene Deluna**
**14792 Helen Lane**
**Caldwell, ID 83607**

Date(s) debt was incurred  **11/2016**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$950.00**

---

| 3.154 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renee B Keller Living Trust**
**587 E Kingsford Drive**
**#23**
**Meridian, ID 83642**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.154 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renee Olinger**
**2638 Bedford Lane**
**2674**
**Boise, ID 83705**

Date(s) debt was incurred  **11/2005**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.154 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renew Cleaning & Maintenance**
**2390 E Swindell Drive**
**Meridian, ID 83646**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendors**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.154 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**RENT LLC**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.154 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rentmaster of Rexburg**
**95 N 12th W**
**Rexburg, ID 83440**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.155 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Renton McGowan**
**165 N Plummer Road**
**175**
**Star, ID 83669**

Date(s) debt was incurred  **09/2015**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

Debtor  **Paradigm Property Solutions, LLC**
_____  Case number (if known) _____
Name

| 3.155 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Resto Clean**
**1601 Essington Court**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |

**Reva Hastain**
**2132 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Rex Green**
**2216 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Rex Green**
**1433 N Hartman Street**
**GAR-6**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Rexburg Ace Hardware**
**618 N 2nd Avenue**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Rhonda Casey**
**6300 Conejo Rancho**
**Murieta, CA 95683**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00** |

**Rhonda Paredes**
**11143 Silver River Loop**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1558**

**Nonpriority creditor's name and mailing address**

**Richard & Joshua Joyce**
**980 W Parkstone Street**
**D106-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **01/2018**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.1559**

**Nonpriority creditor's name and mailing address**

**Richard & Kathryn Martin**
**551 & 639 N Moffat Avenue**
**639-2**
**Emmett, ID 83617**

Date(s) debt was incurred  **06/2018**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.1560**

**Nonpriority creditor's name and mailing address**

**Richard & Kelly Fulfer**
**740 Sundance Place**
**Colfax, CA 95713**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.1561**

**Nonpriority creditor's name and mailing address**

**Richard & Nancy Ambrosi**
**4577 Greenchain Loop No.5**
**Coeur D Alene, ID 83814**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.1562**

**Nonpriority creditor's name and mailing address**

**Richard & Theresa Freels**
**2638 Bedford Lane**
**2676**
**Boise, ID 83705**

Date(s) debt was incurred  **05/2008**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1563**

**Nonpriority creditor's name and mailing address**

**Richard & Tina Morreale**
**157 E Hillgreen**
**Kuna, ID 83634**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1564**

**Nonpriority creditor's name and mailing address**

**Richard & Tina Morreale**
**PO Box 385**
**2208**
**Meridian, ID 83680**

Date(s) debt was incurred  **03/2014**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Paradigm Property Solutions, LLC**
Name                                                                  Case number (if known)

---

| 3.156 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$800.00**

**Richard & Veronica Defever**
**801 NW 2nd Street**
**Meridian, ID 83642**                                         ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **11/2016**                          **Basis for the claim:   lease deposit**

Last 4 digits of account number  _                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

**Richard Coates**
**1433 N Hartman Street**
**43-106**                                                      ☐ Contingent
**Boise, ID 83704**                                             ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **12/2008**                          **Basis for the claim:   lease deposit**

Last 4 digits of account number  _                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

**Richard Hairston**
**2111 E Whispering Willow Ln**
**101**                                                         ☐ Contingent
**Nampa, ID 83687**                                             ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **11/2009**                          **Basis for the claim:   lease deposit**

Last 4 digits of account number  _                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$995.00**

**Richard Himberger**
**1216 S Juniper Street**
**#102**                                                        ☐ Contingent
**Nampa, ID 83686**                                             ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **07/2017**                          **Basis for the claim:   lease deposit**

Last 4 digits of account number  _                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$300.00**

**Richard Jackman**
**240 E Colorado Avenue**
**939**                                                         ☐ Contingent
**Nampa, ID 83686**                                             ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **05/2014**                          **Basis for the claim:   lease deposit**

Last 4 digits of account number  _                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$300.00**

**Richard Jones**
**315 13th Avenue S**
**01**                                                          ☐ Contingent
**Nampa, ID 83651**                                             ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **06/2013**                          **Basis for the claim:   lese deposit**

Last 4 digits of account number  _                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

**Richard Later**
**PO Box 191052**
**Boise, ID 83719**                                             ☐ Contingent
                                                                ☐ Unliquidated
                                                                ■ Disputed

Date(s) debt was incurred  **unknown**                          **Basis for the claim:   landlord claims**

Last 4 digits of account number  _                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.157 2**

**Nonpriority creditor's name and mailing address**
**Richard Leo**
**5297 N Lawsonia Place**
**Boise, ID 83713**

Date(s) debt was incurred  06/2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$925.00**

---

**3.157 3**

**Nonpriority creditor's name and mailing address**
**Richard Morale**
**PO Box 385**
**2132**
**Meridian, ID 83680**

Date(s) debt was incurred  09/2014

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 4**

**Nonpriority creditor's name and mailing address**
**Richard Myers**
**893 N Bonsai**
**24**
**Meridian, ID 83642**

Date(s) debt was incurred  08/2010

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 5**

**Nonpriority creditor's name and mailing address**
**Richard Reiss**
**4125 Harbor Point Drive**
**Meridian, ID 83646**

Date(s) debt was incurred  unknown

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**
**Richard Roper**
**893 N Bonsai**
**24**
**Meridian, ID 83642**

Date(s) debt was incurred  11/2009

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**
**Richard Taylor**
**616 Cliff Drive**
**Aptos, CA 95003**

Date(s) debt was incurred  unknown

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 8**

**Nonpriority creditor's name and mailing address**
**Rick Mason**
**2111 E White Oak Court**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  09/2010

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Paradigm Property Solutions, LLC**

Name

Case number *(if known)*

---

**3.1579**

**Nonpriority creditor's name and mailing address**

**Right Now Heating & Air**
**212 Evans Street**
**Caldwell, ID 83605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1580**

**Nonpriority creditor's name and mailing address**

**Rikki Yarrington**
**1433 N Hartman Street**
**39-103**
**Boise, ID 83704**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1581**

**Nonpriority creditor's name and mailing address**

**Rita Allred**

Date(s) debt was incurred  **11/2010**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1582**

**Nonpriority creditor's name and mailing address**

**RKH Landscaping, Inc.**
**4047 Banner Street**
**Boise, ID 83704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawn Services**

Is the claim subject to offset? ■ No ☐ Yes

**$38.50**

---

**3.1583**

**Nonpriority creditor's name and mailing address**

**Robert & Joyce Smith**
**311 Hot Springs Drive**
**Boise, ID 83712**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1584**

**Nonpriority creditor's name and mailing address**

**Robert & Kelly Stork**
**637 E Lava Falls Street**
**Meridian, ID 83646**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1585**

**Nonpriority creditor's name and mailing address**

**Robert & Kim Hansen**
**5025 Gerhardt Place**
**Fair Oaks, CA 95628**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Paradigm Property Solutions, LLC**                           Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.158 6 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Robert & Robin Lowe**
**893 N Bonsai**
**12**
**Meridian, ID 83642**

Date(s) debt was incurred  06/2012

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.158 7 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Robert & Vicki Borg**
**11860Florida Drive**
**Boise, ID 83704**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.158 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Robert Brings**
**2638 Bedford Lane**
**2819**
**Boise, ID 83705**

Date(s) debt was incurred  **08/2011**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.158 9 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Robert Carter**
**633 6th Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Robert Gowing**
**2325 S Five Mile Road**
**1/2**
**Boise, ID 83709**

Date(s) debt was incurred  09/2009

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 1 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Robert Graves**
**2123 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred  01/2010

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 2 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Robert Hansen**
**PO Box 385**
**2209**
**Meridian, ID 83680**

Date(s) debt was incurred  05/2009

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Paradigm Property Solutions, LLC**                              Case number *(if known)* _____
         _____
         Name

| 3.159 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Justin Borg**
**1937 W Grand Teton Drive**
**Meridian, ID 83646**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.159 4 |

**Robert McClinton**
**300 S Manville**
**Boise, ID 83705**

Date(s) debt was incurred  **06/2007**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$500.00

---

| 3.159 5 |

**Robert Morris**
**980 W Parkstone Street**
**B208-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **04/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$945.00

---

| 3.159 6 |

**Robert Opgrand**
**8739 Hackamore**
**103**
**Boise, ID 83709**

Date(s) debt was incurred  **05/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$500.00

---

| 3.159 7 |

**Robert Shirley**
**3548 Crownridge Court**
**Fairfield, CA 94534**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.159 8 |

**Robin Clark**
**551 & 639 N Moffat Avenue**
**639-10**
**Emmett, ID 83617**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ☑ No ☐ Yes

$1,100.00

---

| 3.159 9 |

**Robin Hart**
**980 W Parkstone Street**
**C208-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **07/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$945.00

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.160 0**

**Nonpriority creditor's name and mailing address**
**Robin Moffitt**
**104 9th Avenue**
**#B**
**Nampa, ID 83651**

Date(s) debt was incurred **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 1**

**Nonpriority creditor's name and mailing address**
**Rochelle Phillips**
**551 & 639 N Moffat Avenue**
**639-1**
**Emmett, ID 83617**

Date(s) debt was incurred **05/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.160 2**

**Nonpriority creditor's name and mailing address**
**Rochelle Rohrer**
**131 Davis Court**
**Nampa, ID 83651**

Date(s) debt was incurred **11/2010**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 3**

**Nonpriority creditor's name and mailing address**
**Roci & Jason Chaulk**
**1858 Shoshone**
**Nampa, ID 83651**

Date(s) debt was incurred **08/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

**3.160 4**

**Nonpriority creditor's name and mailing address**
**Rocio Gonzalez**
**1120 Connecticut Avenue**
**1124**
**Nampa, ID 83686**

Date(s) debt was incurred **10/2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.160 5**

**Nonpriority creditor's name and mailing address**
**Rodda Paint**
**PO Box 5127**
**Portland, OR 97208-5127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 6**

**Nonpriority creditor's name and mailing address**
**Rodney Franklin**
**1212 S Juniper Street**
**#104**
**Nampa, ID 83686**

Date(s) debt was incurred **05/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

Debtor    **Paradigm Property Solutions, LLC**
_____
Name

Case number *(if known)*
_____

| 3.160 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |

**Nonpriority creditor's name and mailing address**
**Rodney Jackson**
**1216 S Juniper Street**
**#101**
**Nampa, ID 83686**

Date(s) debt was incurred   **02/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 8 |

**Nonpriority creditor's name and mailing address**
**Rodrigo Hernandez**
**4148 Nez Perce**
**101**
**Boise, ID 83705**

Date(s) debt was incurred   **03/2011**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.160 9 |

**Nonpriority creditor's name and mailing address**
**Ron & Candace Hill**
**10459 W Shadow Rock Street**
**Boise, ID 83714-9572**

Date(s) debt was incurred   **unknown**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **landlord claims**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.161 0 |

**Nonpriority creditor's name and mailing address**
**Ron & Lena Leis**
**5631 Marchese Court**
**Fair Oaks, CA 95628**

Date(s) debt was incurred   **unknown**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **landlord claims**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.161 1 |

**Nonpriority creditor's name and mailing address**
**Ron Jaques**
**1505 NW 1st Street**
**BOR150b-L**
**Meridian, ID 83642**

Date(s) debt was incurred   **05/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$895.00

---

| 3.161 2 |

**Nonpriority creditor's name and mailing address**
**Ron McFaddin**
**519 E Florida**
**41**
**Nampa, ID 83686**

Date(s) debt was incurred   **09/2012**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

| 3.161 3 |

**Nonpriority creditor's name and mailing address**
**Ron Newton**
**2403 S Kimball Avenue**
**8**
**Parma, ID 83660-5000**

Date(s) debt was incurred   **11/2008**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Paradigm Property Solutions, LLC**

Name

Case number *(if known)*

---

| 3.161 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$945.00** |

**Ron Pierce**
**980 W Parkstone Street**
**C108-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2017**

**Basis for the claim: lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ronald & Joanne Schmitt**
**9738 W Cory Lane**
**2550**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04/2012**

**Basis for the claim: lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ronald & Ryan Schultz**
**2107 Whispering Willow Ln**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2009**

**Basis for the claim: lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ronald (Herb) Pendergraft**
**2638 Bedford Lane**
**2631**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/2012**

**Basis for the claim: lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |

**Ronald Davis**
**2132 E Whispering Willow Ln**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/2014**

**Basis for the claim: lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ronald Lee**
**2112 White Oak Lane**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/2009**

**Basis for the claim: lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ronald Osborne**
**13965 W Chinden Blvd**
**ste206**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **unknown**

**Basis for the claim: landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.162 1**

**Nonpriority creditor's name and mailing address**
**Ronda Tolan**
**437 W Idaho**
**A**
**Meridian, ID 83642**

Date(s) debt was incurred **09/2010**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162 2**

**Nonpriority creditor's name and mailing address**
**Rosalia Garza**
**315 13th Avenue S**
**11**
**Nampa, ID 83651**

Date(s) debt was incurred **06/2008**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.162 3**

**Nonpriority creditor's name and mailing address**
**Rose Schaffler-Von Bracht**
**2115 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred **08/2011**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162 4**

**Nonpriority creditor's name and mailing address**
**Roseann Fray**
**240 E Colorado Avenue**
**242**
**Nampa, ID 83686**

Date(s) debt was incurred **02/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.162 5**

**Nonpriority creditor's name and mailing address**
**Rosie Garcia-Rubin**
**1716 S Eagleson Road**
**201**
**Boise, ID 83704**

Date(s) debt was incurred **10/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.162 6**

**Nonpriority creditor's name and mailing address**
**Rosie Minick**
**717 11th Avenue S**
**101**
**Nampa, ID 83651**

Date(s) debt was incurred **04/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.162<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |
|---|---|---|---|

**Ross Givens**
**510 Lynhurst Drive**
**BST510b-L**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Royal Flush**
**18986 Tranquil Place**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Royce Darling**
**339 W Horsechestnut**
**Kuna, ID**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RS Pena LLC**
**554 Sunflower**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rukesh Shilpakak**
**2638 Bedford Lane**
**2871**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rulynn Loveall**
**7180 Bunch Court**
**7220-101**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Russell & Nicole Taylor**
**4440 N Kilee Avenue**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.163 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Russell Angel**
**2568 Rebecca Way**
**Meridian, ID 83646-1159**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.163 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Russell Arnold**
**35th & Good Street**
**2120**
**Boise, ID 83706**

Date(s) debt was incurred  **11/2008**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.163 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ruth Teasdale**
**10712 W Halstead Lane**
**101**
**Boise, ID 83713**

Date(s) debt was incurred  **12/2007**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

| 3.163 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Abel**
**980 W. Parkstone Street**
**D-103**
**Meridian, ID 83646**

Date(s) debt was incurred  **1/2017**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

| 3.163 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Fisher**
**1401 Floribunda Avenue**
**#206**
**Burlingame, CA 94010**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.163 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Martin**
**7610 Sourthside Blvd**
**Nampa, ID 83686**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.164 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ryanne Glankler**
**505 E Florida Avenue**
**28-102**
**Nampa, ID 83686**

Date(s) debt was incurred  **06/2013**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

Debtor **Paradigm Property Solutions, LLC**
Name

Case number *(if known)*

| 3.164<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rylie Creek, LLC**

Date(s) debt was incurred **unknown**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**S&B Plumbing**
PO Box 3185
Nampa, ID 83653

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendors**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Safe Home Lock & Key**
2220 Broadway
Boise, ID 83706

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendors**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Salina Isenberg**
7180 Bunch Court
7180-202
Boise, ID 83714

Date(s) debt was incurred **07/2007**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Salud, LLC**

Date(s) debt was incurred **unknown**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sam Marini**
3758 S Montague Way
Meridian, ID 83642

Date(s) debt was incurred **unknown**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sam Marini**
3758 S Montague Avenue
Meridian, ID 83642

Date(s) debt was incurred **unknown**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **landlord claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Paradigm Property Solutions, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.164 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **Samantha Cano**<br>**980 W Parkstone Street**<br>**E202-1**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/2015** | **Basis for the claim:**  **lease deposits** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,145.00 |
|---|---|---|
| **Samantha Doherty**<br>**10396 W Irving Court**<br>**Boise, ID 83704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **08/2017** | **Basis for the claim:**  **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.165 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Samantha Paraonteau**<br>**209 4th Street**<br>**Nampa, ID 83651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/2011** | **Basis for the claim:**  **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.165 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Samantha Scott**<br>**1401 N Eldorado Street**<br>**1403-102**<br>**Boise, ID 83704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **07/2015** | **Basis for the claim:**  **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.165 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Samantha Singleton**<br>**1011 N 25th**<br>**1011 1/2**<br>**Boise, ID 83702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **05/2011** | **Basis for the claim:**  **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.165 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Samantha Thomas**<br>**2111 E White Oak Court**<br>**202**<br>**Nampa, ID 83687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **06/2011** | **Basis for the claim:**  **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.165 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |
|---|---|---|
| **Samuel & Autumn Henderson**<br>**3766 N Chatterton Way**<br>**Boise, ID 83713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **07/2016** | **Basis for the claim:**  **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Paradigm Property Solutions, LLC**

Name

Case number *(if known)*

---

| 3.165 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Samuel & Neusa Fraser**
**22307 Macfarlane Drive**
**Woodland Hill, CA 91356**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**Samuel Lovelady**
**1011 25th Street**
**1011.5**
**Boise, ID 83702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **09/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Sandy Hanson**
**1407 W Raelin Drive**
**Nampa, ID 83686**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Sara Cramer**
**1210 Manitou Avenue**
**Boise, ID 83706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**Sara Koonce**
**1011 25th Street**
**1011.5**
**Boise, ID 83702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **05/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Sarah Ayers**
**11939 Cloverbrook**
**#101**
**Boise, ID 83713**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **02/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |

**Sarah Cotan**
**2107 E Whispering Willpow Ln**
**201**
**Nampa, ID 83687**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **07/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  **Paradigm Property Solutions, LLC**
_____
Name                                          Case number _(if known)_ _____

| 3.166 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$500.00** |

**Sarah Cowman**
**2008 White Oak Ln**
**103**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2011__

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Sarah Dee**
**6651 De Anza Avenue**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:  landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Sarah Dunlap**
**1224 S Juniper Street**
**#101**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2018__

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$250.00** |

**Sarah Lofthus**
**717 11th Avenue S**
**109**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2011__

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Sarah Rosin**
**315 13th Avenue S**
**209**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2014__

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$945.00** |

**Sarah Salwei**
**980 W Parkstone Street**
**C207-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2017__

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Sarah Talbert**
**2638 Bedford Lane**
**2887**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2011__

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1669**

**Nonpriority creditor's name and mailing address**
Sarah Townsend
980 W Parkstone Street
A108-1
Meridian, ID 83646

Date(s) debt was incurred  **08/2017**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$945.00**

---

**3.1670**

**Nonpriority creditor's name and mailing address**
Sarai Arretche

Date(s) debt was incurred  **09/2011**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.1671**

**Nonpriority creditor's name and mailing address**
Saul Delacruz
2638 Bedford Lane
2882
Boise, ID 83705

Date(s) debt was incurred  **11/2012**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1672**

**Nonpriority creditor's name and mailing address**
Savannah Martin
401 Holly Street
17
Nampa, ID 83686

Date(s) debt was incurred  **06/2017**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.1673**

**Nonpriority creditor's name and mailing address**
Sawtooth Mountain Enterprise
6915 Westfield Place
Boise, ID 83704

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1674**

**Nonpriority creditor's name and mailing address**
Schaffeld Electrical Service
PO Box 190411
Boise, ID 83719

Date(s) debt was incurred  __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1675**

**Nonpriority creditor's name and mailing address**
Scott Frost
2139 Stephen Avenue
201
Boise, ID 83706

Date(s) debt was incurred  **07/2015**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

Debtor __**Paradigm Property Solutions, LLC**_____    Case number *(if known)* _____
          Name

---

**3.167 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$1,000.00**

**Scott Newton**
**980 W Parkstone Street**                                             ☐ Contingent
**E203-1**                                                            ☐ Unliquidated
**Meridian, ID 83646**                                                ☐ Disputed

Date(s) debt was incurred  __10/2016__

                                                                      Basis for the claim:  __lease deposit__
Last 4 digits of account number __

                                                                      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.167 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$800.00**

**Scott Peterson**
**980 W Parkstone Street**                                            ☐ Contingent
**C104-1**                                                            ☐ Unliquidated
**Meridian, ID 83646**                                                ☐ Disputed

Date(s) debt was incurred  __07/2015__

                                                                      Basis for the claim:  __lease deposit__
Last 4 digits of account number __

                                                                      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.167 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Scott Stewart**
**3836 S Marsala Avenue**                                             ☐ Contingent
**Meridian, ID 83642**                                                ☐ Unliquidated
                                                                      ☒ Disputed
Date(s) debt was incurred  __unknown__

                                                                      Basis for the claim:  __landlord claims__
Last 4 digits of account number __

                                                                      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.167 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$300.00**

**Sebastien Robert**
**980 W Parkstone Street**                                            ☐ Contingent
**C206-1**                                                            ☐ Unliquidated
**Meridian, ID 83646**                                                ☐ Disputed

Date(s) debt was incurred  __03/2014__

                                                                      Basis for the claim:  __lease deposit__
Last 4 digits of account number __

                                                                      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.168 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$625.00**

**Semsudin&Suada Bajrektarevic**
**165 N Plummer Road**                                                ☐ Contingent
**167**                                                               ☐ Unliquidated
**Star, ID 83669**                                                    ☐ Disputed

Date(s) debt was incurred  __04/2017__

                                                                      Basis for the claim:  __lease deposit__
Last 4 digits of account number __

                                                                      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.168 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Set Properties, LLC**
**21141 Cedar Lane**                                                  ☐ Contingent
**Mission Viejo, CA 92691**                                           ☐ Unliquidated
                                                                      ☒ Disputed
Date(s) debt was incurred  __unknown__

                                                                      Basis for the claim:  __landlord claims__
Last 4 digits of account number __

                                                                      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.168 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**SF Dragon Properties, LLC**
**73 Beaumont Avenue**                                                ☐ Contingent
**San Francisco, CA 94118**                                           ☐ Unliquidated
                                                                      ☒ Disputed
Date(s) debt was incurred  __unknown__

                                                                      Basis for the claim:  __landlord claims__
Last 4 digits of account number __

                                                                      Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.168 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shahrokh Moaveni**
**2163 Hastings Court**
**Santa Rosa, CA 95405**

Date(s) debt was incurred  __unknown__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __landlord claims__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shaley Chavez**
**4148 Nez Perce**
**101**
**Boise, ID 83705**

Date(s) debt was incurred  __03/2011__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Shanlyne Green**

Date(s) debt was incurred  __02/2012__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shannon Brailsford**
**1433 N Hartman Street**
**33-101**
**Boise, ID 83704**

Date(s) debt was incurred  __09/2009__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shannon Edwards**
**180 MClure Avenue**
**Nampa, ID 83651**

Date(s) debt was incurred  __07/2007__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Shannon Garrett**
**1220 S Juniper Street**
**#102**
**Nampa, ID 83686**

Date(s) debt was incurred  __10/2013__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Shannon Garrett**
**505 E Florida Avenue**
**20-102**
**Nampa, ID 83686**

Date(s) debt was incurred  __10/2013__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.169 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$725.00** |

**Shannon MacKenzie**
**437 W Idaho**
**D**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |

**Shantel Reyes**
**980 W Parkstone Street**
**A201-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |

**Shari Bates**
**717 11th Avenue S**
**103**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2013**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sharon Costello**
**24 Timberlake Court**
**Northwood, OH 43519-1932**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:**  **landlord claims**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sharon Faccini**
**2638 Bedford Lane**
**2830**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sharon Nill**
**893 N Bonsai**
**11**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2010**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,195.00** |

**Shauna Jessop**
**980 W Parkstone Street**
**A202-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**

Case number *(if known)*

Name

---

| 3.169 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Shawn & Tiffany Ward**
**519 E Florida**
**34**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2016__

**Basis for the claim:   lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shea Eickmeyer**
**2116 E WHispering willow Ln**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2011__

**Basis for the claim:   lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shelby York**
**2025 E White Oak Court**
**202**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2010__

**Basis for the claim:   lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00** |
|---|---|---|---|

**Sheri Battaglia**
**1777 S Barlow Lane**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2017__

**Basis for the claim:   lease deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sheri Battaglia**
**35 White Oak Lane**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2009__

**Basis for the claim:   lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Sherry & Terry DeLaney**
**2077 W Lake Pointe Court**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2017__

**Basis for the claim:   lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sherry Hutto**
**2638 Bedford Lane**
**2882**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2013__

**Basis for the claim:   lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.170<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Sherry Thomas**<br>**7711 NE 175th Street**<br>**A108**<br>**Kenmore, WA 98028** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred  **unknown** | Basis for the claim:  **landlord claims** | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.170<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Shiann Johns**<br>**2141 Stephen Avenue**<br>**202**<br>**Boise, ID 83706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **05/2012** | Basis for the claim:  **lease deposit** | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.170<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Shilo Automatic Sprinklers**<br>**1224 11th Avenue**<br>**Nampa, ID 83687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **vendors** | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.170<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
| | **Shiloh Maloney**<br>**226 N Latah Street**<br>**#202**<br>**Boise, ID 83706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **08/2017** | Basis for the claim:  **lease deposit** | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.170<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
| | **Shirley Smith**<br>**240 E Colorado Avenue**<br>**943**<br>**Nampa, ID 83686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/2017** | Basis for the claim:  **lease deposit** | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.170<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **SI Total Services LLC**<br>**8051 E Wolcott**<br>**Nampa, ID 83687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **vendors** | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.171<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $995.00 |
| | **Sidny Rayne**<br>**519 E Florida**<br>**44**<br>**Nampa, ID 83686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **08/2017** | Basis for the claim:  **lease deposit** | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.171 1**

Nonpriority creditor's name and mailing address

**Sierra Cowan**
**8739 Hackamore**
**102**
**Boise, ID 83709**

Date(s) debt was incurred  **05/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,250.00**

---

**3.171 2**

Nonpriority creditor's name and mailing address

**Sightline Photography**
**811 E Idaho Street**
**Boise, ID 83712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171 3**

Nonpriority creditor's name and mailing address

**Signs Etc**
**910 E Franklin Road**
**Ste 102**
**Meridian, ID 83642**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171 4**

Nonpriority creditor's name and mailing address

**Silver Fox Management, LLC**
**3313 W Cheery Lane**
**#517**
**Meridian, ID 83642**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171 5**

Nonpriority creditor's name and mailing address

**Simple Frigate LLC**
**980 N Walnut Street**
**Boise, ID 83712**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.171 6**

Nonpriority creditor's name and mailing address

**Simple Merlin LLC**
**400 N Walnut**
**Boise, ID 83712**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.171 7**

Nonpriority creditor's name and mailing address

**Simple Peregrine LLC**
**480 W Walnut Street**
**Boise, ID 83712**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**
_____
Name

Case number *(if known)* _____

---

| | |
|---|---|
| **3.171 8** | |

**Nonpriority creditor's name and mailing address**
**Simple Way Cleaning**
**8804 W Ben Street**
**Boise, ID 83714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __vendors__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.171 9** | |

**Nonpriority creditor's name and mailing address**
**Sinnard Properties LLC**
**733 W Pickford Street**
**Meridian, ID 83646**

Date(s) debt was incurred __unknown__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.172 0** | |

**Nonpriority creditor's name and mailing address**
**Sir James LLC**
**3724 Plantaton River Drive**
**Suite 101**
**Boise, ID 83703**

Date(s) debt was incurred __unknown__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.172 1** | |

**Nonpriority creditor's name and mailing address**
**Situa Brown**
**317 E 39th Street**
**319**
**Garden City, ID 83714**

Date(s) debt was incurred __04/2014__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| | |
|---|---|
| **3.172 2** | |

**Nonpriority creditor's name and mailing address**
**Sky Dragon LLC**
**733 W Pickford Street**
**Meridian, ID 83646**

Date(s) debt was incurred __unknown__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.172 3** | |

**Nonpriority creditor's name and mailing address**
**Skyla Long**
**2115 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred __06/2010__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.172 4** | |

**Nonpriority creditor's name and mailing address**
**Skyler Jeppson**

Date(s) debt was incurred __10/2007__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Paradigm Property Solutions, LLC**
          _____          Case number *(if known)* _____
          Name

| | |
|---|---|
| **3.172 5** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Smith Horras PA**
**5561 N Glenwood Street**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.172 6** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$500.00**

**Somkhouane Keopanya**
**980 W Parkstone Street**
**A101-1**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2016__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.172 7** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Sommersby 2 Subdivison HOA**
**280 E Dorporate Drive**
**ste260**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.172 8** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Sommersby Group LLC**
**1161 W Rivers Street**
**ste160**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.172 9** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Sonja Coto**
**1901 S vista Avenue**
**1903**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2008__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.173 0** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**South Fork HOA**
**1500 Bannock**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.173 1** | |
|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**SP Garden Grove LLC**
**1428 Raymond Street**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Paradigm Property Solutions, LLC**_____    Case number *(if known)* _____
Name

| 3.173<br>2 | **Nonpriority creditor's name and mailing address**<br>**SP Rose Hill LLC**<br>**1428 Raymond Street**<br>**Boise, ID 83704** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __unknown__

Basis for the claim: __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173<br>3 | **Nonpriority creditor's name and mailing address**<br>**Stacey Manske**<br>**3640 W Rose Hill Street**<br>**204**<br>**Boise, ID 83705** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$600.00** |
|---|---|---|---|

Date(s) debt was incurred __03/2017__

Basis for the claim: __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173<br>4 | **Nonpriority creditor's name and mailing address**<br>**Stacy Goldston**<br>**5405 E Village Road**<br>**Unit 8447**<br>**Long Beach, CA 90808** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __unknown__

Basis for the claim: __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173<br>5 | **Nonpriority creditor's name and mailing address**<br>**Stand Up LLC**<br>**925 N 9th Street**<br>**14**<br>**Boise, ID 83702** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __04/2009__

Basis for the claim: __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173<br>6 | **Nonpriority creditor's name and mailing address**<br>**Stand-Up Residential**<br>**3901 Winston Street**<br>**Caldwell, ID 83607** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173<br>7 | **Nonpriority creditor's name and mailing address**<br>**Standard Plumbing Supply Co**<br>**PO Box 708490**<br>**Sandy, UT 84070** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Basis for the claim: __vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173<br>8 | **Nonpriority creditor's name and mailing address**<br>**Stanley & Denice Buckley**<br>**2000 Overland Avenue**<br>**Burley, ID 83318** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __unknown__

Basis for the claim: __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Paradigm Property Solutions, LLC**
_____
Name

Case number (if known) _____

| 3.173 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Staples**
PO Box 83689
Chicago, IL 60696

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Starrlet Whitlock-Bensinger**
401 Holly Street
18
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**State Insurance Fund**
P.O. Box 990002
Boise, ID 83799-0002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephanie Goddard**
2008 WHite Oak Lane
102
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2009**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephanie Hiemstra**
2105 WHite Oak Lane
202
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2010**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Stephanie Kralovetz**
3606 W Rose Hill Street
#201
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2017**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephanie Lewis**
2124 E Whispering Willow Ln
102
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2009**

Basis for the claim: **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**                                          Case number (if known) _____
          Name

---

| 3.174 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Stephanie Tracy**
**18168 Harvestor Avenue**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2013

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.174 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Stephen Ave Group LLC**
**2588 Ladle Rapids**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

**Basis for the claim:  landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Stephen Kaminiski**
**PO Box 385**
**2022**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2009

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Stephen or Sandra Thornburgh**
**13194 Crescent Drive**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

**Basis for the claim:  landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.175 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |

**Stephen Troy Smith**
**13814 Judson**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2012

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Stephens Ave Group**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  vendors**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.175 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |

**Steve Coleman**
**551 & 639 N Moffat Avenue**
**639-3**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

**Basis for the claim:  lease deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Paradigm Property Solutions, LLC**

Name

Case number *(if known)* _____

---

| 3.175 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Galloway**
**1120 Connecticut Avenue**
**1126**
**Nampa, ID 83686**

Date(s) debt was incurred  12/2011

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.175 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Madison**
**6173 N Silver Elm Way**
**Meridian, ID 83646**

Date(s) debt was incurred  unknown

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.175 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steven Teade**
**2015 E Whispering Willow Ln**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred  01/2009

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.175 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stevie Noyes**
**1011 N 25th**
**2501 1/2**
**Boise, ID 83702**

Date(s) debt was incurred  10/2009

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.175 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stuart & Roberta Cruser**
**3606 W Rose Hill Street**
**104**
**Boise, ID 83705**

Date(s) debt was incurred  06/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ☒ No ☐ Yes

$895.00

---

| 3.175 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suez Water Idaho**
**8248 W Victory Road**
**Boise, ID 83709**

Date(s) debt was incurred  _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor/utilities**

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| 3.175 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suleyman & Fatima Umarov**
**1433 N Hartman Street**
**39-204**
**Boise, ID 83704**

Date(s) debt was incurred  05/2009

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor    **Paradigm Property Solutions, LLC**
_____
Name

Case number *(if known)* _____

| 3.176 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Summer Lilly**
**1658 W Bayeux Lane**
**RIC165b-L**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2014

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Summer Weisshaupt**
**2638 Bedford Lane**
**2841**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2011

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Summerset West LLC**
**PO Box 100**
**Carey, ID 83320**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

Basis for the claim:  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.176 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Summerset West LLC**
**PO Box 100**
**Corey, ID 83320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Summit Development**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sunasullah Abdul-Hafiz**
**2638 Bedford Lane**
**2823**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2010

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.00** |
|---|---|---|---|

**Sunderland Barlow**
**165 N Plummer Road**
**185**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.176 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Superior Landscape**
**PO Box 454**
**Star, ID 83669**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.176 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Superior Repair & Service**
**4618 Airport Road**
**Nampa, ID 83687**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.176 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Bogdanski**
**1901 S Vista Avenue**
**1911**
**Boise, ID 83705**

Date(s) debt was incurred  **10/2009**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.177 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Korte**
**3130 Westview Court**
**Lake Oswego, OR 97034**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **landlord claims**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| 3.177 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Mishler**
**1433 N Hartman Street**
**GAR-3**
**Boise, ID 83704**

Date(s) debt was incurred  **06/2008**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.177 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Needs**
**2115 Whispering Willow Ln**
**101**
**Nampa, ID 83687**

Date(s) debt was incurred  **03/2012**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.177 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Ross**
**505 E Florida Avenue**
**16-105**
**Nampa, ID 83686**

Date(s) debt was incurred  **09/2013**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**                                    Case number (if known) _____
_____
Name

| 3.177 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susie Borkenhagen**
**13 & 17 E State Avenue**
**13**
**Meridian, ID 83642**

Date(s) debt was incurred  **10/2009**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.177 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanne Ledbetter**
**141 Del Casa Drive**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.177 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sweet Window & Glass**
**5525 Airport Road**
**Nampa, ID 83687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.177 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sydnee Jackson**
**315 13th Avenue S**
**212**
**Nampa, ID 83651**

Date(s) debt was incurred  **10/2013**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$300.00

---

| 3.177 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sydney McHugo**
**2025 E White Oak Court**
**202**
**Nampa, ID 83687**

Date(s) debt was incurred  **08/2011**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.177 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sylvia Fortner**
**2141 Stephen Avenue**
**202**
**Boise, ID 83706**

Date(s) debt was incurred  **05/2012**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.178 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**System Kleen**
**521 West Broadway Ave.**
**Meridian, ID 83642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carpet Cleaning**

Is the claim subject to offset? ■ No  ☐ Yes

$3,596.00

---

Debtor    **Paradigm Property Solutions, LLC**
　　　　　Name

Case number *(if known)*

---

| 3.178<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**T Street LLC**
**5382 N Morningdale Way**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tammy Barclay**
**2325 S Five Mile Road**
**2325**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tanya Roberts**
**32 White Oak Lane**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Tara Hammack**
**9042 W Java Lane**
**#101**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tara Scarpella**
**3056 W Acarrera Lane**
**11**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Taryn Miller**
**35th & Good Street**
**2118**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tasha Jeffcoat**
**2638 Bedford Lane**
**2887**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.178
8**

**Nonpriority creditor's name and mailing address**

**Taylor & Valentina Transtrum**
**401 Holly Street**
**09**
**Nampa, ID 83686**

Date(s) debt was incurred  **03/2010**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$415.00**

---

**3.178
9**

**Nonpriority creditor's name and mailing address**

**Taylor Anderson**
**3056 W Acarrera Lane**
**12**
**Meridian, ID 83642**

Date(s) debt was incurred  **09/2011**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.179
0**

**Nonpriority creditor's name and mailing address**

**Taylor Byers**
**8743 Hackamore**
**104**
**Boise, ID 83709**

Date(s) debt was incurred  **08/2016**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.00**

---

**3.179
1**

**Nonpriority creditor's name and mailing address**

**Taylor Grohs**
**980 W Parkstone Street**
**C201-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **01/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$700.00**

---

**3.179
2**

**Nonpriority creditor's name and mailing address**

**Taylor Kunz**
**2025 E White Oak Court**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  **03/2012**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.179
3**

**Nonpriority creditor's name and mailing address**

**Taylor Peterson**
**980 W Parkstone Street**
**A105-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **07/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$845.00**

---

**3.179
4**

**Nonpriority creditor's name and mailing address**

**Taylor Snethen**
**165 N Plummer Road**
**177**
**Star, ID 83669**

Date(s) debt was incurred  **01/2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

Debtor  **Paradigm Property Solutions, LLC**

Name

Case number *(if known)*

---

| 3.179 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Teal Ross**
**2801 N Ash Park Lane**
**BBA280b-L**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Ted Guinness**
**4751 N Zachary Way**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tereza Linnenburger**
**4048 Garnet Street**
**4046**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2009__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terrence Chang**
**2638 Bedford Lane**
**2864**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terry Bollons**
**3081 Alhambra Drive**
**ste102**
**Cameron Park, CA 95682**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __unknown__

Basis for the claim:  __landlord claims__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terry Bourquin**
**315 13th Avenue S**
**207**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Tess Coleman**
**1710 Heron**
**1710**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/2010__

Basis for the claim:  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Paradigm Property Solutions, LLC**

Case number (if known) _____

Name

---

| 3.180 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Texture Tech** | ☐ Contingent | |
| **104 E Fairview Avenue** | ☐ Unliquidated | |
| **250** | ☐ Disputed | |
| **Meridian, ID 83642** | | |
| Date(s) debt was incurred _ | Basis for the claim:  __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.180 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **The Maintenance Authority** | ☐ Contingent | |
| **PO Box 385** | ☐ Unliquidated | |
| **Meridian, ID 83680** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.180 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **The Maintenance Works** | ☐ Contingent | |
| **10931 W Dason Drive** | ☐ Unliquidated | |
| **Boise, ID 83713** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.180 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **The North End Contractor** | ☐ Contingent | |
| **1236 Ridenbaugh Street** | ☐ Unliquidated | |
| **Boise, ID 83702** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.180 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **The Organic Spider Man** | ☐ Contingent | |
| **PO Box 1894** | ☐ Unliquidated | |
| **Eagle, ID 83616** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.180 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **The Pruning Kings** | ☐ Contingent | |
| **2016 NW 8th Street** | ☐ Unliquidated | |
| **Meridian, ID 83646** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __vendors__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.180 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,558.80** |
| **The Sherwin Williams Co.** | ☐ Contingent | |
| **PO Box 6027** | ☐ Unliquidated | |
| **Cleveland, OH 44101** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Services or products provided__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Paradigm Property Solutions, LLC**
          Name                                                    Case number (if known)

---

| 3.180 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.    $0.00

**The Stewart Group LLC**
**3836 S Marsala Avenue**                    ☐ Contingent
**Meridian, ID 83646**                       ☐ Unliquidated
                                             ■ Disputed

Date(s) debt was incurred  **unknown**       **Basis for the claim:**  **landlord claims**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.    Unknown

**The Tech Pros**
**3771 N Eagle Road**                        ☐ Contingent
**Boise, ID 83713**                          ☐ Unliquidated
                                             ☐ Disputed

Date(s) debt was incurred _                  **Basis for the claim:**  **vendors**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.    $700.00

**Theodore &Samantha Dickinson**
**5056 E Florida Avenue**                    ☐ Contingent
**#101`**                                    ☐ Unliquidated
**Nampa, ID 83686**                          ☐ Disputed

Date(s) debt was incurred  **09/2015**       **Basis for the claim:**  **lease deposit**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.    $0.00

**Thersa & Chuck Albanese**
**1700 S Riverchase Way**                    ☐ Contingent
**Eagle, ID 83616**                          ☐ Unliquidated
                                             ■ Disputed

Date(s) debt was incurred  **unknown**       **Basis for the claim:**  **landlord claims**

Last 4 digits of account number _            Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.181 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.    $0.00

**Thom & Jodi Nelson**
**11761 Tidewater Street**                   ☐ Contingent
**Caldwell, ID 83605**                       ☐ Unliquidated
                                             ■ Disputed

Date(s) debt was incurred  **unknown**       **Basis for the claim:**  **landlord claims**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.    $0.00

**Thomas Anderson**
**205 N 10th Street**                        ☐ Contingent
**300**                                      ☐ Unliquidated
**Boise, ID 83702**                          ■ Disputed

Date(s) debt was incurred  **unknown**       **Basis for the claim:**  **landlord claims**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.    $1,050.00

**Thomas Blake**
**1224 S Juniper Street**                    ☐ Contingent
**#103**                                     ☐ Unliquidated
**Nampa, ID 83686**                          ☐ Disputed

Date(s) debt was incurred  **11/2017**       **Basis for the claim:**  **lease deposits**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Paradigm Property Solutions, LLC**                          Case number (if known) _____
_____
Name

---

| 3.181 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Forrester**
**2112 White Oak Lane**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred  06/2008

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.181 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas LaDue**
**6830 N Meridian Road**
**Eagle, ID 83616**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **landlord claims**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.181 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Lawless**
**920 N 7th Street**
**2**
**Boise, ID 83702**

Date(s) debt was incurred  **12/2007**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.181 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Meade**
**437 W Idaho Street**
**B**
**Meridian, ID 83642**

Date(s) debt was incurred  **12/2017**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$750.00**

---

| 3.182 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Scholin**
**505 E Florida Avenue**
**16-102**
**Nampa, ID 83686**

Date(s) debt was incurred  **03/2015**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$500.00**

---

| 3.182 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thor Rostock**
**2109 E Walling Court**
**Boise, ID 83712**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **landlord claims**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.182 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiana Gray**
**980 W Parkstone Street**
**E201-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **11/2016**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$700.00**

---

Debtor  **Paradigm Property Solutions, LLC**

Name

Case number *(if known)*

---

| 3.182 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffani McDaniel**
**980 W Parkstone Street**
**A104-1**
**Meridian, ID 83646**

Date(s) debt was incurred  **03/2017**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$1,050.00

---

| 3.182 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffany Peterson**
**30001 Pet Lane**
**Parma, ID 83660**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$900.00

---

| 3.182 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffany Slaney**
**1433 N Hartman Street**
**43-206**
**Boise, ID 83704**

Date(s) debt was incurred  **06/2009**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.182 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffany Sword**
**165 N Plummer Road**
**145**
**Star, ID 83669**

Date(s) debt was incurred  **06/2009**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

| 3.182 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiffany Zabala**
**543 W Idaho**
**Unit 549**
**Meridian, ID 83642**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$775.00

---

| 3.182 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy & Phillip Danley**
**2139 Stephen Avenue**
**102**
**Boise, ID 83706**

Date(s) debt was incurred  **06/2015**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

| 3.182 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Beard**

Date(s) debt was incurred  **11/2009**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.183 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **Timothy Cook** | |
| **2638 Bedford Lane** | |
| **2866** | |
| **Boise, ID 83705** | |

Date(s) debt was incurred  __11/2011__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$1,795.00** |
| **Timothy Fortin** | |
| **1992 E Meadow Creek Drive** | |
| **Meridian, ID 83646** | |

Date(s) debt was incurred  __08/2017__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **Timothy Graham** | |
| **1035 20th Street S** | |
| **Nampa, ID 83687** | |

Date(s) debt was incurred  __05/2009__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **Timothy Greene** | |
| **39 White Oak Lane** | |
| **201** | |
| **Nampa, ID 83687** | |

Date(s) debt was incurred  __12/2009__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **Tina Bandekar** | |
| **22 Basswood Avernue** | |
| **Billerica, MA 01821** | |

Date(s) debt was incurred  __unknown__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  __landlord claims__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **Titan Properties LLC** | |
| **PO Box 1741** | |
| **Nampa, ID 83653** | |

Date(s) debt was incurred  __unknown__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  __landlord claims__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **TKL Investments** | |
| **7315 Rhine Avenue** | |
| **Meridian, ID 83646** | |

Date(s) debt was incurred  __unknown__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  __landlord claims__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Paradigm Property Solutions, LLC**
Name

Case number *(if known)*

---

| 3.1837 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Tobin & Jennie Hazen**
**4246 S Skyridge Place**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.1838 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Tom & Julia Huang**
**2224 Salem Way**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.1839 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Tommy Milko**
**1901 S Vista Avenue**
**1939**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.1840 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$750.00**

**Tonie Daniels Lawrence**
**519 E Florida**
**28**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.1841 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Tony Garza**
**437 W Idaho**
**B**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.1842 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00**

**Tony Marsh**
**519 E Florida**
**27**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.1843 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Tony/Jennifer Drost**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
_____    Case number (if known) _____
Name

| | |
|---|---|
| **3.184 4** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Tonya Anderson** | ☐ Contingent | |
| **207 W Dewey Avenue** | ☐ Unliquidated | |
| **B** | ☐ Disputed | |
| **Middleton, ID 83644** | | |
| Date(s) debt was incurred __03/2011__ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.184 5** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
| **Top Notch Financial Services** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  vendors** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.184 6** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
| **Top Of The Stack** | ☐ Contingent | |
| **9225 W Landmark** | ☐ Unliquidated | |
| **Boise, ID 83704** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  vendors** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.184 7** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
| **Toshiba Financial Services** | ☐ Contingent | |
| **PO Box 790448** | ☐ Unliquidated | |
| **Saint Louis, MO 64179-0448** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  vendors** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.184 8** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$800.00** |
| **Traci Hernandez** | ☐ Contingent | |
| **165 N Plummer Road** | ☐ Unliquidated | |
| **133** | ☐ Disputed | |
| **Star, ID 83669** | | |
| Date(s) debt was incurred __05/2016__ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.184 9** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$945.00** |
| **Tracy Andrew** | ☐ Contingent | |
| **1216 S Juniper Street** | ☐ Unliquidated | |
| **#104** | ☐ Disputed | |
| **Nampa, ID 83686** | | |
| Date(s) debt was incurred __09/2017__ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.185 0** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Tracy Cranor** | ☐ Contingent | |
| **2107 E Whispering Willow Ln** | ☐ Unliquidated | |
| **101** | ☐ Disputed | |
| **Nampa, ID 83687** | | |
| Date(s) debt was incurred __09/2011__ | **Basis for the claim:  lease deposit** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Paradigm Property Solutions, LLC**

Name

Case number *(if known)*

---

| 3.185 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Travis & Lindsay Henderson** | ☐ Contingent | |
| **6452 E Shellbrook Drive** | ☐ Unliquidated | |
| **Nampa, ID 83687** | ■ Disputed | |
| Date(s) debt was incurred **unknown** | Basis for the claim: **landlord claims** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Travis Burrows** | ☐ Contingent | |
| **PO Box 140041** | ☐ Unliquidated | |
| **Garden City, ID 83714** | ■ Disputed | |
| Date(s) debt was incurred **unknown** | Basis for the claim: **landlord claims** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Travis Edwards** | ☐ Contingent | |
| **131 N Davis Court** | ☐ Unliquidated | |
| **Nampa, ID 83651** | ☐ Disputed | |
| Date(s) debt was incurred **11/2010** | Basis for the claim: **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
| **Travis Gamble** | ☐ Contingent | |
| **505 E Florida Avenue** | ☐ Unliquidated | |
| **16-101** | ☐ Disputed | |
| **Nampa, ID 83686** | | |
| Date(s) debt was incurred **09/2014** | Basis for the claim: **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Travis Turpin** | ☐ Contingent | |
| **2107 E Whispering Willow Ln** | ☐ Unliquidated | |
| **202** | ☐ Disputed | |
| **Nampa, ID 83687** | | |
| Date(s) debt was incurred **06/2010** | Basis for the claim: **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,095.00** |
| **Travis White** | ☐ Contingent | |
| **980 W Parkstone Street** | ☐ Unliquidated | |
| **D205-1** | ☐ Disputed | |
| **Meridian, ID 83646** | | |
| Date(s) debt was incurred **08/2017** | Basis for the claim: **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Treasure Valley Exteriors** | ☐ Contingent | |
| **880 E Franklin Road** | ☐ Unliquidated | |
| **Suite 310** | ☐ Disputed | |
| **Meridian, ID 83642** | | |
| Date(s) debt was incurred _ | Basis for the claim: **vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Paradigm Property Solutions, LLC**
Name    Case number (if known) _____

---

| 3.185 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Treasure Valley Window Treat**
**11117 Musket Street**
**Boise, ID 83713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __vendors__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.185 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trenna & William Walker**
**304 E Ivy Glade Street**
**THU304b-L**
**Kuna, ID 83634**

Date(s) debt was incurred __11/2016__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,550.00**

---

| 3.186 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trent MacAllister**
**925 N 9th Street**
**#17**
**Boise, ID 83702**

Date(s) debt was incurred __11/2017__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

| 3.186 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trenton Smith**
**980 W Parkstone Street**
**E101-1**
**Meridian, ID 83646**

Date(s) debt was incurred __10/2016__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

| 3.186 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trenton Wright**

Date(s) debt was incurred __11/2017__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,275.00**

---

| 3.186 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trestles LLC**
**5382 N Morningale Way**
**Boise, ID 83713**

Date(s) debt was incurred __unknown__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __landlord claims__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.186 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trevor Means**
**2116 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

Date(s) debt was incurred __06/2013__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Paradigm Property Solutions, LLC**

Name

Case number (if known)

---

| 3.186 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Trevor Olachea** | ☐ Contingent | |
| **2638 Bedford Lane** | ☐ Unliquidated | |
| **2889** | ☐ Disputed | |
| **Boise, ID 83705** | | |
| Date(s) debt was incurred  10/2012 | **Basis for the claim:** **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Tri State Electric Inc** | ☐ Contingent | |
| **7790 Mossy Cup** | ☐ Unliquidated | |
| **Boise, ID 83709** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tricia Howerton** | ☐ Contingent | |
| **893 N Bonsai** | ☐ Unliquidated | |
| **11** | ☐ Disputed | |
| **Meridian, ID 83642** | | |
| Date(s) debt was incurred  06/2011 | **Basis for the claim:** **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Trish Cink** | ☐ Contingent | |
| **1120 Connecticut Avewnue** | ☐ Unliquidated | |
| **1126** | ☐ Disputed | |
| **Nampa, ID 83686** | | |
| Date(s) debt was incurred  02/2010 | **Basis for the claim:** **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **TVR Inc** | ☐ Contingent | |
| **2925 S Cole Road** | ☐ Unliquidated | |
| **Boise, ID 83709** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **vendors** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.187 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tyler Dueling** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred  03/2010 | **Basis for the claim:** **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.187 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
| **Tyler Ferwerda** | ☐ Contingent | |
| **980 W Parkstone Street** | ☐ Unliquidated | |
| **D105-1** | ☐ Disputed | |
| **Meridian, ID 83646** | | |
| Date(s) debt was incurred  10/2016 | **Basis for the claim:** **lease deposit** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Paradigm Property Solutions, LLC**                                            Case number *(if known)* _____
_____
          Name

| 3.187 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tyler Gunstream**
**2124 E Whispering Willow Ln**
**102**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2009

**Basis for the claim:** **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tyler Layne**
**674 Picabo Drive**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:** **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tyson Henrickson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2012

**Basis for the claim:** **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Urban Interiors**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**US A/C Distributors**
**594 N Dupont Avenue**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**US Postal Service**
**1200 N Main Street**
**Meridian, ID 83642-9998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |

**Valerie Haddon**
**6081 S Augustine Way**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2013

**Basis for the claim:** **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Paradigm Property Solutions, LLC**

Name

Case number *(if known)*

---

| 3.187 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valley Custom Stone LLC**
12430 W Franklin Road
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valley Heights HOA**
PO Box 1987
Boise, ID 83701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valley Overhead Door Sales**
PO Box 50273
Idaho Falls, ID 83405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valleywide Cooperative**
PO Box 1306
2114 N 20th Street
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vallin Courts HOA**
136 N Broadmore Way
Ste 102
Nampa, ID 83680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Vera Oliver**
854 White Cloud
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Verizon Wireless**
PO Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1886**

**Nonpriority creditor's name and mailing address**                          $0.00

**Veronica Sandoval**
**2638 Bedford Lane**
**2661**
**Boise, ID 83705**

Date(s) debt was incurred  **10/2009**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1887**

**Nonpriority creditor's name and mailing address**                          Unknown

**Veterans Plumbing**
**0000**
**Meridian, ID 83642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1888**

**Nonpriority creditor's name and mailing address**                          Unknown

**Vial Fotheringham LLP**
**12828 W La Salle Street**
**Ste 101**
**Boise, ID 83713**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1889**

**Nonpriority creditor's name and mailing address**                          $0.00

**Vibrant Properties LLC**
**4148 Nez Perce Street**
**#102**
**Boise, ID 83705**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1890**

**Nonpriority creditor's name and mailing address**                          $1,850.00

**Vickie Jackson-Farnung**
**857 Echohawk Way**
**Eagle, ID 83616**

Date(s) debt was incurred  **05/2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1891**

**Nonpriority creditor's name and mailing address**                          $0.00

**Vickie Wewers**
**893 N Bonsai**
**23**
**Meridian, ID 83642**

Date(s) debt was incurred  **10/2011**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1892**

**Nonpriority creditor's name and mailing address**                          $600.00

**Victoria Ahlefeld**
**2209 E Whispering Willow Ln**
**201**
**Nampa, ID 83687**

Date(s) debt was incurred  **03/2018**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Paradigm Property Solutions, LLC**
_____
Name

Case number *(if known)* _____

| 3.189 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Victory Greens Enterprises**
**100 E Victory**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Viking Plumbing**
**PO Box 5925**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vince Gewalt**
**PO Box 343**
**Boise, ID 83701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:**  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Vincent Griffith**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2014**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vintage Electric**
**2616 Meadow Avenue**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vista Group LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **vendors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vista Heights LLC**
**389 N Pine Meadows Circle**
**Pine, ID 83647**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:**  **landlord claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Paradigm Property Solutions, LLC**                                    Case number *(if known)* _____
        _____
        Name

| | |
|---|---|
| 3.190 0 | |

**Nonpriority creditor's name and mailing address**

**Vista Terrace LLC**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.190 1 | |

**Nonpriority creditor's name and mailing address**

**Walter Hall**
**315 13th Avenue S**
**10**
**Nampa, ID 83651**

Date(s) debt was incurred  **06/2012**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| | |
|---|---|
| 3.190 2 | |

**Nonpriority creditor's name and mailing address**

**Walter McWhirter**
**1023 S Locust Street**
**102**
**Nampa, ID 83686**

Date(s) debt was incurred  **05/2011**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.190 3 | |

**Nonpriority creditor's name and mailing address**

**Washington Federal**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.190 4 | |

**Nonpriority creditor's name and mailing address**

**Washinton Apartments LLC**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.190 5 | |

**Nonpriority creditor's name and mailing address**

**Washinton Federal Savings**
**1001 W Idaho Street**
**Boise, ID 83702**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.190 6 | |

**Nonpriority creditor's name and mailing address**

**Weathertight Roofing**
**25 E Fairview**
**Suite 204**
**Boise, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Paradigm Property Solutions, LLC**

Name

Case number *(if known)*

| | |
|---|---|
| 3.190 7 | |

**Nonpriority creditor's name and mailing address**

**Weld Pro**
**9222 W Franklin**
**Boise, ID 83709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  vendors

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| |
|---|
| 3.190 8 |

**Nonpriority creditor's name and mailing address**

**Wendi Shapiro**
**980 W Parkstone Street**
**A102-1**
**Meridian, ID 83646**

Date(s) debt was incurred  06/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

| |
|---|
| 3.190 9 |

**Nonpriority creditor's name and mailing address**

**Wendy Coon**
**618 Winter Place**
**Nampa, ID 83686**

Date(s) debt was incurred  04/2018

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposits

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

| |
|---|
| 3.191 0 |

**Nonpriority creditor's name and mailing address**

**Wendy Wilcox**
**14460 Mulholland Drive**
**Los Angeles, CA 90077**

Date(s) debt was incurred  unknown

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  landlord claims

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| |
|---|
| 3.191 1 |

**Nonpriority creditor's name and mailing address**

**WenhuaGrace Wang**
**165 N Plummer Road**
**191**
**Star, ID 83669**

Date(s) debt was incurred  06/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

| |
|---|
| 3.191 2 |

**Nonpriority creditor's name and mailing address**

**Wes's Appliance LLC**
**530 N Orchard Street**
**Boise, ID 83706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  vendors

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| |
|---|
| 3.191 3 |

**Nonpriority creditor's name and mailing address**

**West Boise Sewer District**
**7608 Ustick Road**
**Boise, ID 83704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  vendors

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Paradigm Property Solutions, LLC**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.191<br>4 | **Nonpriority creditor's name and mailing address**    Unknown<br>**Western Community Insurance**<br>**PO Box 4848**<br>**Pocatello, ID 83205** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  vendors

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.191<br>5 | **Nonpriority creditor's name and mailing address**    Unknown<br>**Western Heating & A/C**<br>**4980 W Bradley Street**<br>**Boise, ID 83714** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  vendors

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.191<br>6 | **Nonpriority creditor's name and mailing address**    $0.00<br>**Western Investment Propertys**<br>**12528 N Upper Ridge Place**<br>**Boise, ID 83714** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

Last 4 digits of account number _

**Basis for the claim:**  landlord claims

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.191<br>7 | **Nonpriority creditor's name and mailing address**    Unknown<br>**Westmonico**<br>**PO Box 865**<br>**Nampa, ID 83653** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  vendors

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.191<br>8 | **Nonpriority creditor's name and mailing address**    Unknown<br>**Westside Place Apartments** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  vendors

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.191<br>9 | **Nonpriority creditor's name and mailing address**    $0.00<br>**Westwind Investments**<br>**3681 N Locust Grove Road**<br>**Suite 100**<br>**Meridian, ID 83646** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

Last 4 digits of account number _

**Basis for the claim:**  landlord claims

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.192<br>0 | **Nonpriority creditor's name and mailing address**    $0.00<br>**Whispering Willows HOA**<br>**4850 N Rosepoint Way**<br>**ste 104**<br>**Boise, ID 83713** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  unknown

Last 4 digits of account number _

**Basis for the claim:**  landlord claims

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.192 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|

**Whitney Garcia**
**980 W Parkstone Street**
**D104-1**
**Meridian, ID 83646**

Date(s) debt was incurred  05/2016

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Whitney Ricks**
**13 & 17 E State Avenue**
**17**
**Meridian, ID 83642**

Date(s) debt was incurred  09/2009

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wickstrom Plumb Heating&Air**
**4121 Garrity Blvd**
**Nampa, ID 83687**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Will Sevy**
**315 13th Avenue S**
**201**
**Nampa, ID 83651**

Date(s) debt was incurred  11/2012

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Bennett**
**2638 Bedford Lane**
**2870**
**Boise, ID 83705**

Date(s) debt was incurred  07/2012

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Davis**
**5766 S Quamash Place**
**Boise, ID 83716**

Date(s) debt was incurred  unknown

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Hickey**

Date(s) debt was incurred  06/2012

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paradigm Property Solutions, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.192 8**

**Nonpriority creditor's name and mailing address**

**William Tanner**
**240 E Colorado Avenue**
**242**
**Nampa, ID 83686**

Date(s) debt was incurred  05/2017

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.192 9**

**Nonpriority creditor's name and mailing address**

**Willow North LLC**
**223 N 6th Street**
**#425**
**Boise, ID 83702**

Date(s) debt was incurred  unknwon

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **landlord claims**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 0**

**Nonpriority creditor's name and mailing address**

**Winn Designs**
**5399 N Cortona way**
**Meridian, ID 83646**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193 1**

**Nonpriority creditor's name and mailing address**

**WL May Co**
**11692 W Executive Drive**
**Boise, ID 83713**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193 2**

**Nonpriority creditor's name and mailing address**

**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193 3**

**Nonpriority creditor's name and mailing address**

**Yesenia & Richard Bendall**
**401 Holly Street**
**11**
**Nampa, ID 83686**

Date(s) debt was incurred  05/2014

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.193 4**

**Nonpriority creditor's name and mailing address**

**YMC Inc Mechanical Contracto**
**2975 E Lanark Street**
**Meridian, ID 83642**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendors**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Paradigm Property Solutions, LLC**
_____          Case number _(if known)_ _____
Name

---

| 3.193<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Yunus Aslanov**
**1433 N Hartman Street**
**39-104**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2009__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Yvonne Munoz**
**39 White Oak Lane**
**101**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2008__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Zach Phillips**
**2105 White Oak Lane**
**201**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2011__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Zachary Cahoon**
**3056 W Acarrera Lane**
**12**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2011__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,250.00** |
|---|---|---|---|

**Zachary Smith**
**1220 S Juniper Street**
**#103**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2018__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,300.00** |
|---|---|---|---|

**Zachary Stone**
**519 E Florida**
**25**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Zhamila Aslaniva**
**1433 N Hartman Street**
**39-203**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2009__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.194 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zink Enterprises**
**204 9th Avenue**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  landlord claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.194 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zions Bank**
**PO Box 660592**
**Dallas, TX 75266-0592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  vendors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.194 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Zoe Karr**
**1716 S Eagleson Road**
**202**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David H. Arkoosh**<br>**802 W. Bannock St.**<br>**Ste 900**<br>**Boise, ID 83701** | Line  **3.588**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David H. Arkoosh**<br>**802 W. Bannock St.**<br>**Ste 900**<br>**Boise, ID 83701** | Line  **3.636**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **David H. Arkoosh**<br>**802 W. Bannock St.**<br>**Ste 900**<br>**Boise, ID 83701** | Line  **3.671**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **David H. Arkoosh**<br>**802 W. Bannock St.**<br>**Ste 900**<br>**Boise, ID 83701** | Line  **3.787**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **David H. Arkoosh**<br>**802 W. Bannock St.**<br>**Ste 900**<br>**Boise, ID 83701** | Line  **3.1426**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Paradigm Property Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **David H. Arkoosh**<br>**802 W. Bannock St.**<br>**Ste 900**<br>**Boise, ID 83701** | Line **3.1714**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **David H. Arkoosh**<br>**802 W. Bannock St.**<br>**Ste 900**<br>**Boise, ID 83701** | Line **3.1863**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **David H. Arkoosh**<br>**802 W. Bannock St.**<br>**Ste 900**<br>**Boise, ID 83701** | Line **3.1781**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Skip Sperry**<br>**802 W. Bannock St**<br>**Ste 900**<br>**Boise, ID 83702** | Line **3.588**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Skip Sperry**<br>**802 W. Bannock St**<br>**Ste 900**<br>**Boise, ID 83702** | Line **3.636**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Skip Sperry**<br>**802 W. Bannock St**<br>**Ste 900**<br>**Boise, ID 83702** | Line **3.671**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Skip Sperry**<br>**802 W. Bannock St**<br>**Ste 900**<br>**Boise, ID 83702** | Line **3.787**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Skip Sperry**<br>**802 W. Bannock St**<br>**Ste 900**<br>**Boise, ID 83702** | Line **3.1426**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Skip Sperry**<br>**802 W. Bannock St**<br>**Ste 900**<br>**Boise, ID 83702** | Line **3.1714**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Skip Sperry**<br>**802 W. Bannock St**<br>**Ste 900**<br>**Boise, ID 83702** | Line **3.1863**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Skip Sperry**<br>**802 W. Bannock St**<br>**Ste 900**<br>**Boise, ID 83702** | Line **3.1781**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,127,659.23** |

Debtor    **Paradigm Property Solutions, LLC**                          Case number (if known)
_____
Name

**5c. Total of Parts 1 and 2**                                              5c.    $ _____ 1,127,659.23
  Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **Paradigm Property Solutions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Management Agreements; see attached Exhibit G-2** |
|  State the term remaining |  |
|  List the contract number of any government contract | **Landlords** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreements; see attached Exhibit G-1.** |
|  State the term remaining |  |
|  List the contract number of any government contract | **Tenants** |

# EXHIBIT G-1

## Tenant Directory

**Exported On:** 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D103-1 | Abel, Ryan L. |
| KMR334b - 3343 W Murano Ln Boise, ID 83705 | 102 | Alcantara, Desi M. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-4 | Allen, Dakota J. |
| TRE872a - 8721 Hackamore Boise, ID 83709 | 104 | Allen, Jonathan T. |
| EJC543a - 543 W Idaho Meridian, ID 83642 | Unit 547 | Amaro, Antonia |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 16-102 | Andersen, Evelyn P. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 151 C | Anderson, Jennifer |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #02 | Anderson, Judith |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #02 | Anderson, Mark |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 151 C | Anderson, Thomas |
| JOT162b - 1626 S. Colorado Ave. Boise, ID 83706 | JOT162b | Antoshkin, Anatoliy |
| JOT162b - 1626 S. Colorado Ave. Boise, ID 83706 | JOT162b | Antoshkin, Artem |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D201-1 | Arteaga, Guadalupe |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D201-1 | Arteaga, Guadalupe |
| B806OR - 8067 Shallon Dr Nampa, ID 83686 | B806OR | Atteberry, Robert and Jean |
| TAY612b - 612 Winter Place Nampa, ID 83686 | TAY612b | Aubrey, Casey |
| TAY612b - 612 Winter Place Nampa, ID 83686 | TAY612b | Aubrey, Corie |
| EJC511a - 511 W Pine Meridian, ID 83642 | Unit C | Austyn, Janell |
| HOLD FUNDS B2045RO - 2045 E White Hawk Court (NO LONGER MANAGE) Meridian, ID 83646 | HOLD FUNDS B2045RO | Babichenko, Pavel |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 170 C | Backham, Birdy |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 170 C | Backham, Lee |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C103-1 | Badesheim, Max V. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 270 Colleen Dr | Barden, Janet |
| TST801a-T-Street - 801 West 2nd ST Meridian, ID 83642 | Unit 803 | Barker, Adriana |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B108-1 | Barker, Stefani |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A202-1 | Barlow, Leah  D. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 110 A | Barner, Stephanie D. |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1775 | Bates, Kyle |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1777 | Battaglia, Sheri A. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-10 | Bauer, Donald R. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E206-1 | Beaudin, Karen |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E206-1 | Beaudin, Michael |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A202-1 | Beck, Jennifer |
| EUD662a - 662 W Idaho Meridian, ID 83642 | Unit 664 | Bell, Candice |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C203-1 | Beringer, Taelor |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-4 | Biggers-Allen, Kara |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #10 | Biggs, Lee |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B101-1 | Biliouris, Steven S. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-5 | Bingham, Daniel |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #07 | Bingham, Joe B. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-5 | Bingham, Shannon |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D104-1 | Black, Heather M. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-8 | Blake, Edie C. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B206-1 | Blake, Erik |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 24-103 | Blake, Helenna |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B206-1 | Blake, Nicole |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 24-103 | Blake, Thomas J. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 16-104 | Board, Deanna |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-4 | Boardman, Barbara |
| KEL226a - 226 N Latah St Boise, ID 83706 | #202 | Booth, Connor |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 255 Colleen Dr | Booth, Harold |

## Tenant Directory

Exported On: 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| TRE8743a - 8743 Hackamore Boise, ID 83709 | 101 | Bortz, Natasha M. |
| TRE8743a - 8743 Hackamore Boise, ID 83709 | 101 | Boschma, Kai |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D103-1 | Bosworth, Susan |
| KMR335b - 3357 W Murano Ln Boise, ID 83705 | 202 | Bothke, Taylor S. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A205-1 | Boven, Tammie M. |
| TAY147b - 14792 Helen Lane Caldwell, ID 83607 | TAY147b | Bowles , Lori |
| TAY147b - 14792 Helen Lane Caldwell, ID 83607 | TAY147b | Bowles, Erin M. |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 102 | Bradford, Michael |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 260 Colleen Dr | Bradshaw Bunch, Damien |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 196 D | Braithwaite, Pam |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-5 | Britt, Nella |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-3 | Britton, Jasmine L |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B201-1 | Bro, Cassie M. |
| KMR335b - 3357 W Murano Ln Boise, ID 83705 | 101 | Brock, Kody A. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-7 | Bromley, Dennis E. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2409  #05 | Brown, Steven |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 12-102 | Buchmiller, Karen K. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 12-102 | Buchmiller, Michael |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2409 | Buzard, Andrew R. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 235 Dawn Dr | Byerly, Deborah |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D204-1 | Byers, Heather |
| TRE8743a - 8743 Hackamore Boise, ID 83709 | 104 | Byers, Taylor M. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C107-1 | Byrne, Brittney |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C107-1 | Byrne, Christopher |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 225 Colleen Dr | C.J. Nemeth (Dawn Kent) |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B104-1 | Cairns , Heather D. |
| TST801a-T-Street - 801 West 2nd ST Meridian, ID 83642 | Unit 807 | Callahan, Cassandra |
| EUD662a - 662 W Idaho Meridian, ID 83642 | Unit 674 | Campbell, Haley |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E102-1 | Campbell, Matthew  A. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E102-1 | Campbell, Samantha D. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E202-1 | Cano, Samantha J. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 195 Dawn Dr | Carlon, David |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 195 Dawn Dr | Carlon, Marie |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 195 Dawn Dr | Carlon, Matthew |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 195 Dawn Dr | Carlon, Stephanie |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 280 Dawn Dr | Carlton, Walter |
| WES173b - 1731 S Watersilk PL Boise, ID 83709 | WES173b | Carratu, Dena |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C204-1 | Carroll, David  A. |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1763 | Carter, Ashley |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E201-1 | Caruncho, Maria I. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D206-1 | Castaneda, Joshua E. |
| E116DG - 11645 Rainier Ave Nampa, ID 83651 | E116DG | Cates, Shelly |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 16-101 | Chapman, Nikisha D. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B108-1 | Chase, Shanna |
| FIN185b - 1858 Shoshone Nampa, ID 83651 | FIN185b | Chaulk , Roci D. |
| FIN185b - 1858 Shoshone Nampa, ID 83651 | FIN185b | Chaulk, Jason P. |
| B127AL - 12717 Avanti Ave Boise, ID 83713 | B127AL | Chavez, Violet |

# Tenant Directory

**Exported On:** 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E207-1 | Chipman, Rachel |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E207-1 | Chipman, Rachel L. |
| TRE8743a - 8743 Hackamore Boise, ID 83709 | 104 | Chism, Jacob D. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E205-1 | Christian, Amy L. |
| BAL103b - 10394 W. Irving Ct. Boise, ID 83704 | 10396 | Ciluaga, Atanacio N. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-10 | Clark, Robin |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-4 | Clinton, Brittnie |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-4 | Clinton, James R |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D201-1 | Cockrum, Dylan |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D201-1 | Cockrum, Dylan N. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-3 | Coleman, Steve |
| M725EE - 725 S. 16th Caldwell, ID 83605 | 733 B | Colmemares, Efrai |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1763 | Coney, Harlie |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1763 | Coney, James |
| EUD662a - 662 W Idaho Meridian, ID 83642 | Unit 672 | Contrera, Delmay |
| TAY618b - 618 Winter Place Nampa, ID 83686 | TAY618b | Coon, Wendy A. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C108-1 | Corbett, Gayle R. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B108-1 | Cornett, Alexandra A. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B108-1 | Cornett, Layne D. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 142 B | Cornford, Terri |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 150 B | Cornford, Terri |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 153 C | Cornford, Terri |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 176 C | Cornford, Terri |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 207 E | Cornford, Terri |
| KMR331b - 3315 W Murano Ln Boise, ID 83705 | 201 | Cotner, Tim |
| TRE872a - 8721 Hackamore Boise, ID 83709 | 102 | Covell, Corey R. |
| TRE8739a - 8739 W. Hackamore Boise, ID 83709 | 102 | Cowan, Sierra C. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411 #31 | Cox, Darshasnna D. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411 #31 | Cox, Jon L. |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3704-111 | Crooks, Carolyn |
| MAR101a  **Warranty**  **L 4.30.18 - 1017 S. Locust Nampa, ID 83687 | #103 | Cropper, Kaylee |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411 #15 | Crosby, Patricia J. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B205-1 | Crowell, James P. |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3640-104 | Cruser, Roberta L. |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3640-104 | Cruser, Stuart C. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411 #45 | Curtis, Jason  R. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 139 C | Dahl, Karen |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A102-1 | Dahlheim, Jesze L. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 505-103 | Daniels, Beverly C. |
| TST801a-T-Street - 801 West 2nd ST Meridian, ID 83642 | Unit 811 | Daniels, Debbie |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 505-102 | Darrington, Taylor A. |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3606-101 | Davidsen, Alex |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3606-101 | Davidsen, Ashley |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1757 | Davis, Christopher J. |
| ADK904a - 9042 W. Java Ln Boise, ID 83704 | #102 | Davis, Karla |
| EJC511a - 511 W Pine Meridian, ID 83642 | Unit A | Davis, Madelyne K. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B106-1 | Davis, Melissa |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 270 Dawn Dr | Davis, Tyler  D. |
| KMR330b - 3301 W Murano Ln Boise, ID 83705 | 202 | Day, Andrew K. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 225 Dawn Dr | Deal, David |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E102-1 | Deal, John J. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E102-1 | Deal, Perry T. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 225 Dawn Dr | Deal, Stacy |

## Tenant Directory

Exported On: 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| TST801a-T-Street - 801 West 2nd ST Meridian, ID 83642 | Unit 801 | Defever, Richard |
| TST801a-T-Street - 801 West 2nd ST Meridian, ID 83642 | Unit 801 | Defever, Veronica |
| GIL207b - 2077 W. Lake Pointe Ct Nampa, ID 83651 | GIL207b | DeLaney, Sherry A. |
| GIL207b - 2077 W. Lake Pointe Ct Nampa, ID 83651 | GIL207b | DeLaney, Terry J. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D107-1 | DeLeon, Christy M. |
| TAY147b - 14792 Helen Lane Caldwell, ID 83607 | TAY147b | Deluna, Rene |
| BUR111b - 11143 Silver River Loop Nampa, ID 83686 | BUR111b | Deskins, Taylor |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 505-101 | Dickinson Jr, Theodore J. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 505-101 | Dickinson, Samantha |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C205-1 | DiMarco, Joannie |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E103-1 | Dinger, Marie |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A208-1 | Dobrusky , Tiffanie R. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2409  #02 | Dobrusky, Kim |
| CON484b - 4847 Talamore Drive Meridian, ID 83646 | CON484b | Dodge, Jacob A. |
| BAL103b - 10394 W. Irving Ct. Boise, ID 83704 | 10396 | Doherty, Samantha V. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A108-1 | Doty, Krislyn |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B206-1 | Dumas, Ashley |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 24-101 | Dunlap, Sarah D. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E204-1 | Durant, Carrie  A. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 163 D | duty, Amber I. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 163 D | Duty, Gerrell L. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A204-1 | Earl, Brandon |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A204-1 | Earl, Kelsie |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #28 | Easter, Jennifer |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 101 | Egwuonwu, Paul |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 255 W 9th St | Elder, Roxanna |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A102-1 | Ellis, Berkeley |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 104 | Ellis, Edmund A. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 140 B | Enderud, Samantha  M. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #27 | Erickson, Ron |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B203-1 | Ericson, Bethany |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B203-1 | Ericson, Bethany J. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B203-1 | Ericson, Maren C. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B203-1 | Ericson, Maren C. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 28-103 | Evans, Brooke L. |
| TRE8739a - 8739 W. Hackamore Boise, ID 83709 | 102 | Eveland, Emily |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3704-110 | Faircloth, Donna |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B205-1 | Farley, Kelsey A. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D202-1 | Farnsworth, Megan  E. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 290 Dawn Dr | Farris, Larry |
| EJC511a - 511 W Pine Meridian, ID 83642 | Unit C | Felsted, Jason |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D105-1 | Ferwerda, Tyler D. |
| BAL103b - 10394 W. Irving Ct. Boise, ID 83704 | 10394 | Field, Mitchell W. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A107-1 | Finger, Arline |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D208-1 | Fite-Ibarra, Daniel E. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D208-1 | Fite-Ibarra, Jessica |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E106-1 | Flores, Gabe  C. |
| TRE872a - 8721 Hackamore Boise, ID 83709 | 103 | Flores, Jessica |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #05 | Flores, Maria |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C104-1 | Flowers, Lenora |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C104-1 | Flowers, Lenora |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #17 | Forbes, Sherri |

## Tenant Directory

Exported On: 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| STE199b - 1992 E Meadow Creek Drive Meridian, ID 83646 | STE199b | Fortin, Emilee N. |
| STE199b - 1992 E Meadow Creek Drive Meridian, ID 83646 | STE199b | Fortin, Lawrence C. |
| STE199b - 1992 E Meadow Creek Drive Meridian, ID 83646 | STE199b | Fortin, Timothy C. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A206-1 | Fowers, Charlene M. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A206-1 | Fowers, Charlene M. |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 103 | Fowers, Charlene M. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A206-1 | Fowers, John |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A206-1 | Fowers, John M. |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 103 | Fowers, Ken C. |
| TRE872a - 8721 Hackamore Boise, ID 83709 | 104 | Fowler, Jessica T. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 195 E | Fox, Charles Veron |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 12-104 | Franklin, Rodney L. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D108-1 | Frazier, Keum R. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 174 C | Fredericksen, John |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 174 C | Fredericksen, Kerri |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E205-1 | Freeman, Alyson N. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 130 B | Freitag, Paul |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 173 D | Funk, Christina |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 260 Dawn Dr | Galvez, Miguel |
| TAY147b - 14792 Helen Lane Caldwell, ID 83607 | TAY147b | Gaona, Merced |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 20-101 | Garcia*, Donna J. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D104-1 | Garcia, Whitney D. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A105-1 | Gardner, Jason F. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 20-102 | Garrett, Shannon |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-2 | Garringer, Brenda |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 28-104 | Garza, Noe |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 110 A | Gauthier, Kevin R. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 12-101 | Gehring, Michael |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D206-1 | Gharring III, Harold F. |
| BUR111b - 11143 Silver River Loop Nampa, ID 83686 | BUR111b | Gibson, Jessica B. |
| BUR111b - 11143 Silver River Loop Nampa, ID 83686 | BUR111b | Gibson, Spencer J. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E107-1 | Gil, Melissa |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 112 A | Gilliland, GG |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 116 A | Gilliland, Tom |
| EUD662a - 662 W Idaho Meridian, ID 83642 | Unit 662 | Gilmore, Diane |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A108-1 | Glankler, Ryanne |
| MAD610b - 610 W. Ramsbrook Meridian, ID 83646 | MAD610b | Glorfield , Jordyn |
| MAD610b - 610 W. Ramsbrook Meridian, ID 83646 | MAD610b | Glorfield , Jordyn  K. |
| MAD610b - 610 W. Ramsbrook Meridian, ID 83646 | MAD610b | Glorfield, Cyndia K. |
| TRE8739a - 8739 W. Hackamore Boise, ID 83709 | 101 | Gluck, Melissa E. |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1759 | Godderidge, Dennae H. |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1759 | Godderidge, Kevin T. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D102-1 | Godfrey, Lori |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D102-1 | Godfrey, Lori |
| BAL103b - 10394 W. Irving Ct. Boise, ID 83704 | 10394 | Goltermann, Christopher S. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 260 Dawn Dr | Gomez, Jose |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D202-1 | Gonterman, Jerry R. |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3704-210 | Gonzalez, *Iselda |
| DEL144b - 14473 Gresham Drive Caldwell, ID 83607 | DEL144b | Gonzalez, Jacob T. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 505-102 | Grant, Jacob L. |

## Tenant Directory

Exported On: 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E201-1 | Gray, Tiana  L. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 107 B | Green, Curtis |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3704-211 | Green, David |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #33 | Green, Kelly |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1773 | Gregg, Matthew J. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C205-1 | Gribas, Alexander J. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 103 B | Gries, Gaylene |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E101-1 | Grim, Marian A. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 255 Dawn Dr | Grimm, Jennifer |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C201-1 | Grohs, Taylor K. |
| HAI643b - 643 Brownfield Way Meridian, ID 83646 | HAI643b | Grove, Andrew J. |
| HAI643b - 643 Brownfield Way Meridian, ID 83646 | HAI643b | Grove, Mary A. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 280 Dawn Dr | Groves, Stacey |
| LAV475b - 4751 N Zachary Way Meridian, ID 83646 | LAV475b | Guinness, Ted |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E101-1 | Gunter, Lindsay |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E105-1 | Gutierrez, Gary |
| HUA608b - 6081 S Augustine Way Boise, ID 83709 | HUA608b | Haddon, Valerie E. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D103-1 | Hagen, Austin |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #29 | Hall, Bryant |
| W303IM - 3034 Covina Circle Boise, ID 83704 | W303IM | Halloran, Ian |
| ADK904a - 9042 W. Java Ln Boise, ID 83704 | #101 | Hammack, Tara N. |
| LAV475b - 4751 N Zachary Way Meridian, ID 83646 | LAV475b | Hanaway, Eric B. |
| M261OO - 261 Indian Rocks Dr Meridian, ID 83646 | M261OO | Haney, Michael |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 205 Dawn Dr | Hannah, Miranda |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 205 Dawn Dr | Hannah, Scott |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 12-103 | Hanson, Bryce J. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 12-103 | Hanson, Jenah M. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-6 | Hardman , Marshall R. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C107-1 | Hardy, Madisen S. |
| KEL226a - 226 N Latah St Boise, ID 83706 | #201 | Harmon, Amanda |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A108-1 | Harris, Derek |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3640-105 | Harrold, Dalton  R. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E103-1 | Hart, Robin D. |
| KMR331b - 3315 W Murano Ln Boise, ID 83705 | 102 | Harvey, Sareya J. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-8 | Haver, Patrick B. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C208-1 | Hayes, Jennifer |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #23 | Helms, Adrienne |
| TOL376b - 3766 N Chatterton Way Boise, ID 83713 | TOL376b | Henderson, Autumn L. |
| TOL376b - 3766 N Chatterton Way Boise, ID 83713 | TOL376b | Henderson, Samuel A. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D108-1 | Hennigan, Edward |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D108-1 | Hennigan, Edward J. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 280 Colleen Dr | Hernandez Sanchez, Gilberto |
| ADK904a - 9042 W. Java Ln Boise, ID 83704 | #202 | Hess, Blake  A. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D204-1 | Hightower, Devon |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E204-1 | Hill, Eugene  C. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 16-102 | Himberger , Richard  D. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C203-1 | Hough, Kristy  R. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 180 C | House, Maria |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 187 E | Howry, Dave |
| G36RU - 36 Newberry Nampa, ID 83651 | G36RU | Hroma, Darren and Dawn |

# Tenant Directory

Exported On: 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #45 | Hundley, Angela  A. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C103-1 | Hunt, Kurt J. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 265 Colleen Dr | Hurtado, Abelardo |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 230 Colleen Dr | Hustead, Lindsey |
| HOLD FUNDS B2045RO - 2045 E White Hawk Court (NO LONGER MANAGE) Meridian, ID 83646 | HOLD FUNDS B2045RO | Ilyusha, Svetlana S. |
| HOLD FUNDS B2045RO - 2045 E White Hawk Court (NO LONGER MANAGE) Meridian, ID 83646 | HOLD FUNDS B2045RO | Ilyusha, Yevgeniy S. |
| **Losing Management - DEE143b - 14382 Gresham Caldwell, ID 83607 | **Losing Management - DEE143b | Ireland, Jaiden A. |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3606-100 | Ireland, Mark |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 16-101 | Jackson Jr, Rodney R. |
| BOR529b - 5290  N. Joe Robbie Boise, ID 83713 | BOR529b | Jackson, Jerrico L. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 235 9th South St | Jackson, Kalynn |
| BIE857b - 857 Echohawk Way Eagle, ID 83616 | BIE857b | Jackson-Farnung, Vickie L. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 295 Colleen Dr | James, Tania |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #24 | Jenkins, Cheryl |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-8 | Jennings, Bridget A. |
| BOW301b - 3019 N Astaire Meridian, ID 83646 | BOW301b | Jensen, Gary |
| BOW301b - 3019 N Astaire Meridian, ID 83646 | BOW301b | Jensen, Heather |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A202-1 | Jessop , Shauna  J. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E105-1 | Johnson, Janel L. |
| W303IM - 3034 Covina Circle Boise, ID 83704 | W303IM | Johnson, Pine |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C101-1 | Johnston, Devin |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #34 | Jones, Jared |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D108-1 | Jones, Michele |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D108-1 | Jones, Michelle |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B208-1 | Jones-Blanco, Evangelina |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D106-1 | Joyce, Joshua M. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D106-1 | Joyce, Richard W. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 169 D | Juarez, Antonio |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1771 | Judd, Debbi |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 265 W 9th St | Juhr, Aaron |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 265 W 9th St | Juhr, Mary Ellen |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 104 | Kamm, Hanna N. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E105-1 | Kaopio, James A. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C204-1 | Kelly, Katelyn E. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-6 | Kelly, Olivia |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A101-1 | Keopanya, Somkhouane |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 102 | Khodjanyazova, Madina |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #44 | Kinchen, Debbie |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3660-107 | King, Christine |
| TST801a-T-Street - 801 West 2nd ST Meridian, ID 83642 | Unit 803 | King, Ivy |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-7 | Kocher, Kristina |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 192 D | Kolb, Florence |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3606-201 | Kralovetz, Stephanie |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 102 | Kujawa, Audrey B. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D203-1 | Labit, Brad C. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D203-1 | Labit, Brett |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 245 Dawn Dr | Lambrecht, Chasity |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D203-1 | Landauer, Brandy |

# Tenant Directory

**Exported On:** 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D203-1 | Landauer, Colby |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1775 | Laney, Chelsea |
| TST801a-T-Street - 801 West 2nd ST Meridian, ID 83642 | Unit 811 | Lara, Mary |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C101-1 | Larios, Daniel H. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C204-1 | Larios, David |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 24-102 | Lattimer, Eddy J. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 24-102 | Lattimer, Kaylee C. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D206-1 | Layne, Pamela L. |
| TRE8743a - 8743 Hackamore Boise, ID 83709 | 102 | Leo, Richard B. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B205-1 | Levdanskiy, Anna |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C207-1 | Leyba, Dallas |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C207-1 | Leyba, Samantha |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3640-205 | Liebe, Michael |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A203-1 | Lindley, Gregory |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #03 | Lindsay, Ted |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 28-104 | Lindsey, Angel |
| V116IR - 11657 Rainier Ave Nampa, ID 83651 | V116IR | Livingston, Victoria |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #26 | Lobdell, Martha |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #26 | Lobdell, Richard |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C106-1 | Loepp,  Alexai |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C106-1 | Loepp, Alexai |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C106-1 | Loepp, Barbara  K. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B107-1 | Lofgren, Ian S. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B208-1 | Lombardo, Christopher |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B208-1 | Lombardo, Tara |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D207-1 | Long, Kirk A. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 12-102 | Longstaff, Francis A. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E208-1 | Lorcher, Elise  M. |
| TRE872a - 8721 Hackamore Boise, ID 83709 | 101 | Loya, Elizabeth K. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C202-1 | Lukert, Christen N. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B101-1 | Lyons, Angela L. |
| STI925b - 925 N. 9th St. #17 Boise, ID 83702 | STI925b | MacAllister, Trent |
| WIL1607a - 1607 Checola St. Nampa, ID 83686 | Unit A | Maggard, Kristi |
| WIL1607a - 1607 Checola St. Nampa, ID 83686 | Unit A | Maggard, Leslie |
| KEL226a - 226 N Latah St Boise, ID 83706 | #202 | Maloney, Shiloh |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-9 | Manning, Douglas |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3640-204 | Manske, James |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3640-204 | Manske, Stacey |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 290 Colleen Dr | Martin, April |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-2 | Martin, Kathryn |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-2 | Martin, Richard E. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 200 Dawn Dr | Martinez, Bruno |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 190 D | Martinez, Erik |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 285 W 9th St | Martinez, Gustavo |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 505-104 | Martinez, Jose  J. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 208 D | Martinez, Maricarmen |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 200 Dawn Dr | Martinez, Mariela |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 190 D | Martinez, Marissa |

# Tenant Directory

**Exported On:** 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 295 Dawn Dr | Martinez, Shawn |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-9 | Matranga, David |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-9 | Matranga, Machyla |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #01 | McAllister, Ronald |
| ARM217a - 217-223 N Straughan Boise, ID 83712 | 223 | McCullough, Molly |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A104-1 | McDaniel, Tiffani |
| SHI848b - 8481 W Casa Grande Ct Boise, ID 83714 | SHI848b | McElwee, Darryl R. |
| SHI848b - 8481 W Casa Grande Ct Boise, ID 83714 | SHI848b | McElwee, Melissa M. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B105-1 | McGhee, Laura |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B105-1 | McGhee, Weston  M. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B105-1 | McGhee, Weston M. |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1775 | McGilvery, Tyler D. |
| WIL1607a - 1607 Checola St. Nampa, ID 83686 | Unit D | McGowan, Angel |
| WIL1607a - 1607 Checola St. Nampa, ID 83686 | Unit D | Mcgowan, Brandon |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #03 | McKenna, Linda |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 198 D | McKibbon, Charlotte |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C202-1 | McKinnis, Chelsea G. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #32 | McMillan, Chuck |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C205-1 | McMillon-Gribas, Nikole A. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D205-1 | McNabb, Lisa |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #36 | Meier, Bruce |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C102-1 | Meissner, Jennie M. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A104-1 | Mendoza, Taylor-Shea B. |
| TOL125b - 12539 Abram Boise, ID 83713 | TOL125b | Meyer, Brittany R. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 184 C | Minder, Missy |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 202 D | Minder, Missy |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 211 E | Minder, Missy |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 106 A | Minder, Missy |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 122 A | Minder, Missy |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 111 B | Mitchell, Marian |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E102-1 | Molifua, Imari |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2409 | Molyneux, Brandi C. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E208-1 | Molyneux, Derek |
| BAL103b - 10394 W. Irving Ct. Boise, ID 83704 | 10394 | Moody, Lander K. |
| ARM217a - 217-223 N Straughan Boise, ID 83712 | 219 | Morgan, Lois |
| KMR334b - 3343 W Murano Ln Boise, ID 83705 | 102 | Morgan, Maison L. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B208-1 | Morris, Robert |
| TRE8739a - 8739 W. Hackamore Boise, ID 83709 | 101 | Mortensen, Erik K. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D207-1 | Morton, Kelly |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B107-1 | Moses, Julie A. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E104-1 | Mustafic, Adnana |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E104-1 | Mustafic, Selvedin |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A203-1 | Myers, Christina N. |
| GAY123b **Warranty** - 12336 W Mardia St. Boise, ID 83709 | GAY123b  **Warranty** | Naegle, Jordan K. |
| GAY123b **Warranty** - 12336 W Mardia St. Boise, ID 83709 | GAY123b  **Warranty** | Naegle, Rachael |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 205 Colleen Dr | Nakaishi, Wallace |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1761 | Nau, Amber |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1761 | Nau, James |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B204-1 | Nauahi, Kameron K. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B207-1 | Nettles, Lester 'Alan' |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B207-1 | Nettles, Lester 'Alan' A. |
| TST801a-T-Street - 801 West 2nd ST Meridian, ID 83642 | Unit 803 | Neuman, Larraine |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E203-1 | Newton, Scott A. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B108-1 | Norris, Tamara |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 101 | Nunez Betancourt , Cristian |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B106-1 | O'Brien, Kelly |

## Tenant Directory

Exported On: 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E203-1 | O'Bryan, Brittany  L. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D106-1 | O'Leary, Bryan  P. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 255 Dawn Dr | Oliver, Timothy |
| OAK854a - 854 White Cloud Boise, ID 83709 | Unit 856 | Oliver, Vera |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #19 | Olsen, Ryan |
| TRE8739a - 8739 W. Hackamore Boise, ID 83709 | 103 | Opgrand, Robert G. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 505-102 | Oppe, Morgen M. |
| ARM217a - 217-223 N Straughan Boise, ID 83712 | 217 | Oropeza, Eddie |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 285 Colleen Dr | Ortega, Joe |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 285 Colleen Dr | Ortega, Juanita |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A106-1 | Ortiz, Amarantha C. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 172 C | Ortiz, Eddie |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A106-1 | Ortiz, George J. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 172 C | Ortiz, Jessica |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A104-1 | Palmer, Jessie R. |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1775 | Palmer, Travis |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 115 B | Palomin, Marilu |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E102-1 | Paoli, Jodi |
| TRE8743a - 8743 Hackamore Boise, ID 83709 | 102 | Pape, Cole P. |
| EJC511a - 511 W Pine Meridian, ID 83642 | Unit B | Paredes, Angelica |
| BUR111b - 11143 Silver River Loop Nampa, ID 83686 | BUR111b | Paredes, Rhonda K. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-1 | Parker, Fred A. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A105-1 | Parlin, Haley L. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 161 D | Payne, Francene |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 117 B | Payne, Gary |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 137 C | Payne, Gary |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 175 D | Payne, Gary |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 157 C | Payne, Jackie |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 203 E | Payne, Jackie |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 285 Dawn Dr | Payne, John |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 285 Dawn Dr | Payne, Naomi |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 143 C | Payne, Rebekkah |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 20-101 | Perez, Rea A. |
| TST801a-T-Street - 801 West 2nd ST Meridian, ID 83642 | Unit 805 | Peters, Heidi R. |
| TST801a-T-Street - 801 West 2nd ST Meridian, ID 83642 | Unit 805 | Peters, Jeremiah K. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D105-1 | Petersen, Kayla |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D105-1 | Petersen, Kayla |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A105-1 | Petersen, Taylor D. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C104-1 | Peterson, Scott |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C104-1 | Peterson, Scott |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-3 | Peterson, Tiffany |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-1 | Phillips, Rochelle |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C202-1 | Pierce, Charm K. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C108-1 | Pierce, Ron H. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 166 C | Pierpont, Christopher |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 141 C | Pierpont, Sandra |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 270 Colleen Dr | Piper, Melissa |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 160 C | Polanco, Ray |
| M500OO - 5003 Asbury Caldwell, ID 83607 | M500OO | Pope, Ayngela  K. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A203-1 | Porter, Janel P. |

## Tenant Directory

**Exported On:** 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A207-1 | Poston, Brittnie |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A207-1 | Poston, Brittnie L. |
| KMR335b - 3357 W Murano Ln Boise, ID 83705 | 202 | Prindle, Corinne B. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | Clubhouse | Property Management, Parad |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C204-1 | Quinonez, Maria |
| ADK904a - 9042 W. Java Ln Boise, ID 83704 | #202 | Radcliffe, Davis p. |
| EUD662a - 662 W Idaho Meridian, ID 83642 | Unit 674 | Ragsdale, Charles |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 181 D | Ramirez, Andres |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #05 | Ramirez, Benito |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 208 D | Ramirez, Lorena |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 208 D | Ramirez, Marco |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 102 A | Rathbun, Al |
| HAG105b - 1050 W Riodosa Dr. Meridian, ID 83642 | HAG105b | Reese, Joseph L. |
| HAG105b - 1050 W Riodosa Dr. Meridian, ID 83642 | HAG105b | Reese, SueAnn L. |
| EJC511a - 511 W Pine Meridian, ID 83642 | Unit A | Reid, Brett |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-7 | Reid, Jeremy |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B106-1 | Renfroe, Ronnie |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 24-104 | Reyes, Carlos |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A201-1 | Reyes, Shantel K. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #38 | Reynolds, Ethel |
| BUR111b - 11143 Silver River Loop Nampa, ID 83686 | BUR111b | Rice, Elayna S. |
| EJC511a - 511 W Pine Meridian, ID 83642 | Unit A | Rice, Joshua A. |
| KMR331b - 3315 W Murano Ln Boise, ID 83705 | 201 | Richardson, Lindsey |
| **Losing Management - DEE143b - 14382 Gresham Caldwell, ID 83607 | **Losing Management - DEE143b | Rider, Jewels A. |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3606-200 | Riedinger, Katelyn  R. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #20 | Rivas, Yolanda |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #06 | Rivera, Debra |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #12 | Rivera, Richard |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E106-1 | Ro , Kaitlin  R. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E106-1 | Ro, Keri J. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #10 | Robbins, Shannon |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C206-1 | Robert, Sebastien |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C206-1 | Robert, Sebastien |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B104-1 | Roberts, Ashley A. |
| BUR111b - 11143 Silver River Loop Nampa, ID 83686 | BUR111b | Roberts, Zoe |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 220 Colleen Dr. | Robinson, Amy |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C208-1 | Robinson, Cindy  A. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B102-1 | Rockwood, Greg |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B102-1 | Rockwood, Greg |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B102-1 | Rockwood, Kristen |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B102-1 | Rockwood, Kristen |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 235 Colleen Dr | Rodgers, Joseph |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 131 C | Rodriguez, Rafael |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 210 Dawn Dr | Rodriguez, Selma |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #40 | Romero, Luis |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B106-1 | Romriell, David |
| EJC511a - 511 W Pine Meridian, ID 83642 | Unit B | Ronquillo, Oscar |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A201-1 | Rose, RyeLea E. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 16-105 | Ross, Kayla |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 505-103 | Rushton, Michael  J. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #44 | Ruth, Thomas |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 101 | Saldivar , Alex |

## Tenant Directory

**Exported On:** 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C207-1 | Salwei, Sarah j. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 123 B | Sanders, Janice |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 104 | Sandmann, Kelsey |
| BOR529b - 5290  N. Joe Robbie Boise, ID 83713 | BOR529b | Sauers, Kerri A. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield Apartments | Schabot, Jeremy L. |
| CON484b - 4847 Talamore Drive Meridian, ID 83646 | CON484b | Schildhauer, Lacy J. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 199 E | Schipani, Jim |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 199 E | Schipani, Kathleen |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 290 Colleen Dr | Schmidt, Paul |
| EJC511a - 511 W Pine Meridian, ID 83642 | Unit D | Schnee, John |
| MAL2291a - 2291 E Meadow Creek Dr. Meridian, ID 83646 | MAL2291a | Seusy, Dave |
| MAL2291a - 2291 E Meadow Creek Dr. Meridian, ID 83646 | MAL2291a | Seusy, Michelle |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A102-1 | Shapiro, Wendi |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 290 Colleen Dr | Shaver, Trisha |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B103-1 | Shaw, Naomi J. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 135 C | Shorts, Norm |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 24-104 | Silva, Melissa |
| BUR111b - 11143 Silver River Loop Nampa, ID 83686 | BUR111b | Simmons, Taylor L. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D101-1 | Simpson, Cora C. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #23 | Sisemore, Felicia |
| ARM217a - 217-223 N Straughan Boise, ID 83712 | 221 | Sizemore, Lindsay |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E108-1 | Sklavos, Chasity A. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E108-1 | Sklavos, Chasity A. |
| WES931b - 9315 Thor Drive Boise, ID 83709 | WES931b | Skowron, Alyssa |
| WES931b - 9315 Thor Drive Boise, ID 83709 | WES931b | Skowron, Walter |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A201-1 | Slattery, Bryan P. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 120 A | Sloan, Donna |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 120 A | Sloan, Timothy |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #13 | Smith, Corine |
| OAK854a - 854 White Cloud Boise, ID 83707 | Unit 856 | Smith, Elisha |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 20-103 | Smith, Kaitlin |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C102-1 | Smith, Nelma  J. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 240 Dawn Dr | Smith, Nila I. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 134 B | Smith, Shirley |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 127 B | Smith, Susie |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 129 B | Smith, Susie |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E101-1 | Smith, Trenton J. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 20-103 | Smith, Zachary |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #30 | Snow, Jacob J. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #30 | Snow, Rebecca L. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B107-1 | Spadazzi, Massimo  P. |
| KEL226a - 226 N Latah St Boise, ID 83706 | #101 | Stauffer, John B. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 505-104 | Steele, Racquel S. |
| TOL125b - 12539 Abram Boise, ID 83713 | TOL125b | Stephen, Joseph J. |
| TOL125b - 12539 Abram Boise, ID 83713 | TOL125b | Stephen, Virginia |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B204-1 | Stevens, Roger D. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #08 | Stiner, Amanda |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #08 | Stiner, Ronnie |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E108-1 | Stover, Kyle |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E108-1 | Stover, Kyle |

## Tenant Directory

**Exported On:** 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 28-101 | Stryker, Brenna S. |
| EJC543a - 543 W Idaho Meridian, ID 83642 | Unit 543 | Stumpo, Mark |
| BUR111b - 11143 Silver River Loop Nampa, ID 83686 | BUR111b | Swanson, Catherine P. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2405 | Swanson, Niki |
| TRE872a - 8721 Hackamore Boise, ID 83709 | 101 | Tannehill, Braddley |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 212 D | Tarter, John |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 186 D | Taylor, Chiyoko |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3660-106 | Tepfer, Brian L. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 158 C | Thomas, Kate |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 191 E | Thompson, Everett |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3660-206 | Thompson, Lacy |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3660-206 | Thompson, Tess |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E206-1 | Thornburg, Amanda |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | E206-1 | Thornburg, Christopher D. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A101-1 | Thornock , Kindra K. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 16-103 | Thornton, Jill M. |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1775 | Thornton, Nora  R. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 28-102 | Thorusen , James |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 28-102 | Thorusen, Felicia A. |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 16-101 | Thurgood, Terrell |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D206-1 | Thurston, Brandon J. |
| EJC511a - 511 W Pine Meridian, ID 83642 | Unit A | Torson, Alexis |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C101-1 | Tovar, Johanna |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A103-1 | Towns, Ariel J. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A108-1 | Townsend, Sarah |
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 16-104 | Tracy, Andrew |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 220 Dawn Dr | Trask, Michael |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411 #40 | Trautman, Tricia |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B201-1 | Trujillo, Francis |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A208-1 | Tuitama, Margaret  F. |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 551-10 | Tvedt, Carrie L. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 240 Colleen Dr | Tyras, Roger |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D202-1 | Ullmann, Greg  L. |
| WIL1607a - 1607 Checola St. Nampa, ID 83686 | Unit B | Valentine, Larry |
| TAY618b - 618 Winter Place Nampa, ID 83686 | TAY618b | Vallard, Cris P. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B202-1 | Van Zandt, David R. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B202-1 | Van Zandt, David R. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B202-1 | Van Zandt, Elizabeth |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | B202-1 | Van Zandt, Elizabeth |
| W303IM - 3034 Covina Circle Boise, ID 83704 | W303IM | Vanderbeek, Andrew |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411 #40 | Vanek, Shauna |
| TRE8739a - 8739 W. Hackamore Boise, ID 83709 | 104 | Vega-Honores, Autumn J. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D205-1 | Vernon, Justin |
| BUR111b - 11143 Silver River Loop Nampa, ID 83686 | BUR111b | Vice, Sierra A. |
| OAK854a - 854 White Cloud Boise, ID 83709 | Unit 854 | Villarreal, Mark |
| OAK854a - 854 White Cloud Boise, ID 83709 | Unit 854 | Villarreal, Susan |
| WIL1607a - 1607 Checola St. Nampa, ID 83686 | Unit C | Virgen, Krysta N. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D207-1 | Waite, Mikelle |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 156 B | Walker, Rick |

# Tenant Directory

**Exported On:** 06/18/2018 01:15 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| DOH505a -Aspen Park Apartments - 505 E. Florida Ave Nampa, ID 83686 | 24-101 | Waltemate, April D. |
| GOL131b - 1315 Hawk Pl Nampa, ID 83651 | GOL131b | Waltman, Krystal |
| GOL131b - 1315 Hawk Pl Nampa, ID 83651 | GOL131b | Waltman, Robert |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 146 B | Wamsher, Carlene |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 101 | Ward, Myranda B. |
| TRE8727a - 8727 Hackamore Boise, ID 83709 | 101 | Ward, Taylor M. |
| Eagle Wing - 185-295 Dawn Dr 205-295 Colleen Dr Mountain Home, ID 83647 | 260 Colleen Dr | Warner, Ethel Denise |
| FIS143b - 14352 W Redwick Dr Boise, ID 83713 | FIS143b | Wassmuth, Michelle E. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C105-1 | Watson, Jackie |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield A103-1 | Webster, Julie M. |
| KEL226a - 226 N Latah St Boise, ID 83706 | #102 | Weihe, Jacob |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A205-1 | Wendle, Bradley J. |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 185 D | Werschky, Randal |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C203-1 | West , Alex |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #01 | Wherry, Rachel |
| BUR111b - 11143 Silver River Loop Nampa, ID 83686 | BUR111b | White, Cierra D. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield C201-1 | White, Jon M. |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | D205-1 | White, Travis J. |
| ARM217a - 217-223 N Straughan Boise, ID 83712 | 221 | Whitehead, Jenny |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #39 | Whiteley, Jerrun |
| CAM209b (Leaving June 1) - 2098 Grassy Creek Dr Nampa, ID 83686 | CAM209b (Leaving June 1) | Whitlock, Andrea M. |
| CAM209b (Leaving June 1) - 2098 Grassy Creek Dr Nampa, ID 83686 | CAM209b (Leaving June 1) | Whitlock, Michael L. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #46 | Whitten, Sharon |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | C207-1 | Wiechmann, Nicholas j. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #33 | Wilke, Ron |
| LGR177b - 1771 S. Barlow Lane Boise, ID 83709 | 1757 | Williams, Christopher A. |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield E206-1 | Williams, Eleshia |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A204-1 | Williams, Jennie |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield D207-1 | Williams, Nicole D. |
| EJC543a - 543 W Idaho Meridian, ID 83642 | Unit 545 | Williston, Matthew |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-6 | Wilson, Kalleee |
| SIL551a - 551 and 639 N Moffatt Ave Emmett, ID 83617 | 639-6 | Wilson, Marcus A. |
| L693AD - 693 Kaibab Trail Meridian, ID 83646 | L693AD | Wilson, Scott and Tricia |
| W303IM - 3034 Covina Circle Boise, ID 83704 | W303IM | Wimmer , Michael |
| Park Central - 101-212 Park Central Mountain Home, ID 83647 | 113 B | Wolfe, Gary |
| TRE8743a - 8743 Hackamore Boise, ID 83709 | 103 | Wright, Jamie |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #43 | Wright, Randy |
| EJC543a - 543 W Idaho Meridian, ID 83642 | Unit 547 | Wright, Trenton |
| Crossfield Apartments - 980 W Parkstone Street Meridian, ID 83646 | Crossfield B205-1 | Yarno, Melissa |
| HER980a (Crossfield) - 980 W Parkstone St Meridian, ID 83646 | A106-1 | Yelton, Kara K. |
| ADK904a - 9042 W. Java Ln Boise, ID 83704 | #201 | Young, Kody |
| EJC543a - 543 W Idaho Meridian, ID 83642 | Unit 549 | Zabala, Tiffany |
| TST360a - 3606 W Rose Hill St. Boise, ID 83705 | 3640-105 | Zimmerman, Adrianna M. |
| AAA - 2405-2411 Shoshone Boise, ID 83705 | 2411  #25 | Zisk, Paul |
| | | |
| | | |
| **Total** | | |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 2403-2421 S. Kimball Ave - 2403 S. Kimball Ave Caldwell, ID 83605 | 1 | *Alberry, Perry |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 102 | *Gagner, Micheal |
| 2403-2421 S. Kimball Ave - 2403 S. Kimball Ave Caldwell, ID 83605 | 2 | *Hoyle, Leland |
| Hudson - 117 Hudson Ave Nampa, ID 83651 | A | *Wilkerson, Kara |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 43-206 | @Profitt, Brittney |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 43-206 | @Slaney, Tiffany |
| Whispering Willows Apartments - 1 - 45 White Oak Ln Nampa, ID 83687 | 101 | @Smith, Kevin |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2823 | Abdul Hafiz, Sunasullah |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2880 | Acosta, Jose |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 250 | Adams, Gina  P. |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 250 | Adams, Julia  R. |
| STI131b-L - 1310 Kimra St. Meridian, ID 83642 | STI131b-L | Adams, Kelly |
| STI131b-L - 1310 Kimra St. Meridian, ID 83642 | STI131b-L | Adams, Laura |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 106 | Adamson**, **Mary E. |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 17 | Aguirre Hobbs, Jonathan  M. |
| HAN220b-L - 2209 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Ahlefeld, Victoria O. |
| Pasadena - 4400 W. Pasadena #38 # 38 Boise, ID 83705 | Pasadena | Aikele, Mallory |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2881 | Aikenzambe, Damien |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Alaniva, Kimberly |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1917 | Aldridge, Charles |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Alexander, Brenda |
| SCHDavisa - N. Davis Ct. Nampa, ID 83651 | 131 | Alfaro**, **Idalia |
| MAL171a-L - 1716 S. Eagleson Rd. Boise, ID 83704 | 201 | Alkhafaji, Christopher |
| MAL171a-L - 1716 S. Eagleson Rd. Boise, ID 83704 | 201 | Alkhafaji, Cristina |
| Horsechestnut - 339 W. Horsechestnut Kuna, ID | Horsechestnut | Allen, Cheryl |
| 2123 Whispering Willows Apartments - 2123 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Allen, Jennifer |
| Horsechestnut - 339 W. Horsechestnut Kuna, ID | Horsechestnut | Allen, Suttesian |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3041 | Allred, Rita |
| Pasadena - 4400 W. Pasadena #38 # 38 Boise, ID 83705 | Pasadena | Alomar, Gablan |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 28-101 | Alvarez, Leslie |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 07 | Alvarez, Maria |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 01 | Alvarez-Lopez, Jacqueline |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 45 | Amador, Mercedes M. |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 162 | Ames , Austin |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 01 | Anderson Hendrickson, Arrieana s. |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 101 | Anderson, Kash |
| E. State Ave - 13 & 17 E. State Ave Meridian, ID 83642 | 17 | Anderson, Kyle |
| W. Idaho - 437 W. Idaho Meridian, ID 83642 | C | Anderson, Marilyn |
| Broad - 401-409 Broad St Boise, ID 83702 | 407 | Anderson, Paul |
| Broad - 401-409 Broad St Boise, ID 83702 | 407 | Anderson, Paul |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 12 | Anderson, Taylor |
| Dewey 207 - 207 S. Dewey Ave Middleton, ID 83644 | B | Anderson, Tonya |
| HYD193b-L - 1933 18th St Boise, ID 83702 | 1933 1/2 | Andion Martinez, Oihana |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 248 | Andrews, Justin D. |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1905 | Aneziya, Ntiruvahirya |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2633 | Angell, Matthew |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 101 | Angulo, Osualdo |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 136 | Ap, Oun |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1120 | Apodaca, Christopher |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 893 | AR, Management |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3056 | Arana, Marcus |
| 35th & Good Apartments - 35th & Good St Boise, ID 83703 | 3421 | Armstrong, Nicholas |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 10 | Arnold, David M. |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 10 | Arnold, Nadine M. |
| 35th & Good Apartments - 35th & Good St Boise, ID 83703 | 2120 | Arnold, Russell |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 176 | Arretche, Sarai |
| E. 39th - 317 - 319 E 39th St Garden City, ID 83714 | 317 | Arrington, Becci |
| Broad - 401-409 Broad St Boise, ID 83702 | 407 | Arroues, Justin |
| Broad - 401-409 Broad St Boise, ID 83702 | 407 | Arroues, Justin |
| 2403-2421 S. Kimball Ave - 2403 S. Kimball Ave Caldwell, ID 83605 | 4 | Arteaga, Esmerelda |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2112 | Asbury, John |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 39-203 | Aslaniva, Zhamila |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 39-104 | Aslanov, Yunus |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 15 | Atkins, Ashlee J. |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 04 | Atkinson, Bob |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 157 | Aubel, Lee |
| Heron & 18th - 1710 Heron Boise, ID 83702 | 1602 N. 18th St. | Audrulis, Ingrid |
| "DO NOT USE"Cloverbrook - 11939 Cloverbrook Boise, ID 83713 | #101 | Ayers ** , Sarah |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 24 | Babbitt, Kayleen |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 101 | Babcock, Brianna |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2830 | Badzic, Fikret |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2830 | Badzic, Zirafet |
| 7th St - 918 - 920 N. 7th St Boise, ID 83702 | 3 | Baggs, Eric |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 167 | Bajrektarevic , Semsudin |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 167 | Bajrektarevic , Suada |
| 2325 Five Mile House - 2325 S. Five Mile Rd Boise, ID 83709 | 1/2 | Baker, Aaron |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Baker, Jeremiah |
| Dewey 213 - 213 S. Dewey Ave Middleton, ID 83644 | B | Baldwin, Brooke |
| 2325 Five Mile House - 2325 S. Five Mile Rd Boise, ID 83709 | 2325 | Barclay, Tammy |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1941 | Barker, Jarod |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 185 | Barlow, Sunderland |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 108 | Barnett**, **Dwayne L. |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 201 | Barr, Brittany  E. |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 47 | Barraza, Maria |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 154 | Barrett, Jordan |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 45 | Bartrop, Izaac A. |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2881 | Bashale, Pierre |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 103 | Bates, * Shari |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 35 Whispering Willows Apartments - 35 White Oak Ln Nampa, ID 83687 | 102 | Battaglia, Sheri |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2877 | Battenfelder, Patrick |
| Whispering Willows Apartments - 1 - 45 White Oak Ln Nampa, ID 83687 | 202 | Beard, Timothy |
| 7th St - 918 - 920 N. 7th St Boise, ID 83702 | Basmnt | Beck, Cody |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 102 | Beecher, Kevin |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 102 | Beecher, Kylie |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 45 | Beherns, Eric |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 101 | Bell, Alan |
| Nez Perce - 8 - 4148 Nez Perce St Boise, ID 83705 | 101 | Bell, Alan |
| 2216 Whispering Willows Apartments - 2216 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Bell, David |
| Whispering Willows Apartments - 2 - 2111 White Oak Ln Nampa, ID 83687 | 101 | Bell, Jared |
| Whispering Willows Apartments - 2 - 2111 White Oak Ln Nampa, ID 83687 | 101 | Bell, Summer |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 06 | Bellamy, Candace D. |
| "DO NOT USE"Cloverbrook - 11939 Cloverbrook Boise, ID 83713 | #201 | Belyakova, Galina |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 11 | Bendall, Richard "Evan" |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 11 | Bendall, Yesenia |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2870 | Bennett, William |
| 25th and Ellis - 1011 N. 25th Boise, ID 83702 | 2501 | Bennion, Aaron |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 18 | Bensinger, Chris  R. |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | GAR-2 | Benton, Lori |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 12 | Berg, Paige |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 05 | Beverlin, Marlene |
| BST592b-L - 5927 Flamingo Dr. Boise, ID 83704 | BST592b-L | Biddulph, Benjamin |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2825 | Big Springs, Jeremiah |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | Garage6 | Biltmore Company |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | Garage7 | Biltmore Company |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | Garage8 | Biltmore Company |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | Garage9 | Biltmore Company |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | Garage11 | Biltmore Company |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | Garage10 | Biltmore Company |
| 38 Whispering Willows Apartments - 38 White Oak Ln Nampa, ID 83687 | 201 | Bingham, Drew |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 38 Whispering Willows Apartments - 38 White Oak Ln Nampa, ID 83687 | 202 | Blair, Caleb |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2025 | Bld 2025, Jackson Property Management LLC |
| Dewey Ave Apartments - 209 S. Dewey Ave Middleton, ID 83644 | B | Bobinger, Bridget |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 24 | Boese, Raymond |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1911 | Bogdanski, Susan |
| 2123 Whispering Willows Apartments - 2123 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Boman, Kim |
| 35 Whispering Willows Apartments - 35 White Oak Ln Nampa, ID 83687 | 102 | Boone, Daniel |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2833 | Booth, Brett |
| E. State Ave - 13 & 17 E. State Ave Meridian, ID 83642 | 13 | Borkenhagen, Susie |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 101 | Borup, Adam |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 101 | Borup, Dorothy |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 101 | Borup, Jeff |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 207 | Bourquin, Terry |
| W. Idaho - 437 W. Idaho Meridian, ID 83642 | A | Bradley, @Patrick |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 35 | Bradshaw , Annie |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 35 | Bradshaw , Annie |
| Whispering Willows 2208 - 2208 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Bradshaw, Blake |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 33-101 | Brailsford, Shannon |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2018 | Brandenberg, Bill |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2026 | Brandenberg, Bill |
| Glen Manor Apartments - 925 N. 9th St Boise, ID 83702 | 25 | Brenenstall, Alison |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Brennan, Gary |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Brennan, Laura |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 36 | Brent, Edward A. |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 20-101 | Brewer, Logan |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2819 | Brings, Robert |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Whispering Willows 2132 - 2132 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Brinkerhoff, Jordan |
| BBA280b-L - 2801 N. Ash Park Ln Boise, ID 83704 | BBA280b-L | Broderick, Alexander |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 104 | Brohman, Emily |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 104 | Brohman, Paul |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2643 | Brokate, Marlowe |
| BST155b-L - 1555 W. Biddick St. Meridian, ID 83642 | BST155b-L | Brooks, Jaison A. |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2888 | Brown, @David |
| "DO NOT USE"Cloverbrook - 11939 Cloverbrook Boise, ID 83713 | #102 | Brown, Antoinette |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2819 | Brown, Brittany |
| "DO NOT USE"Cloverbrook - 11939 Cloverbrook Boise, ID 83713 | #102 | Brown, Estella |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 101 | Brown, Jeanette |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7180-202 | Brown, Mike |
| MAL317a-L - 317 E. 39th St. Garden City, ID 83714 | 319 | Brown, Situa |
| 2325 Five Mile House - 2325 S. Five Mile Rd Boise, ID 83709 | 2325 | Brunell, Patrick |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 102 | Buchach, Matthew |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2839 | Bullard, *Claudette |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2839 | Bullard, *Mitchell |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Bunn, Kalvin |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Bunn, Kiri |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 39-104 | Burgess, Corey |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 14 | Burke, Darlene |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 28-104 | Burkhardt , Hannah |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 27 | Burpee, Denny A. |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 12 | Cahoon, Zachary |
| Overland 1885 - 1885 Overland Rd. Boise ID, ID 83705 | 101 | Cain, Josilynn |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 20-103 | Calixto, Fernando |
| 11th Ave S - 407 11th Ave S Nampa, ID 83687 | 102 | Calkins, @Kandice |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2649 | Camacho, Antonio |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Campbell, John |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Campbell, Valerie |
| 39 Whispering Willows Apartments - 39 White Oak Ln Nampa, ID 83687 | 102 | Cardenas, Alexis |
| 39 Whispering Willows Apartments - 39 White Oak Ln Nampa, ID 83687 | 102 | Cardenas, Jose |
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 102 | Carl, Natalie |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 12-102 | Carlberg, Caitlin |
| Broad - 401-409 Broad St Boise, ID 83702 | 407 | Carlson, Jens |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 202 | Carmouche, Darren |
| Whispering Willows Apartments - 32 White Oak Ln Nampa, ID 83687 | 102 | Cash, Darrin |
| 2015 Whispering Willows Apartments - 2015 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Castenede, Jorge |
| Stephen Ave 2139 - 2139 Stephen Ave Boise, ID 83706 | 202 | Castillo , Chris |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 103 | Castillo, *Christina |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 102 | Castrejon, Claudia |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2864 | Chang, Terrence |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 101 | Chavez, Shaley |
| AND101.250a - 1011 25th St Boise, ID 83702 | 2501.5 | Check, Jared J. |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3047 | Chew, Grantland |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 08 | Child, Clint |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 08 | Child, Jayson |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 181 | Chipman, Jason |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2834 | Christoperson, *Paul |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1126 | Cink, Trish |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | GAR-4 | Claiborne, Linda |
| 4046 & 4048 Garnet St - 4048 Garnet St Boise, ID 83703 | 4048 | Clark, @Casey |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 101 | Clark, Katie |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 31 | Clarke , Jessica  M. |
| BBA229b-L - 2298 N. Hampton Boise, ID 83704 | BBA229b-L | Cleaver-Bird, Dawn |
| Esquire - 3148 N. Esquire Drive Boise, ID 83704 | 102 | Cliff, Marcy |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 43 | Clover, Jason |
| 2325 Five Mile House - 2325 S. Five Mile Rd Boise, ID 83709 | 2325 | Clovis, Angie |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 43-106 | Coates, Richard |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 916 | Coats(ON LDS MISSION-CONTACT SON ANDREW INFO IN NOTES), David |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 159 | Coker , Carole  S. |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1937 | Cole, Jennifer |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 40 | Coleman, *Edie L. |
| Heron & 18th - 1710 Heron Boise, ID 83702 | 1710 | Coleman, Tess |
| 2015 Whispering Willows Apartments - 2015 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Collins, Brandon |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 201 | Colton, Dyson |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 205 | Combes, Barbara |
| AND101.250a - 1011 25th St Boise, ID 83702 | 2501 | Connolly, Chelsea C. |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 947 | Contreras, Diana B. |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2106-2 | Cook, Carmen |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2106 | Cook, Carmen |
| 38 Whispering Willows Apartments - 38 White Oak Ln Nampa, ID 83687 | 102 | Cook, Dara |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2866 | Cook, Timothy |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 201 | Cooley, Audrey |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 16 | Cooper, Ariel L. |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1901 | Cooper, Barbara |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 37 | Corral, Phillip "Jonathan" J. |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 201 | Cotan, Sarah |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Cotan, Sarah |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1903 | Coto, Sonja |
| 2111 Whispering Willows Apartments - 2111 E. White Oak Ct Nampa, ID 83687 | 102 | Coursey, Charles |
| THU304b-L - 304 E. Ivy Glade St. Kuna, ID 83634 | THU304b-L | Cowan, Jesse  W. |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 103 | Cowman, Sarah |
| Locust Common HOA - XXXXX XXXXX, AZ | 1008 | Cozby, Raymond |
| SCHDavisa - N. Davis Ct. Nampa, ID 83651 | 140 | Crabtree, Destinee L. |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2647 | Crabtree, Heather |
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 201 | Cragun, Elena |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 201 | Cragun, Elena |
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 201 | Cragun, Jordan |
| 1210Manitou - 1210 Manitou Ave Boise, ID 83706 | 1210Manitou | Cramer, Sara |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 865 | Crane, Clinton & Leslie |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 101 | Cranor, Tracy |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Cranor, Tracy |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 101 | Creech, Andrew |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 184 | Cresap, Jesse |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Crowell, Andrew |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 165 | Cupples, Amy N. |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 165 | Cupples, Micheal W. |
| Glen Manor Apartments - 925 N. 9th St Boise, ID 83702 | 15 | Curtis, Matthew |
| GAN326.327a-L - 3268.70 N. Mitchell Street Boise, ID 83704 | 3270 | Curtiss, Kayla |
| Ressiguie - 1605 Ressiguie Boise, ID 83702 | 1 | D'az, Angel |
| Ressiguie - 1605 Ressiguie Boise, ID 83702 | 1 | D'az, Samantha |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3015 | D.K. Buckley, LLC, D.K. Buckley, LLC |
| Heron & 18th - 1710 Heron Boise, ID 83702 | 1714 | Dacolias, Christopher |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1921 | Dah, Mu |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 205 | Dahl, Beverly |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 28 | Daniels Lawrence, Tonie A. |
| Stephen Ave 2139 - 2139 Stephen Ave Boise, ID 83706 | 102 | Danley (co-signer), Phillip A. |
| Stephen Ave 2139 - 2139 Stephen Ave Boise, ID 83706 | 102 | Danley, Timothy L. |
| Horsechestnut - 339 W. Horsechestnut Kuna, ID | Horsechestnut | Darling, Royce |
| BST143b-L - 1438 N. West 14th St. Meridian, ID 83642 | BST143b-L | Davies, Adam M. |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 101 | Davis, Andrew |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 102 | Davis, Kayla |
| Whispering Willows 2132 - 2132 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Davis, Ronald |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 183 | Dawson, Brianna  L. |
| AND101.250a - 1011 25th St Boise, ID 83702 | 2501.5 | de Anda, Alexandra |
| BOR239b-L - 2392 N. Maxie Way Meridian, ID 83646 | BOR239b-L | Debenham , Brenda "Chyrell" C. |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 240 | Deen, Michaelle |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 209 | Defehr, Leaf |
| Broad - 401-409 Broad St Boise, ID 83702 | 405 | Dejongh, Jake |
| Broad - 401-409 Broad St Boise, ID 83702 | 405 | Dejongh, Jake |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1927 | Del Toro, Marcos |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2882 | Delacruz, Saul |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 153 | Delsied , Carissa  M. |
| Harvestor - 18168 Harvestor Ave Nampa, ID 83687 | Harvestor | DeMarco, Brandon |
| Harvestor - 18168 Harvestor Ave Nampa, ID 83687 | Harvestor | DeMarco, Elyse |
| Dewey 213 - 213 S. Dewey Ave Middleton, ID 83644 | B | Dennis, Janet |
| MAL171a-L - 1716 S. Eagleson Rd. Boise, ID 83704 | 101 | Derrick, Katelyn |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 16-103 | Desilva, Charles |
| MAL171a-L - 1716 S. Eagleson Rd. Boise, ID 83704 | 102 | DeVries, Danielle |
| Stephen Ave 2139 - 2139 Stephen Ave Boise, ID 83706 | 202 | Dewey , Austin |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 126 | Diaz , Christina |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2871 | Diaz, Kelcy |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Dick, Kelly |
| 2007 Whispering Willows Apartments - 2007 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Dike, Jan |
| Whispering Willows 2132 - 2132 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Dillon, Aaron |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2879 | Diriye, *Hawa |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | Driveway Easement | DL Evans Easement Payment |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 201 | Dobson, Marshall |
| Westside Place - 10790 W. Halstead Ln - sold - 10790 W. Halstead Ln- sold Boise, ID 83713 | 201 | Dodson, Charlene |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2659 | Donohue, Evangeline |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|----------|------|--------|
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7220-102 | Donovan, Donna |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 169 | Dow, Danielle |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 169 | Dow, Ryan |
| Corona HOA - 9738 W. Cory Ln Boise, ID 83704 | 2574 | Drehmel, Austin |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7220-101 | Dress, Jan |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 2997 | Drost, Tony |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 898 | Drost, Tony or Jennifer |
| Turtle Dove - 204 Turtle Dove Nampa, ID 83651 | Turtle Dove | Drury, Benjamin |
| HYD193b-L - 1933 18th St Boise, ID 83702 | 1933 1/2 | Dubkowski, Laren D. |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Dudley, Amanda |
| Broad - 401-409 Broad St Boise, ID 83702 | 401 | Dueling, Tyler |
| Broad - 401-409 Broad St Boise, ID 83702 | 401 | Dueling, Tyler |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2627 | Dukes, Kristine |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 141 | Duran, Blanca  R. |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 187 | Duran, Jessica |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 141 | Duran, Oliva |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 102 | Durbin, Elizabeth |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2841 | Durbin, Jared |
| MAL317a-L - 317 E. 39th St. Garden City, ID 83714 | 317 | Dyer, Michael |
| MAL317a-L - 317 E. 39th St. Garden City, ID 83714 | 317 | Dyer, Tuesday |
| W. Idaho - 437 W. Idaho Meridian, ID 83642 | A | Easter, @Carol |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 24 | Eaton, Lindsey |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2023 | ED3 Properties, LLC, ED3 Properties, LLC |
| McClure - 180 MClure Ave Nampa, ID 83651 | McClure | Edwards, Shannon |
| Davis Court - 131 Davis Court Nampa, ID 83651 | 131 | Edwards, Travis |
| 131 N. Davis Court - 131 Davis Ct Nampa, ID 83651 | 131 N. Davis Court | Edwards, Travis |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 101 | Egusquiza, Ralph |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 101 | Egusquiza, Shannon |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Eickmeyer, Shea |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 193 | Eilers, Cheryl |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Manville - 286-288 S. Manville Boise, ID 83705 | 288 Manville | Eldredge, Casey |
| Manville - 286-288 S. Manville Boise, ID 83705 | 288 Manville | Eldredge, Pada |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 201 | Ellis, Alexandria |
| 2403-2421 S. Kimball Ave - 2403 S. Kimball Ave Caldwell, ID 83605 | 5 | Ellis, Jodi |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1955 | Ellis, Marnie |
| AND101.250a - 1011 25th St Boise, ID 83702 | 2501 | Ellsworth, Kimberly  R. |
| AND101.250a - 1011 25th St Boise, ID 83702 | 2501 | Ellsworth, Scott A. |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1935 | Emmert, David |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 102 | English, Bridger |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 187 | Epperson, David |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 103 | Espinoza, *Barbara |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Estes, @Cecilia |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1957 | Everhart, Joseph |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 39 | Ewing, Gary |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7180-201 | Ezell, *George Scott |
| ***NO LONGER MANAGE*** VISTA PROPERTY - 2638 Bedford Ln Boise, ID 83705 | 2830 | Faccini, Sharon |
| BST143b-L - 1438 N. West 14th St. Meridian, ID 83642 | BST143b-L | Fairchild, Heather  M. |
| 703 & 705 Highland St - 703-705 Highland St Boise, ID 83706 | 703 | Farnes, Nita |
| 703 & 705 Highland St - 703-705 Highland St Boise, ID 83706 | 703 | Farness, Herb |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2812 | Feeney Vaughn, Carol |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2633 | Feeney, @Kathryn |
| BBA280b-L - 2801 N. Ash Park Ln Boise, ID 83704 | BBA280b-L | Ferbrache, Jessica |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 914 | Field, Philip & Linda |
| MAL171a-L - 1716 S. Eagleson Rd. Boise, ID 83704 | 101 | Fillman, Donald W. |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 101 | Fillmore, Jared |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 101 | Fillmore, Mackenzie |
| SCHDavisa - N. Davis Ct. Nampa, ID 83651 | 130 | Fisk, Larry N. |
| SCHDavisa - N. Davis Ct. Nampa, ID 83651 | 130 | Fisk, Penny M. |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Fite, Casey |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Joe Robbie Ave 5290 - 5290 N. Joe Robbie Boise, ID 83713 | Joe Robbie Ave 5290 | Fletcher, @Alana |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 02 | Flores, Alejandro |
| 35 Whispering Willows Apartments - 35 White Oak Ln Nampa, ID 83687 | 102 | Forbes, Charles |
| 35 Whispering Willows Apartments - 35 White Oak Ln Nampa, ID 83687 | 102 | Forbes, Kelsey |
| Whispering Willows Apartments - 5 - 2112 White Oak Ln Nampa, ID 83687 | 102 | Forrester, Thomas |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 202 | Fortner, Sylvia |
| Whispering Willows Apartments - 1 - 45 White Oak Ln Nampa, ID 83687 | 101 | Foster, Albert |
| Whispering Willows Apartments - 32 White Oak Ln Nampa, ID 83687 | 101 | Foster, Albert |
| Whispering Willows Apartments - 1 - 45 White Oak Ln Nampa, ID 83687 | 101 | Foster, Lesley |
| Whispering Willows Apartments - 32 White Oak Ln Nampa, ID 83687 | 101 | Foster, Lesley |
| 35th & Good Apartments - 35th & Good St Boise, ID 83703 | 2124 | Fowler, *Rachel |
| Whispering Willows Apartments - 5 - 2112 White Oak Ln Nampa, ID 83687 | 101 | Fox, Amy |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Franklin, Nicole |
| 922 & 926 Meridian Rd - 922-926 Meridian Rd Meridian, ID 83642 | 926 | Franks, Jae |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 242 | Fray, Roseann |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 102 | frazier, jabril N. |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2676 | Freels, Richard |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2676 | Freels, Theresa |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 929 | Frost, Clare |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3032 | Frost, Clare |
| Stephen Ave 2139 - 2139 Stephen Ave Boise, ID 83706 | 201 | Frost, Scott D. |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 179 | Fry, Erica L. |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 104 | Gaddis, Kathryn |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 104 | Gaddis, Wayne |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 23 | Gaffney, Mary |
| 39 Whispering Willows Apartments - 39 White Oak Ln Nampa, ID 83687 | 201 | Gaffrey, James |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 38 Whispering Willows Apartments - 38 White Oak Ln Nampa, ID 83687 | 101 | Gale, Dan |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 24 | Gallagher, Chelsea |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 12 | Gallagher, Chelsea |
| Whispering Willows Apartments - 2 - 2111 White Oak Ln Nampa, ID 83687 | 102 | Gallinger, Justin |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1126 | Galloway, Steve |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 03 | galvan, alejandra  f. |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 16-101 | Gamble, Travis  S. |
| Broad - 401-409 Broad St Boise, ID 83702 | 401 | Ganschow, Luke |
| Broad - 401-409 Broad St Boise, ID 83702 | 401 | Ganschow, Luke |
| 2216 Whispering Willows Apartments - 2216 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Garbutt, Amanda |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 135 | Garcia , Jaime |
| 4th Street South - 910 4th St South Nampa, ID 83651 | 912 | Garcia, Alexandria |
| 4th Street South - 910 4th St South Nampa, ID 83651 | 912 | Garcia, Edward |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 24-101 | Garcia, Mandee |
| MAL171a-L - 1716 S. Eagleson Rd. Boise, ID 83704 | 201 | Garcia-Rubin, Rosie A. |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 20-102 | Garrett, Shannon |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1915 | Garza, Pedro |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 11 | Garza, Rosalia |
| W. Idaho - 437 W. Idaho Meridian, ID 83642 | B | Garza, Tony |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2885 | George, Alyshia |
| Leadville - 1123 Leadville Ave Boise, ID 83706 | Leadville | Gerke, Abby |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 166 | Gerritsen , Falane |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 166 | Gerritsen , Michael |
| Esquire - 3148 N. Esquire Drive Boise, ID 83704 | 201 | Giles, Alex |
| Esquire - 3148 N. Esquire Drive Boise, ID 83704 | 201 | Giles, Monica |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 105 | Gilt, Mary |
| BST510b-L - 510 Lynhurst Dr Meridian, ID 83642 | BST510b-L | Givens, Ross |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 28-102 | Glankler, Chelene |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 28-102 | Glankler, Ryanne |
| Overland 1887 - 1887 Overland Rd. Boise, ID 83705 | 102 | Glauner (Vitley), Karla |
| Whispering Willows 2208 - 2208 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Glazer, David |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 4046 & 4048 Garnet St - 4048 Garnet St Boise, ID 83703 | 4046 | Glenn, Elizabeth |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 202 | Glorfield, Jordyn |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 102 | Goddard, Stephanie |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 38 | Golden Tiger Properties, LLC, Golden Tiger Properties, LLC |
| 1035 S. 20th - 1035 20th Street S Nampa, ID 83687 | 1035 S. 20th | Goldsmith, Chad |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 505-103 | Gomez, Covis |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1124 | Gonzalez, Rocio |
| 703 & 705 Highland St - 703-705 Highland St Boise, ID 83706 | 705 | Goold, Barry |
| 703 & 705 Highland St - 703-705 Highland St Boise, ID 83706 | 705 | Goold, LaPreal |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2831 | Gorley, *Katherine |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2831 | Gorley, *Preston |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 02 | Goss, Derek |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 02 | Goss, Isaac |
| Glen Manor Apartments - 925 N. 9th St Boise, ID 83702 | 20 | Gosswiller, James |
| Whispering Willows Apartments - 1 - 45 White Oak Ln Nampa, ID 83687 | 101 | Gouge, Carly |
| 2325 Five Mile House - 2325 S. Five Mile Rd Boise, ID 83709 | 1/2 | Gowing, Robert |
| 323 & 325 E. Bannock St - 323 E. Bannock St Boise, ID 83702 | 323-A | Goyden, Jacob |
| 1035 S. 20th - 1035 20th Street S Nampa, ID 83687 | 1035 S. 20th | Graham, Timothy |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2216 Whispering Willows Ln | Gratalo, Matthew |
| 2123 Whispering Willows Apartments - 2123 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Graves, Robert |
| Whispering Willows 2132 - 2132 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Gray, Brian |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2115 | Great West Property, LLC, Great West Property, LLC |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2107 | Great West Property, LLC, Great West Property, LLC |
| 111 S. 19th Ave - 111 19th Ave S. Nampa, ID 83651 | House | Green, David |
| 111 S. 19th Ave - 111 19th Ave S. Nampa, ID 83651 | House | Green, Melynda |
| 2216 Whispering Willows Apartments - 2216 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Green, Rex |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | GAR-6 | Green, Rex |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 181 | Green, Shanlyne |
| 39 Whispering Willows Apartments - 39 White Oak Ln Nampa, ID 83687 | 201 | Greene, Timothy |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 186 | Griffith , Vincent |
| Sea Breeze 2606 - 2606 Sea Breeze St Caldwell, ID 83605 | Sea Breeze 2606 | Grim, Danny |
| Sea Breeze 2606 - 2606 Sea Breeze St Caldwell, ID 83605 | Sea Breeze 2606 | Grim, Shanna |
| Westside Place - 10769 W. Halstead Ln - 10769 W. Halstead Ln Boise, ID 83713 | 202 | Groff, Marissa |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7220-101 | Gudmundson, Cheryl |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Gunstream, Tyler |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 939 | Gurican, Kerry |
| 11th Ave S - 407 11th Ave S Nampa, ID 83687 | 103 | Gutierrez, Joel |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2808 | Gutierrez, Karen |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2808 | Gutierrez, Martha |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 186 | Guy, Jessica |
| 4th Street South - 910 4th St South Nampa, ID 83651 | 910 | Guzmon, Juan |
| Stephen Ave 2139 - 2139 Stephen Ave Boise, ID 83706 | 202 | Haddadin , Rami |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 103 | Hadley, Heather |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 103 | Hadley, Mike |
| 2111 Whispering Willows Apartments - 2111 E. White Oak Ct Nampa, ID 83687 | 101 | Hairston, Richard |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 185 | Halby-Fry, Connie |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 16-103 | Hall, Amy |
| Summerset Park - DO NOT USE-NOW IN PARADIGM 1401 N. Eldorado St. Boise, ID 83704 | 1403-102 | Hall, Isaac  s. |
| E. State Ave - 13 & 17 E. State Ave Meridian, ID 83642 | 13 | Hall, Joseph |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 10 | Hall, Walter |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2833 | Hammond, Kent |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Hammons, Kari |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Hammons, Ray |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2007 | Hand, Clifford |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2209 | Hansen, Robert |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 38 | Harbour, Cathleen |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 38 | Harbour, Justyne |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 182 | Hare, John |
| Glen Manor Apartments - 925 N. 9th St Boise, ID 83702 | 22 | Harloe, Aaron |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 102 | Harney, Andrew |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 102 | Haro, Camille |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 102 | Haro, Felix |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 176 | Harper , Loren |
| Leadville - 1123 Leadville Ave Boise, ID 83706 | Leadville | Harrie, Lindsey |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 28-102 | Harris, Derek |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2881 | Harris, Kristopher |
| Esquire - 3148 N. Esquire Drive Boise, ID 83704 | 101 | Hartman, Melissa  D. |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 101 | Hartness, Jonathan |
| Whispering Willows 2132 - 2132 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Hastain, Reva |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 23 | Hatch, Ben |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2825 | Hawes, Derek |
| BOR197b-L - 1972 Rattlesnake Dr Meridian, ID 83646 | BOR197b-L | Hawk, Carolyn |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 12 | Henderson, @Brady |
| MAL171a-L - 1716 S. Eagleson Rd. Boise, ID 83704 | 202 | Henneman, Brina E. |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 16-104 | Henrichs, Jessica C. |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 2992 | Henrickson, Tyson |
| Dewey Ave Apartments - 209 S. Dewey Ave Middleton, ID 83644 | A | Henry, Caryn |
| SCHDavisa - N. Davis Ct. Nampa, ID 83651 | 140 | Heredia, Juan M. |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 201 | Hernandez, Freddy |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 202 | Hernandez, Freddy |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 202 | Hernandez, Freddy |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Hernandez, Freddy |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 126 | Hernandez, German |
| Davis Court - 131 Davis Court Nampa, ID 83651 | 131 | Hernandez, Kristina |
| 131 N. Davis Court - 131 Davis Ct Nampa, ID 83651 | 131 N. Davis Court | Hernandez, Kristina |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 101 | Hernandez, Rodrigo |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 133 | Hernandez, Traci |
| 25th and Ellis - 1011 N. 25th Boise, ID 83702 | 1011 | Herndon, Mary |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2657 | Herron, Cathy |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2872 | Herzog, Diana |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2872 | Herzog, Michael |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 202 | Hesse, Maria |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 153 | Hett, Ashley |
| Turtle Dove - 204 Turtle Dove Nampa, ID 83651 | Turtle Dove | Hickey, William |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 202 | Hiemstra, Stephanie |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 26 | Hill, Brandi |
| 39 Whispering Willows Apartments - 39 White Oak Ln Nampa, ID 83687 | 201 | Hill, Daniel |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 102 | Hill, Deborah |
| Broad - 401-409 Broad St Boise, ID 83702 | 405 | Hill, Gary |
| Broad - 401-409 Broad St Boise, ID 83702 | 405 | Hill, Gary |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 201 | Hill, Jake |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 201 | Hill, Leah |
| AND101.250a - 1011 25th St Boise, ID 83702 | 2501 | Hill, Nicholas S. |
| 25th and Ellis - 1011 N. 25th Boise, ID 83702 | 25011/2 | Hilt, Brooke |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2884 | Hinchcliff, @Mason |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 102 | Hinjosa, Danielle |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1122 | Hinkley, Faye |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 202 | Hinojosa, Maria |
| Locust Common HOA - XXXXX XXXXX, AZ | 1005 | HOA Payment, Jack A. Isaaman Revocable Living Trust |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 505-104 | Hodson, Kelly J. |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 17 | Hoerth, Aimee R. |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 04 | Hoerth, Aimee R. |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 173 | Hoffman, Cassandra  L. |
| Camellia Ave - 223 Camellia Ave Meridian, ID 83605 | Camellia Ave | Hogarth, Lisa |
| Dewey 205 - 205 S. Dewey Ave Middleton, ID 83644 | B | Holcomb, Kim |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 201 | Holden, Austin |
| Nez Perce - 8 - 4148 Nez Perce St Boise, ID 83705 | 201 | Holden, Austin |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 201 | Holden, Joelle |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All

**Tenant Status:** Future, Current, and Notice

**Tenant Type:** Financially Responsible

**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Nez Perce - 8 - 4148 Nez Perce St Boise, ID 83705 | 201 | Holden, Joelle |
| 2123 Whispering Willows Apartments - 2123 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Holland, Cheryl |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 505-102 | Holland, Cheryl |
| AND101.250a - 1011 25th St Boise, ID 83702 | 1011 | Holloway, Cassidy J. |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2815 | Holm, Felecia |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 28-102 | Holman, Rachel |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 07 | Holway, Alexis |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 12 | Hone, Brian |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 24 | Hooper, Cameron |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2828 | Hooper, Patrick |
| Nez Perce - 8 - 4148 Nez Perce St Boise, ID 83705 | 201 | Hope, Heidi |
| 2325 Five Mile House - 2325 S. Five Mile Rd Boise, ID 83709 | 1/2 | Horneman, Alexis |
| Leadville - 1123 Leadville Ave Boise, ID 83706 | Leadville | Hough, Kimberly |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 201 | Housh, Kristopher |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 11 | Howerton, Tricia |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2888 | Hudson, @Mark |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Huerta, Daniel |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 24-103 (W/D) | Huff, Joseph |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 202 | Hunt, @Kevin |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 101 | Hutchins, John |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 101 | Hutchins, Megan |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2882 | Hutto, Sherry |
| Broad - 401-409 Broad St Boise, ID 83702 | 409 | Huwer, Alex |
| Broad - 401-409 Broad St Boise, ID 83702 | 409 | Huwer, Alex |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 175 | Iglesias, Katelynn  M. |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7180-202 | Isenberg, Salina |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 23 | Iser, *Jessica |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 16-104 | Ivey, Adam T. |
| Locust Common HOA - XXXXX XXXXX, AZ | 1023 | Jack A. Isaaman Revocable Living Trust, Jack A. Isaaman Revocable Living Trust |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 939 | Jackman, Richard |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 212 | Jackson, Sydnee |
| E. State Ave - 13 & 17 E. State Ave Meridian, ID 83642 | 17 | Janson, Jillian |
| BOR150b-L - 1505 NW 1st St. Meridian, ID 83642 | BOR150b-L | Jaques, Ron |
| Westside Place - 10712 W. Halstead Ln. - 10712 W. Halstead Ln. Boise, ID 83713 | 201 | Jasso, Beatriz |
| Westside Place - 10712 W. Halstead Ln. - 10712 W. Halstead Ln. Boise, ID 83713 | 201 | Jasso, Jose |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2887 | Jeffcoat, Tasha |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 32 | Jeffrey & Tammy, Schiller |
| GAN326.327a-L - 3268.70 N. Mitchell Street Boise, ID 83704 | 3268 | Jenkins, Leslie |
| Astaire - 3019 N. Astaire Ave Meridian, ID 83646 | Astaire | Jensen, Gary |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2870 | Jensen, Gessyka |
| Astaire - 3019 N. Astaire Ave Meridian, ID 83646 | Astaire | Jensen, Heather |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2008 | Jentzsch, Bryan |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 35 | Jentzsch, Bryan |
| 1000 & 1002 Clover St - 1000-1002 Clover St Boise, ID 83703 | 1000 | Jeppson, Skyler |
| Ressiguie - 1605 Ressiguie Boise, ID 83702 | 827 | Jeske, Ben A. |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 202 | Johns, Shiann |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 12 | Johnson, Briana |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 151 | Johnson, Jacob |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 202 | Johnson, Marie |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 102 | Johnson, McKenzie |
| Westside Place - 10790 W. Halstead Ln - sold - 10790 W. Halstead Ln- sold Boise, ID 83713 | 202 | Johnson, Merrick |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 06 | Joiner, Darrick M. |
| Broad - 401-409 Broad St Boise, ID 83702 | 405 | Jones, Clinton |
| Broad - 401-409 Broad St Boise, ID 83702 | 405 | Jones, Clinton |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 24 | Jones, Darice |
| 323 & 325 E. Bannock St - 323 E. Bannock St Boise, ID 83702 | 323-C | Jones, Edith |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2832 | Jones, Joseph |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 42 | Jones, Leila  M. |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2874 | Jones, Michael |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 24 | Jones, Nathan |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 23 | Jones, Regina |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All

**Tenant Status:** Future, Current, and Notice

**Tenant Type:** Financially Responsible

**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 01 | Jones, Richard |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 25 | Joseph, Ariel M. |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 183 | Juarez, Efrain |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2655 | Juarez, Judy |
| Broad - 401-409 Broad St Boise, ID 83702 | 401 | Kaiser, Andrew |
| Broad - 401-409 Broad St Boise, ID 83702 | 401 | Kaiser, Andrew |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2022 | Kaminiski, Stephen |
| 139 N. Davis Court - 139 Davis Court # 139 Nampa, ID 83651 | 139 N. Davis Court | Kamppi, @Calvin |
| 111 S. 19th Ave - 111 19th Ave S. Nampa, ID 83651 | Studio | Kane, John |
| MAL171a-L - 1716 S. Eagleson Rd. Boise, ID 83704 | 202 | Karr, Zoe A. |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 101 | Karrick, Isaac |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 101 | Karrick, Kristina |
| Broad - 401-409 Broad St Boise, ID 83702 | 409 | Kaster, Gavin |
| Broad - 401-409 Broad St Boise, ID 83702 | 409 | Kastner, Gavin |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2868 | Kawaguchi, Cassandra |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2868 | Kawaguchi, Nancy |
| 2111 Whispering Willows Apartments - 2111 E. White Oak Ct Nampa, ID 83687 | 102 | Keener, Jennifer |
| 2111 Whispering Willows Apartments - 2111 E. White Oak Ct Nampa, ID 83687 | 202 | Kellogg, Ethan |
| 2111 Whispering Willows Apartments - 2111 E. White Oak Ct Nampa, ID 83687 | 202 | Kellogg, Jordyn |
| Leadville - 1123 Leadville Ave Boise, ID 83706 | Leadville | Kennings, Daren |
| 323 & 325 E. Bannock St - 323 E. Bannock St Boise, ID 83702 | 325-D | Kertesz, Hannah |
| SCH32b-L - 32 S. White Oak Ln Nampa, ID 83687 | 101 | Kezerle, Kelsie |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2810 | Khazayee, Mohammad |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 207 | Kidwell, Michael |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 12-104 | Kienholz, Donell C. |
| 25th and Ellis - 1011 N. 25th Boise, ID 83702 | 10111/2 | King, Kristy |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Kingston, Christopher |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 24 | Kinslow, Andrea |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 24 | Kinslow, Nick |
| 2123 Whispering Willows Apartments - 2123 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Kipping, Lucille |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| BST802b-L - 8020 Dorian St Boise, ID 83709 | BST802b-L | Kishpaugh, Drew W. |
| 7th St - 918 - 920 N. 7th St Boise, ID 83702 | 4 | Klemach, Deanna |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 187 | Knight, Mystria |
| Glen Manor Apartments - 925 N. 9th St Boise, ID 83702 | 21 | Kobbe, Justin |
| AND101.250a - 1011 25th St Boise, ID 83702 | 1011.5 | Koonce, Sara |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Kritzer, Lindsy |
| 2216 Whispering Willows Apartments - 2216 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Krohn, *Crickett |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 101 | Kubalik, Andrew |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Kuck, Macquel |
| HAN220b-L - 2209 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Kulas, Charles |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 201 | Kunz, Taylor |
| Dewey 213 - 213 S. Dewey Ave Middleton, ID 83644 | A | Kurtz, Euretta |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1953 | Lacer, Kristy |
| 922 & 926 Meridian Rd - 922-926 Meridian Rd Meridian, ID 83642 | 926 | Laird, DeWayne |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 102 | Laird, Jacob |
| 2216 Whispering Willows Apartments - 2216 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Laming, Billie |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1947 | Landry, Keri |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Lane, Kailey |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 12 | LaPrelle, Henrietta |
| Dewey 205 - 205 S. Dewey Ave Middleton, ID 83644 | A | Larcade, Michael |
| Hudson - 117 Hudson Ave Nampa, ID 83651 | F | Larsen, Matthew |
| 2015 Whispering Willows Apartments - 2015 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Larson, Matthew |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 942 | Laufenberg, James & Tamra |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 201 | Lawler, Alexandra |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 201 | Lawler, Robert |
| 7th St - 918 - 920 N. 7th St Boise, ID 83702 | 2 | Lawless, Thomas |
| SCHDavisa - N. Davis Ct. Nampa, ID 83651 | 133 | Leal, Cody J. |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 949 | Lebo, Kasey |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 24-104 | Lee, jake |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Whispering Willows Apartments - 5 - 2112 White Oak Ln Nampa, ID 83687 | 201 | Lee, Ronald |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2882 | Lewis, Mary |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Lewis, Stephanie |
| McClure - 180 MClure Ave Nampa, ID 83651 | McClure | Libbee, Micheal |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 153 | Licea Toledo, Miguel |
| RIC165b-L - 1658 W. Bayeux Dr. Meridian, ID 83642 | RIC165b-L | Lilly , Summer |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 48 | Linares, Anna |
| STI131b-L - 1310 Kimra St. Meridian, ID 83642 | STI131b-L | Lindsey, James |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 202 | Lindstrom, Brittany |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 06 | Ling, Ashley |
| 4046 & 4048 Garnet St - 4048 Garnet St Boise, ID 83703 | 4046 | Linnenburger, Tereza |
| Nez Perce - 8 - 4148 Nez Perce St Boise, ID 83705 | 102 | Lipson (Owner), Dane |
| Esquire - 3148 N. Esquire Drive Boise, ID 83704 | 202 | Lively, Carol |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 03 | llamas, felipe |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 2981 | LLC, Brandywine |
| Locust Common HOA - XXXXX XXXXX, AZ | 1020 | LMG, SF Dragon |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 109 | Lofthus, Sarah |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 101 | Logan, Brandon |
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 202 | Long, Skyla |
| 922 & 926 Meridian Rd - 922-926 Meridian Rd Meridian, ID 83642 | 922 | Longoria, Rudolfo |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 102 | Lopez, Esther A. |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2868 | Lopez, Paul |
| Dewey 207 - 207 S. Dewey Ave Middleton, ID 83644 | B | Lopez, Rachel |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 30 | Lord, Anthony M. |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Love, Molly |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7220-101 | Loveall, Rulynn |
| AND101.250a - 1011 25th St Boise, ID 83702 | 1011.5 | Lovelady, Samuel C. |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 202 | Lovell, Joseph |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 43 | Lovell, Krin K. |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 12 | Lowe, Robert |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 12 | Lowe, Robin |
| 1000 & 1002 Clover St - 1000-1002 Clover St Boise, ID 83703 | 1002 | Lowers, Chris |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1925 | Lu, Lu |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2655 | Lucas, George (Chris) |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Luna, Joseph |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1122 | Lundt, Jessica |
| Whispering Willows Apartments - 2 - 2111 White Oak Ln Nampa, ID 83687 | 202 | Lundt, Nathan |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1122 | Lundt, Nathan |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 23 | Macho, Matthew |
| STI437b-L - 437 W. Idaho St Meridian, ID 83642 | D | MacKenzie, Shannon E. |
| OLI404a-L - 4046 - 4048 Garnet Boise, ID 83703 | 4046 | Madden, Ryan |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 28-103 | Mahoney, Jenna I. |
| Dewey Ave Apartments - 209 S. Dewey Ave Middleton, ID 83644 | A | Mair, Joshua |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1933 | Mallett, Ashley |
| OLI404a-L - 4046 - 4048 Garnet Boise, ID 83703 | 4048 | Malone, Erin Molly |
| Whispering Willows Apartments - 1 - 45 White Oak Ln Nampa, ID 83687 | 102 | Mamani, Ana |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 152 | Manning , Nicholas |
| 1000 & 1002 Clover St - 1000-1002 Clover St Boise, ID 83703 | 1002 | Manning, Chris@ |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 204 | Marang, Gloria |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 102 | Marks, Kelly |
| 922 & 926 Meridian Rd - 922-926 Meridian Rd Meridian, ID 83642 | 926 | Marsh, Anthony |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 27 | Marsh, Tony G. |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 945 | Martensen, Marylynn G. |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2016 | Martin Management, LLC, Martin Management, LLC |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7180-101 | Martin, Deborah |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7180-101 | Martin, Kenneth |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 28 | Martin, Nathan  A. |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All

**Tenant Status:** Future, Current, and Notice

**Tenant Type:** Financially Responsible

**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 17 | Martin, Savannah |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2867 | Martinez, *Michael |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 947 | Martinez, Erik |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 947 | Martinez, Ignacio |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 941 | Martinez, Jerry |
| 2111 Whispering Willows Apartments - 2111 E. White Oak Ct Nampa, ID 83687 | 201 | Mason, Rick |
| Esquire - 3148 N. Esquire Drive Boise, ID 83704 | 101 | Massee, Kevin C. |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2873 | Mastin, Dennis |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2875 | Matagaro, @Eliud |
| Targee - 9969 W. Targee St Boise, ID 83709 | Targee | Mateescu, Dumitru |
| Targee - 9969 W. Targee St Boise, ID 83709 | Targee | Mateescu, Mihaela |
| Nez Perce - 4148 Nez Perce St Boise, ID 83705 | 202 | Matus, Jasmine |
| Nez Perce - 8 - 4148 Nez Perce St Boise, ID 83705 | 202 | Matus, Jasmine |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 202 | Matus, Tobias |
| Nez Perce - 8 - 4148 Nez Perce St Boise, ID 83705 | 202 | Matus, Tobias |
| Hudson - 117 Hudson Ave Nampa, ID 83651 | B | Maxey, Holly |
| 2403-2421 S. Kimball Ave - 2403 S. Kimball Ave Caldwell, ID 83605 | 6 | Maxwell, Lisa |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 189 | May, Amber |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 189 | May, Tyler |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2629 | Mazile, Nerobie |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 120 | McAlvain , WIlliam |
| 4046 & 4048 Garnet St - 4048 Garnet St Boise, ID 83703 | 4048 | McBride, Dena |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 12 | McCarroll, Gina |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 12 | McCarroll, Wade |
| Manville 2 - 300-302 S. Manville Boise, ID 83705 | 300 Manville | McClinton, Robert |
| Whispering Willows 2208 - 2208 E. Whispering Willow Ln Nampa, ID 83687 | 202 | McCracken, Hannah |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 20-103 | McDaid, Rayne |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 104 | McDermitt, Cassie |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 41 | McFaddin, *Ron |
| Glen Manor Apartments - 925 N. 9th St Boise, ID 83702 | 24 | McGill, Brendon |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 208 | McGill, Michael |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 175 | McGowan, Renton L. |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 202 | McHugo, Sydney |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All

**Tenant Status:** Future, Current, and Notice

**Tenant Type:** Financially Responsible

**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 25th and Ellis - 1011 N. 25th Boise, ID 83702 | 2501 | McLeod, Josh |
| 2207 Oak St - 2207 E. Oak Caldwell, ID 83605 | 2207 Oak St | McMillan, James |
| Oak St - 2207 E. Oak St Caldwell, ID 83605 | Oak St | McMillian, Cathy |
| 2207 Oak St - 2207 E. Oak Caldwell, ID 83605 | 2207 Oak St | McMillian, Cathy |
| 39 Whispering Willows Apartments - 39 White Oak Ln Nampa, ID 83687 | 201 | McMurrian, Alice |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 102 | McNichols, Jeremy |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 102 | McWhirter, Walter |
| STI437b-L - 437 W. Idaho St Meridian, ID 83642 | B | Meade, Thomas  P. |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Means, Trevor |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 102 | Medina, Anselmo |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 102 | Medina, Maria |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1913 | Mehanovic, Enes |
| Hudson - 117 Hudson Ave Nampa, ID 83651 | E | Menaz, Pablo |
| Bottlebrush - 3441 N. Bottlebrush Boise, ID 83713 | Bottlebrush | Mendenhall, *Lacey |
| Nez Perce - 8 - 4148 Nez Perce St Boise, ID 83705 | 201 | Mendez, Lauren |
| Westside Place - 10769 W. Halstead Ln - 10769 W. Halstead Ln Boise, ID 83713 | 202 | Mendoza, Esther |
| Hudson - 117 Hudson Ave Nampa, ID 83651 | D | Mendoza, Isabel |
| Overland 1887 - 1887 Overland Rd. Boise, ID 83705 | 202 | Messenger ( Co Signer ), Ezekeil |
| Overland 1887 - 1887 Overland Rd. Boise, ID 83705 | 202 | Messenger, Jana |
| Overland 1887 - 1887 Overland Rd. Boise, ID 83705 | 202 | Messenger, Ted |
| 35th & Good Apartments - 35th & Good St Boise, ID 83703 | 2118 | Mewes, Anthony |
| 35th & Good Apartments - 35th & Good St Boise, ID 83703 | 2128 | Meyer, Karen |
| 25th and Ellis - 1011 N. 25th Boise, ID 83702 | 2501 | Meyers, Cadie |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 149 | Miethe, Amber L. |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 149 | Miethe, Michael B. |
| AND101.250a - 1011 25th St Boise, ID 83702 | 2501 | Milanez, Jessica |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 42 | Milender, Joseph |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1939 | Milko, @Tommy |
| Whispering Willows Apartments - 3 - 2124 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Millard, Rebecca |
| SCHDavisa - N. Davis Ct. Nampa, ID 83651 | 141 | Miller**, **Brenda S. |
| W. Idaho - 437 W. Idaho Meridian, ID 83642 | A | Miller, Alisha |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Dewey 213 - 213 S. Dewey Ave Middleton, ID 83644 | A | Miller, Bruce |
| Dewey 213 - 213 S. Dewey Ave Middleton, ID 83644 | A | Miller, Katelynn |
| 35th & Good Apartments - 35th & Good St Boise, ID 83703 | 2118 | Miller, Taryn |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 101 | Minick, Rosie C. |
| Hudson - 117 Hudson Ave Nampa, ID 83651 | C | Minor, Randy |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | GAR-3 | Mishler, Susan |
| Dewey 213 - 213 S. Dewey Ave Middleton, ID 83644 | A | Moats, Patches |
| 39 Whispering Willows Apartments - 39 White Oak Ln Nampa, ID 83687 | 102 | Modero, Maria |
| Broad - 401-409 Broad St Boise, ID 83702 | 409 | Molyneux, Ben |
| Broad - 401-409 Broad St Boise, ID 83702 | 409 | Molyneux, Ben |
| 2007 Whispering Willows Apartments - 2007 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Moore, *Jeffery |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7220-102 | Moore, Carol |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 201 | Moore, Meghan |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 08 | Mora, Daniel H. |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 06 | Mora, David L. |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2132 | Morale, Richard |
| SON230b-L - 2309 W. Sonoma Ct Meridian, ID 83642 | SON230b-L | Morgan, Nichole T. |
| SON230b-L - 2309 W. Sonoma Ct Meridian, ID 83642 | SON230b-L | Morgan, Robert L. |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2208 | Morreale, Richard & Tina |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 24-102 | Morris , Kristina |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1122 | Morris, Ashley |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1122 | Morris, Wesley |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2817 | Morrison, *Catherine |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2817 | Morrison, *Justin |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 204 | Morrow, Joanna |
| 7th St - 918 - 920 N. 7th St Boise, ID 83702 | 918 1/2 | Morton, Kenneth |
| BST624b-L - 624 Pennwood St Meridian, ID 83642 | BST624b-L | Moser, Carolyn |
| W. Idaho - 437 W. Idaho Meridian, ID 83642 | D | Moser, Chris |
| BST624b-L - 624 Pennwood St Meridian, ID 83642 | BST624b-L | Moser, Darren |
| BST624b-L - 624 Pennwood St Meridian, ID 83642 | BST624b-L | Moser, Darren |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1923 | Moser, Kiel |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3010 | Mountain West IRA, Inc, Mountain West IRA, Inc |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3034 | Mountain West IRA, Inc., # |
| Goldfinch - 19212 Goldfinch Way Caldwell, ID 83605 | Goldfinch | Muller, Mary |
| Goldfinch - 19212 Goldfinch Way Caldwell, ID 83605 | Goldfinch | Muller, Ronald |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 244 | Mulligan, Dorothy |
| Westside Place - 10790 W. Halstead Ln - sold - 10790 W. Halstead Ln- sold Boise, ID 83713 | 102 | Munio-Gomez, Lorena |
| 39 Whispering Willows Apartments - 39 White Oak Ln Nampa, ID 83687 | 101 | Munoz, Yvonne |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 147 | Muraira, Justin S. |
| AND101.250a - 1011 25th St Boise, ID 83702 | 1011.5 | Myers, Joel |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 24 | Myers, Richard |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1909 | Nakashima, Eric |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 101 | NANCOLAS, JOANN |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 12 | Naylor, Jerry |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 201 | Needs, Susan |
| 2007 Whispering Willows Apartments - 2007 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Nelson, Ben |
| 2007 Whispering Willows Apartments - 2007 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Nelson, Kelsey |
| 35 Whispering Willows Apartments - 35 White Oak Ln Nampa, ID 83687 | 101 | Newey, Andrew |
| 35 Whispering Willows Apartments - 35 White Oak Ln Nampa, ID 83687 | 101 | Newey, Trudy |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 04 | Newman, Daniel J. |
| 2403-2421 S. Kimball Ave - 2403 S. Kimball Ave Caldwell, ID 83605 | 8 | Newton, Ron |
| MAL171a-L - 1716 S. Eagleson Rd. Boise, ID 83704 | 202 | Nichols, Melissa K. |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 16 | Niederriter, Joseph P. |
| SCH32b-L - 32 S. White Oak Ln Nampa, ID 83687 | 101 | Nieves Saenz, Gustavo |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 11 | Nill, Sharon |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2124 | Niu, Jung Chien |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1949 | Noeldner, Jennifer |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 201 | Norlin, Charlee |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 201 | Norton, Alyssa |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 201 | Norton, Hailey |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2823 | Norudin, Mohammed |
| 25th and Ellis - 1011 N. 25th Boise, ID 83702 | 25011/2 | Noyes, Stevie |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 323 & 325 E. Bannock St - 323 E. Bannock St Boise, ID 83702 | 323-A | Nyquist, Adele |
| SCHDavisa - N. Davis Ct. Nampa, ID 83651 | 138 | O'Leary, Margaret R. |
| Broad - 401-409 Broad St Boise, ID 83702 | 407 | Oe, Nick |
| Broad - 401-409 Broad St Boise, ID 83702 | 407 | Oe, Nick |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3072 | Okun, David |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2889 | Olachea, Trevor |
| W. Idaho - 437 W. Idaho Meridian, ID 83642 | A | Olifirovskaya, Nataliya |
| W. Idaho - 437 W. Idaho Meridian, ID 83642 | C | Olifirovskaya, Nataliya |
| STI437b-L - 437 W. Idaho St Meridian, ID 83642 | C | Olifirovskaya, Nataliya |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2674 | Olinger, *Renee |
| 25th and Ellis - 1011 N. 25th Boise, ID 83702 | 25011/2 | Oliver, Kristine |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 203 | Olsen, John |
| Hearth Ave - 3117 Hearth Ave Meridian, ID 83646 | Hearth Ave | Olson, Melissa |
| Hearth Ave - 3117 Hearth Ave Meridian, ID 83646 | Hearth Ave | Olson, William |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2810 | Omarzai, Ghulam |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 102 | Orizaba, Cassandra |
| Overland 1887 - 1887 Overland Rd. Boise, ID 83705 | 201 | Ortiz, Jessica |
| Overland 1887 - 1887 Overland Rd. Boise, ID 83705 | 201 | Ortiz, Jose |
| Overland 1887 - 1887 Overland Rd. Boise, ID 83705 | 201 | Ortiz-Dominguez, Elizabeth |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | GAR-1 | Orviatt, Cheryl |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 132 | Ostolaza, Arelis |
| 2007 Whispering Willows Apartments - 2007 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Otto, Bernita |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 33-102 | Oviatt, Cheryl |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2116 | Owned, Bank |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 201 | Palacio, Aspen |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 101 | Pantle, Jessica |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 201 | Paoli, Makennzi |
| Larkwood - 5450 Larkwood Meridian, ID 83646 | Larkwood | Pape, Cathy |
| 323 & 325 E. Bannock St - 323 E. Bannock St Boise, ID 83702 | 323-B | Papke, Lindsay |
| 4th St-No longer Use - 209 4th St Nampa, ID 83651 | 4th St-No longer Use | Paraonteau, Samantha |
| STI437b-L - 437 W. Idaho St Meridian, ID 83642 | A | Parish, Paul |
| STI437b-L - 437 W. Idaho St Meridian, ID 83642 | A | Parish, Sharon |
| 7th St - 918 - 920 N. 7th St Boise, ID 83702 | 1 | Parker, Jennifer |
| SCH32b-L - 32 S. White Oak Ln Nampa, ID 83687 | 102 | Parker, Julia s. |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| GAN326.327a-L - 3268.70 N. Mitchell Street Boise, ID 83704 | 3268 | Parker, Pamela |
| Overland 1887 - 1887 Overland Rd. Boise, ID 83705 | 101 | Parra, Durann |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2670 | Parsons, Johnny |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 187 | Pasky, David |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1963 | Pattan, Kenneth |
| AND101.250a - 1011 25th St Boise, ID 83702 | 1011.5 | Pedersen, Alexander  J. |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1124 | Peek, Karlee |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1124 | Pena, April |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2631 | Pendergraft, Ronald (Herb) |
| Glen Manor Apartments - 925 N. 9th St Boise, ID 83702 | 17 | Pendleton, Airielle |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | GAR-5 | Pennell, Ernie |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 205 | Percifield, Helen |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 102 | Perez Prado, Jaime |
| 35 Whispering Willows Apartments - 35 White Oak Ln Nampa, ID 83687 | 101 | Perez, Megan |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 102 | Perez, Nora |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Perkins, Major (Scott) |
| 1000 & 1002 Clover St - 1000-1002 Clover St Boise, ID 83703 | 1002 | Peterson, Andrew |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Peterson, Joshua |
| Overland 1885 - 1885 Overland Rd. Boise ID, ID 83705 | 101 | Peterson, Joshua |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Peterson, Rachael |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3041 | Peterson, Todd |
| HAN220b-L - 2209 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Petty, Dianne C. |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 13 | Phelps, kim |
| 2123 Whispering Willows Apartments - 2123 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Philips, Cheyanna |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2629 | Phillips, Josey |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 201 | Phillips, Zach |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 195 | Phipps, Jennifer U. |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 201 | Phipps, Krista |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2883 | Pickett, Michael |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 2980 | Pietro & Barbara Rossi Revocable Living Trust, Pietro & Barbara Rossi Revocable Living Trust |
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 202 | Pillers, Ann-Jean |
| HAN220b-L - 2209 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Pina, Claudia |
| Broad - 401-409 Broad St Boise, ID 83702 | 401 | Pittl, Anthony |
| Locust Common HOA - XXXXX XXXXX, AZ | 1011 | PM, Park Place |
| Locust Common HOA - XXXXX XXXXX, AZ | 1014 | PM, Park Place |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2866 | Pollard, James |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2832 | Pope, Kodie |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 181 | Porter, Diane |
| Whispering Willows 2208 - 2208 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Porter, Josh |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 201 | Porter, Kalea |
| Whispering Willows Apartments - 2 - 2111 White Oak Ln Nampa, ID 83687 | 201 | Potter, Daniel |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1929 | Praegitzer, James |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Prather, Bryon |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Prather, Jamie |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 102 | Pratt, Benjamin |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 102 | Pratt, Lorissa |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 202 | Prescott, Erica |
| Turtle Dove - 204 Turtle Dove Nampa, ID 83651 | Turtle Dove | Preston, Diamond |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2108 | Primo Properties, LLC, Primo Properties, LLC |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 102 | Privett, Mike |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 954 | Properties LLC, KS Bartlett |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 929 | Properties LLC, Wawona |
| "DO NOT USE"Cloverbrook - 11939 Cloverbrook Boise, ID 83713 | #202 | Prudnikova, Mariya |
| MAL317a-L - 317 E. 39th St. Garden City, ID 83714 | 319 | Puaali, Muimuivale |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 35th & Good Apartments - 35th & Good St Boise, ID 83703 | 3423 | Puckett, Benjamin |
| 2111 Whispering Willows Apartments - 2111 E. White Oak Ct Nampa, ID 83687 | 102 | Puzan, Brandon |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Pyle, Kimberly |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Pyle, Kimberly |
| Goldfinch - 19212 Goldfinch Way Caldwell, ID 83605 | Goldfinch | Pyles, Jeanette |
| Goldfinch - 19212 Goldfinch Way Caldwell, ID 83605 | Goldfinch | Pyles, Nathan |
| SCHDavisa - N. Davis Ct. Nampa, ID 83651 | 139 | Quilantan, Katrina J. |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 886 | R Legacy, Inc & Buckley Real Estate, R Legacy, Inc & Buckley Real Estate |
| RIC165b-L - 1658 W. Bayeux Dr. Meridian, ID 83642 | RIC165b-L | Rail, Cameron |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2884 | Raines, @Kelsey |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3087 Brandywine Garage | Rama Group LLC |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3065 Brandywine Garage | Rama Group LLC |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 842 Bonsai Garage | Rama Group LLC |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 814 Bonsai Garage | Rama Group LLC |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3113 Acarrera Garage | Rama Group LLC |
| 11th Ave S - 407 11th Ave S Nampa, ID 83687 | 201 | Ramirez, David |
| SCH32b-L - 32 S. White Oak Ln Nampa, ID 83687 | 201 | Ramirez, Jimmy J. |
| 11th Ave S - 407 11th Ave S Nampa, ID 83687 | 201 | Ramirez, Sophie |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 212 | Rawson, John |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 206 | Ray, Deborah |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 210 | Ray, Donna |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7220-201 | Ray, John |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 44 | Rayne, Sidny D. |
| Whispering Willows 2208 - 2208 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Reay, Jamie |
| BST155b-L - 1555 W. Biddick St. Meridian, ID 83642 | BST155b-L | Rebischke, Linda A. |
| 11th Ave S - 407 11th Ave S Nampa, ID 83687 | 201 | Redd, Jason |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 202 | Redmond, Kersteen |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 110 | Redtfeldt, Linda  M. |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 203 | Reese, Charles |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3072 | Reiser-Okun C/O Boise Property Management, Sheila |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 201 | Resing, Cory |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 07 | Reyes, Jesus M. |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2835 | Rhodes, *Anna-Marie |
| E. State Ave - 13 & 17 E. State Ave Meridian, ID 83642 | 17 | Ricks, Whitney |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 182 | Roberson, David |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 134 | Roberts , Fred |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 134 | Roberts , Tammy |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2123 | Roberts, Brent |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 872 | Roberts, Brent |
| Whispering Willows Apartments - 1 - 45 White Oak Ln Nampa, ID 83687 | 102 | Roberts, Chad |
| Whispering Willows Apartments - 1 - 45 White Oak Ln Nampa, ID 83687 | 102 | Roberts, Michelle |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Roberts, Patrick |
| Whispering Willows Apartments - 32 White Oak Ln Nampa, ID 83687 | 201 | Roberts, Tanya |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 154 | Robertson , Logan |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 33 | Robertson, Amber S. |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2645 | Robinson, Frances |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 178 | Robinson, Michele |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 139 | Robles, Janet |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 139 | Robles, Steven |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 210 | Roby**, **Bradley G. |
| 38 Whispering Willows Apartments - 38 White Oak Ln Nampa, ID 83687 | 102 | Rodriguez, Anna |
| 38 Whispering Willows Apartments - 38 White Oak Ln Nampa, ID 83687 | 102 | Rodriguez, Mosiah |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 101 | Rodriguez, Nicole |
| 1210Manitou - 1210 Manitou Ave Boise, ID 83706 | 1210Manitou | Rodwell, Benjamin |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 46 | Rogers(Caciano) , Debra "Deb" M. |
| 7th St - 918 - 920 N. 7th St Boise, ID 83702 | 920 | Rohrbach, Mark |
| Davis Court - 131 Davis Court Nampa, ID 83651 | 133 | Rohrer, Rochelle |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Davis Court - 131 Davis Court Nampa, ID 83651 | 133 | Rohrer, Rochelle |
| 133 N. Davis Court - 133 Davis Court # 133 Nampa, ID 83651 | 133 N. Davis Court | Rohrer, Rochelle |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2889 | Rojas, Paul |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 24 | Roper, Richard |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 180 | Rose , Michelle |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 209 | Rosin, Sarah |
| Leadville - 1123 Leadville Ave Boise, ID 83706 | Leadville | Roskens, Matt |
| Leadville - 1123 Leadville Ave Boise, ID 83706 | Leadville | Roskens, Scott |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 16-105 | Ross, Susan |
| BBA280b-L - 2801 N. Ash Park Ln Boise, ID 83704 | BBA280b-L | Ross, Teal |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 870 | Rozier, John |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 870 | Rozier, Suzanne |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2871 | Rudrapati, Bharat |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1120 | Ryals, Michele |
| Stephen Ave 2141 - 2141 Stephen Ave. Boise, ID 83706 | 102 | Rypien, Brett R. |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 02 | Sames, Elizabeth N. |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 206 | Sanborn, Kirstie |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 23 | Sanchez, Alex |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 101 | Sanchez, Alexandra |
| BST592b-L - 5927 Flamingo Dr. Boise, ID 83704 | BST592b-L | Sanchez, Gene |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 44 | Sanchez, Jadyn |
| 1812 & 1814 E Linden St - 1812 E Linden St Caldwell, ID 83605 | 1814 | Sanchez, Jose |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 101 | Sanchez, Josephine |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 23 | Sanchez, Sandra |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2661 | Sandoval, Veronica |
| Aspen Endeavors Savings - 4822 N Rosepoint Drive, STE A Boise, ID 83714 | Aspen Endeavors Savings | Savings, Aspen |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 11 | Scarpella, Tara |
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 102 | Schaffler-Von Bracht, Rose |
| Whispering Willows Apartments - 1 - 45 White Oak Ln Nampa, ID 83687 | 201 | Schell, Daniel |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Whispering Willows Apartments - 1 - 45 White Oak Ln Nampa, ID 83687 | 201 | Schell, Thelma |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 24-104 | Scheve, Codey |
| Overland 1885 - 1885 Overland Rd. Boise ID, ID 83705 | 202 | Schlader, Danielle |
| Overland 1885 - 1885 Overland Rd. Boise ID, ID 83705 | 202 | Schlader, Ryan |
| Corona HOA - 9738 W. Cory Ln Boise, ID 83704 | 2550 | Schmitt, Ronald & Joanne |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 16-102 | Scholin, Thomas L. |
| Stephen Ave 2139 - 2139 Stephen Ave Boise, ID 83706 | 102 | Schrader, Jace  K. |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 20-101 | Schroeder, Courtney |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 30 | Schuenman, Nicole P. |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Schultz, @Ronald |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Schultz, @Ryan |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 102 | Schulz, @Ronald |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 102 | Schulz, @Ryan |
| 2216 Whispering Willows Apartments - 2216 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Scott, Lynn |
| Summerset Park - DO NOT USE-NOW IN PARADIGM 1401 N. Eldorado St. Boise, ID 83704 | 1403-102 | Scott, Samantha |
| 11th Ave S - 407 11th Ave S Nampa, ID 83687 | 201 | Sears, Michelle |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 12 | Segura, Francisco |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 32 | Seibold, Miranda F. |
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 202 | Sever, Amy |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 201 | Sevy, Will |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Shaffer, Jenna |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2823 | Shahwali, Delawar |
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 201 | Shaira, Jennifer |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 135 | Shambaugh, Anna M. |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 101 | Shannon, Frances |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 145 | Shepard, Adam |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2871 | Shilpakar, Rukesh |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 2105 Whispering Willows Apartments - 2105 White Oak Ln Nampa, ID 83687 | 201 | Shipley, Laura |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 202 | Shipley, Laura |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 202 | Shipley, Laura |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Shipley, Laura |
| 25th and Ellis - 1011 N. 25th Boise, ID 83702 | 1011 | Shirley, Megan |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 160 | Shook , Janet |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1931 | Silich, Maria |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2015 | Silverthorne, Allen |
| Corona HOA - 9738 W. Cory Ln Boise, ID 83704 | 9738 | Simpson, Caleb & Anna |
| STI437b-L - 437 W. Idaho St Meridian, ID 83642 | B | Simpson, Chelsea |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 201 | Sindler, David |
| WW 2107 - 2107 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Sindler, David |
| 25th and Ellis - 1011 N. 25th Boise, ID 83702 | 10111/2 | Singleton, Samantha |
| Corona HOA - 9738 W. Cory Ln Boise, ID 83704 | 2586 | Sinsel, Andrew & Jessie |
| HAN220b-L - 2209 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Six, Camden S. |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Slames, Mary |
| 2325 Five Mile House - 2325 S. Five Mile Rd Boise, ID 83709 | 2325 | Sledge, Genniece |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 164 | Smith , Wendy |
| SCHDavisa - N. Davis Ct. Nampa, ID 83651 | 133 | Smith,  Christine A. |
| Nez Perce - 4148 Nez Perce Boise, ID 83705 | 101 | Smith, Ashley |
| Nez Perce - 8 - 4148 Nez Perce St Boise, ID 83705 | 101 | Smith, Ashley |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2672 | Smith, Christy |
| Stephen Ave 2139 - 2139 Stephen Ave Boise, ID 83706 | 101 | Smith, Daine |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 39 | Smith, Dustin |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2886 | Smith, Nicole |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 943 | Smith, Shirley E. |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 177 | Snethen, Taylor |
| SCH32b-L - 32 S. White Oak Ln Nampa, ID 83687 | 201 | So, Nicholas |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 140 | Solotky, David |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3078 | Sommersby Group, Sommersby Group |
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 102 | Sosa, Darlene |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 102 | Sosa, Darlene |
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 102 | Sosa, Margarito |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 102 | Sosa, Margarito |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 101 | Souppa, Alana |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 161 | Spieler, Christopher E. |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2878 | St. Amedee, *Lisa |
| AND101.250a - 1011 25th St Boise, ID 83702 | 1011.5 | Stamp, Dylan |
| Glen Manor Apartments - 925 N. 9th St Boise, ID 83702 | 14 | Stand Up LLC, Stand Up LLC |
| Locust1023-NO LONGER USE - 1023 S. Locust St Nampa, ID 83686 | 104 | Stanek, Jeffrey |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2806 | Stanley, Gregory |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2806 | Stanley, Michelle |
| 2015 Whispering Willows Apartments - 2015 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Stavart, Chelsea |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2837 | Steele, @Amanda |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 211 | Stephan, Garth |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 24 | Stephens, Justin |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 12 | Stephens, Justin |
| Whispering Willows HOA - P.O. Box 385 Meridian, ID 83680 | 2111 | Stevens, Matt |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 25 | Stone, Zachary D. |
| 922 & 926 Meridian Rd - 922-926 Meridian Rd Meridian, ID 83642 | 926 | Stradley, Heather |
| 35th & Good Apartments - 35th & Good St Boise, ID 83703 | 2118 | Stuart, Jeremiah |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 29 | Sutherland, *John |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2837 | Swain, @Meagan |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 136 | Swan, Sara |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 145 | Sword, Tiffany |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 17 | Sydow, Hannah |
| Westside Place - 10712 W. Halstead Ln. - 10712 W. Halstead Ln. Boise, ID 83713 | 102 | Tafte, Annette |
| Whispering Willows Apartments - 1 - 45 White Oak Ln Nampa, ID 83687 | 201 | Taing, Caroline |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2887 | Talbert, Sarah |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 202 | Tanner, Natasha |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 202 | Tanner, Natasha |
| MAL240a-L - 240 E. Colorado Ave. Nampa, ID 83686 | 242 | Tanner, William D. |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 05 | Taylor, Jack |
| Whispering Willows 2132 - 2132 E. Whispering Willow Ln Nampa, ID 83687 | 201 | Taylor, Jessica |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 201 | Taylor, Nick |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 28-103 | Taylor-Wray , Mindy |
| 2015 Whispering Willows Apartments - 2015 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Teade, Steven |
| Westside Place - 10712 W. Halstead Ln. - 10712 W. Halstead Ln. Boise, ID 83713 | 101 | Teasdale, Ruth |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 47 | Tejeda, Jesus |
| Whispering Willows 2208 - 2208 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Tengonciang, Jordanne |
| 25th and Ellis - 1011 N. 25th Boise, ID 83702 | 1011 | Tetreault, Erin |
| 2111 Whispering Willows Apartments - 2111 E. White Oak Ct Nampa, ID 83687 | 202 | Thomas, Samantha |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 209 | Thomlison, * Eva |
| 35 Whispering Willows Apartments - 35 White Oak Ln Nampa, ID 83687 | 103 | Tice, Mitchell |
| 35 Whispering Willows Apartments - 35 White Oak Ln Nampa, ID 83687 | 103 | Tice, Rachel |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 191 | Tiffany, Brian C. |
| W. Idaho - 437 W. Idaho Meridian, ID 83642 | A | Tolan, Ronda |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2880 | Torres, Jasmine |
| Harvestor - 18168 Harvestor Ave Nampa, ID 83687 | Harvestor | Tracy, David |
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 202 | Tracy, Dylan |
| Harvestor - 18168 Harvestor Ave Nampa, ID 83687 | Harvestor | Tracy, Jessika |
| Harvestor - 18168 Harvestor Ave Nampa, ID 83687 | Harvestor | Tracy, Renee |
| Harvestor - 18168 Harvestor Ave Nampa, ID 83687 | Harvestor | Tracy, Stephanie |
| SCH32b-L - 32 S. White Oak Ln Nampa, ID 83687 | 202 | Tran, Misty |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 09 | Transtrum, Taylor |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 09 | Transtrum, Valentina |
| OLI404a-L - 4046 - 4048 Garnet Boise, ID 83703 | 4048 | Turner, Christian |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 202 | Turpin, Travis |
| AND101.250a - 1011 25th St Boise, ID 83702 | 1011 | Tuzzolino, Nikolas J. |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| **NO LONGER MANAGE*** 9578-80SPEb - 9580 Hoff Dr Boise, ID 83714 | 9580 | Tway, Joseph W. |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 201 | Tyler, Latasha |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 33-202 | Ulrey, Brian |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 33-201 | Umarov, Aradin |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 39-204 | Umarov, Suleyman |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 39-204 | Umarova, Fatima |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 33-201 | Umarova, Khavakhan |
| E. State Ave - 13 & 17 E. State Ave Meridian, ID 83642 | 13 | Ussing, Justin |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 101 | Valdovinos, Jonathan |
| Corona HOA - 9738 W. Cory Ln Boise, ID 83704 | 2562 | Valentini, Daniel |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 09 | Van Sickel, Jeanea |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 202 | Vance, Jessica |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 202 | Vance, LaNita |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 163 | Vanderbeek, Katie |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 163 | Vanderbeek, Patrick |
| 35 Whispering Willows Apartments - 35 White Oak Ln Nampa, ID 83687 | 102 | Vansickle, Kira |
| 35 Whispering Willows Apartments - 35 White Oak Ln Nampa, ID 83687 | 102 | Vansickle, Nick |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Vargas, Meagan |
| 2008 Whispering Willows Apartments - 2008 White Oak Ln Nampa, ID 83687 | 102 | Vargas, Megan |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1959 | Vasquez, David |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7220-202 | Vasquez, Marin |
| 35th & Good Apartments - 35th & Good St Boise, ID 83703 | 2126 | Verburg, Dustin |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 131 | Viehweg, Alexis |
| Corona HOA - 9738 W. Cory Ln Boise, ID 83704 | 9740 | Vikentyeva, Liudmila |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 129 | Vilcapoma, Henry |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2869 | Villarreal, Ramona |
| Davis Court - 131 Davis Court Nampa, ID 83651 | 133 | Violette, Dustin |
| Davis Court - 131 Davis Court Nampa, ID 83651 | 133 | Violette, Dustin |
| 133 N. Davis Court - 133 Davis Court # 133 Nampa, ID 83651 | 133 N. Davis Court | Violette, Dustin |
| 35th & Good Apartments - 35th & Good St Boise, ID 83703 | 2122 | Vivian, Betty |
| Scops Owl - 148 Scops Owl Kuna, ID | Scops Owl | Votroubek, Kyle |
| Scops Owl - 148 Scops Owl Kuna, ID | Scops Owl | Votroubek, Melanie |
| 38 Whispering Willows Apartments - 38 White Oak Ln Nampa, ID 83687 | 201 | Wagner, Jaran |
| 38 Whispering Willows Apartments - 38 White Oak Ln Nampa, ID 83687 | 201 | Wagner, Megan |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 12 | Wagoner, Amandalynn |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 28-102 | Walker, Andrew |
| THU304b-L - 304 E. Ivy Glade St. Kuna, ID 83634 | THU304b-L | Walker, Trenna R. |
| THU304b-L - 304 E. Ivy Glade St. Kuna, ID 83634 | THU304b-L | Walker, William A. |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 12 | Wallin, David |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 191 | Wang , WenhuaGrace |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1945 | Ward, Lynn |
| Glen Manor Apartments - 925 N. 9th St Boise, ID 83702 | 18 | Ward, Lynn |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1943 | Ward, Matthew |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 34 | Ward, Shawn D. |
| ARM519a-L (Ashwood) - 519 E. Florida Nampa, ID 83686 | 34 | Ward, Tiffany  G. |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 124 | Wardle , Bessie |
| 1120 - 1126 Connecticut Ave - 1120 Connecticut Ave Nampa, ID 83686 | 1126 | Wardle, James |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 183 | Warlow , Nick |
| Leadville - 1123 Leadville Ave Boise, ID 83706 | Leadville | Watkins, Alyssa |
| Sommersby 2 HOA - Ten Mile and Pine Meridian, ID 83651 | 3032 | Wawona Properties, LLC, Wawona Properties, LLC |
| Broad - 401-409 Broad St Boise, ID 83702 | 401 | Wedeward, Michael |
| Broad - 401-409 Broad St Boise, ID 83702 | 401 | Wedeward, Michael |
| BOR239b-L - 2392 N. Maxie Way Meridian, ID 83646 | BOR239b-L | Weigle, Michael E. |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7180-102 | Weir, Mark |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2841 | Weisshaupt, Summer |
| 2107 Whispering Willows Apartments - 2107 E. Whispering Willows Ln Nampa, ID 83687 | 101 | Welch, Jessica |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Wells, Dara |
| Nez Perce - 8 - 4148 Nez Perce St Boise, ID 83705 | 202 | Wells, Marty |
| Nez Perce - 8 - 4148 Nez Perce St Boise, ID 83705 | 202 | Wells, Stacy |
| Aspen Park Apartments - DO NOT USE (NOW IN PARADIGM) - 505 E. Florida Ave Nampa, ID 83686 | 28-104 | Welsh, Kati d. |
| Broad - 401-409 Broad St Boise, ID 83702 | 401 | Werley, Joshua |
| 893 Bonsai Ln - 893 N. Bonsai Meridian, ID 83642 | 23 | Wewers, Vickie |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 122 | Wheeler, Delores |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1951 | White, James |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 104 | Whiting, Lea |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 18 | Whitlock-Bensinger, Starrlet A. |
| Glen Manor Apartments - 925 N. 9th St Boise, ID 83702 | 19 | Wilkes, Jonathan |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 143 | Wilkie, Derek L. |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 143 | Wilkie, Meagan J. |
| BKT401a-L - 401 Holly St. Nampa, ID 83686 | 14 | Willford, Kent D. |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 152 | Williams SR, Jimmy |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 152 | Williams, Kristi Jo |
| Vista Heights - 2638 Bedford Ln Boise, ID 83705 | 2874 | Williams, Rachelle |
| 703 & 705 Highland St - 703-705 Highland St Boise, ID 83706 | 705 | Willis, Carrie |
| 703 & 705 Highland St - 703-705 Highland St Boise, ID 83706 | 705 | Willis, Stacy |
| Broad - 401-409 Broad St Boise, ID 83702 | 401 | Winnett, Sean |
| Colonial Apartments - 315 13th Ave. S. Nampa, ID 83651 | 212 | Wofford, McKenna |
| HAN220b-L - 2209 E. Whispering Willow Ln Nampa, ID 83687 | 102 | Wolfe, Madilyn P. |
| Vista Terrace Apartments - 1901 S. Vista Ave Boise, ID 83705 | 1919 | Wood, Aletha |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 131 | Woolford, Clayton |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 183 | Woolford, Cole S. |
| PAY129-95b-L Plummer - 165 N. Plummer Rd Star, ID 83669 | 183 | Woolford, Kristine I. |
| BST510b-L - 510 Lynhurst Dr Meridian, ID 83642 | BST510b-L | Wunderlich-Givens, Anastasia |
| Westside Place - 10790 W. Halstead Ln - sold - 10790 W. Halstead Ln- sold Boise, ID 83713 | 202 | Yargrough, Lee |
| Rylie Creek Apartments - 1433 N. Hartman St Boise, ID 83704 | 39-103 | Yarrington, Rikki |

# Tenant Directory

**Exported On:** 06/18/2018 01:11 PM

**Tenants:** All
**Tenant Status:** Future, Current, and Notice
**Tenant Type:** Financially Responsible
**Properties:** All

| Property | Unit | Tenant |
|---|---|---|
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 172 | Yates , Michael |
| 2115 Whispering Willows Apartments - 2115 E. Whispering Willows Ln. Nampa, ID 83687 | 101 | Yeakley, Dan |
| 2115 E. Whispering Willow Ln - 2115 Whispering Willow Ln Nampa, ID 83687 | 101 | Yeakley, Dan |
| MAL717a - (Silverwood) - 717 11th Ave S Nampa, ID 83651 | 208 | Yeaman, Kim |
| Dewey 207 - 207 S. Dewey Ave Middleton, ID 83644 | A | Yorgensen, Jannette |
| Dewey 207 - 207 S. Dewey Ave Middleton, ID 83644 | A | Yorgensen, Lloyd |
| 2025 Whispering Willows Apartments - 2025 E. White Oak Ct. Nampa, ID 83687 | 202 | York, @Shelby |
| Sommersby 3056 - 3056 W. Acarrera Ln Meridian, ID 83642 | 23 | Young, Adrea |
| Whispering Willows Apartments - 32 White Oak Ln Nampa, ID 83687 | 102 | Young, Amanda |
| SCHDavisa - N. Davis Ct. Nampa, ID 83651 | 132 | Young, Rick |
| Colby Court - 80-186 Colby Lane Boise, ID 83706 | 174 | Ypma, Janice |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7220-202 | Zambrano, Gabriela |
| Bunch Court (Jan-Apr 2012) - 7180 Bunch Court Boise, ID 83714 | 7180-202 | Zavala, Adrian |
| 2116 Whispering Willows Apartments - 2116 E. Whispering Willow Ln Nampa, ID 83687 | 202 | Zuber, Cassandra |
| | | |
| | | |
| **Total** | | |

# EXHIBIT G-2

## Owner Directory

**Exported On:** 06/11/2018 12:10 PM

**Properties:** All
**Owners:** All

| Name | Properties Owned | Address |
|---|---|---|
| 2309 Sonoma, LLC | 230SONb (100%) | 2074 W. Pacific Ridge St Eagle, ID 83616 |
| 2753 Eveningside Way | BOW275b (100%) | 2074 W. Pacific Ridge St Eagle, ID 83616 |
| 3019 Astaire, LLC | BOW301b (100%) | 2074 W. Pacific Ridge St Eagle, ID 83616 |
| A & R Properties LLC | | Po Box 1553 Boise, ID 83701 |
| A & R Properties LLC | AAA (100%), Eagle Wing (100%), Park Central (100%), 275 Dawn (100%), 245 Colleen (100%) | PO Box 1553 Boise, ID 83701 |
| ADK Investment Trust | ADK904a (100%) | 2431 Rosser Dr Corona, CA 92879 |
| Anderson, Andrea | AND122b (Home Warranty) **Leaving** (100%) | 934 E Covey Run Ct Eagle, ID 83616 |
| Anderson, Clay or Salina | AND548b **Selling  (100%) | 650 E. Lake Creek Meridian, ID 83642 |
| Armstrong, Patrick | ARM217a (100%) | 399 Vista Rd Bishop, CA 93514 |
| Ball, Ralph | B1731AL (100%) | 4047 Saint James Loop Nampa, ID 83687-9083 |
| Ballantyne, Bart | BAL103b (100%) | 7824 W. Thunder Mountain Dr. Boise, ID 83709 |
| Ballard, Margaret | B312AL (100%), B127AL (100%) | PO Box 5085 Boise, ID 83705 |
| Bandekar, Tina | B585an (100%) | 22 Basswood Ave Billerica, MA 01821 |
| Banta, Bryan | BAN670a ***Placement Property Only*** (100%) | 1128 S. Fleetwell Ave West Covina, CA 91791 |
| Barboza, Fernando and Jennifer | B195AR (100%), B211AR (100%) | 9022 W Brookview Ct. Boise, ID 83704 |
| Barton, Corey | Crossfield E108 (100%), Crossfield E206 (100%), Crossfield E208 (100%), Crossfield D208 (100%), Crossfield E201 (100%), Crossfield E106 (100%), Crossfield E103 (100%), Crossfield E204 (100%), Crossfield D206 (100%), Crossfield E101 (100%), Crossfield E102 (100%), Crossfield E104 (100%), Crossfield E105 (100%), Crossfield E107 (100%), Crossfield E202 (100%), Crossfield E203 (100%), Crossfield E205 (100%), Crossfield E207 (100%), Crossfield C206 (100%), Crossfield C101 (100%), Crossfield C102 (100%), Crossfield C103 (100%), Crossfield C104 (100%), Crossfield C105 (100%), Crossfield C106 (100%), Crossfield C107 (100%), Crossfield C108 (100%), Crossfield C201 (100%), Crossfield C202 (100%), Crossfield C203 (100%), Crossfield C204 (100%), Crossfield C205 (100%), Crossfield C207 (100%), Crossfield C208 (100%), Crossfield D101 (100%), Crossfield D102 (100%), Crossfield D103 (100%), Crossfield D104 (100%), Crossfield D105 (100%), Crossfield D106 (100%), Crossfield D107 (100%), Crossfield D108 (100%), Crossfield D201 (100%), Crossfield D202 (100%), Crossfield D203 (100%), Crossfield D204 (100%), Crossfield D205 (100%), Crossfield D207 (100%), Crossfield 1 Bedroom (100%), Crossfield 2 Bedroom (100%), Crossfield 3 Bedroom (100%), Crossfield B201 (100%), Crossfield A108 (100%), Crossfield B107 (100%), Crossfield B207 (100%), Crossfield B108 (100%), Crossfield B203 (100%), Crossfield B208 (100%), Crossfield B204 (100%), Crossfield A201 (100%), Crossfield B101 (100%), Crossfield B102 (100%), Crossfield | PO Box 369 Meridian, ID 83680 |
| Barton, Corey | | |
| Beard, George and Kathy | B200EA (100%) | 506 Canyon Dr. #35 Oceanside, CA 92054 |
| Biel, Michael | BIE184b (100%), BIE857b (100%), BIE857b (33.3%), BIE184b (33.3%) | 136 Mt Whitney Way Clayton, CA 94517 |
| Bogdanoff, Michael | BOG515b (Placement Only Property 6 mo Lease) (100%) | 116 Cougar Place Nampa, ID 83687 |
| Boise Home Networks | | 6933 W Emerald St. Boise, ID 83704 |
| Borg, Robert and Vicki | BOR529b (100%) | 11860 Florida Dr. Boise, ID 83709 |
| Borkowitz, Barbara | B806OR (100%) | 6303 South Tay Spokane, WA 99224 |
| Bowie, Mike | | 2074 W. Pacific Ridge St Eagle, ID 83616 |
| Boyd, Justin or Georgia | B975OY (100%) | 3660 East Zachary Drive Phoenix, AZ 85050 |
| Bridget Duman, Nick Hallowell or | D11398UM (50%) | 105 Cedar Way # C Laguna Beach, CA 92651 |
| Brisson, Margaret | B383RI (100%) | 2001 Cresent Oak Irvine, CA 92618 |
| Burruel, Debbie and Frank | BUR111b (100%) | 7 Cartagena San Clemente, CA 92672 |
| Camacho, David | CAM209b (Leaving June 1) (100%) | 7604 Vanport Ave. Whitter, CA 90606 |
| Clark, Chad | C1828LA (100%) | 2003 N. Golfview Way Meridian, ID 83646 |
| Clark, John | C273LA (100%) | PO Box 804 3010 S Whitepost Way Eagle, ID 83616 |
| Coates, Chris | **Leaving** COA300b (100%) | 11 Dawnwood Ladera Ranch, CA 92694 |
| Contreras, Juan Jose | CON484b (100%) | 7136 Via Romera San Jose, CA 95139 |
| Costello, Sharon | C135OS (100%) | 24 Timberlake CT Northwood, OH 43619-1932 |
| Cummings, Jerilin | *** Losing Management - CUM179b  (100%) | 1701 Edgemere Cuttoff rd. Preist River, ID 83856 |
| Cushing Family Corporation | C624US (100%) | PO Box 687 Hampden, MA O4444 |
| DATE Enterprises, LLC | Stephen Ave 2139 (100%), Stephen Ave 2141 (100%) | 4821 W. Outlook Ave Boise, ID 83703 |
| Dee, Sarah | **Losing Management - DEE143b (100%) | 6651 De Anza Ave. Riverside, CA 92506 |
| Deleon, Napoleon | DEL144b (100%) | 5542 Myra Ave Cypress, CA 90630 |
| Doheny LLC | DOH505a -Aspen Park Apartments (100%) | 5382 N. Morningale Way Boise, ID 83713 |
| E & A Properties, LLC | C311AS (100%) | 2422 12th Ave. Rd Nampa, ID 83686 |

## Owner Directory

Exported On: 06/11/2018 12:10 PM

**Properties:** All
**Owners:** All

| Name | Properties Owned | Address |
|---|---|---|
| Edgar, Mike | E121DG (100%), E145DG (100%), E283DG (100%), E745DG (100%), E116DG (100%) | 3556 N Lefors Pl Meridian, ID 83646 |
| EJC, LLC | EJC543a (100%), EJC511a (100%) | 5382 N Morningsgale Wy Boise, ID 83713 |
| Elliott, Justin or Brandy | E271LL (100%) | 11542 Peppermint Boise, ID 83709 |
| EUDA, LLC | EUD662a (100%) | 5382 N Morningsgale Wy Boise, ID 83713 |
| Fernandez, Henry or Cindy | F551ER (100%) | 118 La Vista Drive Los Alamos, NM 87544 |
| Finch, Rachael | FIN185b (100%) | 1108 E 680 N Orem, UT 84097 |
| Fisher, Ryan (William) | FIS143b (100%) | 1401 Floribunda Ave #206 Burlingame, CA 94010 |
| Fraser, Samuel E and Neusa B | **Leaving*** Notice on 12/26 FRA141b (100%) | 22307 Macfarlane Dr Woodland Hills, CA 91356 |
| Full MONTH-Western Investment Propertie | WES602b (100%), WES173b (100%), WES931b (100%) | 12528 N Upper Ridge Pl Boise, ID 83714 |
| G & G Diversified Holdings, INC | *** NO longer manage. Out 8/28/17)GRO536b*** (100%) | 2205 N. Eastside Ave Santa Ana, CA 92705 |
| Galle, Alegra | G200AL (100%) | 20 Cataldo Dr. Boise, ID 83705 |
| Garden Grove, LLC | | |
| Gary E Wimmer Survivors Trust | W303IM (100%) | 21888 Blue Oaks Place Los Altos Hills, CA 94022 |
| Gaya Living Trust V/D/A | GAY123b **Warranty** (100%) | 6491 N Hillsboro Place Boise, ID 83701 |
| Gilbert, Preston | GIL207b (100%) | 2925 W. Charleston Ave. Phoenix, AZ 85053 |
| Goldston, Stacy | GOL131b (100%) | 5405 E Village Rd. Unit 8447 Long Beach, CA 90808 |
| Grunewald, Kristen | G36RU (100%) | 23559 Friar St. Woodland, CA 91367 |
| Gruning, Nancy | G333RU (100%) | 16829 Meandro Dr San Diego, CA 92128 |
| h, k | | 1 m |
| Hagobian, Kimberly S | HAG105b (100%) | 33146 Bluff Drive Coarsegold, CA 93614 |
| Hain, Earl and Sharon | HAI643b (100%) | 26462 Via Lara Mission Viejo, CA 92691 |
| Hale, Jeff or Linda | | 907 8th St Brookings, SD 57006 |
| Hansen, Ray and Venise | H491AN (100%) | 1573 Davis Ct Fairfield, CA 94533 |
| Hanson, Kirk | S10740CA (50%), S10830CA (50%), S10746CA (50%), S10850CA (50%), S10810CA (50%), 10826CA (NO LONGER WITH US) (50%), S10870CA (50%), S10770CA (50%), S10726CA (50%) | |
| Hanson, Sandy | H320AN (100%) | 1407 W Raelin Drive Nampa, ID 83686 |
| Harris, Lance | ***Losing Management - HAR59b (100%) | 1795 N White Oak Way Meridian, ID 83646 |
| Harris, Lance | | 59 N Liberty Drive Nampa, ID 83651 |
| Hazen, Tobin or Jennie | H424AZ (100%) | 4246 S Skyridge Place Boise, ID 83709 |
| Henderson, Travis or Lindsay | H645EN (100%) | 6453 E Shellbrook Dr. Nampa, ID 83687 |
| Heron Family Trust | HER980a (Crossfield) (100%) | 3453 W Braveheart Dr Eagle, ID 83616 |
| Hester, Jacqueline | H54SES (100%) | 832 Midwood Dr. Canada Hills, CA 91344-2828 |
| Hill, Ron or Candace | H602IL (100%) | 10459 W Shadow Rock St. Boise, ID 83714-9572 |
| Holladay, Doug | H121OL (100%) | 4909 Greenhurst Rd Nampa, ID 83686 |
| Howe, Maureen | H730OW (100%), H7705OW (100%), H7709OW (100%), H231OW (100%) | 432 E. Tobago Ct. Meridian, ID 83642 |
| Huang, Tom or Julia | HUA608b (100%) | 2224 Salem Way Rocklin, CA 95765 |
| Jencek, Lucie | J150EN (100%) | 411 Walnut St. #9001 Green Cove Springs, FL 32043 |
| Johnson Property Management | J135OH (100%), J136OH (100%), J137OH (100%), J580OH (100%), J592OH (100%) | 958 W Oakhampton Eagle, ID 83616 |
| JOT Properties LLC | JOT162b (100%) | 13880 Meeham Way Moorpark, CA 93021 |
| JP Investment Properties, LLC(plimmer) | **Losing Management - JPI927b - Plimmer (100%) | 2873 S. Bear Claw Way Meridian, ID 83642 |
| Keene, Douglas | K204EE (100%) | 4616 S Van Marter Rd Spokane Valley, WA 99206 |
| Kelley, Bruce and Donna | K166EL (100%) | 7082 Little Harbar Dr Huntington Beach, CA 92648 |
| Kelly, Charles | KEL226a (100%) | Residia #502 7-5-10 Akasaka, Minato-ku Tokyo, Japan, |
| KMR Partnership | KMR330b (100%), KMR331b (100%), KMR334b (100%), KMR335b (100%), KMR3371b (100%), KMR337b (100%) | 314 Third Ave N Hailey, ID 83333 |
| Kotter, Jason | ***Losing Management***KOT105a (100%), ***Losing Management***KOT181a (100%), K1817OT (100%), K1818OT (100%), K1819OT (100%), K1812OT (100%) | 7320 N. Meridian Rd Meridian, ID 83646 |
| L. Linn Hower, Elizabeth Ridgeway & | NO LONGER MANAGE - Northside Apartments (50%) | 9813 W. Caraway Ct Boise, ID 83704 |
| LaDue, Thomas | L693AD (100%) | 6830 N. Meridian Rd Eagle, ID 83616 |
| Landregan, Donna | LAN127b (100%) | PO Box 5253 Kaneohe, HI 94677 |
| Lapierre, Nichol and Jeffrey | L397AP (100%) | 110 Sandalwood Glendora, CA 91741 |
| Later, Richard | L710AT (100%) | PO Box 191052 Boise, ID 83719 |
| LaVine, Colleen | LAV475b (100%) | 1772 Charlemont Ave Haeienda Heights, CA 91745 |
| Layne, Tyler | L168AY (100%) | 674 Picabo Dr. Twin Falls, ID 83301 |
| Ledbetter, Suzanne | L692ED (100%) | 141 Del Casa Dr Mill Valley, CA 94941 |
| Legacy | Legacy Property (100%) | |
| Lewis, Paul and Beth | LEW257b (100%) | 3087 S Fox Run Ave Eagle, ID 83616 |
| LGR of Idaho, LLC | LGR177b (100%) | 180 N. Riverview #150 Anaheim Hills, CA 92808 |
| Long, John | L809ON (100%) | 2575 NE 7th Lane Redmond, OR 97756 |
| Madison, Steve | MAD610b (100%) | 6173 N. Silver Elm Way Meridian, ID 83646 |
| Mallo Family 2006 Revocable Trust | MAL2291a (100%) | 211 Lomond Ct. Granite Bay, CA 95746 |
| Marcic, Dean | BIE857b (33.4%), BIE184b (33.4%) | 1879 Camino Estrada Concord, CA 94521 |
| Marini, Sam | MAR706a **L 4.30.18 (100%), MAR101a **Warranty** **L 4.30.18 (100%) | 3758 S. Montague Ave Meridian, ID 83642 |

## Owner Directory

**Exported On:** 06/11/2018 12:10 PM

**Properties:** All

**Owners:** All

| Name | Properties Owned | Address |
|---|---|---|
| Martin , Ryan | W303IM (100%) | 7610 Southside Blvd Nampa, ID 83686 |
| Mauldin, Leslie | M910AU (100%) | 721 W Christopher Street Meridian, ID 83642 |
| Mauldin, Leslie | | 721 W Christopher Street Meridian, ID 83642 |
| McEntee, Paul | M746CE (100%) | 3506 Tayten Drive Nampa, ID 83686 |
| McMullin, Michael | M189CM (100%) | 964 Aspenwood Ln Twin Falls, ID 83301 |
| Meekhof, Dave and Rebecca | M725EE (100%) | 5428 Hamover dr. Cypress, CA 90630 |
| Merrell, Brian & Caroline | | 191 W Beus Rd. Kuna, ID 83634 |
| Miller, Mark and Elizabeth | M745IL (100%) | 2978 W. Sugarberry Eagle, ID 83616 |
| Millington, Dallas | M2302IL (100%) | 5957 N. Teekem Falls Way Meridian, ID 83646 |
| Moore, Derrick | M261OO (100%), M500OO (100%) | 425 W Loma Alta Dr Altadena, CA 91001 |
| Morrison, Jen | MOR588b (100%) | 404 McChesney Ave, Ext. 27-12 Troy, NY 12180 |
| Mueller, Amanda | **Losing Management - MUE335b (100%) | 1881 Crystal Veiw Circle Thousand Oaks, CA 91320 |
| Murphy, Josh and Mendi | M246UR (100%) | 2098 W Trestle Drvie Meridian, ID 83646 |
| Neetz, Janna | N138EE (100%) | 1550 Michigan Way Nipomo, CA 93444 |
| Nelson, Thom and Jodi | N115EL (100%) | 11761 Tidewater St. Caldwell, ID 83605 |
| NO LONGER MANAGE - All That's Left, LL | NO LONGER MANAGE -  S9107TR (100%) | 15370 Paseo Penasco Escondido, CA 92025 |
| NO LONGER MANAGE - Comstock LLC | | 1775 W. State St. #340 Boise, ID 83702 |
| NO LONGER MANAGE - Northside LLC | | 1775 W. State St. #340 Boise,, ID 83702 |
| Norris , Adam | N4658OR (100%) | 31226 Via San Vincente San Juan Capistrano, CA 92675 |
| Oaklands, LLC | OAK854a (100%) | 5382 N Morningsgale Wy Boise, ID 83713 |
| Osborne, Ronald | Keylock Security Storage (100%), Hitt 20 Storage (100%) | 13965 W Chinden Blvd Ste 206 Boise, ID 83713 |
| Papp, Jenica | P231AP (100%) | 3508 Kootenai St Boise, ID 83706 |
| Paradigm | Paradigm (trust) (100%), PRS Prop (100%), Paradigm Office (operating) (100%), LEW108b (100%) | P.O. Box 385 Meridian, ID 83680 |
| Patterson, Jay | P202AT (100%) | 1828 N Bing Ave. Meridian, ID 83646 |
| Patton, Dan | PAT452b (100%) | 3655 Provincetown Ave. Irvine, CA 92606 |
| Pentecost, Curt | ***Losing Management - PEN113a (100%) | 1823 W Rock Creek Ct. Nampa, ID 83686 |
| Phillips - Deonier Property, LLC | P170HI (100%) | 1709 Merill Street Boise, ID 83705 |
| PLB Cedar Grove, LLC | B254RO (100%) | 764 W. Crosby Drive Meridian, ID 83646 |
| PLB Crosby, LLC | B764RO (100%) | 764 W. Crosby Drive Meridian, ID 83646 |
| PLB White Hawk, LLC | B204RO (100%), HOLD FUNDS B2045RO (100%) | 764 W Crosby Drive Meridian, ID 83646 |
| Pope, Kim | P249OP (100%) | 2789 N. Kelsan Ave. Kuna, ID 83634 |
| Pratt, Naomi | P625RA (100%) | 6251 N Oliver Ave. Boise, ID 83714 |
| Priest , David | P1108RI (100%) | |
| Pruett, Jeff | P179RU  (100%) | 14518 West Barclay Boise, ID 83713 |
| RENT LLC | | |
| Richards, Daniel or Lynlee | R247IC (100%) | 982 Grassland Dr. Idaho Falls, ID 83404-8350 |
| Roque, Blanca and Carlos | SELLING-R115OQ-SELLING (100%) | 45 Camarin St Foothill Ranch, CA 92610 |
| Scaggs, Dave | TRE8743a (100%), TRE8739a (100%), S10740CA (50%), S10830CA (50%), S10746CA (50%), S10850CA (50%), TRE872a (100%), TRE8727a (100%), S10810CA (50%), 10826CA (NO LONGER WITH US) (50%), S10870CA (50%), S10770CA (50%), S10726CA (50%), NO LONGER MANAGE - B9113AY (100%) | 9408 W. Burnett Dr Boise, ID 83709 |
| Sharp, David or Kathy | S440HA (100%) | 1999 W Salerno St, Meridian, ID 83646 |
| Shaw, Mike | S10877HA (100%) | |
| Shirley, Robert | SHI848b (100%) | 3548 Crownridge Ct. Fairfield, CA 94534 |
| Silver Fox Management, LLC | SIL551a (100%) | 3313 W Cherry Lane # 517 Meridian, ID 83642 |
| Snyder, Bret | S323ny (100%) | PO Box 6554 Bozeman, MT |
| Sourjohn, Jerry L and Barbara Ann | S401OU (100%) | 4188 Summer Gate Ave Vallejo, CA 94591 |
| Stanger, Brent and Trisha | S510TA (100%) | 996 W Cagney Meridian, ID 83646 |
| Stevens, Matthew or Kimberly | ST223E (100%) | 2233 S Blackspur Way Meridian, ID 83642 |
| Stewart, Scott | STE199b (100%) | 3836 S Marsala Ave. Meridian, ID 83642 |
| Stiburek, Leslie and Carol | STI925b (100%) | P.O. Box 275 Eagle, ID 83616 |
| Stone, Eric | S477E (100%) | 3860 N. McKinley Park Ave. Meridian, ID 83646 |
| Stork, Robert and Kelly | STO98b (vegaPM) (100%) | 637 E Lava Falls St. Meridian, ID 83646 |
| T Street LLC | TST801a-T-Street  (100%), TST360a (100%), T3704ST (100%) | 5382 N Morningsgale Way Boise, ID 83713 |
| Taylor, Russell and Nicole | T287AY (100%), T494AY (100%) | 4440 N Kilee Ave Meridian, ID 83646 |
| The Stewart Group LLC | STE270b (100%) | 3836 S. Marsala Ave. Meridian, ID 83642 |
| Titan Properties LLC | T140IT (100%), T190IT (100%), T202IT (100%), T204IT (100%), T206IT (100%), T208IT (100%), T315IT (100%), T3695IT (100%), T3697IT (100%), T3703IT (100%), T55IT (100%), T57IT (100%), T816IT (100%) | PO Box 1741 Nampa, ID 83653 |
| Tobin, Pat | BIE857b (33.3%), BIE184b (33.3%) | 4 Aster Court Mill Valley, CA 94941 |
| Toliao, Nueno "jhun" | TOL376b (100%), TOL125b (100%) | 1357 Abbott Ave. Campbell, CA 95008 |
| Trestles LLC | TRE8743a (100%), TRE8739a (100%), TRE872a (100%), TRE8727a (100%) | 5382 N. Morningale Way Boise, ID 83713 |
| Vircsik, Paul | V116IR (100%) | 9585 Gregory St La Mesa, CA 91942 |
| Wilcox, Wendy | WIL167a (100%) | 14460 Mulholland Dr. Los Angeles, CA 90077 |

## Owner Directory

**Exported On:** 06/11/2018 12:10 PM

**Properties:** All

**Owners:** All

| Name | Properties Owned | Address |
|---|---|---|
| Wood, Matt | W129OO (100%) | 1298 W Crest Wood Drive Meridian, ID 83642 |
| Zink Enterprises & Property Management | Z170NK (100%) | 204 9th Ave. South Nampa, ID 83651 |

# Owner Directory

**Exported On:** 06/12/2018 01:48 PM

**Properties:** All

**Owners:** All

| Name | Properties Owned | Address |
|---|---|---|
| 2309 Sonoma, LLC | SON230b-L (100%) | 2074 W. Pacific Ridge St Eagle, ID 83616 |
| 3019 Astaire, LLC | Astaire (100%) | 2074 W. Pacific Ridge St Eagle, ID 83616 |
| 6B Properties, LLC | Westside Place - 10751 W. Halstead Ln (100%) | 2734 E. Windsong Dr. Boise, ID 83712 |
| A-R Management | 2025 Whispering Willows Apartments (100%), Dewey 213 (100%), 893 Bonsai Ln (100%) | 650 Waltman Ln. Meridian, ID 83642 |
| Albanese, Theresa or Chuck | Westside Place - 1837 N. Farwell Ln (100%), Westside Place - 10697 W. Halstead Ln (100%), Westside Place - 10715 W. Halstead Ln (100%) | 1700 S Riverchase Way Eagle, ID 83616 |
| Allen, Karl & Susan | Transfered to Park Place  (100%), Transfered to Park Place2 (100%) | 900 E 300 N Declo, ID 83323 |
| Alverson, Mike | White Cloud Dr. 573-579 (100%), E. Florida (100%), Dorian St. (100%), Kootenai St 5362 (100%), 5312 Kootenai (100%), Kootenai 5312 (100%), Pennsylvania (100%) | 7885 S Shoemaker Meridian, ID 83642 |
| Ambrosi, Richard & Nancy | Westside Place - 10673 W. Halstead Ln (100%) | 4577 Greenchain Loop No. 5 Coeur d'Alene, ID 83814 |
| Anderson, Thomas | AND101.250a (100%) | 205 N. 10th St., Ste 300 Boise, ID 83702 |
| Armstrong, Patrick | ARM519a-L (Ashwood) (100%) | 399 Vista Rd. Bishop, CA 93514 |
| Asbury Properties | Dewey Ave Apartments (100%), Whispering Willows Apartments - 5 (100%) | |
| Aspen Endeavors, LLC | Aspen Endeavors Savings (100%) | 1161 W. Riverst St. Ste 160 Boise, ID 83702 |
| B.K. & N.B. Terry Family Trust | BKT401a-L (100%) | 1699 E. Seaport Court Boise, ID 83706 |
| Ballantyne, Bart | W. Idaho (100%), BBA229b-L (100%), BBA280b-L (100%) | 7824 W. Thunder Mountain Dr Boise, ID 83709 |
| Ballantyne-Stiburek, LLC | BST592b-L (100%), BST802b-L (100%), BST634b-L- Owner is Selling the Home- (100%), BST143b-L (100%), BST624b-L (100%), 14th St (100%), BST155b-L (100%), BST510b-L (100%) | 7824 W. Thunder Mountain Dr. Boise, ID 83709 |
| Bollons, Terry | 2207 Oak St (100%) | 3081 Alhambra Drive Ste 102 Cameron Park, CA 95682 |
| Bonner,  Patricia | ***SELLING**5th Ave S. 419**SELLING (100%) | |
| Borg, Robert Justin | BOR197b-L (100%), Mossywood (100%), BOR239b-L (100%), BOR150b-L (100%) | 1937 W. Grand Teton Dr Meridian, ID 83646 |
| Browning, Jennifer | SOLD - Jayton (100%) | 2446 W. Wolf Rapid Dr Meridian, ID 83646 |
| Buckley, Stanley & Denice | Locust1023-NO LONGER USE (100%), Crested Butte (100%) | 2000 Overland Ave Burley, ID 83318 |
| Burrows, Travis | Montana (100%), Orchard (100%) | PO Box 140041 Garden City, ID 83714 |
| Business As Usual, LLC | Westside Place - 10712 W. Halstead Lane (100%) | 4951 Cherry Ave. Apt. 24 San Jose, CA 95118 |
| Carter, Robert | Madison (100%) | 633 6th St Hermosa Beach, CA 90254 |
| Casey, Rhonda | PAY129-95b-L Plummer (12.5%) | 6300 Conejo Rancho Murieta, CA 95683 |
| Christensen, Bob | Westside Place - 10700 W. Halstead Ln (100%) | 352 E. Woodlander Dr. Eagle, ID 83616 |
| Christensen, Michael | 11th Ave S (100%) | 8725 Big Foot Rd Melba, ID 83641 |
| Christian, David & Leda | CHR271b-L (100%), CHR818.b-L   Unit A (100%), CHR162b-L (100%), CHR818b-L Unit B  (100%) | 4199 S. Stargazer Place Boise, ID 83716 |
| Clyde & Laura Lang Trustee | Indiana St. (100%) | 148 E. Valley View Road Ashland, OR 97520 |
| Coats, Dave | Bluffwood 916 (vega pm) (100%) | 615 E 300 N Rupert, ID 83350 |
| Coats, Luke | Bluffwood 916 (100%) | 1015 Oakwood St Burley, ID 83318 |
| Cohen, David & Kacey | Hudson (100%), 1812 & 1814 E Linden St (100%), 2403-2421 S. Kimball Ave (100%) | 5301 Grassy Run Rd Placerville, CA 95667 |
| Colby Court, LLC | Colby Court (100%) | 1428 Raymond St. Boise, ID 83704 |
| Colonial Apartments LLP | Colonial Apartments (100%) | P.O. Box 6321 Boise, ID 83707 |
| Conrad, Kim | Donnahell (100%) | 3323 102nd Pl. SE Everett, WA 98208 |
| Corona HOA | Corona HOA (100%) | 9738 W. Cory Lane Boise, ID 83704 |
| Cowin Investment Group, Inc. | McClure (100%), Sea Breeze 2605 (100%), Sea Breeze 2606 (100%), Oak St (100%), Camellia Ave (100%) | PO Box 6821 Folsom, CA 95763 |
| Cozby, Jared | Kingswood (100%) | 2113 W. Trestle Drive Meridian, ID 83646 |
| Cozby, Raymond | *Property is Selling* COZ100b-L (100%) | 357 Ironwood Dr. Newberg, OR 97132 |
| Cummings, Gordon Dale & Nancy | 2107 Whispering Willows Apartments (100%), 2115 Whispering Willows Apartments (100%), 2123 Whispering Willows Apartments (100%) | 23860 Woodhaven Pl Auburn, CA 95602 |
| Davis V. William | 1210Manitou (100%) | 5766 S. Quamash Pl Boise, ID 83716 |
| DLJ, LLC | 323 & 325 E. Bannock St (100%) | 1008 N. 6th St Boise, ID 83702 |
| Downtown Properties, LLC | Broad (100%) | 223 N. 6th St. #425 Boise, ID 83702 |
| Droege, Chris | NO LONGER MANAGE - Brentwood Apartments (4.9902%) | PO Box 990 Ontario, OR 97914 |
| Dunn, John | Owyhee / Cherry 3320 - 3324 Cherry Ln. & 2330 Owyhee St. (100%) | 1435 Essex St #5 San Diego, CA 92103 |
| ED3 Properties, LLC | ED3.202b-L ***Leaving*** (100%) | 1168 W. Barrymore Dr. Meridian, ID 83646 |
| Flaherty, Patrick | 2325 Five Mile House (100%), Targee (100%) | 4097 E. Raja Dr. Meridian, ID 83646 |
| Flake, Joel & Melanie | Nez Perce (100%), Post St 6105 - 6107 (100%) | 3724 Plantation River Dr Suite 101 Boise, ID 83703 |
| Flying Heart Enterprises, LLC | Canyon St 132 - 142 (100%), Checola 1609 (100%) | 4195 N. Clearbrook Pl Meridian, ID 83646 |
| Fort Group LLC | Fort 1501 (100%) | 2244 S Swallowtail Ln Boise, ID 83706 |
| Fulfer, Richard & Kelly | 2116 Whispering Willows Apartments (100%) | 740 Sundance Pl. Colfax, CA 95713 |
| Ganymede Investments, LLC | GAN326.327a-L (100%) | 7818 Chaplin Ct. Elk Grove, CA 95758 |
| Garnet Investments LLC | Owyhee St 1311 & 1321 (100%) | 3724 Plantation River Dr. Suite 101 Boise, ID 83703 |
| Gewalt, Vince | Westside Place - 10769 W. Halstead Ln (100%) | P.O. Box 343 Boise, ID 83701 |
| Golden Lotus, LLC | Idaho St (100%) | 918 W. Yogi Ln Boise, ID 83706 |
| Gourley, Kimbell & Debra | | 1731 Stoneybrook Eagle, ID 83616 |

## Owner Directory

Exported On: 06/12/2018 01:48 PM

**Properties:** All
**Owners:** All

| Name | Properties Owned | Address |
|---|---|---|
| Great West Property, LLC | Harvestor (100%), 2115 E. Whispering Willow Ln (100%), Horsechestnut (100%), WW 2107 (100%) | 946 S. 50th W. Burley, ID 83318 |
| Hales, Linda | Westside Place - 1826 N. Farwell Ln (100%) | 8530 Willowcourt Dr. Garden City, ID 83714 |
| Hall, Kelli | 2216 Whispering Willows Apartments (100%) | 1378 Gallant St Meridian, ID 83642 |
| Hansen, Robert & Kim | HAN220b-L (100%) | 5025 Gerhardt Pl. Fair Oaks, CA 95628 |
| Harrison, James G. | | c/o Fast Enterprises 800 Park Blvd. #720 Boise, ID 83712 |
| Hyder, Jesse & Cigdem | Westside Place - 1900 N. Farwell Ln (100%), HYD193b-L (100%) | 1900 Farwell Ln #202 Boise, ID 83713 |
| Idaho Property LLC | 898 N. Bluffwood Ln (100%) | PO Box 513 Rupert, ID 83350 |
| Iles, John & Marion | Westside Place - 1915 N. Farwell Ln (100%) | 33 Comistas Ct. Walnut Creek, CA 95498 |
| J Dana Thorne | 703 & 705 Highland St (100%), 922 & 926 Meridian Rd (100%), 1000 & 1002 Clover St (100%), E. State Ave (100%) | P.O. Box 735 Kuna, ID 83634 |
| Jarett, Catherine | Ressiguie (100%) | 2586 Oak Road #130 Walnut Creek, CA 94597 |
| Jercha, Ken | Hilton (100%) | 1498 Vale Ave. Campbell, CA 95008 |
| Jeremy Steiding | 35th & Good Apartments (100%) | |
| Kiva Apartments, LLC | 1120 - 1126 Connecticut Ave (100%), Queens (100%), Curlew (100%) | 237 Broadway Ave Alamosa, CO 81101 |
| Kolahi, Abdi or Mina | PAY129-95b-L Plummer (12.5%) | 1232 Norman Place Los Angeles, CA 90049 |
| Korte, Susan | Serene (100%) | 3130 Westview Court Lake Oswego, OR 97034 |
| Lacno, Chita T | Gage St. 4703 (100%) | 7033 Red Cardinal Loop Colorado Springs, CO 80908 |
| Ledo, Christopher | LED551.639b-L (100%), Blueberry (100%) | 6098 Plantation Lane Boise, ID 83703 |
| Legacy Management Group, LLC | Legacy Special Acct. (100%), Legacy Special Acct (100%) | P.O. Box 385 Meridian, ID 83680 |
| Leis, Ron & Lena | Whispering Willows 2132 (100%), Whispering Willows 2208 (100%), PAY129-95b-L Plummer (12.5%) | 5631 Marchese Court Fair Oaks, CA 95628 |
| Lim, Gon & Helen | Westside Place - 1931 N. Farwell Ln (100%), McMullen Property (100%), Eagleson (100%) | 10857 Bridgetower Dr Boise, ID 83709 |
| Lisa & Steve Troxel | Broad St 401-409 once vacant doing renovation  (100%) | 8995 Finucane Dr Hayden, ID 83835 |
| Locust Common Area | Locust Common HOA (100%) | 7280 Ustick Rd Boise, ID 83704 |
| Machado, Charlene | 2105 Whispering Willows Apartments (100%) | 3899 Alisos Rd. Arroyo Grande, CA 93420 |
| Mallo Family 2006 Revocable Trust - MON | MAL171a-L (100%), MAL904a-L (100%), E. 39th (100%), MAL317a-L (100%), MAL240a-L (100%), MAL717a - (Silverwood) (100%) | 211 Lomond Ct Granite Bay, CA 95746 |
| Management Company | Legacy Management Group, LLC (100%) | |
| Marini, Sam | PAY129-95b-L Plummer (12.5%) | 3758 S Montague Way Meridian, ID 83642 |
| Martin, Jacqueline | MAR255-65b-L (Targee) (***Leaving***) (100%) | 9330 Konocti St. Rancho Cucamonga, CA 91730 |
| McDonald, David | Stephen 2183 (100%) | 121 N. 9th St. Suite #402 Boise, ID 83702 |
| McKinnis, Jacqueline | Heron & 18th (100%) | 7250 W. Poplar #310 Boise, ID 83704 |
| McNeilly, Lisa | DO NOT PAY BILLS Westside Place - 10733 W. Halstead Ln (100%), DO NOT PAY BILLS Westside Place - 10744 W. Halstead Ln (100%), Westside Place - 10790 W. Halstead Ln - sold (100%) | 19502 SE 16th St. Sammamish, WA 98075 |
| Mello, Fred & Ronaele | Overland Rd (100%) | 5220 N. Highway 95 Parker, AZ 85344-1587 |
| Merkley Trust | Manville (100%), Manville 2 (100%) | 412 Bloomingdale Court Las Vegas, NV 89144 |
| Moaveni, Shahrokh | PAY129-95b-L Plummer (12.5%) | 2163 Hastings Court Santa Rosa, CA 95405 |
| Moffitt, Robin | 1035 S. 20th (100%), 111 S. 19th Ave (100%) | 104 9th Ave S #B Nampa, ID 83651 |
| Molln, Carol Ann | Straughan and Jefferson (100%) | P.O. Box 2275 Santa Rosa, CA 95405 |
| Morreale, Richard & Tina | | 157 E. Hillgreen Kuna, ID 83634 |
| NO LONGER MANAGE - Brentwood Grou | Brentwood Reserve Account (100%) | 1161 W. Rivers St. Ste 160 Boise, ID 83702 |
| Northender Condominiums, LLC | Northender Condominiums NO RENEWALS ON PROPERTY (100%) | 2609 N. 36th St Boise, ID 83703 |
| Olenslager, Elwood | Diamond St 935 & 937 (100%), Washington 3923 (100%) | 2000 E Overland Burley, ID 83318 |
| Oliver, Darlene | OLI404a-L (100%) | 531 W. 21st Street Long Beach, CA 90806-4156 |
| Ownby, Dale | Westside Place - 1922 N. Farwell Ln (100%) | 1824 S. Sportsman Way Meridian, ID 83642 |
| Paradigm / Legacy | Legacy/Paradigm (100%) | |
| Payvandi, Bobby | PAY129-95b-L Plummer (12.5%) | 7840 Madison Ave. Suite 154 Fair Oaks, CA 95628 |
| Primo Properties, LLC | WW 2108 (100%) | 8197 E. Shallon Dr Nampa, ID 83687 |
| Putnam, Jim or Laura | PAY129-95b-L Plummer (12.5%) | 7840 Madison Ste 154 Fair Oaks, CA 95628 |
| Roberts, Brent | WW 2123 (100%) | 3724 Plantation River Drive Suite 101 Boise, ID 83703 |
| Robison, Bill & Sheri | Westside Place - 1850 N. Farwell Ln (100%) | 2165 Springwood Dr. Meridian, ID 83642 |
| Rostock, Thor | Pasadena (100%) | 2109 E. Walling Court Boise, ID 83712 |
| Rylie Creek LLC | Rylie Creek Apartments (100%) | |
| Salud, LLC | Glen Manor Apartments (100%) | |
| Salzman, Brian & Kimberly | Abram (100%), Hearth Ave (100%), Bottlebrush (100%) | 930 N. Highland Ave Arlington Heights, IL 60004 |
| Sawtooth Mountain Enterprises LLC | Westside Place - 10790 W. Halstead Ln - 11 (100%), Westside Place - 10712 W. Halstead Lane (0%) | 6915 Westfield Place Boise, ID 83704 |
| Schiller, Jeffery &  Tammy | SCH32b-L (100%), SCHDavisa (100%), Davis Court HOA (100%) | 75 Ord Blvd Nampa, ID 83651 |
| Set Properties, LLC | Westside Place - 10787 W. Halstead Ln (100%), Esquire (100%) | 21141 Cedar Ln Mission Viejo, CA 92691 |
| SF Dragon Properties, LLC**SELLING** | SF DRAGON Locust 1020 ***SELLING DO NOT LEASE*** (100%) | 73 Beaumont Ave San Franscisco, CA 94118 |
| Silva, Paul | Goldfinch (100%) | 1057 Sweetwood Circle Nampa, ID 83651 |
| Simple Frigate LLC | Overland 1885 (100%), Overland 1887 (100%) | 980 N. Walnut St. Boise, ID 83712 |
| Simple Merlin LLC | Jesse (100%) | 400 N Walnut Boise, ID 83712 |

## Owner Directory

Exported On: 06/12/2018 01:48 PM

**Properties:** All
**Owners:** All

| Name | Properties Owned | Address |
|------|-----------------|---------|
| Simple Peregrine LLC | 27th Street (100%) | 480 W. Walnut St. Boise, ID 83712 |
| Sinnard Properties LLC | Skye (100%), Beechwood (100%) | 733 W. Pickford St Meridian, ID 83646 |
| Sir James, LLC | Sir James Ave 4914 & 4916 (100%) | 3724 Plantation River Dr. Suite 101 Boise, ID 83703 |
| Sky Dragon, LLC | E. State (100%), Fulmer 693 (100%) | 733 W. Pickford St Meridian, ID 83646 |
| Smith, Robert & Joyce | Leadville (100%) | 311 Hot Springs Dr Boise, ID 83712 |
| Sommersby 2 Subdivision HOA | Sommersby 2 HOA (100%) | C/O Park Place Management 280 E. Dorporate Dr., Ste 260 Me |
| Sommersby Group, LLC | Sommersby 3078 W. Acarrera Ln. (100%) | 1161 W. Rivers St. Ste 160 Boise, ID 83702 |
| SP Garden Grove, LLC | Garden Grove (100%) | 1428 Raymond St. Boise, ID 83704 |
| SP Rose Hill, LLC | Rose Hill Apartments (100%) | 1428 Raymond St. Boise, ID 83704 |
| Stephen Ave Group LLC DO NOT USE (N | Stephen Ave 2139 (100%), Stephen Ave 2141 (100%) | 2588 Ladle Rapids Meridian, ID 83646 |
| Stephen or Sandra Thornburgh | 4th Street South (100%) | 13194 Crescent Drive Nampa, ID 83686 |
| Stiburek, Carol | STI437b-L (100%) | P.O. Box 275 Eagle, ID 83616 |
| Summerset West LLC | Summerset Park (100%) | P.O. Box 100 Corey, ID 83320 |
| Swope, Mike & Mary Jane | Sommersby 3056 (100%) | 223 N. 6th St. #425 Boise, ID 83702 |
| Taylor or Jennette Rice, Richard | RIC165b-L (100%) | 616 Cliff Dr. Aptos, CA 95003 |
| Taylor, Duane | Railroad (100%), Railroad Shop (100%) | 112 W 39th St Boise, ID 83714 |
| The Pohl Blatter Family Trust | 25th and Ellis (100%) | 2424 N. 34th St Boise, ID 83703 |
| Thomas, Sherry | Cobbler (100%) | 7711 NE 175th St A-108 Kenmore, WA 98028 |
| Thurston, Bob & Sheri | THU304b-L (100%) | 3510 W. Tupelo Ct. Meridian, ID 83646 |
| TKL Investments | Holly 1121 (100%), 4th St-No longer Use (100%), Triumph (100%), 4th St 209 & 211 (100%) | 7315 Rhine Ave Meridian, ID 83646 |
| Vibrant Properties, LLC | Nez Perce - 8 (100%) | 4148 Nez Perce St #102 Boise, ID 83705 |
| Vinson, Jay & Mary | Westside Place - 10712 W. Halstead Ln. (100%) | 1659 E. Summerfalls Dr Meridian, ID 83642 |
| Vista Heights, LLC | Vista Heights (100%) | 389 N. Pine Meadows Circle Pine, ID 83647 |
| Vista Terrace LLC | Vista Terrace Apartments (100%) | |
| Washington Apartments, LLC | 7th St (100%) | |
| Washington Federal Savings | Dewey 205 (100%), Dewey 207 (100%) | 1001 W. Idaho Street Boise, ID 83702 |
| Werhane, Bill or Gina | PAY129-95b-L Plummer (12.5%) | 16250 Plum Road Caldwell, ID 83607 |
| Westwind Investments | Whispering Willows Apartments (100%), 35 Whispering Willows Apartments (100%), 38 Whispering Willows Apartments (100%), 39 Whispering Willows Apartments (100%), Whispering Willows Apartments - 1 (100%), 2007 Whispering Willows Apartments (100%), 2008 Whispering Willows Apartments (100%), 2015 Whispering Willows Apartments (100%), Whispering Willows Apartments - 2 (100%), Whispering Willows Apartments - 3 (100%), Whispering Willows Apartments - 4 (100%), 2016 Whispering Willows Apartments (100%), Larkwood (100%) | 3681 N. Locust Grove Rd. Suite 100 Boise, ID 83646 |
| Whalen, John | Scops Owl (100%), Meadow Wood (100%), Turtle Dove (100%) | 1326 N. Main St Meridian, ID 83642 |
| Whispering Willows HOA | Whispering Willows HOA (100%) | 4850 N. Rosepoint Way Ste 104 Boise, ID 83713 |
| Willow North, LLC | Willow North Apartments (100%) | 223 N. 6th St #425 Boise, ID 83702 |
| Yost, Jonathan | Jefferson (100%) | 2856 E. Windsong Boise, ID 83712 |

**Fill in this information to identify the case:**

Debtor name    **Paradigm Property Solutions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kimberly Jaques** | **4908 W. Pillar Dr.**<br>**Herriman, UT 84096** | **Yellowstone Capital** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Rentmaster of Rexburg** | **859 S. Yellowstone Hwy**<br>**Suite 1101**<br>**Rexburg, ID 83440** | **Yellowstone Capital** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Rentmaster of Rexburg** | **859 South Yellowstone Hwy**<br>**Suite 1101**<br>**Rexburg, ID 83440** | **Ace Funding Source LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Rentmaster of Rexburg** | **859 S. Yellowstone Hwy**<br>**Suite 1101**<br>**Rexburg, ID 83440** | **Fora Financial Business Loan** | ☐ D _____<br>■ E/F __3.696__<br>☐ G _____ |

Debtor    **Paradigm Property Solutions, LLC**                          Case number *(if known)* _____

████    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | Rentmaster of Rexburg | 859 S. Yellowstone Hwy Suite 1101 Rexburg, ID 83440 | Arcarius, LLC | ☐ D _____<br>■ E/F  **3.156**<br>☐ G _____ |
| 2.6 | Ronald Jaques | 1505 NW 1st St. Meridian, ID 83642 | 1st Global Capital LLC | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Ronald Jaques | 1505 NW 1st St. Meridian, ID 83642 | Yellowstone Capital | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Ronald Jaques | 1505 NW 1st St. Meridian, ID 83642 | Ace Funding Source LLC | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Ronald Jaques | 1505 NW 1st St. Meridian, ID 83642 | Fora Financial Business Loan | ☐ D _____<br>■ E/F  **3.696**<br>☐ G _____ |
| 2.10 | Ronald Jaques | 1505 NW 1st St. Meridian, ID 83642 | Arcarius, LLC | ☐ D _____<br>■ E/F  **3.156**<br>☐ G _____ |
| 2.11 | Ronald Jaques | 1505 NW 1st St. Meridian, ID 83642 | Brian Bohner | ☐ D _____<br>■ E/F  **3.274**<br>☐ G _____ |
| 2.12 | Ronald Jaques | 1505 NW 1st St. Meridian, ID 83642 | Doug Holladay | ☐ D _____<br>■ E/F  **3.600**<br>☐ G _____ |

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| 2.13 | **Ronald Jaques** | **1505 NW 1st St.**<br>**Meridian, ID 83642** | **Dean Jaques** | ☐ D _____<br>■ E/F   **3.553**<br>☐ G _____ |
|---|---|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Paradigm Property Solutions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **Unknown** |
    | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$406,166.00** |
    | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$749,837.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|
    | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|
    | | | | |

Debtor    **Paradigm Property Solutions, LLC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Multiple** |  | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Multiple payments<br>were made.  However, the<br>Debtor does not currently have<br>access to financial systems to<br>locate amounts and recipients.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **New Era Lending, LLC<br>762 N. Orange Street<br>Wilmington, DE 19801** | **A writ was issued on April 26, 2018 and money was garnished from the checking account ending 3452.**<br>Last 4 digits of account number:  ___3452___ | **6/4/2018<br>($5,160.09)<br>5/25/2018<br>($37,955.36)** | **$43,115.45** |

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Meghan M. Leis and Kristin<br>Sepeda v. Paradigm Property<br>Solutions<br>CV01-17-23278** | **Small Claims** | **Ada County Court<br>200 W. Front Street<br>Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Paradigm Property Solutions, LLC**                                      Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Douglas Lawrence and Lisa Lawrence v. Paradigm Property Solutions**<br>**CV01-17-21457** | **Small Claims** | **Ada County Court**<br>**200 W. Front Street**<br>**Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **Paradigm Property Solutions v. Kelly Thompson, Does 1-V**<br>**CV-2017-716** | **Eviction** | **Elmore County Court**<br>**150 S. 4th E. St. #5**<br>**Mountain Home, ID 83647** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **Emma Martinez v. Paradigm Property Management, LLC**<br>**CV01-17-13290** | **Small Claims** | **Ada County Court**<br>**200 W. Front Street**<br>**Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. **MLM Investments, LLC v. Paradigm Property Management, LLC**<br>**CV01-18-11107** | **Unlawful Detainer/Eviction** | **Ada County Court**<br>**200 W. Front Street**<br>**Boise, ID 83702** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **T Street LLC et al v. Paradigm Property Management, LLC et al**<br>**CV01-18-10654** | **Civil** | **Ada County Court**<br>**200 W. Front Street**<br>**Boise, ID 83702** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Kevin Davidson v. Paradigm Property Solutions, LLC**<br>**CV01-17-11829** | **Small Claims** | **Ada County Court**<br>**200 W. Front Street**<br>**Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. **New Era Lending, LLC v. Paradigm Property Solutions, LLC et al**<br>**CV01-18-07501** | **Foreign Judgment** | **Ada County Court**<br>**200 W. Front Street**<br>**Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. **Jeanne Larsen et al v. Paradigm Property Solutions, LLC**<br>**CV01-17-17242** | **Small Claims** | **Ada County Court**<br>**200 W. Front Street**<br>**Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. **Rachel Finch v. Paradigm Property Solutions**<br>**Unknown** | **Civil Case** | **Canyon County Court**<br>**1115 Albany**<br>**Caldwell, ID 83605** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Shannyn Flory**<br>**1101 W. River Street Ste. 340**<br>**Boise, ID 83702** | **Paradigm Entities** | **Unknown** |
| | **Case title**<br>**T Street LLC et al v. Paradigm Property** | **Court name and address**<br>**Ada County Court**<br>**200 W. Front Street**<br>**Boise, ID 83702** |
| | **Case number**<br>**CV01-18-10654** | |
| | **Date of order or assignment**<br>**June 28, 2018** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Paradigm Property Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 4:**    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

11.  **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Angstman Johnson**<br>**3649 N. Lakeharbor Ln.**<br>**Boise, ID 83703** | | **June 12, 2018** | **$4,335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12.  **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

Debtor    **Paradigm Property Solutions, LLC**                                         Case number *(if known)* _____

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, address, email address, phone number, SSNs (in some cases)**
Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank 1850 E. Fairview Meridian, ID 83642** | **XXXX-1762** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Checking - general** | **December 31, 2017** | **$0.00** |

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 5

Debtor   **Paradigm Property Solutions, LLC**                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Chase Bank**<br>**1850 E. Fairview**<br>**Meridian, ID 83642** | **XXXX-0103** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other__**Checking**__<br>__**- maintenance**__ | **December 31, 2017** | **$0.00** |
| 18.3. | **Chase Bank**<br>**1850 E. Fairview**<br>**Meridian, ID 83642** | **XXXX-0079** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other__**Checking**__<br>__**- operating**__ | **December 31, 2017** | **$0.00** |
| 18.4. | **Chase Bank**<br>**1850 E. Fairview**<br>**Meridian, ID 83642** | **XXXX-2918** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other__**Checking**__<br>__**- payroll**__ | **December 31, 2017** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**                          Case number *(if known)* _____

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Millington Zwygart CPA**<br>**1803 Ellis Avenue**<br>**Caldwell, ID 83605** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Paradigm Property Solutions, LLC**                                     Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Millington Zwygart CPA**<br>**1803 Ellis Avenue**<br>**Caldwell, ID 83605** | |
| 26c.2.   **Ronald Jaques**<br>**1505 NW 1st St.**<br>**Meridian, ID 83642** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ronald Jaques | 1505 NW 1st St.<br>Meridian, ID 83642 | Manager; Sole Member | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shannyn Flory | 1101 W River Street, Ste 340<br>Boise, ID 83702 | Receiver | None |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Paradigm Property Solutions, LLC**                                    Case number *(if known)*  _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 29, 2018**

**/s/ Ronald W. Jaques**                                    **Ronald W. Jaques**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Manager/Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Idaho

In re  **Paradigm Property Solutions, LLC**

                                             Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager/Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 29, 2018**

**/s/ Ronald W. Jaques**

**Ronald W. Jaques**/**Manager/Sole Member**
Signer/Title

1st Global Capital LLC
1250 E Hallandale Beach Blvd
Hallandale, FL 33009


2309 Sonoma, LLC
2074 W. Pacific Ridge St
Eagle, ID 83616


2753 Eveningside Way
2074 W Pacific Ridge Street
Eagle, ID 83616


3019 Astaire, LLC
2074 W Pacific Ridge Street
Eagle, ID 83616


4J Auto


6B Properties, LLC
2734 E Windsong Drive
Boise, ID 83712


A   R Properties, LLC
PO Box 1553
Boise, ID 83701


A and S Siding   Gutter LLC
11436 Iowa Avenue
Nampa, ID 83686


A Lawn Pro
PO Box 140584
Boise, ID 83714

A Tree Company
3527 S Federal Way
STE103 #12
Boise, ID 83705


A+ Drain Cleaning   Plumbing
1313 W Aberdeen Avenue
Nampa, ID 83686


A+ Energy Management LLC
11403 Highlander Road
Boise, ID 83709


A-R Management
650 Waltman Lane
Meridian, ID 83642


A-Z Lumber and Rental Center
999 Air Base Road
Mountain Home, ID 83647


A1 Heating  Air Conditioning
327 Linder Road
Meridian, ID 83642


A1 Rental - Rexburg
920 University Blvd
Rexburg, ID 83440


AAA Property Management
6901 W Emerald Street
Suite 204
Boise, ID 83704


AAA1 Lock   Key
1507 N Midland Blvd
Nampa, ID 83686

Aaron Baker
2325 S Five Mile Road
1/2
Boise, ID 83709


Aaron Bennion
1011 N 25th
2501
Boise, ID 83702


Aaron Dillon
2132 E Whispering Willow Ln
201
Nampa, ID 83687


Aaron Harloe
925 N 9th Street
22
Boise, ID 83702


Abby Gerke
1123 Leadville Avenue
Boise, ID 83706


ABC Seamless Gutters


Abdi   Mina Kolahi
1232 Norman Place
Los Angeles, CA 90049


AC   Heat Service INC
PO Box 698
Meridian, ID 83680


AC   Heating Service INC
PO Box 698
Meridian, ID 83680

Ace Funding Source LLC
366 North Broadway
Jericho, NY 11753


Ace Glass
1250 American Legion Blvd
Mountain Home, ID 83647


Action Garage Door INC
11697 W President Drive
Boise, ID 83713


Ada County Assessor
190 E. Front St., Suite 107
Boise, ID 83702


Ada County Billing Services
PO Box 2868
Boise, ID 83701


Ada County Sheriff's Office
7200 Barrister Drive
Boise, ID 83704


Ada County Treasurer
200 W Front Street
Boise, ID 83701


Ada Tree   Shrub
PO Box 190915
Boise, ID 83719


Adam   Dorothy Borup
2141 Stephen Avenue
101
Boise, ID 83706

Adam Davies
1438 N West 14th Street
BST143b-L
Meridian, ID 83642


Adam Ivey
505 E Florida Avenue
16-104
Nampa, ID 83686


Adam Norris
31226 Via san Vincent
San Juan Capistrano, CA 92675


Adam Shepard
165 N Plummer Road
145
Star, ID 83669


Adele Nyquist
323 E Bannock Street
323A
Boise, ID 83702


Adeline Rand
3719 NE 5th Street
Renton, WA 98056


ADK Investment Trust
2431 Rosser Drive
Corona, CA 92879


Adnana   Selvedin Mustafic
980 W Parkstone Street
E104-1
Meridian, ID 83646

Adrea Young
3056 W Acarrera Lane
23
Meridian, ID 83642


Adrian Zavala
7180 BUnch Court
7180-202
Boise, ID 83714


Adriana Barker
803 NW 2nd Street
Meridian, ID 83642


Adrianna Zimmerman
3606 W Rose Hill Street
3640-105
Boise, ID 83705


Advanced Heating   Cooling
721 N Ralstin Street
Meridian, ID 83642


Advanced Maintenance Service
PO Box 1117
Eagle, ID 83616


Affordable Chimney Service
1604 S Phillipi Street
D
Boise, ID 83705


Affordable Pest Control
874 S Otter Avenue
Meridian, ID 83642

Aimee Hoerth
401 Holly Street
04
Nampa, ID 83686


Aimee Hoerth
401 Holly Street
17
Nampa, ID 83686


Airielle Pendleton
925 N 9th Street
17
Boise, ID 83702


Alan   Kay Dash
463 W Groveview Lane
Boise, ID 83702


Alan Bell
4148 Nez Perce
101
Boise, ID 83705


Alana Fletcher
5290 N Joe Robbie
Boise, ID 83713


Alana Souppa
2025 E White Oak Court
101
Nampa, ID 83687


Albert   Leslie Foster
32 White Oak Lane
101
Nampa, ID 83687

Alegra Galle
20 Cataldo Drive
Boise, ID 83705


Alejandra Galvan
401 Holly Street
03
Nampa, ID 83686


Alejandro Flores
401 Holly Street
02
Nampa, ID 83686


Aletha Wood
1901 S Vista Avenue
1919
Boise, ID 83705


Alex   Monica Giles
3148 N Esquire Drive
201
Boise, ID 83704


Alex   Sandra Sanchez
3056 W Acarrera lane
23
Meridian, ID 83642


Alex Huwer


Alexai Loepp
980 W Parkstone Street
C106-1
Meridian, ID 83646

Alexander Broderick
2801 N Ash Park Lane
BBA280b-L
Boise, ID 83704


Alexander Gribas
980 W Parkstone Street
C205-1
Meridian, ID 83646


Alexander Pedersen
1011 25th Street
1011.5
Boise, ID 83702


Alexandra   Preston Hair
14190 Yucaipa Street
Caldwell, ID 83607


Alexandra   Robert Lawler
2025 E White Oak Court
201
Nampa, ID 83687


Alexandra deAnda
1011 25th Street
2501.5
Boise, ID 83702


Alexandra Sanchez
2025 E White Oak Court
101
Nampa, ID 83687


Alexandria   Edward Garcia
910 4th Street
912
Nampa, ID 83651

Alexandria Ellis
2107 E Whispering Willow Ln
201
Nampa, ID 83687


Alexis   Jose Cardenas
39 White Oak Lane
102
Nampa, ID 83687


Alexis Holway
401 Holly Street
07
Nampa, ID 83686


Alexis Horneman
2325 S Five Mile Road
1/2
Boise, ID 83709


Alexis Viehweg
165 N Plummer Road
131
Star, ID 83669


Alice McMurrian
39 White Oak Lane
201
Nampa, ID 83687


Alisha Miller
437 W Idaho
A
Meridian, ID 83642


Alison Brenenstall
925 N 9th Street
24
Boise, ID 83702

All Aces Appliance Repair
216 E Beech Street
Caldwell, ID 83605


All Around Boise Maintenance
801 W Pine Avenue
Meridian, ID 83642


All in a Days Work Handyman
4265 Marylebone Way #20
Suite 103
Boise, ID 83705


All Pro Plumbing
3527 S Federal Way #20
Suite 103
Boise, ID 83705


All That's Left LLC
18690 Lancashire Way
San Diego, CA 92128


Allen Silverthorne
PO Box 385
2015
Meridian, ID 83680


Alloway Electric Co INC
502 E 45th Street
Boise, ID 83714-4846


Alpha Roofing   Construction
PO Box 1625
Eagle, ID 83616


Altisource Solutions SARL
PO BOx
105091
Atlanta, GA 30348

Alyshia George
2638 Bedford Lane
2885
Boise, ID 83705


Alyssa   Walter Skowron
9315 Thor Drive
Boise, ID 83709


Alyssa Norton
2141 Stephen Avenue
201
Boise, ID 83706


Alyssa Watkins
1123 Leadville Avenue
Boise, ID 83706


Amanda Dudley
2116 E Whispering Willow Ln
201
Nampa, ID 83687


Amanda Garbutt
2216 E Whispering Willow Ln
101
Nampa, ID 83687


Amanda Harmon
226 N Latah Street
#201
Boise, ID 83706


Amanda Mueller
1881 Crystal View Circle
Thousand Oaks, CA 91320

Amanda Steele
2638 Bedford Lane
2837
Boise, ID 83705


Amanda Young
32 White Oak Lane
102
Nampa, ID 83687


Amandalynn Wagoner
3056 W Acarrera Lane
12
Meridian, ID 83642


Amber   James Nau
1761 S Barlow Lane
Boise, ID 83709


Amber   Michael Miethe
165 N Plummer Road
149
Star, ID 83669


Amber   Tyler May
165 N Plummer Road
189
Star, ID 83669


Amber Robertson
519 E Florida
33
Nampa, ID 83686


American Fire Protection
4017 E Summit Lane
Nampa, ID 83687

American Leak Detection
PO Box 44677
Boise, ID 83711


American Patriot Constructio


Amy   Micheal Cupples
165 N Plummer Road
165
Star, ID 83669


Amy Christian
980 W Parkstone Street
E205-1
Meridian, ID 83646


Amy Fox
2112 White Oak Lane
101
Nampa, ID 83687


Amy Hall
505 E Florida Avenue
16-103
Nampa, ID 83686


Amy Sever
2115 E Whispering Willow Ln
202
Nampa, ID 83687


Anastasia Wunderlich-Givens
510 Lynhurst Drive
BST510b-L
Meridian, ID 83642

Andrea   Michael Whitlock
2098 Grassy Creek Drive
Nampa, ID 83686


Andrea   Nick Kinslow
3056 W Acarrera Lane
24
Meridian, ID 83642


Andrea Anderson
934 E Covey Run Court
Eagle, ID 83616


Andrea Junier
5367 Cortona Way
Meridian, ID 83646


Andrew   Jessie Sinsel
9738 W Cory Lane
2586
Nampa, ID 83687


Andrew   Trudy Newey
35 White Oak Lane
101
Nampa, ID 83687


Andrew Creech
2025 E WHite Oak Court
101
Nampa, ID 83687


Andrew Crowell
2116 E Whispering Willow Ln
202
Nampa, ID 83687

```
Andrew Davis
2025 E White Oak Court
101
Nampa, ID 83687



Andrew Harney
2115 Whispering Willow Ln
102
Nampa, ID 83687



Andrew Kubalick
2008 White Oak Lane
101
Nampa, ID 83687



Andrew Walker
505 E Florida Avenue
28-102
Nampa, ID 83686



Andy's 2nd Hand Appliance
6513 Clevelnad Blvd
Caldwell, ID 83607



Angel   Samatha D'az
1605 Ressiguie
1
Boise, ID 83702



Angel Lindsay
1228 S Juniper Street
#104
Nampa, ID 83686



Angela Lyons
980 W Parkstone Street
B101-1
Meridian, ID 83646
```

Angela Phillips
644 E Pennsylvania
Boise, ID 83706


Angelica Paredes
511 W Pine
Unit B
Meridian, ID 83642


Angie Clovis
2325 S Five Mile Road
2325
Boise, ID 83709


Ann-Jean Pillers
2115 E Whispering Willow Ln
202
Nampa, ID 83687


Anna   Mosiah Rodriguez
38 White Oak Lane
102
Nampa, ID 83687


Anna Levdanskiy
980 W Parkstone Street
B205-1
Meridian, ID 83646


Anna Linares
519 E Florida
48
Nampa, ID 83686


Anna Shambaugh
165 N Plummer Road
135
Star, ID 83669

Anna-Marie Rhodes
2638 Bedford Lane
2835
Boise, ID 83705


Annette Tafte
10712 W Halstead Lane
102
Boise, ID 83713


Annie Bradshaw
519 E Florida
35
Nampa, ID 83686


Anselmo   Maria Medina
2105 White Oak Lane
102
Nampa, ID 83687


Anthony Lord
519 E Florida
30
Nampa, ID 83686


Anthony Marsh
922   926 Meridian Road
926
Meridian, ID 83642


Anthony Mewes
35th   Good Street
2118
Boise, ID 83703


Antionette   Estella Brown
11939 Cloverbrook
#102
Boise, ID 83713

Antonia Amaro
543 W Idaho
Unit 547
Meridian, ID 83642


Antonio Camacho
2638 Bedford Lane
2649
Boise, ID 83705


Appliance Pros
367 N Lost Canyon way
Eagle, ID 83616


Appliance Recyclers of Idaho
1637 Garrity Blvd
Nampa, ID 83687


April Waltemate
1224 S Juniper Street
#101
Nampa, ID 83686


AR Management


Aradin   Khavakhan Umarov
1433 N Hartman Street
33-201
Boise, ID 83704


Arcarius, LLC
714 S. Wolfe Street
#38178
Baltimore, MD 21231


Ari's Carpet Cleaning

Ariel Cooper
401 Holly Street
16
Nampa, ID 83686


Ariel Joseph
519 E Florida
25
Nampa, ID 83686


Ariel Towns
980 W Parkstone Street
A103-1
Meridian, ID 83646


Arline Finger
980 W Parkstone Street
A107-1
Meridian, ID 83646


Arrieana AndersonHendrickson
401 Holly Street
01
Nampa, ID 83686


Arrow Real Estate Services
664 Nugget Court
Middleton, ID 83644


Artem Antoshkin
1626 S Colorado Avenue
Boise, ID 83706


Asbury Properties

Ashely Ling
315 13th Avenue S
06
Nampa, ID 83651


Ashely Mallett
1901 S Vista Avenue
1933
Boise, ID 83705


Ashlee Atkins
401 Holly Street
15
Nampa, ID 83686


Ashley   Alex Davidsen
3606 W Rose Hill Street
#101
Boise, ID 83705


Ashley   Wesley Morris
1120 Connecticut Avenue
1122
Nampa, ID 83686


Ashley Carter
1763 S Barlow Lane
Boise, ID 83709


Ashley Glass Company
208 W 34th Street
Boise, ID 83714


Ashley Hett
165 N Plummer Road
153
Star, ID 83669

Ashley Roberts
980 W Parkstone Street
B104-1
Meridian, ID 83646


Ashley Smith
4148 Nez Perce
101
Boise, ID 83705


Aspen Endeavors, LLC
1161 W Riverst Street
ste160
Boise, ID 83702


Aspen Palacio/Makennzi Paoli
2141 Stephen Avenue
201
Boise, ID 83706


Aspen Savings
4822 N Rosepoint Drive
STE-A
Boise, ID 83714


Asqueta Glass LLC
1408 2nd St So
Nampa, ID 83651


Atanacio Ciluaga
10396 W Irving Court
Boise, ID 83704


Audrey Cooley
2107 E Whispering Willow Ln
201
Nampa, ID 83687

Audrey Kujawa
8727 Hackamore Drive
102
Boise, ID 83709


Austin  Joelle Holden
4148 Nez Perce
201
Boise, ID 83705


Austin Ames


Austin Dewey
2139 Stephen Avenue
202
Boise, ID 83706


Austin Drehmel
9738 W Cory Lane
2574
Boise, ID 83704


Austin Hagen
980 W Parkstone Street
D103-1
Meridian, ID 83646


Autumn Vega-Honores
8739 W Hackamore
104
Boise, ID 83709


BA Harris LLP
960 Broadway Avenue
Suite 314
Boise, ID 83706

Baldwin Law PLLC
PO Box 240
Meridian, ID 83680


Ballantyne-Stiburek


Ballantyne-Stiburek, LLC
7824 W Thunder Mountain Dr
Boise, ID 83709


Bank of Ameirca
PO Box 650070
Dallas, TX 75265


Bank of the Cascades
PO Box 970
Bend, OR 97709-0970


Bank Owned
PO Box 385
2116
Meridian, ID 83680


Barbara Boardman
551  639 N Moffat Avenue
551-4
Emmett, ID 83617


Barbara Borkowitz
6303 S Tay
Spokane, WA 99224


Barbara Combes
315 13th Avenue S
205
Nampa, ID 83651

Barbara Cooper
1901 S Vista Avenue
1901
Boise, ID 83705


Barbara Espinoza
1023 S Locust Street
103
Nampa, ID 83686


Barbara Loepp
980 W Parkstone Street
C106-1
Meridian, ID 83646


Bark Blowers INC
396 E Linden Street
Boise, ID 83716


Barry   LaPreal Goold


Bart Ballantyne
7824 W Thunder Mountain Driv
Boise, ID 83709


Baugh Sprinklers Landscaping


BC Maintenance   Remodeling
1813 Woodland
Nampa, ID 83686


Beatriz   Jose Jasso
10712 W Halstead Ln
201
Boise, ID 83713

Becci Arrington
E 39th Street
317
Garden City, ID 83714


Bedford Place Owners Associa
4418 N Price Avenue
Meridian, ID 83646


Ben   Kelsey Nelson
2007 E Whispering Willow Ln
101
Nampa, ID 83687


Ben Hatch
2056 W Acarrera Lane
23
Meridian, ID 83642


Ben Jeske
1605 Ressiguie
827
Boise, ID 83702


Bench Sewer District
4828 Emerald Street
Boise, ID 83706


Benjamin   Lorissa Pratt
2008 White Oak Lane
102
Nampa, ID 83687


Benjamin Biddulph
5927 Flamingo Drive
BST592b-L
Boise, ID 83704

Benjamin Drury
204 Turtle Dove
Nampa, ID 83651


Benjamin Puckett
35th  Good Street
3423
Boise, ID 83703


Benjamin Rodwell
1210 Manitou Avenue
Boise, ID 83706


Bernita Otto
2007 E Whispering Willow Ln
101
Nampa, ID 83687


Bertoni's Home Improvement
202 Pietra Way
Caldwell, ID 83605


Bethany  Maren Erikson
980 W Parkstone Street
B203-1
Meridian, ID 83646


Betty Vivian
35th  Good Street
2122
Boise, ID 83703


Beverly Dahl
717 11th Avenue S
205
Nampa, ID 83651

Beverly Daniels
505 E Florida Avenue
#103
Nampa, ID 83686


Bharat Rudrapati
2638 Bedford lane
2871
Boise, ID 83705


Bill  Gina Werhane
16250 Plum Road
Caldwell, ID 83607


Bill  Sheri Robinson
2165 Springwood Drive
Meridian, ID 83642


Bill Brandenberg
PO Box 385
2026 or 2018
Meridian, ID 83680


BIllie Laming
2216 E Whispering Willow Ln
201
Nampa, ID 83687


Biltmore Company


BK  NB Terry Family Trust
1699 E Seaport Court
Boise, ID 83702


Blackhawk HOA
PO Box 592
Caldwell, ID 83606

Blake Bradshaw
2208 E Whispering Willow Ln
202
Nampa, ID 83687


Blake Hess
9042 W Java Lane
#202
Boise, ID 83704


Blanca  Carlos Roque
45 Camarin Street
Foothill Ranch, CA 92610


Blanca  Oliva Duran
165 N Plummer Road
141
Star, ID 83669


Bob  Sheri Thurston
3510 W Tupelo Court
Meridian, ID 83646


Bob Atkinson
315 13th Avenue S
04
Nampa, ID 83651


Bob Christensen
252 E Woodlander Drive
Eagle, ID 83616


BOb Gayhart Heating LLC
PO Box 1467
Mountain Home, ID 83647

Bobby Payvandi
7840 Madison Avenue
Suite 154
Fair Oaks, CA 95628


Boise City Property Manageme
5513 N Glenwood
Boise, ID 83714


Boise City Utility Billing
PO Box 2600
Boise, ID 83701


Boise Dryer Vent Cleaning
305 N 17th
Suite 105
Boise, ID 83702


Boise Home Network


Boise Home Networks
6933 W Emerald Street
Boise, ID 83704


Boise Office Equipment
PO Box 398160
San Francisco, CA 94139-8160


Boise Office Moving   Storag
300 N Steelhead Way
Boise, ID 83704


Boise Plumbing   Drain
9658 W Hearthside Drive
Boise, ID 83709

Bowman's Inc of Mountain Hom
PO Box 850
Mountain Home, ID 83647


Braddley Tannehill
8721 Hackamore
101
Boise, ID 83709


Bradley Roby
717 11th Avenue S
210
Nampa, ID 83651


Bradley Wendle
980 W Parkstone Street
A205-1
Meridian, ID 83646


Brady Henderson
893 N Bonsai
12
Meridian, ID 83642


Brandi Hill
519 E Florida
26
Nampa, ID 83686


Brandon  Elyse DeMarco
18168 Harvestor Avenue
Nampa, ID 83687


Brandon Collins
2015 E Whispering Willow Ln
201
Nampa, ID 83687

Brandon Logan
1023 S Locust Street
101
Nampa, ID 83686


Brandon Mcgowan
1670 Checola Street
Unit D
Nampa, ID 83686


Brandon Puzan
2111 E White Oak Court
102
Nampa, ID 83687


Brandy   Colby Landauer
980 W Parkstone Street
D203-1
Meridian, ID 83646


Brenda "Chyrell" Debenham
2392 N Maxie Way
BOR239b-L
Meridian, ID 83646


Brenda Alexander
2116 E Whispering Willow Ln
202
Nampa, ID 83687


Brenda Garringer
551   639 N Moffat Avenue
551-2
Emmett, ID 83617


Brendon McGill
925 N 9th Street
24
Boise, ID 83702

Brenna Stryker
1228 S Juniper Street
#101
Nampa, ID 83686


Brent Roberts
3724 Plantation River Drive
Suite 101
Boise, ID 83703


Brent Roberts
PO Box 385
2123
Meridian, ID 83680


Bret Snyder
PO Box 6554
Bozeman, MT


Brett   Trisha Stanger
996 W Cagney
Meridian, ID 83646


Brett Booth
2638 Bedford Lane
2833
Boise, ID 83705


Brett Rypien
2141 Stephen Avenue
102
Boise, ID 83706


Brian   Kimberly Salzman
930 N Highland Avenue
Arlington Heights, IL 60004

Brian Bohner
7270 W. Ustick
Boise, ID 83704


Brian Gray
2132 E Whispering Willow Ln
202
Nampa, ID 83687


Brian Hone
893 N Bonsai
12
Meridian, ID 83642


Brian Tepfer
3606 W Rose Hill Street
3660-106
Boise, ID 83705


Brian Tiffany
165 N Plummer Road
191
Star, ID 83669


Brian Ulrey
1433 N Hartman Street
33-202
Boise, ID 83704


Briana Johnson
893 N Bonsai
12
Meridian, ID 83642


Brianna Bobcock
2008 White Oak Lane
101
Nampa, ID 83687

Brianna Dawson
165 N Plummer Road
183
Star, ID 83669


Bridger English
4148 Nez Perce
102
Boise, ID 83705


Bridget Bobinger
209 S Dewey Avenue
B
Middleton, ID 83644


Bridget Duman/Nick Hallowell
105 Cedar way
#C
Laguna Beach, CA 92651


Bridget Jennings
551  639 N Moffat Avenue
639-8
Emmett, ID 83617


Brina Henneman
1716 S Eagleson
202
Boise, ID 83704


Brittany Brown
2638 Bedford Lane
2819
Boise, ID 83705


Brittany Lindstrom
2141 Stephen Avenue
202
Boise, ID 83706

Brittany Meyer
12539 Abram
Boise, ID 83713


Brittney Barr
2141 Stephen Avenue
201
Nampa, ID 83651


Brittney Profitt
1433 N hartman Street
43-206
Boise, ID 83704


Brittnie   James Clinton
551   639 N Moffat Avenue
639-4
Emmett, ID 83617


Brittnie Poston
980 W Parkstone Street
A207-1
Meridian, ID 83646


Brooke Baldwin
213 S Dewey Avenue
B
Middleton, ID 83644


Brooke Evans
1228 S Juniper Street
#103
Nampa, ID 83686


Brooke Hilt
1011 N 25th
2501 1/2
Boise, ID 83702

Bruce   Donna Kelley
7082 Little Harbar Drive
Huntington Beach, CA 92648


Bruce   Katelynn Miller
213 S Dewey Avenuew
A
Middleton, ID 83644


Bryan Banta
1128 S Fleetwell Avenue
West Covina, CA 91791


Bryan Jentzsch
PO Box 385
2008 or 35
Meridian, ID 83680


Bryan O'Leary
980 W Parkstone Street
D106-1
Meridian, ID 83646


Bryan Retig


Bryce   Jenah Hanson
1212 S Juniper Street
#103
Nampa, ID 83686


Bryon   Jamie Prather
2116 E Whispering Willow Ln
102
Nampa, ID 83687

Business As Usual, LLC
4951 Cherry Avenue
Apartment 24
San Jose, CA 95118


Butte Fencing
2049 E Wilson Lane
Meridian, ID 83642


c/o Brighton Corporation
12601 W Explorer Drive
Suite200
Boise, ID 83713


Cable One
PO Box 78000
Phoenix, AZ 85062


Cadie Meyers
1011 N 25th
2501
Boise, ID 83702


Caitlin Carlberg
505 E Florida Avenue
12-102
Nampa, ID 83686


Caleb   Anna Simpson
9738 W Cory Lane
9738
Boise, ID 83704


Caleb Blair
38 White Oak Lane
202
Nampa, ID 83687

Calvin Kamppi
139 N Davis Court
Nampa, ID 83651


Camden Six
2209 E Whispering Willow Ln
201
Nampa, ID 83687


Cameron Hooper
3056 W Avarrera Lane
24
Meridian, ID 83642


Cameron Rail
1658 W Bayeux Drive
RIC165b-L
Meridian, ID 83642


Camille   Felix Haro
1023 S Locust Street
102
Nampa, ID 83686


Candace Bellamy
401 Holly Street
06
Nampa, ID 83686


Candice Bell
662 W Idaho
Unit 664
Meridian, ID 83642


Capell Flooring   Interiors
1763 W Marcon Lane
Suite 100
Meridian, ID 83642

Capital City Heating Cooling
420 N Curtis Road
Boise, ID 83716


Carissa Delsied
165 N Plummer Road
153
Star, ID 83669


Carlos Reyes
1224 S Juniper Street
#104
Nampa, ID 83686


Carly Gouge


Carmen Cook
PO Box 285
2106-2
Meridian, ID 83680


Carol Ann Molln
PO Box 2275
Santa Rosa, CA 95405


Carol Easter
437 W Idaho
A
Meridian, ID 83642


Carol Feeney Vaughn
2638 Bedford Lane
2812
Boise, ID 83705

Carol Lively
3148 N Esquire Drive
202
Boise, ID 83704


Carol Moore
7180 Bunch Court
7220-102
Boise, ID 83714


Carol Stiburek
PO Box 275
Eagle, ID 83616


Carole Coker
165 N Plummer Road
1159
Star, ID 83669


Carolyn   Daarren Moser
624 Pennwood Street
BST624b-L
Meridian, ID 83642


Carolyn Crooks
3704 W Rose Hill Street
111
Boise, ID 83705


Carolyn Hawk
1972 Rattlesnake Drive
BOR107b-L
Meridian, ID 83646


Carpet 911

Carrie Durant
980 W Parkstone Street
E204-1
Meridian, ID 83646


Carrie Tvedt
551  639 N Moffat Avenue
551-10
Emmett, ID 83617


Carson Roofing LLC


Cartridge World
1742 E Fairview Road
Meridian, ID 83642


Caryn Henry
209 S Dewey Avenue
A
Middleton, ID 83644


Casey   Pada Eldredge


Casey Clark
4048 Garnet Street
4048
Boise, ID 83703


Casey Fite
2116 E Whispering Willow Ln
202
Nampa, ID 83687


Cassandra   Nancy Kawaguchi
2638 Bedford Lane
2868
Nampa, ID 83687

Cassandra Callahan
807 NW 2nd Street
Meridian, ID 83642


Cassandra Hoffman
165 N Plummer Road
173
Star, ID 83669


Cassandra Orizaba
2115 Whispering Willow Ln
102
Nampa, ID 83687


Cassandra Zuber
2116 E Whispering Willow Ln
202
Nampa, ID 83687


Cassidy Holloway
1011 25th Street
1011
Boise, ID 83702


Cassie McDermitt
1023 S Locust Street
104
Nampa, ID 83686


Castle Lock   Key
7154 W State Street
208
Meridian, ID 83642


Catherin   Justin Morrison
2638 Bedford Lane
2817
Boise, ID 83705

Catherine Jarett
2586 Oak Road
#130
Walnut Creek, CA 94597


Cathleen   Justyne Harbour
519 E Florida
38
Nampa, ID 83686


Cathy Herron
2638 Bedford Lane
2657
Boise, ID 83705


Cathy Pape
5450 Larkwood
Meridian, ID 83646


CBH Homes
PO Box 369
Meridian, ID 83680


CBI Collections
PO Box 1219
Nampa, ID 83653


Cecilia Estes
2124 E Whispering Willow Ln
202
Nampa, ID 83687


Central Roofing Inc
950 N edgewood
Eagle, ID 83616


Central Roofing inc
4890 S Wildbrook
Boise, ID 83709

Centruy 21 Golden W Realty
517 S 10th Avenue
Caldwell, ID 83605


Chad Clark
2003 N Golfview Way
Meridian, ID 83646


Chad Goldsmith
1035 20th Street S
Nampa, ID 83687


Charlee Norlin
2115 Whispering Willow Ln
201
Nampa, ID 83687


Charlene   Ken Fowers
8727 Hackamore Drive
103
Boise, ID 83709


Charlene Dodson
10790 W Halstead Lane
201
Boise, ID 83713


Charlene Machado
3899 Alisos Road
Arroyo Grande, CA 93420


Charles   Kelsey Forbes
35 White Oak Lane
102
Nampa, ID 83687

Charles Aldridge
1901 S Vista Avenue
1917
Boise, ID 83705


Charles Coursey
2111 E White Oak COurt
102
Nampa, ID 83687


Charles Desilva
505 E Florida Avenue
16-103
Nampa, ID 83686


Charles Kelly
Residia #502 7-5-10 Akasaka
Minato-ku
Tokyo, Japan   107-0052


Charles Kulas
2209 E Whispering Willow Ln
102
Nampa, ID 83687


Charles Ragsdale
662 W Idaho
Unit 674
Meridian, ID 83642


Charles Reese
717 11th Avenue S
203
Nampa, ID 83651


Charm Pierce
980 W Parkstone Street
C202-1
Meridian, ID 83646

Chasity Sklavos
980 W Parkstone Street
E108-1
Meridian, ID 83646


Chelene Glankler
505 E Florida Avenue
28-102
Nampa, ID 83686


Chelsea Connolly
1011 25th Street
2501
Boise, ID 83702


Chelsea Gallagher
3056 W Acarrera Lane
24 or 12
Meridian, ID 83642


Chelsea Simpson
437 W Idaho Street
B
Meridian, ID 83642


Chelsea Stavart
2015 E Whispering Willow Ln
201
Nampa, ID 83687


Cheryl   Suttesian Allen
339 W Horsechestnut
Kuna, ID


Cheryl Eilers
165 N Plummer Road
193
Star, ID 83669

Cheryl Gudmundson
7180 Bunch Court
7220-101
Boise, ID 83714


Cheryl Holland
2123 E Whispering Willow Ln
102
Nampa, ID 83687


Cheryl Holland
505 E Florida Avenue
505-102
Nampa, ID 83686


Cheryl Orviatt
1433 N Hartman Street
GAR-1
Boise, ID 83704


Cheryl Oviatt
1433 N Hartman Street
33-102
Boise, ID 83704


Cheyanna Philips
2123 E Whispering Willow Ln
101
Nampa, ID 83687


CHF Home Furnishings Inc
104 S Orchard Street
Boise, ID 83705


Chistopher Cristina Alkhafij

Chita Lacno
7033 Red Cardinal Loop
Colorado Springs, CO 80908


Chris Bensinger
401 Holly Street
18
Boise, ID 83704


Chris Castillo
2139 Stephen Avenue
202
Boise, ID 83706


Chris Coates
11 Dawnwood
Ladera Ranch, CA 92694


Chris Moser
437 W Idaho
D
Meridian, ID 83642


Christian Turner
4048 Garnet
4048
Boise, ID 83703


Christina Castillo
2008 WHite Oak Lane
103
Nampa, ID 83687


Christina Diaz

Christina Myers
980 W Parkstone Street
A203-1
Meridian, ID 83646


Christine King
3660 W Rose Hill Street
107
Boise, ID 83705


Christopher Alkhafaji
1716 S Eagleson Road
201
Boise, ID 83704


Christopher Apodaca
1120 Connecticut Avenue
1120
Nampa, ID 83686


Christopher Dacolias
1710 Heron
1714
Boise, ID 83702


Christopher Davis
1757 S Barlow Lane
Boise, ID 83709


Christopher Goltermann
10394 W Irving Court
Boise, ID 83704


Christopher Kingston
2107 E Whispering WIllow Ln
101
Nampa, ID 83687

Christopher Ledo
6098 Plantation Lane
Boise, ID 83703


Christopher Spieler
165 N Plummer Road
161
Star, ID 83669


Christopher Williams
1757 S Barlow Lane
Boise, ID 83709


Christy DeLeon
980 W Parkstone Street
D107-1
Meridian, ID 83646


Christy Smith
2638 Bedford Lane
2672
Boise, ID 83705


Cincinnati Insurance Company
PO Box 145620
Cincinnati, OH 45250-5620


Circle C Lawncare


City of Boise
PO Box 2760
Boise, ID 83701


City of Caldwell
PO Box 1179
West Chicago Street
Caldwell, ID 83605-0570

City of Emmett
501 E Main Street
Boise, ID 83716-3046


City of Meridian
Po Box 670
Caldwell, ID 83606-0670


City of Nampa
401 3rd St South
Nampa, ID 83651


Clare Frost


Claudette  Mitchell Bullard
2638 Bedford Lane
2839
Boise, ID 83705


Claudia Castrejon
2008 White Oak Lane
102
Nampa, ID 83687


Claudia Pina
2209 E Whispering Willow Ln
202
Nampa, ID 83687


Clay  Salina Anderson
650 E Lake Creek
Meridian, ID 83642


Clayton Woolford
165 N Plummer Road
131
Star, ID 83669

Clean as a Whistle Blind
PO Box 190066
Boise, ID 83717


Clean Up Crew
601 E 44th
8
Garden City, ID 83714


Cleanup   Total Restoration
158 E 52nd Street
Boise, ID 83714


Clifford Hand
PO Box 385
2007
Meridian, ID 83680


Clint   Jayson Child
315 13th Avenue S
08
Nampa, ID 83651


Clinton   Leslie Crane


Clinton Jones


Clyde   Laura Lang Trustee
148 E Valley View Road
Ashland, OR 97520


Codey Scheve
505 E Flordia Avenue
24-104
Nampa, ID 83686

Cody Beck


Cody's Appliance Repair
1117 E Plaza Drive
STE C
Eagle, ID 83616


Colby Court, LLC
1428 Raymond Street
Boise, ID 83704


Cole   Kristine Woolford
165 N Plummer Road
183
Star, ID 83669


Cole Pape
5297 N Lawsonia Place
Boise, ID 83713


Colin Cornelison
159 N Olde Park Place
Apt A
Eagle, ID 83616


Colleen LaVine
1772 Charlemont Avenue
Hacienda Heights, CA 91745


Colonial Apartments, LLC
PO Box 6321
Boise, ID 83707


Comfort Systems Heating Cool
613 W Logan Street
Caldwell, ID 83605

Commercial Northwest Propert


Complete Air Mechanical LLC
1123 12th Avenue
224
Nampa, ID 83686


Complete Home Remodel
PO Box 1427 and 1429
Meridian, ID 83680


Complete Maintenance Solutio
3355 W Highway 52
Emmett, ID 83617


Complete Restoration Service
8590 W Chinden Blvd
Garden City, ID 83714


Computer Doctor
8026 S Diego Way
Boise, ID 83709


Comstock LLC
1302 Hays
Boise, ID 83702


Comtek Computer Services
PO Box 842
Meridian, ID 83680


Concrete Resources LLC
PO Box 846
Eagle, ID 83616

Connie Halby-Fry

Connor Booth
226 N Latah Street
#202
Boise, ID 83706

Consider It Done

Cora Simpson
980 W Parkstone Street
D101-1
Meridian, ID 83646

Core PC
2585 Caldwell Blvd
Suite 102
Nampa, ID 83651

Corey Barton
PO Box 369
Meridian, ID 83680

Corey Burgess
1433 N Hartman Street
39-104
Boise, ID 83704

Corey Covell
8721 Hackamore
102
Boise, ID 83709

Corie and Casey Aubrey
612 Winter Place
WY 82686

Corona HOA
9738 W Cory Lane
Boise, ID 83704


Corwin Investment Group, INC
PO Box 6821
Folsom, CA 95763


Cory Resing
2115 Whispering Willow Ln
201
Nampa, ID 83687


Courtney Schroeder
505 E Florida Avenue
20-101
Nampa, ID 83686


Covis Gomez
505 E Florida Avenue
505-103
Nampa, ID 83686


CR Lawn   Landscape


CR Management Company
3101 Ocean Park Blvd
STE 300
Santa Monica, CA 90405


Crane Alarm Service
214 12th Ave S
Nampa, ID 83651


Crawford Door Sales
4951 Bradley St
Boise, ID 83714

Crickett Krohn
2216 E Whispering Willow Ln
202
Nampa, ID 83687


Cris Vallard
618 Winter Place
Nampa, ID 83686


Cristina Alkhafaji
1716 S Eaagleson Road
201
Boise, ID 83704


Cruz CLeaning  Painting LLC
1205 W Overland Road
Meridian, ID 83642


CS Custom Painting


CSA Enterprises
6705 Hummel Drive
Boise, ID 83709


Curt Pentecost
1823 W Rock Creek Court
Nampa, ID 83686


Cushing Family Corporation
PO Box 687
Hampden, ME 04444


Cyber Wolf Technology
6213 N Colverdale Road
Suite 130
Boise, ID 83713

```
D J Cleaning Service
2781 Lynx Avenue
Boise, ID 83705


Daine Smith
2139 Stephen Avenue
101
Boise, ID 83706


Daivd  Elizabeth Van Zandt
980 W Parkstone Street
B202-1
Meridian, ID 83646


Dakota Allen
551  639 N Moffat Avenue
551-4
Emmett, ID 83617


Dale Ownby
1824 S Sportsman Way
Meridian, ID 83642


Dale's Floors  Granite
2436 W Hemingway Blvd
Nampa, ID 83651


Dallas Millington
5957 N Teekem Falls Way
Meridian, ID 83646


Damien Aikenzambe
2638 Bedford Lane
2881
Boise, ID 83705
```

Dan Gale
 38 White Oak Lane
101
Nampa, ID 83687


Dan Kelleher's Floor Service
10556 W Poppy Street
Boise, ID 83704


Dan Patton
3655 Provincetown Avenue
Irvine, CA 92606


Dan Yeakley
2115 E Whispering Willow Ln
101
Nampa, ID 83687


Danbury Fair Homeowners Asso
1310 N Main Street
Meridian, ID 83642


Dane Lipson (Owner)
4148 Nez Perce Street
102
Boise, ID 83705


Daniel   Jessica Fite-Ibarra
980 W Parkstone Street
D208-1
Meridian, ID 83646


Daniel   Lynlee Richards
982 Grassland Drive
Idaho Falls, ID 83404-8350

Daniel   Shannon Bingham
551   639 N Moffat Avenue
639-5
Emmett, ID 83617


Daniel Boone
35 White Oake Lane
102
Nampa, ID 83687


Daniel Hill
39 White Oak Lane
201
Nampa, ID 83687


Daniel Huerta
2116 E Whispering Willow Ln
202
Nampa, ID 83687


Daniel Mora
401 Holly Street
08
Nampa, ID 83686


Daniel Newman
401 Holly Street
04
Nampa, ID 83686


Daniel Potter
2111 White Oak Lane
201
Nampa, ID 83687


Daniel Valentini
9738 W Cory Lane
2562
Boise, ID 83704

Danielle   Ryan Dow
165 N Plummer Road
169
Star, ID 83669


Danielle   Ryan Schlader
1885 Overland Road
202
Boise, ID 83705


Danielle DeVries


Danielle Hinjosa
2115 Whispering Willow Ln
102
Nampa, ID 83687


Danny   Shanna Grim
2606 Sea Breeze Street
Caldwell, ID 83605


Dara Cook
38 White Oak Ln
102
Nampa, ID 83687


Dara Wells
2116 E Whispering Willow Ln
102
Nampa, ID 83687


Daren Kennings
1123 Leadville Avenue
Boise, ID 83706

Darice Jones
893 N Bonsai
24
Meridian, ID 83642


Darlene  Margarito Sosa
2115 E Whispering Willow Ln
102
Nampa, ID 83687


Darlene Burke
401 Holly Street
14
Nampa, ID 83686


Darlene Oliver
531 W 21st Street
Long Beach, CA 90806-4156


Darren Carmouche
2107 E Whispering Willows Ln
202
Nampa, ID 83687


Darrick Joiner
401 Holly Street
06
Nampa, ID 83686


Darrin Cash
32 White Oaks Lane
102
Nampa, ID 83687


Darryl  Melissa McEwee
8481 W Casa Grande Court
Garden City, ID 83714

DATE Enterprises, LLC
4821 W Outlook Avenue
Boise, ID 83703


Dave   Michelle Seusy
2291 E Meadow Creek Drive
Meridian, ID 83646


Dave   Rebecca Meekhof
5428 Hamover Drive
Cypress, CA 90630


Dave Coats
615 E 300 N
Rupert, ID 83350


David   Kacey Cohen
5301 Grassy Run Road
Placerville, CA 95667


David   Kathy Sharp
1999 W Salerno Street
Meridian, ID 83646


David   Leda Christian
4199 S Stargazer Place
Boise, ID 83716


David   Machyla Matranga
551   639 N Moffat Avenue
551-9
Emmett, ID 83617


David   Melynda Green
111 19th Avenue S
Nampa, ID 83651

David   Nadine Arnold
401 Holly Street
10
Nampa, ID 83686


David   Sophie Ramirez
407 11th Avenue S
201
Nampa, ID 83687


David Bell
2216 E Whispering Willow Ln
101
Nampa, ID 83687


David Brown
2638 Bedford Lane
2888
Boise, ID 83705


David Camacho
7604 Vanport Avenue
Whittier, CA 90606


David Carroll
980 W Parkstone Avenue
C204-1
Meridian, ID 83646


David Emmert
1901 S Vista Avenue
1935
Boise, ID 83705


David Epperson
165 N Plummer Road
187
Star, ID 83669

David Glazer
2208 E Whispering Willow Ln
201
Nampa, ID 83687


David Green
3704 W Rose Hill Street
211
Boise, ID 83705


David H. Arkoosh
802 W. Bannock St.
Ste 900
Boise, ID 83701


David McDonald
121 N 9th Street
Suite #402
Boise, ID 83702


David Mora
401 Holly Street
06
Nampa, ID 83686


David Priest


David Sindler
2107 E Whispering Willow Ln
201
Nampa, ID 83687


David Tracy
18168 Harvestor Avenue
Nampa, ID 83687

David Vasquez
1901 S Vista Avenue
1959
Boise, ID 83705


David Wallin
315 13th Avenue S
12
Nampa, ID 83651


Davis Radcliffe
9042 W Java Lane
#202
Boise, ID 83704


Davison's Cleaning   Repair
7770 W Cummins Avenue
Boise, ID 83709


Dawn Cleaver-Bird
2298 N Hampton
BBA229b-L
Boise, ID 83704


Dean Jaques
2303 E. 3300 S.
Jerome, ID 83338


Dean Marcic
1879 Camino Estrada
Concord, CA 94521


Deanna Board
1216 S Juniper Street
#104
Nampa, ID 83686

Deanna Klemach
920 N 7th Street
4
Boise, ID 83702


Debbi Judd
1771 S Barlow Lane
Boise, ID 83709


Debbie   Frank Burruel
7 Cartagena
San Clemente, CA 92672


Debbie Daniels
811 NW 2nd Street
Meridian, ID 83642


Deborah   Kenneth Martin
7180 Bunch Court
7180-101
Boise, ID 83714


Deborah Hill
2025 E White Oak Court
102
Nampa, ID 83687


Deborah Ray
315 13th Avenue S
206
Nampa, ID 83651


Debra Rogers (Caciano)
519 E Florida
46
Nampa, ID 83686

Delawar Shahwali
2638 Bedford Lane
2823
Boise, ID 83705


Delmay Contrera
662 W Idaho
Unit 672
Meridian, ID 83642


Dena Carratu
1731 S Watersilk Place
Boise, ID 83709


Dena McBride
4048 Garnet Street
4048
Boise, ID 83703


Dennae   Kevin Godderidge
1759 S Barlow Lane
Boise, ID 83709


Dennis Mastin
2638 Bedford Lane
2873
Boise, ID 83705


Denny Burpee
519 E Florida
27
Nampa, ID 83686


Derek   Isaac Goss
315 13th Avenue S
02
Nampa, ID 83651

Derek   Meagan Wilkie
165 N Plummer Road
143
Star, ID 83669


Derek Harris
505 E Florida Avenue
28-102
Nampa, ID 83686


Derek Hawes
2638 Bedford Lane
2825
Boise, ID 83705


Derrick Moore
425 W Loma Alta Drive
Altadena, CA 91001


Destinee Crabtree


Devin Johnston
980 W Parkstone Street
C101-1
Meridian, ID 83646


Diamond Preston
204 Turtle Dove
Nampa, ID 83651


Diana   Michael Herzog
2638 Bedford Lane
2872
Boise, ID 83705

Diana Contreras
240E Colorado Avenue
947
Nampa, ID 83686


Diane Gilmore
662 W Idaho
Unit 662
Meridian, ID 83642


Diane Porter
165 N Plummer Road
181
Star, ID 83669


Dianne Petty
2209 E Whispering Willow Ln
101
Nampa, ID 83687


Dish Network
PO Box 94063
Palatine, IL 60094-4063


DK Buckley LLC


DL Evans Easement Payment


DLJ, LLC
1008 N 6th Street
Boise, ID 83702


Doheny LLC
5382 N Morningale Way
Boise, ID 83713

Dohery Electric Inc
3005 W Overland Road
Boise, ID 83705


Donald Fillman
1716 S Eagleson Road
101
Boise, ID 83704


Done Rite Tree Co LLC
PO Box 190041
Boise, ID 83719


Donell Kienholz
505 E Florida Avenue
12-104
Nampa, ID 83686


Donna Donovan
7180 Bunch COurt
7220-102
Boise, ID 83714


Donna Faircloth
3724 Tamarack Drive
Boise, ID 83703


Donna Garcia
1220 S Juniper Street
#101
Nampa, ID 83686


Donna Landregan
PO Box 5253
Kaneohe, HI 94677

Donna Ray
315 13th Avenue S
210
Nampa, ID 83651


Dorothy Mulligan
240 E Colorado Avenue
244
Nampa, ID 83686


Doug Holladay
4909 Greenhurst Road
Nampa, ID 83686


Doug Holladay
4909 Greenhurst Road
WY 83000


Douglas Keene
4616 S Van Marter Road
Spokane Valley, WA 99206


Douglas Manning
551  639 N Moffat Avenue
639-9
Emmett, ID 83617


Downtown Properties, LLC
223 N 6th Street
#425
Boise, ID 83702


Dr Soot Chimney Sweep
208 23rd Ave S
Nampa, ID 83651

Drew Bingham
38 White Oak Lane
201
Nampa, ID 83687


Drew Kishpaugh
8020 Dorian Street
BST802b-L
Boise, ID 83709


Dryer Vent Wizard
2885 N Rough Stone Way
Meridian, ID 83646


Duane Taylor
112 W 39th Street
Boise, ID 83714


Dumitru  Mihaela Mateescu
9969 W Targee Street
Boise, ID 83709


Durann Parra
1887 Overland Road
101
Boise, ID 83705


Dustin Smith
519 E Florida
39
Nampa, ID 83686


Dustin Verbug
35th  Good Street
2126
Boise, ID 83703

Dustin Violette
131 N Davis Court
#133
Nampa, ID 83651


Dwayne Barnett
717 11th Avenue S
108
Nampa, ID 83651


Dylan Cockrum
980 W Parkstone Street
D201-1
Meridian, ID 83646


Dylan Stamp
1011 25th Street
1011.5
Boise, ID 83702


Dylan Tracy
2115 E Whispering Willow Ln
202
Nampa, ID 83687


Dyson Colton
2115 Whispering Willow Ln
201
Nampa, ID 83687


E   A Properties, LLC
2422 12th Avenue
Nampa, ID 83686


Eagle Sewer District
44 N. Palmetto Ave.
Eagle, ID 83616-5149

Eagle Water Company, Inc.
Construction Division
P.O. Box 455
Eagle, ID 83616


Earl   Sharon Hain
26462 Via Lara
Mission Viejo, CA 92691


ED3 Properties, LLC
1168 W Barrymore Drive
Meridian, ID 83646


ED3 Properties, LLC
PO Box 385
2023
Meridian, ID 83680


Eddie   Tiffany Clemons
E Mason Creek Lane
23
Meridian, ID 83642


Eddie Oropeza
217 N Straughan
Boise, ID 83712


Eddy   Kaylee Lattimer
1224 S Juniper Street
#102
Nampa, ID 83686


Edie Blake
551   639 N Moffat Avenue
551-8
Emmett, ID 83617

Edie Coleman
519 E Florida
40
Nampa, ID 83686


Edinburgh HOA
1500 W Bannock
Boise, ID 83702


Edith Jones
323 E Bannock Street
323-C
Boise, ID 83702


Edmund Ellis
8727 Hackamore Drive
104
Boise, ID 83709


Edward Brent
519 E Florida
36
Nampa, ID 83686


Edward Hennigan
980 W Parkstone Street
D108-1
Meridian, ID 83646


Efain Jaurez
165 N Plummer Road
183
Star, ID 83669


EJC, LLC
5382 N Morgingsgale Way
Boise, ID 83713

Elena   Jordan Cragun
2115 E Whispering Willow Ln
201
Nampa, ID 83687


Elise Lorcher
980 W Parkstone Street
E208-1
Meridian, ID 83646


Elisha Smith
854 White Cloud
Boise, ID 83709


Eliud Matagaro
2638 Bedford Lane
2875
Boise, ID 83705


Elizabeth Durbin
2025 E White Oak Court
102
Nampa, ID 83687


Elizabeth Glenn
4048 Garnet Street
4046
Boise, ID 83703


Elizabeth Loya
8721 Hacckamore
101
Boise, ID 83709


Elizabeth Ortiz-Dominguez
1887 Overland Road
201
Boise, ID 83705

Elizabeth Ridgeway/Linn Howe
9813 W Caraway Court
Boise, ID 83704


Elizabeth Sames
401 Holy Street
02
Nampa, ID 83686


Elwood Olenslager
2000 E Overland
Burley, ID 83318


Emanuel Quiroz
1223 S Ivy Street
Apt 46
Nampa, ID 83686


Emilee Fortin
1992 E Meadow Creek ADrive
Meridian, ID 83646


Emily   Paul Brohman
1023 S Locust Street
104
Nampa, ID 83686


Emily Eveland
8739 Hackamore
102
Boise, ID 83709


Emmett Sanitation
PO Box 5498
Emmett, ID 83617

Enes Mehanovic
1901 S Vista Avenue
1913
Boise, ID 83705


Eric Baggs


Eric Beherns
PO Box 385
45
Meridian, ID 83680


Eric Nakashima
1901 S Vista Avenue
1909
Boise, ID 83705


Eric Stone
3860 N McKinley Park Avenue
Meridian, ID 83646


Erica Fry
165 N Plummer Road
179
Star, ID 83669


Erica Prescott
2025 E White Oak Lane
202
Nampa, ID 83687


Erik  Ignacio Martinez
240 E Colorado Avenue
947
Nampa, ID 83686

Erik   Nicole Blake
980 W Parkstone Street
B206-1
Meridian, ID 83646


Erik Hanaway
4751 N Zachary Way
Meridian, ID 83646


Erik Mortensen
8739 Hackamore
101
Boise, ID 83709


Erin Bowles
14792 Helen Lane
Caldwell, ID 83607


Erin Tetreault
1011 N 25th
1011
Boise, ID 83702


Ernie Pennell
1433 N Hartman Street
GAR-5
Boise, ID 83704


Esmerelda Arteaga
2403 S Kimball Avenue
4
Caldwell, ID 83605


Esther Lopez
717 11th Avenue S
102
Nampa, ID 83651

Esther Mendoza
10769 W Halstead Lane
202
Boise, ID 83713


Ethan   Jordyn Kellogg
2111 E White Oak Court
202
Nampa, ID 83687


EUDA, LLC
5382 N Morningsgale
Boise, ID 83713


Euretta Kurtz
213 S Dewey Avenue
A
Middleton, ID 83644


Eva Thomlison
717 11th Avenue S
209
Nampa, ID 83651


Evangelina Jones-Blanco
980 W Parkstone Street
B208-1
Meridian, ID 83646


Evangeline Donohue
2638 Bedford Lane
2659
Boise, ID 83705


Express Appliance
607 N Orchard Street
Boise, ID 83706

Exterior Elements
Po Box 1083
Meridian, ID 83680


Extreme Electric
1100 M 63rd Street
Nampa, ID 83687


Ezekeil Messenger(co-signer)
1887 Overland Road
202
Boise, ID 83705


FA Lawn Care
2345 Elliot Street
8
Eagle, ID 83616


Falane   Michael Gerritsen


Farwell Electric
3015 Colorado Avenue
Caldwell, ID 83605


Faye Hinkley
1120 Connecticut Avenue
1122
Nampa, ID 83686


Felecia Holm
2638 Bedford Lane
2815
Boise, ID 83705


Felipe Llamas
401 Holly Street
03
Nampa, ID 83686

Fernando   Jennifer Barboza
9022 W Brookeview Court
Boise, ID 83704


Fernando Calixto
505 E Florida Avenue
20-103
Nampa, ID 83686


Fikret   Zirafet Badzic
2638 Bedford Lane
2830
Boise, ID 83705


Finishing Touches Home Servi
PO Box 6413
Boise, ID 83707-6413


First Interstate Bank


First Rate Property Manageme
7150 Potomac Drive
Boise, ID 83704


First Sevice Group Property
4222 W Emerald Street
Boise, ID 83706


Flat Fee Evictions
PO Box 9101
Nampa, ID 83652


Flying Heart Enterprises,LLC
4195 N Clearbrook Place
Meridian, ID 83646

For Rent
PO Box 209066
Dallas, TX 75320-9066


Fora Financial Business Loan
242 W. 36th Street
14th Floor
New York, NY 10018


Fort Group, LLC
2244 Swallowtail Lane
Boise, ID 83706


Frances Robinson
2638 Bedford Lane
2645
Boise, ID 83705


Frances Shannon
2116 E Whispeirng Willow Ln
101
Nampa, ID 83687


Francis Longstaff
1212 S Juniper Street
#102
Nampa, ID 83686


Francis Trujillo
980 W Parkstone Street
B201-1
Meridian, ID 83646


Francisco Segura
401 Holly Street
12
Nampa, ID 83686

```
Fred   Ronaele Mellow
5220 N Highway 95
Parker, AZ 85344-1587


Fred Parker
551   639 N Moffat Avenue
551-1
Emmett, ID 83617


Freddy Hernandez
2107 Whispering Willow Ln
202
Nampa, ID 83687


Gablan Alomar
4400 W Pasadena
#38
Boise, ID 83705


Gabriela Zambrano
7180 Bunch Court
7220-202
Boise, ID 83714


Galina Belyakova
11939 Cloverbrook
#201
Boise, ID 83713


Ganymede Investments, LLC
7818 Chaplin Court
Elk Grove, CA 95758


Garage Door Store
3130 N 24th Street
Boise, ID 83702


Garden Grove, LLC
```

Garnet Investments, LLC
3724 Plantation River Place
Suite 101
Boise, ID 83703


Garrity Appliance
1207 3rd Street South
Nampa, ID 83651


Garth Stephan
315 13th Avenue S
211
Nampa, ID 83651


Gary   Heather Jensen
3019 N Astaire
Meridian, ID 83646


Gary   Laura Brennan
2124 E Whispering Willow Ln
202
Nampa, ID 83687


Gary Davis
3905 W Taft
Boise, ID 83703


Gary E Wimmer Survivor Trust
21888 Blue Oaks Place
Los Altos, CA 94022


Gary Ewing
PO Box 385
39
Meridian, ID 83680


Gary Hill

GAT Landscape Maintenance
302 Bacon Drive
Boise, ID 83712


Gaya Living Trust V/D/A
6491 N Hillsboro Place
Boise, ID 83701


Gaya Living Trust V/D/A


Gem State Doors   Millwork
PO Box 3311
Nampa, ID 83653


Gemtek Pest Control
4781 Goodall Street
Garden City, ID 83714


Gene Sanchez
5927 Flamingo Drive
BST592b-L
Boise, ID 83704


Genniece Sledge
2325 S Five Mile Road
2325
Boise, ID 83709


George   Kathy Beard
506 Canyon Drive
#35
Oceanside, CA 92054


George (Chris) Lucas
2638 Bedford Lane
2655
Boise, ID 83705

George Scott Exell
7180 Bunch Court
7180-201
Boise, ID 83714


German Hernandez


Gessyka Jensen
2638 Bedford Lane
2870
Boise, ID 83705


Get'er Done Russ
0001
Emmett, ID


Ghulam Omarzai
2638 Bedford Lane
2810
Boise, ID 83705


Gina   Julia Adams
240 E Colorado Avenue
250
Nampa, ID 83686


Gina   Wade McCarroll
3056 W Acarrera Lane
12
Meridian, ID 83642


Givens Pursley LLP
PO Box 2720
Boise, ID 83701


Glass Doctor
44 S Meridian Road
Meridian, ID 83642

Gloria Marang
717 11th Avenue S
204
Nampa, ID 83651


Golden Lotus, LLC
918 W Yogi Lane
Boise, ID 83706


Golden Tiger Properties, LLC
73 Beaumont Avenue
San Francisco, CA 94118


Gon   Helen Lim
10857 Bridgetower Drive
Boise, ID 83709


Gordon Dale   Nancy Cummings
23860 Woodhaven Place
Auburn, CA 95602


Graham Slade LLC
2611 S Illinois Avenue
Caldwell, ID 83605


Grantland Chew


Great Floors LLC
2855 E Fairview Avenue
Meridian, ID 83642


Great West Property LLC
PO Box 385
2115 or 2107
Meridian, ID 83680

Great West Property, LLC
946 S 50th W
Burley, ID 83318


Green Acres Lawn Company
159 N Olde Park Place
Apt A
Eagle, ID 83616


Green Cut Sprinklers
PO Box 2292
Twin Falls, ID 83303


Greens Heating Air Condition
1016 4th Street N
Nampa, ID 83687


Greg   Krisren Rockwood
980 W Parkstone Street
B102-1
Meridian, ID 83646


Greg's Plumbing
2789 NW 78th Street
Meridian, ID 83646


Gregory   Michelle Stanley
2638 Bedford Lane
2806
Boise, ID 83705


Grover's Electric Plumbing
1900 NE 78th Street
Vancouver, WA 98665


Guadalupe Arteaga
980 W Parkstone Street
D201-1
Meridian, ID 83646

Guardian Alarms Inc
1003 Southside Blvd
Nampa, ID 83686


Guerrero Electric
224 S Canyon Street
Nampa, ID 83686


Guild Mortgage Company
PO Box 85046
San Diego, CA 92186-5046


Gustavo Nieves Saenz
32 S White Oak Lane
101
Nampa, ID 83687


Gym Outfitters inc
1852 S Century Way
Boise, ID 83709


H D Carpet Cleaning Services
22505 Old Highway 30
Caldwell, ID 83607


H H Properties


Hailey Norton
2141 Stephen Avenue
201
Boise, ID 83706


Haley Campbell
662 W Idaho
Unit 674
Meridian, ID 83642

Halsted LLP
3200 E Anemone Court
Boise, ID 83716


Hannah Burkhardt
505 E Florida Avenue
28-104
Nampa, ID 83686


Hannah Kertesz
323 E Bannock Street
325D
Boise, ID 83702


Hannah McCracken
2208 E Whispering Willow Ln
202
Nampa, ID 83687


Hannah Sydow
401 Holly Street
17
Nampa, ID 83686


Happy Homeowners Handyman
3381 Acarrera Court
Meridian, ID 83642


Harlie   James Coney
1763 S Barlow Lane
Boise, ID 83709


Harris Lance
59 N Liberty Drive
Nampa, ID 83651

Hawa Diriye
2638 Bedford Lane
2879
Boise, ID 83705


HD Supply Facilities Mainten
PO Box 509058
San Diego, CA 92150-9058


Heather  Mike Hadley
2008 WHite Oak Lane
103
Nampa, ID 83687


Heather Byers
980 W Parkstone Street
D204-1
Meridian, ID 83646


Heather Crabtree
2638 Bedford Lane
2647
Boise, ID 83705


Heather Fairchild
1438 N West 14th Street
BST143b-L
Meridian, ID 83642


Heidi   Jeremiah Peters
805 NW 2nd Street
Meridian, ID 83642


Heidi Hope
4148 Nez Perce Street
201
Boise, ID 83705

Helen Percifield
315 13th Avenue S
205
Nampa, ID 83651


Helenna Blake
1224 S Juniper Street
#103
Nampa, ID 83686


Henry  Cindy Fernandez
118 La Vista Drive
Los Alamos, NM 87544


Henry Vilcapoma
165 N Plummer Road
129
Star, ID 83669


Henson's Heating  Cooling
11830 Florida Drive
Boise, ID 83709


Heron Family Trust
3453 W Braveheart Drive
Eagle, ID 83616


Higgins Rutledge Insurance
PO Box 8567
Boise, ID 83707


HOA
4841 E Tanoak Drive
Boise, ID 83716


Holly Maxey
117 Hudson Avenue
B
Nampa, ID 83651

Home Depot
1100 S Progress
Meridian, ID 83642


Ian Lofgren
980 W Parkstone Street
B107-1
Meridian, ID 83646


IBF A Safeguard Company
910 W Amity Road
Boise, ID 83705


Idaho Backflow
7800 Candlewood Drive
Boise, ID 83709


Idaho Central Credit Union


Idaho Custom Rain Gutters
11770 W President Drive
Suite G
83713


Idaho Energy Systems LLC
2498 E Omera Street
Meridian, ID 83646


Idaho Hardwood Flooring
6357 N Portsmouth Avenue
Boise, ID 83714


Idaho Housing   Finance
P.O. Box 7899
Boise, ID 83707-1899

Idaho Power
P.O. Box 70
Boise, ID 83707


Idaho Property LLC
PO Box 513
Rupert, ID 83350


Idaho State Tax Commission
P.O. Box 36
Boise, ID 83722-0410


Idaho Web Printers Inc
800 E Locust St
PO Box 65
Emmett, ID 83617


Idalia Alfaro


Impact Pest Services
PO Box 1906
Eagle, ID 83616


Infinite Maintenance Cleanin
PO Box 151
Eagle, ID 83616


Ingrid Audrulis
1710 Heron
1602 N 18th street
Boise, ID 83702


Integrity Heating Air LLC
4028 E Summit Lane
Nampa, ID 83687

Intermountain Air
9658 W Hearthside Drive
Boise, ID 83709


Intermountain Gas Co
PO Box 5600
Bismarck, ND 58506-5600


Intermountain Gas Company
PO Box 64
Boise, ID 83732-0064


Internal Revenue Service
550 W. Fort St., MSC041
Boise, ID 83724-0041


Isaac   Kristina Karrick
2025 E White Oak Court
101
Nampa, ID 83687


Isaac Hall
1401 N Eldorado Street
1403-102
Boise, ID 83704


Isaaman Revocable Liv Trust


Isabel Mendoza
117 Hudson Avenue
D
Nampa, ID 83651


Iselda Gonzalez
3704 W Rose Hill Street
210
Boise, ID 83705

Ivy King
803 NW 2nd Street
Meridian, ID 83642


Izaac Bartrop


J Dana Thorne
PO Box 735
Kuna, ID 83634


J Wes Property Maintenance
424 W Cherry Lane
Suite 128
Meridian, ID 83646


Jabril Frazier
2141 Stephen Avenue
102
Boise, ID 83706


Jace Schrader
2139 Stephen Avenue
102
Boise, ID 83706


Jack Taylor
315 13th Avenue S
05
Nampa, ID 83651


Jackie Watson
980 W Parkstone Street
C105-1
Meridian, ID 83646

Jackson Property Management
PO Box 385
Bld 2025
Meridian, ID 83680


Jacob Borg
9760 N Love Court
Hauser, ID 83854


Jacob Chism
8743 Hackamore
104
Boise, ID 83709


Jacob Dodge
4847 Talamore Drive
Meridian, ID 83646


Jacob Gonzalez
14473 Gresham Drive
Caldwell, ID 83607


Jacob Goyden
323 E Bannock Street
323-A
Boise, ID 83702


Jacob Grant
505 E Florida Avenue
Nampa, ID 83686


Jacob Johnson
165 N Plummer Road
151
Star, ID 83669

Jacob Laird
4148 Nez Perce
102
Boise, ID 83705


Jacob Weihe
226 N Latah Street
#102
Boise, ID 83706


Jacqueline Alvarez-Lopez
315 13th Avenue S
01
Nampa, ID 83651


Jacqueline Hester
832 Midwood Drive
Granada Hills, CA 91344-2828


Jacqueline Martin
9330 Konocti Street
Rancho Cucamonga, CA 91730


Jacqueline McKinnis
7250 W poplar
#310
Boise, ID 83704


Jadyn Sanchez
519 E Florida
44
Nampa, ID 83686


Jae Franks

Jaime   Nora Perez Prado
2115 Whispering Willow Ln
102
Nampa, ID 83687


Jaime Garcia
165 N Plummer Road
135
Star, ID 83669


Jaison Brooks
1555 W Biddick Street
BST155b-L
Meridian, ID 83642


Jake Dejongh


Jake Hill
2105 White Oak Lane
201
Nampa, ID 83687


Jake Lee
505 E Florida Avenue
24-104
Nampa, ID 83686


James   Cathy McMillian
2207 E Oak
Caldwell, ID 83605


James   Felicia Thorusen
1228 S Juniper Street
#102
Nampa, ID 83686

James Gaffrey
39 White Oak Lane
201
Nampa, ID 83687


James Gosswiller
925 N 9th Street
20
Boise, ID 83702


James Harrison
800 Park Blvd
#720
Boise, ID 83712


James Lindsey
1310 Kimra Street
STI131b-L
Meridian, ID 83642


James Manske


James Pollard
2638 Bedford Lane
2866
Boise, ID 83705


James Praegitzer
1901 S Vista Avenue
1929
Boise, ID 83705


James Wardle
1120 Connecticut Avenue
1126
Nampa, ID 83686

James White
1901 S Vista Avenue
1951
Boise, ID 83705


Jamie Reay
2208 E Whispering Willow Ln
101
Nampa, ID 83687


Jamie Wright
5927 Flamingo Drive
Boise, ID 83704


Jan Dike
2007 E Whispering Willow Ln
202
Nampa, ID 83687


Jan Dress
7180 Bunch Court
7220-101
Boise, ID 83714


Jana   Ted Messenger
1887 Overland Road
202
Boise, ID 83705


Janel Johnson
980 W Parkstone Street
E105-1
Meridian, ID 83646


Janell Austyn
511 W Pine
Unit C
Meridian, ID 83642

Janet   Steven Robles
165 N Plummer Road
139
Star, ID 83669


Janet Dennis
213 S Dewey Avenue
B
Middleton, ID 83644


Janna Neetz
1550 Michigan way
Nipomo, CA 93444


Jannette   Lloyd Yorgensen
207 S Dewey Avenue
A
Middleton, ID 83644


Jaques Handy Dandy Service
429 SW 5th Avenue
Ste 110
Meridian, ID 83646


Jaran   Megan Wagner
38 White Oak Lane
201
Nampa, ID 83687


Jared   Mackenzie Fillmore
2025 E White Oak Court
101
Nampa, ID 83687


Jared   Summer Bell
2111 White Oak Lane
101
Nampa, ID 83687

Jared Borg
103 S Akler Lane
Eagle, ID 83616


Jared Check
1011 25th Street
2501.5
Boise, ID 83702


Jared Cozby
2113 W Trestle Drive
Meridian, ID 83646


Jared Durbin
2638 Bedford Lane
2841
Boise, ID 83705


Jarod Barker
1901 S Vista Avenue
1941
Boise, ID 83705


Jasmine   Tobias Matus
4148 Nez Perce Street
202
Boise, ID 83705


Jasmine Britton
551   639 N Moffat Avenue
639-3
Emmett, ID 83617


Jasmine Torres
2638 Bedford Lane
2880
Boise, ID 83705

Jason Chipman


Jason Clover
519 E Florida
43
Nampa, ID 83686


Jason Felsted
511 W Pine
Unit C
Meridian, ID 83642


Jason Kotter
7320 N Meridian Road
Meridian, ID 83646


Jason Redd
407 11th Avenue S
201
Nampa, ID 83687


Jay  Mary Vinson
1659 E Summerfalls Drive
Meridian, ID 83642


Jay Patterson
1828 N Bing Avenue
Meridian, ID 83646


Jeanea Van Sickel
315 13th Avenue S
09
Nampa, ID 83651


Jeanette  Nathan Pyles
19212 Goldfinch Way
Caldwell, ID 83605

Jeanette Brown
1023 S Locust Street
101
Nampa, ID 83686


Jeff   Linda Hale
907 8th Street
Brookings, SD 57006


Jeff Borup
2141 Stephen Avenue
101
Boise, ID 83706


Jeff Pruett
14518 W Barclay
Boise, ID 83713


Jeffery   Tammy Schiller
75 Ord Blvd
Nampa, ID 83651


Jeffery Moore
2007 E Whispering Willow Ln
201
Nampa, ID 83687


Jeffrey   Tammy Schiller
PO Box 385
32
Meridian, ID 83680


Jeffrey Stanek
1023 S Locust Street
104
Nampa, ID 83686

Jen Morrison
404 McChesney Avenue
ext. 27-12
Troy, NY 12180


Jenica Papp
3508 Kootenai Street
Boise, ID 83706


Jenna Mahoney
505 E Florida Avenue
28-103
Nampa, ID 83686


Jenna Shaffer
2116 E Whispering Willow Ln
202
Nampa, ID 83687


Jennie Williams
980 W Parkstone Street
A204-1
Meridian, ID 83646


Jennifer Allen
2123 E Whispering Wollow Ln
101
Nampa, ID 83687


Jennifer Browning
2446 W Wolf Rapid Drive
Meridian, ID 83646


Jennifer Cole
1901 S Vista Avenue
1937
Boise, ID 83705

Jennifer Hayes
980 W Parkstone Street
C208-1
Meridian, ID 83646


Jennifer Keener
2111 E White Oak Court
102
Nampa, ID 83687


Jennifer Noeldner
1901 S Vista Avenue
194
Boise, ID 83705


Jennifer Parker
920 N 7th Street
1
Boise, ID 83702


Jennifer Phipps
165 N Plummer Road
195
Star, ID 83669


Jennifer Shaira
2105 White Oak Lane
201
Nampa, ID 83687


Jenny Whitehead
11933 W Dallan
Boise, ID 83714


Jens Carlson

Jeremiah Baker
2124 E Whispering Willow Ln
101
Nampa, ID 83687


Jeremiah Big Springs
2638 Bedford Lane
2825
Boise, ID 83705


Jeremiah Stuart
35th  Good Street
2118
Boise, ID 83703


Jeremy McNichols
2141 Stephen Avenue
12
Boise, ID 83706


Jeremy Reid
551  639 N Moffat Avenue
551-7
Emmett, ID 83617


Jeremy Steiding


Jerlin Cummings
1701 Edgemere Curroff Road
Priest River, ID 83856


Jerrico Jackson
5290 N Joe Robbie
Boise, ID 83713


Jerry   Barbara Sourjohn
4188 Summer Gate Avenue
Vallejo, CA 94591

Jerry Gonterman
980 W Parkstone Street
D202-1
Meridian, ID 83646


Jerry Martinez
240 E Colorado Avenue
941
Nampa, ID 83686


Jerry Naylor
893 N Bonsai
12
Meridian, ID 83642


JES Electric
1809 Regal Drive
Boise, ID 83704


Jesse   Cigdem Hyder
1900 Farwell Lane
#202
Boise, ID 83713


Jesse Cowan
304 E Ivy Glade Street
THU304b-L
Kuna, ID 83634


Jesse Cresap


Jessica   Jose Ortiz
1887 Overland Road
201
Boise, ID 83705

Jessica   LaNita Vance
315 13th Avenue S
202
Nampa, ID 83651


Jessica   Nathan Lundt
1120 Connecticut Avenue
1122
Nampa, ID 83686


Jessica   Spencer Gibson
11143 Silver River Loop
Nampa, ID 83686


Jessica Clarke
519 E FLorida
31
Nampa, ID 83686


Jessica Duran
165 N Plummer Road
187
Star, ID 83669


Jessica Ferbrache
2801 N Ash Park Lane
BBA280b-L
Boise, ID 83704


Jessica Flores
8721 Hackamore
103
Boise, ID 83709


Jessica Fowler
8721 Hackamore
104
Boise, ID 83709

Jessica Guy


Jessica Henrichs
505 E Florida Avenue
16-104
Nampa, ID 83686


Jessica Iser
3056 W Acarrera Lane
23
Meridian, ID 83642


Jessica Milanez
1011 25th Street
2501
Boise, ID 83702


Jessica Pantle
1023 S Locust Street
101
Nampa, ID 83686


Jessica Taylor
2132 E Whispering Willow Ln
201
Nampa, ID 83687


Jessica Welch
2107 E Whispering Willow Ln
101
Nampa, ID 83687


Jessika  Renee Tracy
18168 Harvestor Avenue
Nampa, ID 83687

Jesus Reyes
401 Holly Street
07
Nampa, ID 83686


Jesus Tejeda
519 E Florida
47
Nampa, ID 83686


Jill Thornton
1216 S Juniper Street
#103
Nampa, ID 83686


Jillian Janson
13  17 E State Avenue
17
Meridian, ID 83642


Jim   Laura Putnam
7840 Madison
Ste154
Fair Oaks, CA 95628


Jim's Heating Cooling
5300 Fairview Avenue
Boise, ID 83706


Jim's Lumber Building Sup
1390 W 6th S
Mountain Home, ID 83647


Jimmy Ramirez
32 S White Oak Lane
201
Nampa, ID 83687

Joann Nancolas
717 11th Avenue S
101
Nampa, ID 83651


Joanna Morrow
315 13th Avenue S
204
Nampa, ID 83651


Jodi Ellis
2403 S Kimball Avenue
5
Caldwell, ID 83605


Jodi Paoli
980 W Parkstone Street
E102-1
Meridian, ID 83646


Joe Fitzpatrick/Brain Anthon
1775 W State Street
340
Boise, ID 83702


Joel  Melanie Flake
3724 Plantation River Drive
Suite 101
Boise, ID 83703


Joel Gutierrez
407 11th Avenue
103
Nampa, ID 83687


Joel Myers
1011 25th Street
1011.5
Boise, ID 83702

John   Marion Iles
33 Cormistas Court
Walnut Creek, CA 95498


John   Megan Hutchins
4148 Nez Perce
101
Boise, ID 83705


John   Valerie Campbell
2107 E Whispering Willow Lan
202
Nampa, ID 83687


John Asbury
PO Box 385
2112
Meridian, ID 83680


John Clark
PO Box 804
3010 S Whitepost Way
Eagle, ID 83616


John Dunn
1435 Essex Street
# 5
San Diego, CA 92103


John Fowers
980 W Parkstone Street
A206-1
Meridian, ID 83646


John Hare

John Kane
111 19th Avenue Street
studio
Nampa, ID 83651


John Long
2575 NE 7th Lane
Redmond, OR 97756


John Olsen
315 13th Avenue S
203
Nampa, ID 83651


John Rawson
315 13th Avenue S
212
Nampa, ID 83651


John Ray
7180 Bunch Court
7220-201
Boise, ID 83714


John Schnee
511 W Pine
Unit D
Meridian, ID 83642


John Stauffer
226 N Latah Street
#101
Boise, ID 83706


John Sutherland
519 E Florida
29
Nampa, ID 83686

John Whalen
1326 N Main Street
Meridian, ID 83642


John's Home Services
455 W Arizona Lane
Boise, ID 83706


John's Plumbing/Heating Serv
141 Enterprise Street
Emmett, ID 83617


Johnny Parsons
2638 Bedford Lane
2670
Boise, ID 83705


Johnson Property Management
958 WE Oakhampton
Eagle, ID 83616


Johnson Property Management


Johnson Supply
10943 W Executive
Boise, ID 83713


Jonathan Aguirre-Hobbs
401 Holly Street
17
Nampa, ID 83686


Jonathan Allen
8721 Hackmore
104
Boise, ID 83709

Jonathan Hartness
1023 S Locust Street
101
Nampa, ID 83686


Jonathan Valdovinos
2008 White Oak Lane
101
Nampa, ID 83687


Jonathan Wilkes
925 N 9th Street
19
Boise, ID 83702


Jonathan Yost
2856 E Windsong
Boise, ID 83712


JonesGledhill FuhrmanGourley
PO Box 1097
Boise, ID 83701


Jordan Barrett


Jordan Brinkerhoff
2132 E Whispering Willow Ln
201
Nampa, ID 83687


Jordanne Tengonciang
2208 E Whispering Willow Ln
102
Nampa, ID 83687


Jordyn  Cyndia Glorfield
610 W Ramsbrook
Meridian, ID 83646

Jordyn Glorfield
2025 E White Oak Court
202
Nampa, ID 83687


Jorge Castenede
2015 E Whispering Willow Ln
101
Nampa, ID 83687


Jose Acosta
2638 Bedford Lane
2880
Boise, ID 83705


Jose Martinez
505 E Florida Avenue
Nampa, ID 83686


Jose Sanchez
1812 E Linden Street
1814
Caldwell, ID 83605


Joseph   SueAnn Reese
1050 W Riodosa Drive
Meridian, ID 83642


Joseph   Virginia Stephen
12539 Abram
Boise, ID 83713


Joseph Daniel
5367 Cortona Way
Meridian, ID 83646

Joseph Everhart
1901 S Vista Avenue
1957
Boise, ID 83705


Joseph Hall
13  17 E State Avenue
13
Meridian, ID 83642


Joseph Huff
505 E Florida Avenue
24-103
Nampa, ID 83686


Joseph Jones
2638 Bedford Lane
2832
Boise, ID 83705


Joseph Lovell
2105 White Oak Lane
202
Nampa, ID 83687


Joseph Luna
2116 E Whispering Willow Ln
102
Nampa, ID 83687


Joseph Milender
519 E Florida
42
Nampa, ID 83686


Joseph Niederriter
401 Holly Street
16
Nampa, ID 83686

Joseph Tway
9580 Hoff Drive
Boise, ID 83714


Josephine Sanchez
2107 E Whispering Willow Ln
101
Nampa, ID 83687


Josey Phillips
2638 Bedford Lane
2629
Boise, ID 83705


Josh   Mendi Murphy
2098 W Trestle Drive
Meridian, ID 83646


Josh McLeod
1011 N 25th
2501
Boise, ID 83702


Josh Porter
2208 E Whispering Willow Ln
102
Nampa, ID 83687


Joshua   Rachael Peterson
2116 E Whispeirng WIllow Ln
101
Nampa, ID 83687


Joshua Mair
209 S Dewey Avenue
A
Middleton, ID 83644

Joshua Peterson
1885 Overland Road
101
Boise, ID 83705


Joshua Rice
511 W Pine
Unit A
Meridian, ID 83642


Josilynn Cain
1885 Overland Road
101
Boise, ID 83705


JOT Properties LLC
13880 Meeham Way
Moorpark, CA 93021


JP Investment Properties LLC
2873 S Bear Claw Way
Meridian, ID 83642


JP Realty Group


Juan Guzmon
910 4th Street S
910
Nampa, ID 83651


Juan Heredia


Juan Jose Contreras
7136 Via Romera
San Jose, CA 95139

Judy Juarez
2638 Bedford Lane
2655
Boise, ID 83705


Julia Parker
32 S White Oak Lane
102
Nampa, ID 83687


Jung Chien Niu
PO Box 385
2124
Meridian, ID 83680


Justin   Brandy Elliott
11542 Peppermint
Boise, ID 83709


Justin   Georgia Boyd
3660 E Zachary Drive
Phoenix, AZ 85050


Justin Andrews
240 E Colorado Avenue
248
Nampa, ID 83686


Justin Arroues


Justin Gallinger
2111 White Oak Lane
102
Nampa, ID 83687


Justin Garcia

Justin Kobbe
925 N 9th Street
21
Boise, ID 83702


Justin Muraira
165 N Plummer Road
147
Star, ID 83669


Justin Stephens
3056 W Acarrera Lane
24
Meridian, ID 83642


Justin Stephens
3056 W Acarrera Lane
12
Meridian, ID 83642


Justin Ussing
13 E State Avenue
Meridian, ID 83642


Kai Boschma
8743 Hackamore
101
Boise, ID 83709


Kailey Lane
2116 E Whispering Willow Ln
202
Nampa, ID 83687


Kaitlin Ro
980 W Parkstone Street
E106-1
Meridian, ID 83646

Kaitlin Smith
1220 S Juniper Street
#103
Nampa, ID 83686


Kalea Porter
2105 White Oak Lane
201
Nampa, ID 83687


Kalleee   Marcus Wilson
551   639 N Moffat Avenue
639-6
Emmett, ID 83617


Kalvin   Kiri Bunn
2107 E Whispering Willow Ln
202
Nampa, ID 83687


Kameron Nauahi
980 W Parkstone Street
B204-1
Meridian, ID 83646


Kandice Calkins
407 11th Avenue S
102
Nampa, ID 83687


Kara Biggers-Allen
551   639 N Moffat Avenue
551-4
Emmett, ID 83617


Kara Wilkerson
117 Hudson Avenue
A
Nampa, ID 83651

Kara Yelton
980 W Parkstone Street
A106-1
Meridian, ID 83646


Karen   Martha Gutierrez
2638 Bedford Lane
2808
Boise, ID 83705


Karen   Michael Beaudin
980 W Parkstone Street
E206-1
Meridian, ID 83646


Karen   Michael Buchmiller
1212 S Juniper Street
#102
Nampa, ID 83686


Karen Meyer
35th   good Street
2128
Boise, ID 83703


Kari   Ray Hammons
2124 E Whispering Willow Ln
102
Nampa, ID 83687


Karl   Susan Allen
900 E 300 N
Declo, ID 83323


Karla Davis
9042 W Java Lane
#102
Boise, ID 83704

Karla Glauner (Vitley)
1887 Overland Road
102
Boise, ID 83705


Karlee Peek/April Pena
1120 Connecticut Avenue
1124
Nampa, ID 83686


Kasey Lebo
240 E Colorado Avenue
949
Nampa, ID 83686


Kash Anderson
1023 S Locust Street
101
Nampa, ID 83686


Katelyn Derrick
1716 S Eagleson Road
102
Boise, ID 83704


Katelyn Kelly
980 W Parkstone Street
C204-1
Meridian, ID 83646


Katelyn Riedinger
3606 W Rose Hill Street
200
Boise, ID 83705


Katelynn Iglesias
165 N Plummer Road
175
Star, ID 83669

Katerle Building
PO Box 1090
Meridian, ID 83680


Katherine   Preston Gorley
2638 Bedford Lane
2831
Boise, ID 83705


Kathryn   Wayne Gaddis
1023 S Locust Street
104
Nampa, ID 83686


Kathryn Feeney
2638 Bedford Lane
2633
Boise, ID 83705


Kati Walsh
505 E Florida Avenue
28-104
Nampa, ID 83686


Katie   Patrick Vanderbeek
165 N Plummer Road
163
Star, ID 83669


Katie Clark
1023 S Locust Street
101
Nampa, ID 83686


Kayla Curtiss

Kayla Davis
2025 E White Oak Court
102
Nampa, ID 83687


Kayla Peterson
980 W Parkstone Street
D105-1
Meridian, ID 83646


Kayla Ross
1893 N Allumbaugh Street
Boise, ID 83704


Kayleen Babbitt
3056 Acarrera Lane
24
Meridian, ID 83642


Kelcy Diaz
2638 Bedford Lane
2871
Boise, ID 83705


Kelli Hall
1378 Gallant Street
Meridian, ID 83642


Kelly   Laura Adams
1310 Kimra Street
STI131b-L
Meridian, ID 83642


Kelly Creek
PO Box 1246
Meridian, ID 83680

Kelly Dick
2124 E Whispering Willow Ln
201
Nampa, ID 83687


Kelly Hodson
505 E Florida Avenue
505-104
Nampa, ID 83686


Kelly Marks
2115 Whispering Willow Ln
102
Nampa, ID 83687


Kelly Morton
980 W Parkstone Street
D207-1
Meridian, ID 83646


Kelly-Moore Paint Company
307 E Fairview Avenue
Meridian, ID 83642


Kelsey Raines
2638 Bedford Lane
2884
Boise, ID 83705


Kelsey Sandmann
8727 Hackamore Drive
104
Boise, ID 83709


Kelsie Kezerle
32 S White Oak Lane
101
Nampa, ID 83687

KEM Restoration LLC
2525 Annett Street
Boise, ID 83705


Ken Jercha
1498 Vale Avenue
Campbell, CA 95008


Kenneth Pattan
1901 S Vista Avenue
1963
Boise, ID 83705


Kent Hammond
2638 Bedford Lane
2833
Boise, ID 83705


Kent Willford
401 Holly Street
14
Nampa, ID 83686


Keri Landry
1901 S Vista Avenue
1947
Boise, ID 83705


Keri Ro
980 W Parkstone Street
E106-1
Meridian, ID 83646


Kerri Sauers
5290 N Joe Robbie
Boise, ID 83713

Kerry Gurican
240 E Colorado Avenue
939
Nampa, ID 83686


Kersteen Redmond
2107 E Whispering Willow Ln
202
Nampa, ID 83687


Keum Frazier
980 W Parkstone Street
D108-1
Meridian, ID 83646


Kevin   Kylie Beecher
4148 Nez Perce
102
Boise, ID 83705


Kevin Hunt
2025 E White Oak Court
202
Nampa, ID 83687


Kevin Massee
3148 N Esquire Drive
101
Boise, ID 83704


Kevin Smith


Kiel Moser
1901 S Vista Avenue
1923
Boise, ID 83705

Kim Boman
2123 E Whispering Willow Ln
201
Nampa, ID 83687


Kim Conrad
3323 102nd Place
Everett, WA 98208


Kim Holcomb
205 S Dewey Avenue
B
Middleton, ID 83644


Kim Phelps
401 Holly Street
13
Nampa, ID 83686


Kim Pope
2789 N Kelsan Avenue
Kuna, ID 83634


Kim Yeaman
717 11th Avenue S
208
Nampa, ID 83651


Kimberly   Scott Ellsworth
1011 25th Streeat
2501
Boise, ID 83702


Kimberly Alaniva


Kimberly Hagobian
33146 Bluff Drive
Coarsegold, CA 93614

Kimberly Hough
1123 Leadville Avenue
Boise, ID 83706


Kimberly Jaques
4908 W. Pillar Dr.
Herriman, UT 84096


Kimberly Pyle
2107 E Whispering Willow Ln
202
Nampa, ID 83687


Kinetico
1976 E Franklin Road
Meridian, ID 83642


Kira   Nick Vansickle
35 White Oak Lane
102
Nampa, ID 83687


Kirby Enterprises Inc
PO Box 604
Caldwell, ID 83606


Kirk Hanson


Kirk Long
980 W Parkstone Street
D207-1
Meridian, ID 83646


Kirstie Sanborn
717 11th Avenue S
206
Nampa, ID 83651

Kiva Apartments, LLC
237 Broadway Avenue
Alamosa, CA 91101


KMR Partnership
314 Third Avenue
Hailey, ID 83333


Kodie Pope
2638 Bedford Lane
2832
Boise, ID 83705


Kody Young
9042 W Java Lane
#201
Boise, ID 83704


Krin Lovell
519 E Florida
42
Nampa, ID 83686


Krislyn Doty
980 W Parkstone Street
A108
Meridian, ID 83646


Krista Phipps
2025 E White Oak Court
201
Nampa, ID 83687


Kristen Grunewald
23559 Friar Street
Woodland Hills, CA 91367

Kristi   Leslie Maggard
1670 Checola Street
Unit A
Nampa, ID 83686


Kristina Hernandez
131 N Davis Court
Nampa, ID 83651


Kristina Kocher
551   639 N Moffat Avenue
551-7
Emmett, ID 83617


Kristina Morris
505 E Florida Avenue
24-102
Nampa, ID 83686


Kristine Dukes
2638 Bedford Lane
2627
Boise, ID 83705


Kristine Oliver
1011 N 25th
2501 1/2
Boise, ID 83702


Kristopher Harris
2638 Bedford Lane
2881
Boise, ID 83705


Kristopher Housh
2107 E Whispering Willow Ln
201
Nampa, ID 83687

Kristy Hough
980 W Parkstone Street
C203-1
Meridian, ID 83646


Kristy King
1011 N 25th
1011 1/2
Boise, ID 83702


Kristy Lacer
1901 S Vista Avenue
1953
Boise, ID 83705


Krysta Virgen
1607 Checola Street
Unit C
Nampa, ID 83686


Krystal   Robert Waltman
1315 Hawk Place
Nampa, ID 83651


Kuna Lumber
175 South School Avenue
Kuna, ID 83634


KWAL Paint
423 E Karcher Road
Nampa, ID 83687


Kyle   Melanie Votroubek
148 Scops Owl
Kuna, ID

Kyle Anderson
13  17 E State Avenue
17
Meridian, ID 83642


Kyle Bates
1775 S Barlow Lane
Boise, ID 83709


Kyle Stover
980 W Parkstone Street
E108-1
Meridian, ID 83646


L N Solutions
17704 Dark Zebra Way
Nampa, ID 83687


Lacey Mendenhall
3441 N Bottlebrush
Boise, ID 83713


Lacy   Tess Thompson
3606 W Rose Hill Street
3660-206
Boise, ID 83705


Lacy Schildhauer
4847 Talamore Drive
Meridian, ID 83646


LaFever Roofing Inc
PO Box 127
Meridian, ID 83680


Lance Harris
1795 N White Oak way
Meridian, ID 83646

Lander Moody
10394 W Irving Court
Boise, ID 83704


Landlords



Laren Dubkowski
1933 18th Street
1933 1/2
Boise, ID 83702


Larraine Neuman
803 NW 2nd Street
Meridian, ID 83642


Larry   Penny Fisk



Larry Dunn Law Office
619 Grove Street
Boise, ID 83702


Larry Valentine
1670 Checola Street
Unit B
Nampa, ID 83686


Latasha Tyler
2025 E White Oak Court
201
Nampa, ID 83687


Laura   Weston McGhee
980 W Parkstone Street
B105-1
Meridian, ID 83646

Laura Shipley
2107 E Whispering Willow Ln
202
Nampa, ID 83687


Lauren Mendez
4148 Nez Perce Street
201
Boise, ID 83705


Lawdawork Cleaning
4888 W Cherry Lane
Meridian, ID 83642


Lawdawork Maintenance
4888 W Cherry Lane
Meridian, ID 83642


Lawn Co
2581 Wildwood Street
Boise, ID 83713


Lawrence Archuleta


Lawrence Fortin
1992 E Meadow Creek Drive
Meridian, ID 83646


Layne   Alexandra Cornett
980 W Parkstone Street
B108-1
Meridian, ID 83646


Lea Whiting
717 11th Avenue S
104
Nampa, ID 83651

Leaf Defehr


Leah Barlow
980 W Parkstone Street
A202-1
Meridian, ID 83646


Leah Hill
4148 Nez Perce
201
Boise, ID 83705


Lee Aubel
165 N Plummer Road
157
Star, ID 83669


Lee Yargrough
10790 W Halstead Lane
202
Boise, ID 83713


Legacy Management Group, LLC
PO Box 385
Meridian, ID 83680


Legend Heating and Air


Lehosits Heating and Air
1002 S Johns Avenue
Emmett, ID 83617


Leila Jones
519 E Florida
42
Nampa, ID 83686

Leland Hoyle
2403 S Kimball Avenue
2
Caldwell, ID 83605


Lenora Flowers
980 W Parkstone Street
C104-1
Meridian, ID 83646


Les Seidman
3246 Buckingham Road
Glendale, CA 91206


Leslie  Carol Stiburek
PO Box 275
Eagle, ID 83616


Leslie Alvarez
505 E Flordia Avenue
28-101
Nampa, ID 83686


Leslie Jenkins


Leslie Mauldin
721 S Chistopher Street
Meridian, ID 83642


Lester 'Alan' Nettles
980 W Parkstone Street
B207-1
Meridian, ID 83646


LGR of Idaho, LLC
180 N Riverview
#150
Anaheim, CA 92808

Linda Claiborne
1433 N Hartman Street
GAR-4
Boise, ID 83704


Linda Hales
8530 Willowcourt Drive
Garden City, ID 83714


Linda Rebischke
1555 W Biddick Street
BST15b-L
Meridian, ID 83642


Linda Redtfeldt
717 11th Avenue S
110
Nampa, ID 83651


Lindsay Gunter
980 W Parkstone Street
E101-1
Meridian, ID 83646


Lindsay Papke
323 E Bannock Street
323B
Boise, ID 83702


Lindsey Eaton
3056 W Acarrera Lane
24
Meridian, ID 83642


Lindsey Harrie
1123 Leadville Avenue
Boise, ID 83706

Lindsey Satellite
9444 W Wakefield Court
Boise, ID 83714


Lindsy Kritzer
2124 E Whispering Willow Ln
101
Nampa, ID 83687


Lisa   Steve Troxel
8995 Finucane Drive
Hayden, ID 83835


Lisa Hogarth
223 Camellia Avenue
Caldwell, ID 83605


Lisa Maxwell
2403 S Kimball Avenue
6
Caldwell, ID 83605


Lisa McNabb


Lisa McNeilly
19502 SE 16th Street
Sammamish, WA 98075


Lisa St, Amedee
2638 Bedford Lane
2878
Boise, ID 83705


Liudmila Vikentyeva
9738 W Cory Lane
97140

LoanCare
PO Box 60509
City of Industry, CA 91716-0509

Locust Common Area
7280 Ustick Road
Boise, ID 83704

Logan Brewer
505 E Florida
20-101
Nampa, ID 83686

Lois Morgan
219 N Straughan
Boise, ID 83712

Loren Harper

Lorena Munio-Gomez
10790 W Halstead Lane
102
Boise, ID 83713

Lori Benton
1433 N Hartman Street
GAR-2
Boise, ID 83704

Lori Godfrey
980 W Parkstone Street
D102-1
Meridian, ID 83646

Lu Lu
1901 S Vista Avenue
1925
Boise, ID 83705

Lucie Jencek
411 Walnut Street
#9001
Green Cove Springs, FL 32043


Lucille Kipping
2123 E Whispering Willow Ln
101
Nampa, ID 83687


Luke Coats
1015 Oakwood Street
Burley, ID 83318


Luke Ganschow


Lynn Scott
2216 E Whispering Willow
101
Nampa, ID 83687


Lynn Ward
1901 S Vista Avenue
1945
Boise, ID 83705


Lynn Ward
925 N 9th Street
18
Boise, ID 83702


M T Patrol Services
PO Box 5185
Boise, ID 83705


M2 Automation
5045 N Marsh Avenue
Boise, ID 83714

Mac Transportation LLC
PO Box 187
Kuna, ID 83634


Macquel Kuck
2116 E Whispering Willow Ln
102
Nampa, ID 83687


Madelyne Davis
511 W Pine
Unit A
Meridian, ID 83642


Madilyn Wolfe
2209 E Whispering Willow Ln
102
Nampa, ID 83687


Madina Khodjanyazova
8727 Hackamore Drive
102
Boise, ID 83709


Madisen Hardy
980 W Parkstone Street
C107-1
Meridian, ID 83646


Major (Scott) Perkins
2116 E Whispering Willow Ln
201
Nampa, ID 83687


Mallo Family Revocable Trust
211 Lomond Court
Granite Bay, CA 95746

Mallory Aikele
4400 W Pasadena
#38
Boise, ID 83705


Management Company


Mandee Garcia
505 E Florida Avenue
24-101
Nampa, ID 83686


Marcos Del Toro
1901 S Vista Avenue
1927
Boise, ID 83705


Marcus Arana


Marcy Cliff
3148 N Esquire Drive
102
Boise, ID 83704


Margaret Ballard
PO Box 5085
Boise, ID 83705


Margaret Brisson
2001 Cresent Oak
Irvine, CA 92618


Margaret Tuitama
980 W Parkstone Street
A208-1
Meridian, ID 83646

Maria Alvarez
315 13th Avenue S
07
Nampa, ID 83651


Maria Barraza
519 E Florida
47
Nampa, ID 83686


Maria Hesse
2025 E White Oak Court
202
Nampa, ID 83687


Maria Hinojosa
2105 White Oak Ln
202
Nampa, ID 83687


Maria Modero
39 White Oak Lane
102
Nampa, ID 83687


Maria Silich
1901 S Vista Avenue
1931
Boise, ID 83705


Marie Johnson
2105 White Oak Lane
202
Nampa, ID 83687


Marilyn Anderson
437 W Idaho
C
Meridian, ID 83642

```
Marin Vasquez
7180 Bunch Court
7220-202
Boise, ID 83714


Marissa Groff
10769 W Halstead Lane
202
Boise, ID 83713


Mariya Prudnikova
11939 Colverbrook
#202
Boise, ID 83713


Mark  Elizabeth Miller
2978 W Sugarberry
Eagle, ID 83616


Mark  Sheryl Speer
1879 Redwood Valley Street
Henderson, NV 89052


Mark  Susan Villarreal
854 White Cloud
Boise, ID 83709


Mark Hudson
2638 Bedford Lane
2888
Boise, ID 83705


Mark Ireland
3606 W Rose Hill Street
#100
Boise, ID 83705
```

Mark Rohrbach
920 N 7th Street
Boise, ID 83702


Mark Stumpo
543 W Idaho
Unit 543
Meridian, ID 83642


Mark Weir
7180 Bunch Court
7180-102
Boise, ID 83714


Marlene Beverlin
401 Holly Street
05
Nampa, ID 83686


Marlowe Brokate
2638 Bedford Lane
2643
Boise, ID 83705


Marnie Ellis
1901 S Vista Avenue
1955
Boise, ID 83705


Marshall Dobson
2107 E Whispering Willow Ln
201
Nampa, ID 83687


Marshall Hardman
551  639 N Moffat Avenue
639-6
Emmett, ID 83617

Martin Management LLC
PO Box 385
2016
Meridian, ID 83680


Marty   Stacy Wells
4148 Nez Perce Street
202
Boise, ID 83705


Mary   Andrew Grove
643 Brownfield Way
Meridian, ID 83646


Mary   Ronald Muller
19212 Goldfinch Way
Caldwell, ID 83605


Mary Adamson
717 11th Avenue S
106
Nampa, ID 83651


Mary Gaffney
893 N Bonsai
23
Meridian, ID 83642


Mary Gilt
717 11th Avenue S
105
Nampa, ID 83651


Mary Herndon
1011 N 25th
1011
Boise, ID 83702

Mary Lara
811 NW 2nd Street
Meridian, ID 83642


Mary Lewis
2638 Bedford Lane
2882
Boise, ID 83705


Mary Slames
2116 E Whispering Willow Ln
201
Nampa, ID 83687


Marylynn Martensen
240 E Colorado Avenue
945
Nampa, ID 83686


Mason Hinchcliff
2638 Bedford Lane
2884
Boise, ID 83705


Massimo Spadazzi
980 W Parkstone Street
B107-1
Meridian, ID 83646


Master Excavation Inc
PO Box 251
Meridian, ID 83680


Master Rooter Plumbing
PO Box 208
Meridian, ID 83680

Matt   Scott Roskens
1123 Leadville Avenue
Boise, ID 83706


Matt Stevens
PO Box 385
2111
Meridian, ID 83680


Matt Wood
1298 W Crest Wood Drive
Meridian, ID 83642


Matthew   Kimberly Stevens
2233 S Blackspur way
Meridian, ID 83642


Matthew Angell
2638 Bedford Lane
2633
Boise, ID 83705


Matthew Buchach


Matthew Curtis
925 N 9th Street
15
Boise, ID 83702


Matthew Gratalo
PO Box 385
2216 Whispering Willow Ln
Nampa, ID 83687


Matthew Gregg
1773 S Barlow Lane
Boise, ID 83709

Matthew Larsen
117 Hudson Avenue
F
Nampa, ID 83651


Matthew Larson
2015 E Whispering Willow Ln
102
Nampa, ID 83687


Matthew Macho
893 N Bonsai
23
Meridian, ID 83642


Matthew Ward
1901 S Vista Avenue
1943
Boise, ID 83705


Matthew Williston
543 W Idaho
Unit 545
Meridian, ID 83642


Maureen Howe
432 E Tobago Court
Meridian, ID 83642


Max Badesheim
980 W Parkstone Street
C103-1
Meridian, ID 83646


McKenna Wofford
315 13th Avenue S
212
Nampa, ID 83651

McKenzie Johnson
2115 Whispering Willow Ln
102
Nampa, ID 83687


Meagan Swain
2638 Bedford Lane
2837
Boise, ID 83705


Meagan Vargas
2116 E Whispering Willow Ln
102
Nampa, ID 83687


Means Law Office, PLLC
429 SW 5th Ave.
Ste 110
Meridian, ID 83642


Megan Farnsworth
980 W Parkstone Street
D202-1
Meridian, ID 83646


Megan Perez
35 White Oak Lane
101
Nampa, ID 83687


Megan Shirley
1011 N 25th
1011
Boise, ID 83702


Meghan Moore
2105 White Oak Lane
201
Nampa, ID 83687

```
Melissa   William Olson
3117 Hearth Avenue
Meridian, ID 83646


Melissa Davis
980 W Parkstone Street
B106-1
Meridian, ID 83646


Melissa Gil
980 W Parkstone Street
E107-1
Meridian, ID 83646


Melissa Gluck
8739 Hackamore
101
Boise, ID 83709


Melissa Hartman
3148 N Esquire Drive
101
Boise, ID 83704


Melissa MIchols
1716 S Eagleson Road
202
Boise, ID 83704


Melissa Silva
1224 S Juniper Street
#104
Nampa, ID 83686


Mercedes Amador
519 E Florida
45
Nampa, ID 83686
```

Meridian Floorcovering
30 E Franklin
Suite 70
Meridian, ID 83642


Meridian Plumbing
480 E Franklin Road
Ste 100
Meridian, ID 83642


Meridian Storage
531 N Linder
Meridian, ID 83642


Merkley Trust
412 Bloomingdale Court
Las Vegas, NV 89144


Merrick Johnson
10790 W Halstead Ln
202
Boise, ID 83713


Merrill Quality Landscapes
205 S 5th W
Rexburg, ID 83440


Merry Poppins Cleaning
4641 W Quaker Ridge
Meridian, ID 83646


Michael   Tuesday Dyer
317 E 39th Streeat
317
Garden City, ID 83714


Michael Biel
136 MT Whitney Way
Clayton, CA 94517

Michael Bogdanoff
116 Courgar Place
Nampa, ID 83687


Michael Bradford
8727 Hackamore Drive
102
Boise, ID 83709


Michael Christensen
8725 Big Food Road
Melba, ID 83641


Michael Gagner
2025 E White Oak Court
102
Nampa, ID 83687


Michael Gehring
1212 S Juniper Street
#101
Nampa, ID 83686


Michael Jones
2638 Bedford Lane
2874
Boise, ID 83705


Michael Kidwell
717 11th Avenue S
207
Nampa, ID 83651


Michael Larcade
205 S Dewey Avenue
A
Middleton, ID 83644

Michael Liebe
3640 W Rose Hill Street
205
Boise, ID 83705


Michael Martinez
2638 Bedford Lane
2867
Boise, ID 83705


Michael McGill
315 13th Avenue S
208
Nampa, ID 83651


Michael McGreer
1350 W Victory Road
Boise, ID 83705


Michael McMullin
964 Aspenwood Lane
Twin Falls, ID 83301


Michael Pickett
2638 Bedford Lane
2883
Boise, ID 83705


Michael Rushton
505 E Florida Avenue
Nampa, ID 83686


Michael Ryan Real Estate
4900 N Rosepoint Way
Boise, ID 83713

Michael Weigle
2392 N Maxie Way
BOR239b-L
Meridian, ID 83646


Michaelle Deen
240 E Colorado Avenue
240
Nampa, ID 83686


Micheal Libbee
180 Mclure Avenue
Nampa, ID 83651


Michele Ryals
1120 Connecticut Avenue
1120
Nampa, ID 83686


Michelle Sears
407 11th Avenue S
201
Nampa, ID 83687


Michelle Wassmuth
14352 W Redwick Drive
Boise, ID 83713


Miguel Licea Toledo
165 N Plummer Road
153
Star, ID 83669


Mike   Mary Jane Swope
223 N 6th Street
#425
Boise, ID 83702

Mike Alverson
7885 S Shoemaker
Meridian, ID 83642


Mike Bowie
2074 W Pacific Ridge Street
Eagle, ID 83616


Mike Brown
7180 Bunch Court
7180-202
Boise, ID 83714


Mike Edgar
3556 N Lefors Place
Meridian, ID 83646


Mike Parr Installations
452 E Wakely Street
Meridian, ID 83646


Mike Privett
2105 White Oak Lane
102
Nampa, ID 83687


Mike Shaw


Mike Swope
2244 S Swallowtail Lane
Boise, ID 83706


Millington Zwygart CPAs PLLC
1803 Ellis Avenue
Caldwell, ID 83605

Mindy Taylor-Wray
505 E Florida Avenue
28-103
Nampa, ID 83686

Miranda Seibold
519 E Florida
32
Nampa, ID 83686

Misty Tran
32 S White Oak Lane
202
Nampa, ID 83687

Mitchell   Rachel Tice
35 White Oak Lane
103
Nampa, ID 83687

Mitchell Field
10394 W Irving Court
Boise, ID 83704

MLM Investments, LLC
429 SW 5th Ave.
Ste 110
Meridian, ID 83642

Mohammad Khazayee
2638 Bedford Lane
2810
Boise, ID 83705

Mohammed Norudin
2638 Bedford Lane
2823
Boise, ID 83705

Molly Love
2116 E Whispering Willow Ln
102
Nampa, ID 83687


Molly Maids
1519 N Main Street
100
Meridian, ID 83642


Molly McCullough
223 N Straughan
Boise, ID 83712


Morgen Oppe
505 E Florida Avenue
Nampa, ID 83686


Mosher Contracting   Sevices
3885 Wood Way
New Plymouth, ID 83655


Mountain West IRa Inc
10096 W Fairview Avenue
Suite 160
Boise, ID 83709


Mu Dah
1901 S Vista Avenue
1921
Boise, ID 83705


Muimuivale Puaali
317 E 39th Street
319
Garden City, ID 83714

My Four Sons, LLC
4431 NW 9th Court
Coconut Creek, FL 33066


Myranda   Taylor Ward
8727 Hackamore Drive
101
Boise, ID 83709


Nampa   Meridian Irrig Dist
1503 First St. South
Nampa, ID 83651-4395


Nancy Gruning
16829 Meandro Drive
San Diego, CA 92128


Naomi Pratt
6251 N Oliver Avenue
Boise, ID 83714


Naomi Shaw
980 W Parkstone Street
B103-1
Meridian, ID 83646


Napoleon Deleon
5542 Myra Avenue
Cypress, CA 90630


Nat Asso Resid Prop Managers
638 Independence Parkway
100
Chesapeake, VA 23320


Natalie Carl
2115 E Whispering Willows Ln
102
Nampa, ID 83687

Nataliya Olifiirovskaya
437 W Idaho
A
Meridian, ID 83642


Nataliya Olifiirovskaya
437 W Idaho
C
Meridian, ID 83642


Natasha Bortz
8743 Hackamore
101
Boise, ID 83709


Natasha Tanner
2115 Whispering Willow Ln
202
Nampa, ID 83687


Nathan Jones
3056 W Acarrera Lane
24
Meridian, ID 83642


Nathan Lundt
2111 White Oak lane
202
Nampa, ID 83687


Nathan Martin
519 E Florida
28
Nampa, ID 83686


Neal Colborn PLLC
2309 N Mountain View Drive
Ste 160
Boise, ID 83701

Need Some Help
2307 Main Street
Baker City, OR 97814


Nella Britt
551   639 N Moffat Avenue
551-5
Emmett, ID 83617


Nelma Smith
980 W Parkstone Street
C102-1
Meridian, ID 83646


Nerobie Mazile
2638 Bedford Lane
2629
Boise, ID 83705


New Era Lending, LLC
762 North Orange Street
Wilmington, DE 19801


Nichol   Jeffery Lapierre
110 Sandalwood
Glendora, CA 91741


Nicholas Armstrong
35th   Good Street
3421
Boise, ID 83703


Nicholas Hill
1011 25th Street
2501
Boise, ID 83702

Nicholas So
32 S White Oak Lane
201
Nampa, ID 83687


Nicholas Wiechmann
980 W Parkstone Street
C207-1
Meridian, ID 83646


Nichole   Robert Morgan
2309 W Sonoma Court
SON230b-L
Meridian, ID 83642


Nick Taylor
2025 E White Oak Court
201
Nampa, ID 83687


Nicole Franklin
2116 E Whispering Willow Ln
101
Nampa, ID 83687


Nicole Rodriguez
2025 E White Oak Court
101
Nampa, ID 83687


Nicole Schuenman
519 E Florida
30
Nampa, ID 83686


Nicole Smith
2638 Bedford Lane
2886
Boise, ID 83705

Nikisha Chapman
1216 S Juniper Street
#101
Nampa, ID 83686


Nikolas Tuzzolino
1011 25th Street
1011
Boise, ID 83702


Nikole McMillon-Gribas
980 W Parkstone Street
C205-1
Meridian, ID 83646


Nita   Herb Farnes


Noe Garza
1228 S Juniper Street
#104
Nampa, ID 83686


Nora Thornton
1775 S Barlow Lane
Boise, ID 83709


Northender Condominiums, LLC
2609 N 36th Street
Boise, ID 83703


Northside LLC
1302 Hays
Boise, ID 83702


Ntiruvahirya Aneziya
1901 S Vista Avenue
1905
Boise, ID 83705

Nueno "jhun" Toliao
1357 Abbott Avenue
Campbell, CA 95008


O'Neals Painting
377 N 2nd
Eagle, ID 83616


Oaklands, LLC
5382 N Morningale way
Boise, ID 83713


Oihana Andion Martinez
1933 18th Street
1933 1/2
Boise, ID 83702


Olivia Kelly
551  639 N Moffat Avenue
551-6
Emmett, ID 83617


On Point Management
1428 N Paymond Street
Boise, ID 83704


Organic Solutions Inc
7755 Ustick Road
Nampa, ID 83687


Oscar Ronquillo
511 W Pine
Unit B
Meridian, ID 83642


Osmus Roofing
1736 Garrity Blvd
Nampa, ID 83686

Osualdo Angulo
2025 E White Oak COurt
101
Nampa, ID 83687


Oun Ap



Overal Plumbing Inc
1505 Southside Blvd
Nampa, ID 83686



Overhead Door Company
PO Box 38
New Plymouth, ID 83655



Ozarc Inc
PO Box 2605
Spokane, WA 99220-2605



P C Plumbing  Electric
950 Sunset Strip
Mountain Home, ID 83647



Pablo Menaz
117 Hudson Avenue
E
Nampa, ID 83651



Pacific Backflow
10400 W Overland Road
Boise, ID 83709



Pacific Backflow
1735 N Franklin Road
145
Meridian, ID 83642

Paige Berg
893 N Bonsai
12
Meridian, ID 83642


Paladin Enterprises LLC
5363 N Stanley Creek Avenue
Meridian, ID 83646


Pamela Layne
980 W Parkstone Street
D206-1
Meridian, ID 83646


Pamela Parker
3268 N Mitchell Street
Boise, ID 83704


Paradigm
PO Box 385
Meridian, ID 83680


Paradigm Group LLC
11523 W Fairview Avenue
Boise, ID 83713


Paradigm Maintenance
PO Box 385
Meridian, ID 83680


Paradigm Property Management
980 W Parkstone Street
Clubhouse
Meridian, ID 83646


Paradigm Property Management
PO Box 385
Meridian, ID 83680

Paradigm Property Solutions
PO Box 385
Meridian, ID 83680


Paradigm Roofing Solutions
380 S 4th Street
Suite 202
Boise, ID 83702


Paramount Owners Association
12601 W Explorer Drive
Ste 200
Meridian, ID 83680


Park Place Property Mgmt.
280 E. Corporate Dr.
Ste 260
Meridian, ID 83642


Park Pointe Mngmt Services
1500 W Bannock
Boise, ID 83702


Pat Tobin
4 Aster Court
Mill Valley, CA 94941


Patches Moats
213 S Dewey Avenue
A
Middleton, ID 83644


Patricia Bonner


Patrick Armstrong
399 Vista Road
Bishop, CA 93514

```
Patrick Battenfelder
2638 Bedford Lane
2877
Boise, ID 83705


Patrick Bradley
437 W Idaho
A
Nampa, ID 83651


Patrick Brunell
1023 S Locust Street
102
Nampa, ID 83686


Patrick Flaherty
4097 E Raja Drive
Meridian, ID 83642


Patrick Haver
551   639 N Moffat Avenue
551-8
Emmett, ID 83617


Patrick Hooper
2638 Bedford Lane
2828
Boise, ID 83705


Patrick Roberts
2116 E Whispering Willow Ln
102
Nampa, ID 83687


Paul   Beth Lewis
3087 S Fox Run Avenue
Eagle, ID 83616
```

Paul   Sharon Parish
437 W Idaho Street
A
Meridian, ID 83642


Paul Anderson



Paul Christopherson
2638 Bedford Lane
2834
Boise, ID 83705


Paul Lopez
2638 Bedford Lane
2868
Boise, ID 83705


Paul McEntee
3506 Tayten Drive
Nampa, ID 83686


Paul Rojas
2638 Bedford Lane
2889
Boise, ID 83705


Paul Silva
1057 Sweetwood Circle
Nampa, ID 83651


Paul Vircsik
9585 Gregory Street
La Mesa, CA 91942


Paul's Garage Doors
2723 N Blue Springs Avenue
Meridian, ID 83646

PC Maintenance LLC
7280 W Ustick Road
Boise, ID 83704


Pearl Cleaning   Maintenance
8532 W Evening Star Drive
Boise, ID 83709


Pedro Garza
1901 S Vista Avenue
1915
Boise, ID 83705


Penn Credit
PO Box 988
Harrisburg, PA 17108-0988


Performance Plumbing
5776 W Durning drive
Eagle, ID 83616


Perma Green
208 W 40th Street
Garden City, ID 83714


Perry Alberry
2403 S Kimball Ave
1
Caldwell, ID 83605


Personal Touch Plus Cleaning
2102 S Derring Place
Boise, ID 83709


Pestcom Pest Management
6267 W Joplin Road
Nampa, ID 83687

Phillip "Jonathan" Corral
519 e Florida
37
Nampa, ID 83686


Phillip   Linda Field


Phillips-Deonier PropertyLLC
1709 Merill Street
Boise, ID 83705


Pierre Bashale
2638 Bedford Lane
2881
Boise, ID 83705


Pinco Painting   Maintenance
1322 W Flamingo
Nampa, ID 83651


Pioneer Pool   Spa
6700 N Linder Road
Ste 156 Box 137
Meridian, ID 83646


Pitney Bowes GFS
PO Box 371887
Pittsburgh, PA 15250-7887


PLB Cedar Grover, LLC
764 W Crosby Drive
Meridian, ID 83646


PLB Crosby, LLC
7364 W Crosby Drive
Meridian, ID 83646

PLB White Hawk, LLC
764 W Crosby Drive
Meridian, ID 83646


Plumbing SOlutions Inc
PO Box 1052
Meridian, ID 83680


Plummer Properties Assoc


Pohl Bladder Family Trust
2424 N 34th Street
Boise, ID 83703


Pool Doctor   Spa
5209 Chinden Blvd
Garden City, ID 83714


Pop-A-Lock of Boise
PO Box 45336
Boise, ID 83704


Post Register
333 Northgate Mile
Idaho Falls, ID 83401


Preece Heating   A/C
203 N Canyon Street
Nampa, ID 83651


Premier Power Washing LLC
5630 Elk Horn Avenue
Boise, ID 83705

Prestige Property Management
1045 S Ancona Avnue
Ste 140
Eagle, ID 83616


Preston Gilbert
2925 W Charleston Avenue
Phoenix, AZ 85053


Primo Properties, LLC
8197 E Shallon Drive
Nampa, ID 83687


Primo Properties, LLC
PO Box 385
2108
Meridian, ID 83680


Pristine Back Yards Service
3410 N Eagle Road
Ste 100
Meridian, ID 83646


Pristine Reflections
3423 N Centrepoint Way
H102
Meridian, ID 83646


Pro Edge Lawn   Landscape
1525 Lizaso
Boise, ID 83709


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Pure Results
3869 S Naples Avenue
Meridian, ID 83642

Quality Appliance Service
16077 N Franklin Blvd
1
Nampa, ID 83687


Quality Plus Lawn Care
PO Box 758
3009 Mimosa Lane
Emmett, ID 83617


R Wade Curtis, Attorney
5324 Misty Ridge Way
Boise, ID 83713


Rachael Rinch
1108 E 680 N
Orem, UT 84097


Rachel Chipman
980 W Parkstone Street
E207-1
Meridian, ID 83646


Rachel Fowler
35th  good Street
2124
Boise, ID 83703


Rachel Holman
505 E Florida Avenue
28-102
Nampa, ID 83686


Rachel Lopez
207 S Dewey Avenue
B
Middleton, ID 83644

Rachelle Williams
2638 Bedford Lane
2874
Boise, ID 83705


Racquel Steele
505 E Florida Avenue
Nampa, ID 83686


Rain Control Cont Gutters
PO Box 175
Meridian, ID 83680


Ralph   Shannon Egusquiza
2008 White Oak Lane
101
Nampa, ID 83687


Ralph Ball
4047 Saint James Loop
Nampa, ID 83687-9083


Rami Haddadin
2139 Stephen Avenue
202
Boise, ID 83706


Ramona Villarreal
2638 Bedford Lane
2869
Boise, ID 83705


Random Sales


Randy Minor
117 Hudson Avenue
C
Nampa, ID 83651

Rapid Collections
3818 E Newby Street
Ste 101
Nampa, ID 83687


Ray   Venise Hansen
1573 Davis Court
Fairfield, CA 94533


Raymond Boese
3056 W Acarrera Lane
24
Meridian, ID 83642


Raymond Cozby
357 Ironwood Drive
Newberg, OR 97132


Raymond Cozby


Rayne McDaid
505 E Florida Avenue
20-103
Nampa, ID 83686


Rea Perez
1220 S Juniper Street
#101
Nampa, ID 83686


Realty Management Assoc Inc
4290 Chinden Blvd
Garden City, ID 83704


Rebecca Millard
2124 E Whispering Willow Ln
201
Nampa, ID 83687

Red Dog Seven
1523 W Bonneville Court
Nampa, ID 83686


Redco Concrete Solutions LLC
8300 Highway 20/26
Nampa, ID 83687


Refinish First
10 N Liberty Street
Suite 140
Boise, ID 83704


Regina Jones
893 N Bonsai
23
Meridian, ID 83642


Rene Deluna
14792 Helen Lane
Caldwell, ID 83607


Renee B Keller Living Trust
587 E Kingsford Drive
#23
Meridian, ID 83642


Renee Olinger
2638 Bedford Lane
2674
Boise, ID 83705


Renew Cleaning  Maintenance
2390 E Swindell Drive
Meridian, ID 83646


RENT LLC

Rentmaster of Rexburg
95 N 12th W
Rexburg, ID 83440


Rentmaster of Rexburg
859 S. Yellowstone Hwy
Suite 1101
Rexburg, ID 83440


Rentmaster of Rexburg
859 South Yellowstone Hwy
Suite 1101
Rexburg, ID 83440


Renton McGowan
165 N Plummer Road
175
Star, ID 83669


Resto Clean
1601 Essington Court
Nampa, ID 83686


Reva Hastain
2132 E Whispering Willow Ln
102
Nampa, ID 83687


Rex Green
2216 E Whispering Willow Ln
102
Nampa, ID 83687


Rex Green
1433 N Hartman Street
GAR-6
Boise, ID 83704

Rexburg Ace Hardware
618 N 2nd Avenue
Rexburg, ID 83440


Rhonda Casey
6300 Conejo Rancho
Murieta, CA 95683


Rhonda Paredes
11143 Silver River Loop
Nampa, ID 83686


Richard   Joshua Joyce
980 W Parkstone Street
D106-1
Meridian, ID 83646


Richard   Kathryn Martin
551   639 N Moffat Avenue
639-2
Emmett, ID 83617


Richard   Kelly Fulfer
740 Sundance Place
Colfax, CA 95713


Richard   Nancy Ambrosi
4577 Greenchain Loop No.5
Coeur D Alene, ID 83814


Richard   Theresa Freels
2638 Bedford Lane
2676
Boise, ID 83705


Richard   Tina Morreale
157 E Hillgreen
Kuna, ID 83634

Richard   Tina Morreale
PO Box 385
2208
Meridian, ID 83680


Richard   Veronica Defever
801 NW 2nd Street
Meridian, ID 83642


Richard Coates
1433 N Hartman Street
43-106
Boise, ID 83704


Richard Hairston
2111 E Whispering Willow Ln
101
Nampa, ID 83687


Richard Himberger
1216 S Juniper Street
#102
Nampa, ID 83686


Richard Jackman
240 E Colorado Avenue
939
Nampa, ID 83686


Richard Jones
315 13th Avenue S
01
Nampa, ID 83651


Richard Later
PO Box 191052
Boise, ID 83719

Richard Leo
5297 N Lawsonia Place
Boise, ID 83713


Richard Morale
PO Box 385
2132
Meridian, ID 83680


Richard Myers
893 N Bonsai
24
Meridian, ID 83642


Richard Reiss
4125 Harbor Point Drive
Meridian, ID 83646


Richard Roper
893 N Bonsai
24
Meridian, ID 83642


Richard Taylor
616 Cliff Drive
Aptos, CA 95003


Rick Mason
2111 E White Oak Court
201
Nampa, ID 83687


Right Now Heating   Air
212 Evans Street
Caldwell, ID 83605

Rikki Yarrington
1433 N Hartman Street
39-103
Boise, ID 83704


Rita Allred


RKH Landscaping, Inc.
4047 Banner Street
Boise, ID 83704


Robert   Joyce Smith
311 Hot Springs Drive
Boise, ID 83712


Robert   Kelly Stork
637 E Lava Falls Street
Meridian, ID 83646


Robert   Kim Hansen
5025 Gerhardt Place
Fair Oaks, CA 95628


Robert   Robin Lowe
893 N Bonsai
12
Meridian, ID 83642


Robert   Vicki Borg
11860Florida Drive
Boise, ID 83704


Robert Brings
2638 Bedford Lane
2819
Boise, ID 83705

Robert Carter
633 6th Street
Hermosa Beach, CA 90254


Robert Gowing
2325 S Five Mile Road
1/2
Boise, ID 83709


Robert Graves
2123 E Whispering Willow Ln
202
Nampa, ID 83687


Robert Hansen
PO Box 385
2209
Meridian, ID 83680


Robert Justin Borg
1937 W Grand Teton Drive
Meridian, ID 83646


Robert McClinton
300 S Manville
Boise, ID 83705


Robert Morris
980 W Parkstone Street
B208-1
Meridian, ID 83646


Robert Opgrand
8739 Hackamore
103
Boise, ID 83709

Robert Shirley
3548 Crownridge Court
Fairfield, CA 94534


Robin Clark
551  639 N Moffat Avenue
639-10
Emmett, ID 83617


Robin Hart
980 W Parkstone Street
C208-1
Meridian, ID 83646


Robin Moffitt
104 9th Avenue
#B
Nampa, ID 83651


Rochelle Phillips
551  639 N Moffat Avenue
639-1
Emmett, ID 83617


Rochelle Rohrer
131 Davis Court
Nampa, ID 83651


Roci   Jason Chaulk
1858 Shoshone
Nampa, ID 83651


Rocio Gonzalez
1120 Connecticut Avenue
1124
Nampa, ID 83686

Rodda Paint
PO Box 5127
Portland, OR 97208-5127


Rodney Franklin
1212 S Juniper Street
#104
Nampa, ID 83686


Rodney Jackson
1216 S Juniper Street
#101
Nampa, ID 83686


Rodrigo Hernandez
4148 Nez Perce
101
Boise, ID 83705


Ron   Candace Hill
10459 W Shadow Rock Street
Boise, ID 83714-9572


Ron   Lena Leis
5631 Marchese Court
Fair Oaks, CA 95628


Ron Jaques
1505 NW 1st Street
BOR150b-L
Meridian, ID 83642


Ron McFaddin
519 E Florida
41
Nampa, ID 83686

Ron Newton
2403 S Kimball Avenue
8
Parma, ID 83660-5000


Ron Pierce
980 W Parkstone Street
C108-1
Meridian, ID 83646


Ronald   Joanne Schmitt
9738 W Cory Lane
2550
Boise, ID 83704


Ronald   Ryan Schultz
2107 Whispering Willow Ln
102
Nampa, ID 83687


Ronald (Herb) Pendergraft
2638 Bedford Lane
2631
Boise, ID 83705


Ronald Davis
2132 E Whispering Willow Ln
101
Nampa, ID 83687


Ronald Jaques
1505 NW 1st St.
Meridian, ID 83642


Ronald Lee
2112 White Oak Lane
201
Nampa, ID 83687

Ronald Osborne
13965 W Chinden Blvd
ste206
Boise, ID 83713


Ronda Tolan
437 W Idaho
A
Meridian, ID 83642


Rosalia Garza
315 13th Avenue S
11
Nampa, ID 83651


Rose Schaffler-Von Bracht
2115 E Whispering Willow Ln
102
Nampa, ID 83687


Roseann Fray
240 E Colorado Avenue
242
Nampa, ID 83686


Rosie Garcia-Rubin
1716 S Eagleson Road
201
Boise, ID 83704


Rosie Minick
717 11th Avenue S
101
Nampa, ID 83651


Ross Givens
510 Lynhurst Drive
BST510b-L
Meridian, ID 83642

Royal Flush
18986 Tranquil Place
Caldwell, ID 83607


Royce Darling
339 W Horsechestnut
Kuna, ID


RS Pena LLC
554 Sunflower
Rexburg, ID 83440


Rukesh Shilpakak
2638 Bedford Lane
2871
Boise, ID 83705


Rulynn Loveall
7180 Bunch Court
7220-101
Boise, ID 83714


Russell   Nicole Taylor
4440 N Kilee Avenue
Meridian, ID 83646


Russell Angel
2568 Rebecca Way
Meridian, ID 83646-1159


Russell Arnold
35th   Good Street
2120
Boise, ID 83706


Ruth Teasdale
10712 W Halstead Lane
101
Boise, ID 83713

Ryan Abel
980 W. Parkstone Street
D-103
Meridian, ID 83646


Ryan Fisher
1401 Floribunda Avenue
#206
Burlingame, CA 94010


Ryan Martin
7610 Sourthside Blvd
Nampa, ID 83686


Ryanne Glankler
505 E Florida Avenue
28-102
Nampa, ID 83686


Rylie Creek, LLC


S B Plumbing
PO Box 3185
Nampa, ID 83653


Safe Home Lock   Key
2220 Broadway
Boise, ID 83706


Salina Isenberg
7180 Bunch Court
7180-202
Boise, ID 83714


Salud, LLC

Sam Marini
3758 S Montague Way
Meridian, ID 83642


Sam Marini
3758 S Montague Avenue
Meridian, ID 83642


Samantha Cano
980 W Parkstone Street
E202-1
Meridian, ID 83646


Samantha Doherty
10396 W Irving Court
Boise, ID 83704


Samantha Paraonteau
209 4th Street
Nampa, ID 83651


Samantha Scott
1401 N Eldorado Street
1403-102
Boise, ID 83704


Samantha Singleton
1011 N 25th
1011 1/2
Boise, ID 83702


Samantha Thomas
2111 E White Oak Court
202
Nampa, ID 83687


Samuel  Autumn Henderson
3766 N Chatterton Way
Boise, ID 83713

Samuel   Neusa Fraser
22307 Macfarlane Drive
Woodland Hill, CA 91356


Samuel Lovelady
1011 25th Street
1011.5
Boise, ID 83702


Sandy Hanson
1407 W Raelin Drive
Nampa, ID 83686


Sara Cramer
1210 Manitou Avenue
Boise, ID 83706


Sara Koonce
1011 25th Street
1011.5
Boise, ID 83702


Sarah Ayers
11939 Cloverbrook
#101
Boise, ID 83713


Sarah Cotan
2107 E Whispering Willpow Ln
201
Nampa, ID 83687


Sarah Cowman
2008 White Oak Ln
103
Nampa, ID 83687

Sarah Dee
6651 De Anza Avenue
Riverside, CA 92506


Sarah Dunlap
1224 S Juniper Street
#101
Nampa, ID 83686


Sarah Lofthus
717 11th Avenue S
109
Nampa, ID 83651


Sarah Rosin
315 13th Avenue S
209
Nampa, ID 83651


Sarah Salwei
980 W Parkstone Street
C207-1
Meridian, ID 83646


Sarah Talbert
2638 Bedford Lane
2887
Boise, ID 83705


Sarah Townsend
980 W Parkstone Street
A108-1
Meridian, ID 83646


Sarai Arretche

Saul Delacruz
2638 Bedford Lane
2882
Boise, ID 83705


Savannah Martin
401 Holly Street
17
Nampa, ID 83686


Sawtooth Mountain Enterprise
6915 Westfield Place
Boise, ID 83704


Schaffeld Electrical Service
PO Box 190411
Boise, ID 83719


Scott Frost
2139 Stephen Avenue
201
Boise, ID 83706


Scott Newton
980 W Parkstone Street
E203-1
Meridian, ID 83646


Scott Peterson
980 W Parkstone Street
C104-1
Meridian, ID 83646


Scott Stewart
3836 S Marsala Avenue
Meridian, ID 83642

Sebastien Robert
980 W Parkstone Street
C206-1
Meridian, ID 83646


Semsudin Suada Bajrektarevic
165 N Plummer Road
167
Star, ID 83669


Set Properties, LLC
21141 Cedar Lane
Mission Viejo, CA 92691


SF Dragon Properties, LLC
73 Beaumont Avenue
San Francisco, CA 94118


Shahrokh Moaveni
2163 Hastings Court
Santa Rosa, CA 95405


Shaley Chavez
4148 Nez Perce
101
Boise, ID 83705


Shanlyne Green


Shannon Brailsford
1433 N Hartman Street
33-101
Boise, ID 83704


Shannon Edwards
180 MClure Avenue
Nampa, ID 83651

```
Shannon Garrett
1220 S Juniper Street
#102
Nampa, ID 83686


Shannon Garrett
505 E Florida Avenue
20-102
Nampa, ID 83686


Shannon MacKenzie
437 W Idaho
D
Meridian, ID 83642


Shantel Reyes
980 W Parkstone Street
A201-1
Meridian, ID 83646


Shari Bates
717 11th Avenue S
103
Nampa, ID 83651


Sharon Costello
24 Timberlake Court
Northwood, OH 43519-1932


Sharon Faccini
2638 Bedford Lane
2830
Boise, ID 83705


Sharon Nill
893 N Bonsai
11
Meridian, ID 83642
```

Shauna Jessop
980 W Parkstone Street
A202-1
Meridian, ID 83646


Shawn   Tiffany Ward
519 E Florida
34
Nampa, ID 83686


Shea Eickmeyer
2116 E WHispering willow Ln
202
Nampa, ID 83687


Shelby York
2025 E White Oak Court
202
Nampa, ID 83687


Sheri Battaglia
1777 S Barlow Lane
Boise, ID 83709


Sheri Battaglia
35 White Oak Lane
102
Nampa, ID 83687


Sherry   Terry DeLaney
2077 W Lake Pointe Court
Nampa, ID 83651


Sherry Hutto
2638 Bedford Lane
2882
Boise, ID 83705

Sherry Thomas
7711 NE 175th Street
A108
Kenmore, WA 98028


Shiann Johns
2141 Stephen Avenue
202
Boise, ID 83706


Shilo Automatic Sprinklers
1224 11th Avenue
Nampa, ID 83687


Shiloh Maloney
226 N Latah Street
#202
Boise, ID 83706


Shirley Smith
240 E Colorado Avenue
943
Nampa, ID 83686


SI Total Services LLC
8051 E Wolcott
Nampa, ID 83687


Sidny Rayne
519 E Florida
44
Nampa, ID 83686


Sierra Cowan
8739 Hackamore
102
Boise, ID 83709

Sightline Photography
811 E Idaho Street
Boise, ID 83712


Signs Etc
910 E Franklin Road
Ste 102
Meridian, ID 83642


Silver Fox Management, LLC
3313 W Cheery Lane
#517
Meridian, ID 83642


Simple Frigate LLC
980 N Walnut Street
Boise, ID 83712


Simple Merlin LLC
400 N Walnut
Boise, ID 83712


Simple Peregrine LLC
480 W Walnut Street
Boise, ID 83712


Simple Way Cleaning
8804 W Ben Street
Boise, ID 83714


Sinnard Properties LLC
733 W Pickford Street
Meridian, ID 83646


Sir James LLC
3724 Plantaton River Drive
Suite 101
Boise, ID 83703

Situa Brown
317 E 39th Street
319
Garden City, ID 83714


Skip Sperry
802 W. Bannock St
Ste 900
Boise, ID 83702


Sky Dragon LLC
733 W Pickford Street
Meridian, ID 83646


Skyla Long
2115 E Whispering Willow Ln
202
Nampa, ID 83687


Skyler Jeppson


Smith Horras PA
5561 N Glenwood Street
Garden City, ID 83714


Somkhouane Keopanya
980 W Parkstone Street
A101-1
Meridian, ID 83646


Sommersby 2 Subdivison HOA
280 E Dorporate Drive
ste260
Meridian, ID 83642

Sommersby Group LLC
1161 W Rivers Street
ste160
Boise, ID 83702


Sonja Coto
1901 S vista Avenue
1903
Nampa, ID 83687


South Fork HOA
1500 Bannock
Boise, ID 83702


SP Garden Grove LLC
1428 Raymond Street
Boise, ID 83704


SP Rose Hill LLC
1428 Raymond Street
Boise, ID 83704


Stacey Manske
3640 W Rose Hill Street
204
Boise, ID 83705


Stacy Goldston
5405 E Village Road
Unit 8447
Long Beach, CA 90808


Stand Up LLC
925 N 9th Street
14
Boise, ID 83702

Stand-Up Residential
3901 Winston Street
Caldwell, ID 83607


Standard Plumbing Supply Co
PO Box 708490
Sandy, UT 84070


Stanley   Denice Buckley
2000 Overland Avenue
Burley, ID 83318


Staples
PO Box 83689
Chicago, IL 60696


Starrlet Whitlock-Bensinger
401 Holly Street
18
Nampa, ID 83686


State Insurance Fund
P.O. Box 990002
Boise, ID 83799-0002


Stephanie Goddard
2008 WHite Oak Lane
102
Nampa, ID 83687


Stephanie Hiemstra
2105 WHite Oak Lane
202
Nampa, ID 83687


Stephanie Kralovetz
3606 W Rose Hill Street
#201
Boise, ID 83705

Stephanie Lewis
2124 E Whispering Willow Ln
102
Nampa, ID 83687


Stephanie Tracy
18168 Harvestor Avenue
Nampa, ID 83687


Stephen Ave Group LLC
2588 Ladle Rapids
Meridian, ID 83646


Stephen Kaminiski
PO Box 385
2022
Meridian, ID 83680


Stephen or Sandra Thornburgh
13194 Crescent Drive
Nampa, ID 83686


Stephen Troy Smith
13814 Judson
Caldwell, ID 83607


Stephens Ave Group


Steve Coleman
551   639 N Moffat Avenue
639-3
Emmett, ID 83617


Steve Galloway
1120 Connecticut Avenue
1126
Nampa, ID 83686

Steve Madison
6173 N Silver Elm Way
Meridian, ID 83646


Steven Teade
2015 E Whispering Willow Ln
202
Nampa, ID 83687


Stevie Noyes
1011 N 25th
2501 1/2
Boise, ID 83702


Stuart   Roberta Cruser
3606 W Rose Hill Street
104
Boise, ID 83705


Suez Water Idaho
8248 W Victory Road
Boise, ID 83709


Suleyman   Fatima Umarov
1433 N Hartman Street
39-204
Boise, ID 83704


Summer Lilly
1658 W Bayeux Drive
RIC165b-L
Meridian, ID 83642


Summer Weisshaupt
2638 Bedford Lane
2841
Boise, ID 83705

Summerset West LLC
PO Box 100
Carey, ID 83320


Summerset West LLC
PO Box 100
Corey, ID 83320


Summit Development


Sunasullah Abdul-Hafiz
2638 Bedford Lane
2823
Boise, ID 83705


Sunderland Barlow
165 N Plummer Road
185
Star, ID 83669


Superior Landscape
PO Box 454
Star, ID 83669


Superior Repair   Service
4618 Airport Road
Nampa, ID 83687


Susan Bogdanski
1901 S Vista Avenue
1911
Boise, ID 83705


Susan Korte
3130 Westview Court
Lake Oswego, OR 97034

Susan Mishler
1433 N Hartman Street
GAR-3
Boise, ID 83704


Susan Needs
2115 Whispering Willow Ln
101
Nampa, ID 83687


Susan Ross
505 E Florida Avenue
16-105
Nampa, ID 83686


Susie Borkenhagen
13  17 E State Avenue
13
Meridian, ID 83642


Suzanne Ledbetter
141 Del Casa Drive
Mill Valley, CA 94941


Sweet Window  Glass
5525 Airport Road
Nampa, ID 83687


Sydnee Jackson
315 13th Avenue S
212
Nampa, ID 83651


Sydney McHugo
2025 E White Oak Court
202
Nampa, ID 83687

Sylvia Fortner
2141 Stephen Avenue
202
Boise, ID 83706


System Kleen
521 West Broadway Ave.
Meridian, ID 83642


T Street LLC
5382 N Morningsgale Way
Boise, ID 83713


Tammy Barclay
2325 S Five Mile Road
2325
Boise, ID 83709


Tanya Roberts
32 White Oak Lane
201
Nampa, ID 83687


Tara Hammack
9042 W Java Lane
#101
Boise, ID 83704


Tara Scarpella
3056 W Acarrera Lane
11
Meridian, ID 83642


Taryn Miller
35th  Good Street
2118
Boise, ID 83703

Tasha Jeffcoat
2638 Bedford Lane
2887
Boise, ID 83705


Taylor   Valentina Transtrum
401 Holly Street
09
Nampa, ID 83686


Taylor Anderson
3056 W Acarrera Lane
12
Meridian, ID 83642


Taylor Byers
8743 Hackamore
104
Boise, ID 83709


Taylor Grohs
980 W Parkstone Street
C201-1
Meridian, ID 83646


Taylor Kunz
2025 E White Oak Court
201
Nampa, ID 83687


Taylor Peterson
980 W Parkstone Street
A105-1
Meridian, ID 83646


Taylor Snethen
165 N Plummer Road
177
Star, ID 83669

Teal Ross
2801 N Ash Park Lane
BBA280b-L
Boise, ID 83704


Ted Guinness
4751 N Zachary Way
Meridian, ID 83646


Tenants


Tereza Linnenburger
4048 Garnet Street
4046
Boise, ID 83703


Terrence Chang
2638 Bedford Lane
2864
Boise, ID 83705


Terry Bollons
3081 Alhambra Drive
ste102
Cameron Park, CA 95682


Terry Bourquin
315 13th Avenue S
207
Nampa, ID 83651


Tess Coleman
1710 Heron
1710
Boise, ID 83702

Texture Tech
104 E Fairview Avenue
250
Meridian, ID 83642


The Maintenance Authority
PO Box 385
Meridian, ID 83680


The Maintenance Works
10931 W Dason Drive
Boise, ID 83713


The North End Contractor
1236 Ridenbaugh Street
Boise, ID 83702


The Organic Spider Man
PO Box 1894
Eagle, ID 83616


The Pruning Kings
2016 NW 8th Street
Meridian, ID 83646


The Sherwin Williams Co.
PO Box 6027
Cleveland, OH 44101


The Stewart Group LLC
3836 S Marsala Avenue
Meridian, ID 83646


The Tech Pros
3771 N Eagle Road
Boise, ID 83713

Theodore  Samantha Dickinson
5056 E Florida Avenue
#101`
Nampa, ID 83686


Thersa   Chuck Albanese
1700 S Riverchase Way
Eagle, ID 83616


Thom   Jodi Nelson
11761 Tidewater Street
Caldwell, ID 83605


Thomas Anderson
205 N 10th Street
300
Boise, ID 83702


Thomas Blake
1224 S Juniper Street
#103
Nampa, ID 83686


Thomas Forrester
2112 White Oak Lane
102
Nampa, ID 83687


Thomas LaDue
6830 N Meridian Road
Eagle, ID 83616


Thomas Lawless
920 N 7th Street
2
Boise, ID 83702

Thomas Meade
437 W Idaho Street
B
Meridian, ID 83642


Thomas Scholin
505 E Florida Avenue
16-102
Nampa, ID 83686


Thor Rostock
2109 E Walling Court
Boise, ID 83712


Tiana Gray
980 W Parkstone Street
E201-1
Meridian, ID 83646


Tiffani McDaniel
980 W Parkstone Street
A104-1
Meridian, ID 83646


Tiffany Peterson
30001 Pet Lane
Parma, ID 83660


Tiffany Slaney
1433 N Hartman Street
43-206
Boise, ID 83704


Tiffany Sword
165 N Plummer Road
145
Star, ID 83669

Tiffany Zabala
543 W Idaho
Unit 549
Meridian, ID 83642


Timothy   Phillip Danley
2139 Stephen Avenue
102
Boise, ID 83706


Timothy Beard


Timothy Cook
2638 Bedford Lane
2866
Boise, ID 83705


Timothy Fortin
1992 E Meadow Creek Drive
Meridian, ID 83646


Timothy Graham
1035 20th Street S
Nampa, ID 83687


Timothy Greene
39 White Oak Lane
201
Nampa, ID 83687


Tina Bandekar
22 Basswood Avernue
Billerica, MA 01821


Titan Properties LLC
PO Box 1741
Nampa, ID 83653

TKL Investments
7315 Rhine Avenue
Meridian, ID 83646


Tobin   Jennie Hazen
4246 S Skyridge Place
Boise, ID 83709


Tom   Julia Huang
2224 Salem Way
Rocklin, CA 95765


Tommy Milko
1901 S Vista Avenue
1939
Boise, ID 83705


Tonie Daniels Lawrence
519 E Florida
28
Nampa, ID 83686


Tony Garza
437 W Idaho
B
Meridian, ID 83642


Tony Marsh
519 E Florida
27
Nampa, ID 83686


Tony/Jennifer Drost


Tonya Anderson
207 W Dewey Avenue
B
Middleton, ID 83644

Top Notch Financial Services


Top Of The Stack
9225 W Landmark
Boise, ID 83704


Toshiba Financial Services
PO Box 790448
Saint Louis, MO 64179-0448


Traci Hernandez
165 N Plummer Road
133
Star, ID 83669


Tracy Andrew
1216 S Juniper Street
#104
Nampa, ID 83686


Tracy Cranor
2107 E Whispering Willow Ln
101
Nampa, ID 83687


Travis   Lindsay Henderson
6452 E Shellbrook Drive
Nampa, ID 83687


Travis Burrows
PO Box 140041
Garden City, ID 83714


Travis Edwards
131 N Davis Court
Nampa, ID 83651

Travis Gamble
505 E Florida Avenue
16-101
Nampa, ID 83686


Travis Turpin
2107 E Whispering Willow Ln
202
Nampa, ID 83687


Travis White
980 W Parkstone Street
D205-1
Meridian, ID 83646


Treasure Valley Exteriors
880 E Franklin Road
Suite 310
Meridian, ID 83642


Treasure Valley Window Treat
11117 Musket Street
Boise, ID 83713


Trenna   William Walker
304 E Ivy Glade Street
THU304b-L
Kuna, ID 83634


Trent MacAllister
925 N 9th Street
#17
Boise, ID 83702


Trenton Smith
980 W Parkstone Street
E101-1
Meridian, ID 83646

Trenton Wright


Trestles LLC
5382 N Morningale Way
Boise, ID 83713


Trevor Means
2116 E Whispering Willow Ln
102
Nampa, ID 83687


Trevor Olachea
2638 Bedford Lane
2889
Boise, ID 83705


Tri State Electric Inc
7790 Mossy Cup
Boise, ID 83709


Tricia Howerton
893 N Bonsai
11
Meridian, ID 83642


Trish Cink
1120 Connecticut Avewnue
1126
Nampa, ID 83686


TVR Inc
2925 S Cole Road
Boise, ID 83709


Tyler Dueling

Tyler Ferwerda
980 W Parkstone Street
D105-1
Meridian, ID 83646


Tyler Gunstream
2124 E Whispering Willow Ln
102
Nampa, ID 83687


Tyler Layne
674 Picabo Drive
Twin Falls, ID 83301


Tyson Henrickson


Urban Interiors


US A/C Distributors
594 N Dupont Avenue
Boise, ID 83713


US Postal Service
1200 N Main Street
Meridian, ID 83642-9998


Valerie Haddon
6081 S Augustine Way
Boise, ID 83709


Valley Custom Stone LLC
12430 W Franklin Road
Boise, ID 83709

Valley Heights HOA
PO Box 1987
Boise, ID 83701


Valley Overhead Door Sales
PO Box 50273
Idaho Falls, ID 83405


Valleywide Cooperative
PO Box 1306
2114 N 20th Street
Nampa, ID 83687


Vallin Courts HOA
136 N Broadmore Way
Ste 102
Nampa, ID 83680


Vera Oliver
854 White Cloud
Boise, ID 83709


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Veronica Sandoval
2638 Bedford Lane
2661
Boise, ID 83705


Veterans Plumbing
0000
Meridian, ID 83642


Vial Fotheringham LLP
12828 W La Salle Street
Ste 101
Boise, ID 83713

Vibrant Properties LLC
4148 Nez Perce Street
#102
Boise, ID 83705


Vickie Jackson-Farnung
857 Echohawk Way
Eagle, ID 83616


Vickie Wewers
893 N Bonsai
23
Meridian, ID 83642


Victoria Ahlefeld
2209 E Whispering Willow Ln
201
Nampa, ID 83687


Victory Greens Enterprises
100 E Victory
Meridian, ID 83642


Viking Plumbing
PO Box 5925
Boise, ID 83705


Vince Gewalt
PO Box 343
Boise, ID 83701


Vincent Griffith


Vintage Electric
2616 Meadow Avenue
Caldwell, ID 83605

Vista Group LLC


Vista Heights LLC
389 N Pine Meadows Circle
Pine, ID 83647


Vista Terrace LLC


Walter Hall
315 13th Avenue S
10
Nampa, ID 83651


Walter McWhirter
1023 S Locust Street
102
Nampa, ID 83686


Washington Federal


Washinton Apartments LLC


Washinton Federal Savings
1001 W Idaho Street
Boise, ID 83702


Weathertight Roofing
25 E Fairview
Suite 204
Boise, ID 83709

Weld Pro
9222 W Franklin
Boise, ID 83709


Wendi Shapiro
980 W Parkstone Street
A102-1
Meridian, ID 83646


Wendy Coon
618 Winter Place
Nampa, ID 83686


Wendy Wilcox
14460 Mulholland Drive
Los Angeles, CA 90077


WenhuaGrace Wang
165 N Plummer Road
191
Star, ID 83669


Wes's Appliance LLC
530 N Orchard Street
Boise, ID 83706


West Boise Sewer District
7608 Ustick Road
Boise, ID 83704


Western Community Insurance
PO Box 4848
Pocatello, ID 83205


Western Heating  A/C
4980 W Bradley Street
Boise, ID 83714

Western Investment Propertys
12528 N Upper Ridge Place
Boise, ID 83714


Westmonico
PO Box 865
Nampa, ID 83653


Westside Place Apartments


Westwind Investments
3681 N Locust Grove Road
Suite 100
Meridian, ID 83646


Whispering Willows HOA
4850 N Rosepoint Way
ste 104
Boise, ID 83713


Whitney Garcia
980 W Parkstone Street
D104-1
Meridian, ID 83646


Whitney Ricks
13  17 E State Avenue
17
Meridian, ID 83642


Wickstrom Plumb Heating Air
4121 Garrity Blvd
Nampa, ID 83687


Will Sevy
315 13th Avenue S
201
Nampa, ID 83651

William Bennett
2638 Bedford Lane
2870
Boise, ID 83705


William Davis
5766 S Quamash Place
Boise, ID 83716


William Hickey


William Tanner
240 E Colorado Avenue
242
Nampa, ID 83686


Willow North LLC
223 N 6th Street
#425
Boise, ID 83702


Winn Designs
5399 N Cortona way
Meridian, ID 83646


WL May Co
11692 W Executive Drive
Boise, ID 83713


Xerox Financial Services
PO Box 202882
Dallas, TX 75320


Yellowstone Capital
160 Pearl Street
New York, NY 10005

Yesenia   Richard Bendall
401 Holly Street
11
Nampa, ID 83686


YMC Inc Mechanical Contracto
2975 E Lanark Street
Meridian, ID 83642


Yunus Aslanov
1433 N Hartman Street
39-104
Boise, ID 83704


Yvonne Munoz
39 White Oak Lane
101
Nampa, ID 83687


Zach Phillips
2105 White Oak Lane
201
Nampa, ID 83687


Zachary Cahoon
3056 W Acarrera Lane
12
Meridian, ID 83642


Zachary Smith
1220 S Juniper Street
#103
Nampa, ID 83686


Zachary Stone
519 E Florida
25
Nampa, ID 83686

Zhamila Aslaniva
1433 N Hartman Street
39-203
Boise, ID 83704


Zink Enterprises
204 9th Avenue
Nampa, ID 83651


Zions Bank
PO Box 660592
Dallas, TX 75266-0592


Zoe Karr
1716 S Eagleson Road
202
Boise, ID 83704

# United States Bankruptcy Court
## District of Idaho

In re   **Paradigm Property Solutions, LLC**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Paradigm Property Solutions, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 29, 2018**

Date

**/s/ Matthew T. Christensen**

**Matthew T. Christensen 7213**

Signature of Attorney or Litigant

Counsel for   **Paradigm Property Solutions, LLC**

**ANGSTMAN JOHNSON**

**3649 N. Lakeharbor Lane**
**Boise, ID 83703**
**208-384-8588 Fax:208-853-0117**
**info@angstman.com**