Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: bwilson@hawleytroxell.com

Attorneys for Noah G. Hillen, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re | ) | Case No. 18-00850-JMM |
|---|---|---|
| PARADIGM PROPERTY SOLUTIONS, LLC, | ) ) ) ) | Chapter 7 |
| Debtor. | ) ) ) ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Brent R. Wilson of HAWLEY TROXELL ENNIS & HAWLEY LLP, hereby enters his appearance on behalf of interested party Noah G. Hillen, Chapter 7 Trustee of the related bankruptcy case of *In re Rentmaster of Rexburg, LLC* (Bankr. D. Idaho 18-00851-TLM), and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

        Brent R. Wilson
        bwilson@hawleytroxell.com

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 1

48489.0012.11489795.1

HAWLEY TROXELL ENNIS & HAWLEY LLP
P.O. Box 1617
Boise, Idaho 83701

The foregoing requests all notices, copies, and pleadings referred to in Federal Rule of Bankruptcy Procedure 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED THIS 13th day of November, 2018.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Brent R. Wilson, ISB No. 8936
Attorneys for Noah G. Hillen, Chapter 7 Trustee

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 2

48489.0012.11489795.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Matthew Todd Christensen | mtc@angstman.com |
| Noah G. Hillen | ngh@hillenlaw.com |
| David M. Fogg | david@elclegal.com |
| Paul Roland Mangiantini | paul@mangiantinilaw.com |
| U.S. Trustee | ustp.region18.bs.ecf.@usdoj.gov |
| Heidi Buck Morrison | hbm@racinelaw.net |
| Mike Charles McClure | mike@brianwebblegal.com |
| Daniel C. Green | dan@racinelaw.net |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

Gary L. Rainsdon
POB 506
Twin Falls, ID 83303
trustee@filertel.com

Paradigm Property Solutions, LLC
429 SW 5th Ave., Suite 110
Meridian, ID 83646

/s/ Brent R. Wilson
_____
Brent R. Wilson

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 3

48489.0012.11489795.1